Richard S. Taffet
Edward L. Powers
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378

*Attorneys for Plaintiff*
*Brassica Protection Products LLC*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRASSICA PROTECTION PRODUCTS LLC,

   Plaintiff,

  -against-

CAUDILL SEED & WAREHOUSE CO., INC.
d/b/a CAUDILL SEED CO.,

   Defendant.

07 Civ. **07 CIV 7844**

**RULE 7.1 STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Brassica Protection Products LLC ("BPP"), certifies that there are no corporate parents, subsidiaries or affiliates of BPP that are publicly held.

Dated: New York, New York.
   September 5, 2007

         BINGHAM McCUTCHEN LLP

         By: /s/ Edward L. Powers
         Richard S. Taffet
         Edward L. Powers
         399 Park Avenue
         New York, NY 10022-4689
         (212) 705-7000

         *Attorneys for Plaintiff*

A/72189790.1