ev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

BRASSICA PROTECTION PRODUCTS LLC,
Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CAUDILL SEED & WAREHOUSE CO., INC.
d/b/a CAUDILL SEED CO.,
Defendant.

CASE NUMBER: **07 CIV 7844**

**JUDGE SCHEINDLIN**

TO: (Name and address of Defendant)
    CAUDILL SEED & WAREHOUSE CO., INC.
    d/b/a CAUDILL SEED CO.
    1402 W. Main Street
    Louisville, Kentucky 40203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard S. Taffet
Edward L. Powers
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York  10022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                   SEP 0 5 2007
CLERK                                                 DATE

A/72189542.1
(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9-6-07 |
| NAME OF SERVER (PRINT) Adam Bibelhauser | TITLE Messenger |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where  Caudill Seed Co. 1402 W. Main St, Louisville, KY 40203

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left  Kathy Rhorer, Receptionist

☐ Returned

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-6-07
Date

Signature of Server

400 W. Market St., Louisville, KY 40202
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

72189542.1

2002 © American LegalNet, Inc.