DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York  10036-4086
(212) 692-1000

and

GREENEBAUM DOLL & MCDONALD PLLC
Janet P. Jakubowicz (pro hac application to be filed)
Jesse A. Mudd (pro hac application to be filed)
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky  40202-3197
(502) 589-4200

Attorneys for Defendant
Caudill Seed & Warehouse Co. d/b/a Caudill Seed Co.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRASSICA PROTECTION PRODUCTS LLC,  :
                                                            :   Civil Action No. 1:07-CIV-07844
                                                            :   (SAS) (DFE)
                     Plaintiff,                     :
                                                            :   **NOTICE OF LIMITED**
     -against-                                        :   **APPEARANCE**
                                                            :
CAUDILL SEED & WAREHOUSE CO., INC.  :   ECF CASE
d/b/a CAUDILL SEED CO.,                         :
                    Defendant.                :
-------------------------------------------------------------X

      PLEASE TAKE NOTICE that the law firm of Duane Morris LLP is appearing on behalf of defendant Caudill Seed & Warehouse Co., Inc. d/b/a Caudill Seed Co., for the limited purpose of addressing the issues of whether the Court has personal jurisdiction over the defendant in the above-captioned action, sufficiency of service of process and/or whether venue is appropriate in this Court.

DATED: New York, New York
September 25, 2007

DUANE MORRIS LLP

By: /s/ Vanessa Hew
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York  10036-4086
(212) 692-1000

and

GREENEBAUM DOLL & MCDONALD PLLC
Janet P. Jakubowicz (pro hac application to be filed)
Jesse A. Mudd (pro hac application to be filed)
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky  40202-3197
(502) 589-4200

Attorneys for Defendant
Caudill Seed & Warehouse Co. Inc.
d/b/a Caudill Seed Co.
(Limited Appearance)

2