UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

BRASSICA PROTECTION PRODUCTS LLC,   :

              Plaintiff,       :      Civil Action No. 1:07-civ-07844
                                        (SAS) (DFE)

    -against-                   :

CAUDILL SEED & WAREHOUSE CO., INC.   :
d/b/a CAUDILL SEED CO.,

              Defendant.     :
--------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007, the Notice of Limited Appearance was filed with the Clerk of the Court via ECF and served in accordance with Southern District's Rules on Electronic Service upon the following parties:

Richard S. Taffet
Edward L. Powers
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022- 4689

By:   _/s/ Cathy Smith_____
           CATHY SMITH

DM1\1199004.1