*Selzendin, J*

DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Defendant
Caudill Seed & Warehouse Co. d/b/a Caudill Seed Co.

[Stamp: DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10/10/07]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BRASSICA PROTECTION PRODUCTS LLC,

                Plaintiff,

      -against-

CAUDILL SEED & WAREHOUSE CO., INC.
d/b/a CAUDILL SEED CO.,

                Defendant.

------------------------------------------------------------X

Civil Action No. 1:07-CV-07844
(SAS) (DFE)

**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME FOR DEFENDANT CAUDILL SEED & WAREHOUSE CO., INC. d/b/a CAUDILL SEED CO. TO RESPOND TO PLAINTIFF'S COMPLAINT**

    Defendant Caudill Seed & Warehouse Co., Inc., d/b/a Caudill Seed Co., by and through its undersigned counsel, and plaintiff Brassica Protection Products LLC, by and through its undersigned counsel, do hereby stipulate to extend the time for Defendant to answer or otherwise respond to plaintiff's Complaint from September 26, 2007 through and including October 26, 2007. No prior requests have been made for any extensions of time in this case. This stipulated extension of time has been agreed upon by all parties, and is being provided to allow the parties additional time within which to explore the possibility of settlement. No dates have been set in this case. Thus, the requested extension will not affect any other scheduled dates in this case.

DM2\1260323.1

The parties further stipulate and agree that neither party shall assert the passage of time provided by this stipulation or the entry into this stipulation for any purpose -- including but not limited to an application for, or opposition to, injunctive relief -- in this or any other action or proceeding,

DATED: New York, New York
September 25, 2007

DUANE MORRIS LLP

By: *Vanessa Hew* (signature)
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Defendant
Caudill Seed & Warehouse Co., Inc., d/b/a
Caudill Seed Co.

BINGHAM McCUTCHEN LLP

By: *Edward L. Powers* (signature)
Richard S. Taffet
Edward L. Powers
399 Park Avenue
New York, New York 10022-4689
(212) 705-7000

Attorneys for Plaintiff
Brassica Protection Products LLC

SO ORDERED:

Dated: Oct 10, 2007

(signature)
Honorable Shira A. Scheindlin
United States District Judge

2

DM2\1260323.1