Scheduling

DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Defendant
Caudill Seed & Warehouse Co. d/b/a Caudill Seed Co.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                :
BRASSICA PROTECTION PRODUCTS, LLC,              :
                                                :   Civil Action No. 1:07-CV-07844
              Plaintiff,                        :   (SAS) (DFE)
                                                :
       -against-                                :   STIPULATION AND
                                                :   ~~PROPOSED~~ ORDER TO
                                                :   EXTEND TIME FOR
                                                :   DEFENDANT CAUDILL SEED
CAUDILL SEED & WAREHOUSE CO., INC.              :   & WAREHOUSE CO., INC.
d/b/a CAUDILL SEED CO.,                         :   d/b/a CAUDILL SEED CO.
                                                :   TO RESPOND TO PLAINTIFF'S
              Defendant.                        :   COMPLAINT
                                                :
-----------------------------------------------------------X

      Plaintiff, Brassica Protection Products, LLC, by and through its counsel of record, and Defendant Caudill Seed & Warehouse Co., Inc., d/b/a Caudill Seed Co., by and through its undersigned counsel do hereby stipulate to extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint from November 9, 2007 through and including November 16, 2007. This is the third request for an extension of time in this case. This stipulated extension of time has been agreed upon by all parties and is being requested so that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint will occur after the parties have attended the pre-motion conference scheduled with the Court, which is set for Tuesday,

DM2\1260323.1

November 13, 2007. Other than the initial pretrial conference and pre-motion conference scheduled for November 13, 2007, no dates have been set in this case. Thus, the requested extension will not affect any other scheduled dates in this case.

The parties further stipulate and agree that neither party shall assert the passage of time provided by this stipulation or the entry into this stipulation for any purpose -- including but not limited to an application for, or opposition to, injunctive relief -- in this or any other action or proceeding.

DATED: New York, New York
November 7, 2007

DUANE MORRIS LLP

By: *Vanessa Hew*
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Defendant
Caudill Seed & Warehouse Co., Inc., d/b/a
Caudill Seed Co.

BINGHAM McCUTCHEN LLP

By: *Edward Powers*
Richard S. Taffet
Edward L. Powers
399 Park Avenue
New York, New York 10022-4689
(212) 705-7000

Attorneys for Plaintiff
Brassica Protection Products LLC

SO ORDERED:

Dated: Nov. 8, 2007

Honorable Shira A. Scheindlin
United States District Judge

2

DM2\1260323.1