**DUANE MORRIS LLP**
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

and

**FROST BROWN TODD LLC**
Ann G. Schoen (pro hac vice application to be filed)
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
(513) 651-6128

Attorneys for Defendant
Caudill Seed & Warehouse Co. d/b/a Caudill Seed Co.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| BRASSICA PROTECTION PRODUCTS LLC, : | |
| : | Civil Action No. 07 CIV 07844 |
| : | (SAS) (DFE) |
| Plaintiff, : | |
| : | **RULE 7.1 DISCLOSURE** |
| -against- : | **STATEMENT** |
| : | |
| : | |
| CAUDILL SEED & WAREHOUSE CO., INC. : | ECF CASE |
| d/b/a CAUDILL SEED CO., : | |
| Defendant. : | |

-----------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Caudill Seed & Warehouse Co., Inc. (private non-governmental corporate party), certifies that it is a privately held corporation with no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Case 1:07-cv-07844-SAS   Document 9   Filed 11/13/2007   Page 2 of 2

Dated: New York, N.Y.
       November 13, 2007

**DUANE MORRIS LLP**

By: _____
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

and

**FROST BROWN TODD LLC**
Ann G. Schoen (pro hac vice application to be filed)
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
(513) 651-6128

Attorneys for Defendant
Caudill Seed & Warehouse Co. Inc.
d/b/a Caudill Seed Co.