UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X
------------------------------------------------------------

Brassica

    v

Caudill

                                                 X
------------------------------------------------------------

ORDER OF REFERENCE  11/14/07
TO A MAGISTRATE JUDGE

07 Civ. 7844 (SAS)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:\_\_\_\_

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         Nov. 13, 2007

_[signature]_
United States District Judge

_January would be best._

_Thanks_