UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRASSICA PROTECTION PRODUCTS LLC,   :   1:07-cv-07844-SAS

                Plaintiff,   :

    -against-   :   DEFENDANT CAUDILL SEED &
                                   WAREHOUSE CO., INC.'S
CAUDILL SEED & WAREHOUSE CO., INC.   :   MOTION TO DISMISS, STAY, OR
                                   TRANSFER

                Defendant.   :
------------------------------------------------------------X

       Defendant Caudill Seed & Warehouse Co., Inc., through counsel, hereby moves this Court to dismiss or stay the present action in favor of a mirror image first-filed action, captioned *Caudill Seed & Warehouse Co., Inc. d/b/a Caudill Seed Co. v. Brassica Protection Products LLC*, Case No. 3:07-cv-00464-JBC, pending in the United States District Court, Western District of Kentucky, Louisville Division. Alternatively, for the convenience of the parties and in the interest of judicial economy, Defendant moves this Court to transfer this action to the Western District of Kentucky pursuant to 28 U.S.C. § 1404(a).

       The grounds for this motion are set forth fully in Defendant's opening brief, which is being served and file contemporaneously herewith.

                                              Respectfully submitted,

                                              <u>s/ Gregory P. Gulia</u>
                                              Gregory P. Gulia
                                              Vanessa C. Hew
                                              DUANE MORRIS LLP
                                              1540 Broadway
                                              New York, NY  10036-4086
                                              (212) 692-1062
                                              (212) 202-6151  (fax)
                                              GPGulia@duanemorris.com
                                              VCHew@duanemorris.com

OF COUNSEL:

Ann G. Schoen
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio  45202
(513) 651-6128
(513) 651-6981  (fax)
aschoen@fbtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following this 20th day of November, 2007:

>Richard S. Taffet
>Edward L. Powers
>Bingham McCutchen LLP
>399 Park Avenue
>New York, NY  10022-4689

>s/ Gregory P. Gulia

DM1\1229631.1