BINGHAM

*LEGAL INSIGHT. BUSINESS INSTINCT.*

Floyd L Wittlin
Direct Phone: 212.705.7466
Direct Fax:     212.702.3625
floyd.wittlin@bingham.com
Our File No.: 0795308/0000310006

July 11, 2007

Mr. Patrick J. Welsh
Greenebaum Doll & McDonald
3300 National City Tower
Louisville, KY 40202

Dear Pat:

We represent Brassica Protection Products LLC ("BPP"). I refer to the letter dated June 8, 2007 from Antony Talalay, CEO of BPP, to Caudill Seed Co. (the "Letter"). Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Letter.

At your request, BPP agrees to extend the Effective Date until July 20, 2007 for the sole purpose of giving the parties time to negotiate a new Sublicense, Manufacture and Distribution Agreement and for no other purpose.

If, on or before July 20, 2007, BPP and CSC enter into a new Sublicense, Manufacture and Distribution Agreement, then BPP will withdraw the Letter. If, on or before July 20, 2007, BPP and CSC do not enter into a new Sublicense, Manufacture and Distribution Agreement, then the Letter shall continue in effect and the Effective Date shall be July 21, 2007. Except as hereby modified, the Letter remains unchanged and in full force and effect.

Very truly yours,

Floyd I. Wittlin

FIW/sja

*Handwritten annotations: "DECL OF CAUDILL Exh. 3 - 7-11-07"*

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

T 212.705.7000
F 212.752.5378
bingham.com