CLOSED, ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-07845-DC

Brassica Protection Products, L.L.C. v. Caudill Seed & Warehouse Co., Inc.
Assigned to: Judge Denny Chin
Cause: 28:1446 Notice of Removal

Date Filed: 09/05/2007
Date Terminated: 09/10/2007
Jury Demand: None
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

Brassica Protection Products, L.L.C.

V.

**Defendant**

Caudill Seed & Warehouse Co., Inc.
*doing business as*
Caudill Seed Co.

represented by Gregory Paul Gulia
Duane, Morris, L.L.P.
1540 Broadway
New York, NY 10036-4086
(212) 692-1000
Fax: (212) 692-1020
Email: gpgulia@duanemorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Vanessa C. Hew
Duane, Morris, L.L.P.
1540 Broadway
New York, NY 10036
(212) 692-1000
Fax: (212) 692-1020
Email: vchew@duanemorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

[handwritten: Decl. of Kohl  Exh. 5  Court Dock NY]

| Date Filed | # | Docket Text |
|---|---|---|
| 09/05/2007 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 602664-07. (Filing Fee $ 350.00, Receipt Number 626138). Document filed by Caudill Seed & Warehouse Co., Inc.(db) Additional attachment(s) added on 9/7/2007 (Rodriguez, Tiffany). (Entered: 09/06/2007) |
| 09/05/2007 | | Magistrate Judge Michael H. Dolinger is so designated. (db) (Entered: 09/06/2007) |
| 09/05/2007 | | Case Designated ECF. (laq) (Entered: 09/06/2007) |

| | | |
|---|---|---|
| 09/06/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Caudill Seed & Warehouse Co., Inc..(Gulia, Gregory) (Entered: 09/06/2007) |
| 09/06/2007 | 3 | NOTICE of Dismissal. Document filed by Brassica Protection Products, L.L.C.. (Powers, Edward) (Entered: 09/06/2007) |
| 09/07/2007 | 4 | CERTIFICATE OF SERVICE of Notice of Dismissal on 9/6/07. Document filed by Brassica Protection Products, L.L.C.. (Marcus, David) (Entered: 09/07/2007) |
| 09/10/2007 | 5 | NOTICE OF (VOLUNTARY) DISMISSAL pursuant to Rule 41(a)(1)(i) of the F.R.C.P. without prejudice. (Signed by Judge Denny Chin on 9/10/07) (db) (Entered: 09/10/2007) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 11/01/2007 11:10:18 | | |
| PACER Login: | fb0450 | Client Code: | BT06243 0546312 |
| Description: | Docket Report | Search Criteria: | 1:07-cv-07845-DC |
| Billable Pages: | 1 | Cost: | 0.08 |