DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Defendant
Caudill Seed & Warehouse Co. d/b/a Caudill Seed Co.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
BRASSICA PROTECTION PRODUCTS, L.L.C.,   :
:           Civil Action No. 1:07-CV-07844
                 Plaintiff,    :           (SAS)
:
-against-                                :
:           **[PROPOSED] ORDER FOR**
CAUDILL SEED & WAREHOUSE CO., INC.       :           **ADMISSION *PRO HAC VICE* OF**
d/b/a CAUDILL SEED CO.,                  :           **ANN G. SCHOEN**
:
                 Defendant.    :
:
-----------------------------------------------------------X

    Upon consideration of the motion of Gregory P. Gulia, attorney for defendant Caudill Seed & Warehouse Co., Inc. d/b/a Caudill Seed Co., and said sponsor attorney's affidavit in support of;

    IT IS HEREBY ORDERED that

                Ann G. Schoen
                Frost Brown Todd LLC
                2200 PNC Center
                201 East Fifth Street
                Cincinnati, OH 45202-4182

is hereby admitted *pro hac vice* to practice before this Court in the above-captioned action.

                                          SO ORDERED:

Dated: Nov. 19, 2007

                                          Honorable Shira A. Scheindlin
                                          United States District Judge

DM2\1280126.1

# DuaneMorris



FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

VANESSA C. HEW
DIRECT DIAL: 212.692.1062
E-MAIL: vchew@duanemorris.com

www.duanemorris.com

November 16, 2007

**BY FAX**

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl St., Room 1620
New York, NY 10007

>   Re:   Brassica Protection Products LLC v. Caudill Seed & Warehouse Co. d/b/a
>         Caudill Seed Co., Index No. 07cv7844 (SAS)(DFE)

Dear Judge Scheindlin:

We submit this letter on behalf of defendant Caudill Seed & Warehouse Company d/b/a Caudill Seed Company ("Caudill"). Pursuant to your Honor's Individual Practice Rules, we hereby submit this letter to request the *pro hac vice* admission of Ann G. Schoen to practice before the United States District Court for the Southern District of New York in the above-captioned action. Enclosed is a proposed order granting the *pro hac vice* admission of Ann G. Schoen.

Ms. Schoen is a member in good standing of the Bar of the State of Ohio. There are no disciplinary proceedings against Ms. Schoen in any State or Federal Court. Defendant has consulted with counsel for Plaintiff regarding this request, and Plaintiff does not oppose this request.

Respectfully submitted,

*Vanessa Hew*

Vanessa C. Hew

cc:   Edward L. Powers, Esq. (counsel for Plaintiff) (by facsimile 212.702.3619)
      Ann G. Schoen, Esq.
      Gregory P. Gulia, Esq.

---

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                                     PHONE: 212.692.1000   FAX: 212.692.1020