# Exhibit 7



**Trey Grayson**
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-2848 EXT. 440
Fax: (502) 564-1484

U. S. District Court
Western District
601 W. Broadway
106 Gene Snyder U. S. Courthouse
Louisville, KY 40202

FILED
07 OCT -4 PM 1:4[?]
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO: 3:07-CV-464-C

DEFENDANT: **BRASSICA PROTECTION PRODUCTS LLC**

DATE:   October 1, 2007

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

September 20, 2007

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

September 20, 2007

We are enclosing the return receipt confirming receipt of summons.

Kentucky Secretary of State's Office        Summons Division        10/1/2007

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

SECRETARY OF STATE
P.O. BOX 718
FRANKFORT, KY 40602-0718

RECEIVED
OCT 01 2007
SECRETARY OF STATE
COMMONWEALTH OF KY

FILED ISG
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
07 OCT -4 PM 1:46

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Valerie Ellis* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Valerie Ellis  C. Date of Delivery 9/26/7 |
| 1. Article Addressed to:<br>9/20/2007    3:07-CV-464-C<br>REASSICA PROTECTION PRODUCTS LLC<br>2400 BOSTON STR. STE 358<br>BALTIMORE, MD 21224 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number 7006 2760 0005 2897 7566<br>(Transfer from service label) | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540