

SFXEF5.pdf (9 MB)


-----Original Message-----
From: Jakubowicz, Janet [mailto:JPJ@gdm.com]
Sent: Thursday, September 06, 2007 4:24 PM
To: e.powers@bingham.com
Cc: Cleary, Phyllis Dempley
Subject: Caudill Seed v. Brassica

 <<SFXEF5.pdf>> Ed
As promised, attached is the complaint which was filed in Kentucky federal court against Brassica on Tuesday. jpj


Janet P. Jakubowicz
Greenebaum Doll & McDonald PLLC
3500 National City Tower
Louisville, Kentucky 40202
Office: 502-587-3664
Fax: 502-540-2218
jpj@gdm.com

-----Original Message-----
From: Share CopyLou
Sent: Thursday, September 06, 2007 4:04 PM
To: Jakubowicz, Janet
Subject: Scanned document <134 pages ~9306 KB> -- 09/06/2007 4:03:44 PM



This PDF file was created using the eCopy Suite of products. For more information about how you can eCopy paper documents and distribute them by email please visit http://www.ecopy.com

_____

The following warning is required by the IRS whenever tax advice is given. If this email contains no direct or indirect tax advice, the warning is not applicable.

As a result of perceived abuses, the Treasury has recently promulgated Regulations for practice before the IRS. These Circular 230 regulations require all attorneys and accountants to provide extensive disclosure when providing certain written tax communications to clients. In order to comply with our obligations under these Regulations, we would like to inform you that since this document does not contain all of such disclosure, you may not rely on any tax advice contained in this document to avoid tax penalties, nor may any portion of this document be referred to in any marketing or promotional materials.

_____

This message has been sent from a law firm and may contain information which is confidential or privileged. If you are not the intended recipient, please advise the

1

sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. Please advise immediately if you or your employer do not want us to use Internet e-mail for future messages of this kind. Thank you.