AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of KENTUCKY (At Louisville)

CAUDILL SEED & WAREHOUSE CO., INC.
d/b/a CAUDILL SEED CO.

V.

BRASSICA PROTECTION PRODUCTS LLC

CASE NUMBER: 3:07cv-464-C

COPY

TO: (Name and address of Defendant)

BRASSICA PROTECTION PRODUCTS LLC
2400 Boston St., Ste. 358
Baltimore, MD 21224
 SERVE: Brassica Protection Products LLC
  2400 Boston St., Ste. 358, Baltimore, MD 21224
  **Through Kentucky Secretary of State, Frankfort KY 40601**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas P. O'Brien, III
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JEFFREY A. APPERSON

CLERK

DATE 9/5/07

(By) DEPUTY CLERK

**EXHIBIT 2**

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    *Date*        *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**O'Neal, Danica D.**

| | |
|---|---|
| **From:** | kywd-ecf-notice@kywd.uscourts.gov |
| **Sent:** | Thursday, September 06, 2007 8:42 AM |
| **To:** | kywd-ecf-notice@kywd.uscourts.gov |
| **Subject:** | Activity in Case 3:07-cv-00464-JBC Caudill Seed & Warehouse Co., Inc. v. Brassica Protection Products LLC Summons Issued |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

**Western District of Kentucky**

**Notice of Electronic Filing**

The following transaction was entered on 9/6/2007 at 8:41 AM EDT and filed on 9/6/2007
**Case Name:**      Caudill Seed & Warehouse Co., Inc. v. Brassica Protection Products LLC
**Case Number:**    3:07-cv-464
**Filer:**
**Document Number:** 5

**Docket Text:**
Summons Issued as to Brassica Protection Products LLC. (JBM)


**3:07-cv-464 Notice has been electronically mailed to:**
Thomas Patrick O'Brien, III    tobrien@fbtlaw.com, doneal@fbtlaw.com, kkutz@fbtlaw.com

**3:07-cv-464 Notice will not be electronically mailed to.:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1036078947 [Date=9/6/2007] [FileNumber=773693-0]
[0514a4ca04ccf2d9a5e0f32f0a5cb686430de05752b1bcc30938303e77fb49bdb1e60
7a56295eb20e43e9b3c68e778ae8fc3c7abbbee757881b7c06f9204f0ae]]

12/3/2007