

**FILE COPY**

KENTUCKY · OHIO · INDIANA · TENNESSEE · WEST VIRGINIA

Thomas P. O'Brien III
(502) 568-0205
TOBRIEN@FBTLAW.COM

September 11, 2007

*VIA CERTIFIED MAIL: 7002 0510 0003 9076 2556*

Kentucky Secretary of State
Legal Department
P.O. Box 718
Frankfort, KY 40602-0718

    Re:   *Caudill Seed & Warehouse Co., Inc. d/b/a Caudill Seed Co. v. Brassica Protection Products LLC*
          Service of Complaint

To Whom It May Concern:

Enclosed please find the Civil Summons and Complaint to be served upon Brassica Protection Products LLC at 2400 Boston Street, Suite 358, Baltimore, Maryland 21224, in care of the Secretary of State. I have also enclosed 4 summons as well as 2 attested copies of the Complaint, and Check No. 931521 in the amount of $13.50 for service.

Could you please provide an executed copy of the proof of service in the self addressed stamped envelope. Please call me if there are any questions and/or problems at 502-779-8497.

Thank you in advance for your assistance and attention to this matter.

                  Very truly yours,

                  Danica O'Neal, Assistant to
                  Thomas P. O'Brien III

Enclosures

**EXHIBIT 3**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kentucky Secretary of State
   Legal Department
   P.O. Box 718
   Frankfort, KY 40602-0718

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent  ☐ Addressee
   KYLE WILSON

B. Received by (Printed Name)        C. Date of Delivery
                                     SEP 13 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No
   FINANCE

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 0510 0003 9076 2556

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540