

Trey Grayson
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Legal Division
PO BOX 718
Frankfort, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-1484

THOMAS P O'BRIEN III
400 WEST MARKET ST.
32ND FLOOR
LOUISVILLE, KY 40202

FROM: LEGAL DIVISION, SECRETARY OF STATE

RE: SUMMONS

We are unable to process this Summons due to the following reason(s):

- Incorrect fee.

Fees are:
**A. $10.00 for Certified Mail** OR
**B. $14.10 for Restricted Mail**

If the Office of the Secretary of State can be of further assistance, please do not hesitate to call. For general information, you may reach us at our web site: http://www.kysos.com.

For internal use:
Date Received In Office: 9/14/2007
Internal Secretary of State ID: 50639
Return Letter ID: 2577



EXHIBIT 4

Kentucky Secretary of State's Office        Legal Division        9/14/2007

RECEIVED 9-18-07