

**FILE COPY**

KENTUCKY · OHIO · INDIANA · TENNESSEE · WEST VIRGINIA

Thomas P. O'Brien III
(502) 568-0205
TOBRIEN@FBTLAW.COM

September 18, 2007

*VIA CERTIFIED MAIL:* **7005-1160-0000-2721-0675**

Kentucky Secretary of State
Legal Department
P.O. Box 718
Frankfort, KY 40602-0718

    Re:    *Caudill Seed & Warehouse Co., Inc. d/b/a Caudill Seed Co. v.*
            *Brassica Protection Products LLC*
            Service of Complaint

To Whom It May Concern:

    Enclosed please find the Civil Summons and Complaint to be served upon Brassica Protection Products LLC at 2400 Boston Street, Suite 358, Baltimore, Maryland 21224, in care of the Secretary of State. I have also enclosed 4 summons as well as 2 attested copies of the Complaint, and Check No. 29450 in the amount of $10.00 for service.

    Could you please provide an executed copy of the proof of service in the self addressed stamped envelope. Please call me if there are any questions and/or problems at 502-779-8497.

    Thank you in advance for your assistance and attention to this matter.

                            Very truly yours,

                            Thomas P. O'Brien III

Enclosures

**EXHIBIT 5**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _KYLE WILSON_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

Kentucky Secretary of State
Legal Department
P.O. Box 718
Frankfort, KY 40602-0718

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0000 2721 0675

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540