

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Trey Grayson
Secretary of State

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-2848 EXT. 440
Fax: (502) 564-1484

U. S. District Court
Western District
601 W. Broadway
106 Gene Snyder U. S. Courthouse
Louisville, KY 40202

FROM:        SUMMONS DIVISION
             SECRETARY OF STATE

RE:          CASE NO: 3:07-CV-464-C

DEFENDANT:   **BRASSICA PROTECTION PRODUCTS LLC**

DATE:        October 1, 2007

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

September 20, 2007

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

September 20, 2007

We are enclosing the return receipt confirming receipt of summons.



EXHIBIT
6

Case 1:07-cv-07844-SAS    Document 6-2    Filed 10/04/2007    Page 2 of 2

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED
OCT 0 1 2007
SECRETARY OF STATE
COMMONWEALTH OF KY

FILED ISG
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
07 OCT -4 PH 1:46

SECRETARY OF STATE

P.O. BOX 718

FRANKFORT, KY 40602-0718

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

9/20/2007            3:07-CV-464-C

BRASSICA PROTECTION PRODUCTS LLC

2400 BOSTON STR. STE 358
BALTIMORE, MD 21224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Valerie Ellis_          ☐ Agent
                           ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

Valerie Ellis              9/26/7

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number          7006 2760 0005 2897-7566
   (Transfer from service label)

PS Form 3811, February 2004       Domestic Return Receipt          102595-02-M-1540

## O'Neal, Danica D.

| | |
|---|---|
| **From:** | kywd-ecf-notice@kywd.uscourts.gov |
| **Sent:** | Tuesday, October 09, 2007 9:30 AM |
| **To:** | kywd-ecf-notice@kywd.uscourts.gov |
| **Subject:** | Activity in Case 3:07-cv-00464-JBC Caudill Seed & Warehouse Co., Inc. v. Brassica Protection Products LLC Summons Returned Executed |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Western District of Kentucky

## Notice of Electronic Filing

The following transaction was entered on 10/9/2007 at 9:30 AM EDT and filed on 10/4/2007
**Case Name:**     Caudill Seed & Warehouse Co., Inc. v. Brassica Protection Products LLC
**Case Number:**   3:07-cv-464
**Filer:**     Caudill Seed & Warehouse Co., Inc.
**Document Number:** 6

**Docket Text:**
SUMMONS Returned Executed by Caudill Seed & Warehouse Co., Inc.. Brassica Protection Products LLC served on 9/26/2007, answer due 10/16/2007. (JBM)

**3:07-cv-464 Notice has been electronically mailed to:**
Thomas Patrick O'Brien, III tobrien@fbtlaw.com, doneal@fbtlaw.com, kkutz@fbtlaw.com

**3:07-cv-464 Notice will not be electronically mailed to.:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1036078947 [Date=10/9/2007] [FileNumber=794042-0]
[5d4f21a880cfb7894cff580290f1ae3e02434f0baffa629ba693f81d9e01431d37de
5c3a0171e488aff3d184c2d6865a57cabea1b40dbd0c4060a6676d4e199e]]