**DUANE MORRIS LLP**
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Defendant / Counterclaim Plaintiff
Caudill Seed & Warehouse Co. d/b/a Caudill Seed Co.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/08
RECEIVED
CHAMBERS OF
JAN 2 5 2008
JUDGE SCHEINDLIN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BRASSICA PROTECTION PRODUCTS, LLC,

    Plaintiff / Counterclaim Defendant,

-against-

CAUDILL SEED & WAREHOUSE CO., INC.
d/b/a CAUDILL SEED CO.,

    Defendant / Counterclaim Plaintiff.

-----------------------------------------------------------X

Civil Action No. 1:07-CV-07844
(SAS) (DFE)

## STIPULATION AND PROPOSED ORDER

In light of the upcoming settlement conference scheduled with Magistrate Judge Eaton for January 30, 2008, Defendant / Counterclaim Plaintiff Caudill Seed & Warehouse Co., Inc., d/b/a Caudill Seed Co. ("Caudill"), by and through its undersigned counsel, and Plaintiff / Counterclaim Defendant Brassica Protection Products, LLC ("Brassica"), by and through its undersigned counsel, do hereby stipulate to extend the times in connection with the following deadlines:

(1) Caudill's time to serve and file a written election as to whether Caudill will assert advice of counsel as a defense to the allegation of willful infringement is extended until February 1, 2008;

DM2\1260323.1

(2) Brassica's time to reply or otherwise respond to Caudill's counterclaims asserted in Caudill's Answer and Counterclaims is extended until February 15, 2008; and

(3) Caudill's time to serve responsive documents and responses to Brassica's Rule 34 requests is extended until February 15, 2008.

This is the first request for an extension of time for these dates. The requested extensions of time should not affect any other scheduled dates in this case.

DATED: New York, New York
January 25, 2008

DUANE MORRIS LLP

By: _____
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Defendant /
Counterclaim Plaintiff Caudill Seed &
Warehouse Co., Inc., d/b/a Caudill Seed Co.

BINGHAM McCUTCHEN LLP

By: _____
Richard S. Taffet
Edward L. Powers
399 Park Avenue
New York, New York 10022-4689
(212) 705-7000

Attorneys for Plaintiff /
Counterclaim Defendant
Brassica Protection Products, LLC

SO ORDERED:

Dated: 1/25/08

_____
Honorable Shira A. Scheindlin
United States District Judge

DM2\1260323.1