Gregory P. Gulia
Vanessa C. Hew
DUANE MORRIS LLP
1540 Broadway
New York, NY  10036-4086
(212) 692-1062
(212) 202-6151  (fax)
GPGulia@duanemorris.com
VCHew@duanemorris.com

and

Ann G. Schoen
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio  45202
(513) 651-6128
(513) 651-6981  (fax)
aschoen@fbtlaw.com


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
BRASSICA PROTECTION PRODUCTS LLC,    :        1:07-cv-07844-SAS

                            Plaintiff,              :

        -against-                                   :        **CAUDILL SEED &
                                                             WAREHOUSE CO., INC.'S
                                                             ELECTION TO ASSERT**
CAUDILL SEED & WAREHOUSE CO., INC.   :        **ADVICE OF COUNSEL**

                            Defendant.              :
--------------------------------------------------------------X


        Defendant Caudill Seed & Warehouse Co., Inc. ("Caudill") objects to paragraph 3(f) of

the Court's Scheduling Order dated November 13, 2007, as amended by the Stipulation dated

January 25, 2008,  to the extent it mandates that this election by itself waives any attorney-client

privilege. Any waiver of privilege shall be governed only by the applicable law.


1

Pursuant to that Scheduling Order and subject to its objections, Caudill hereby serves and

files its election to assert its written advice of counsel, contained in letters dated February 5,

2007, as a defense to the allegations of willful infringement of U.S. Patent Nos. 5,725,895;

5,968,567; 6,177,122; and 6,242,018.


Respectfully submitted,




s/ Ann G. Schoen
Ann G. Schoen
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio  45202
(513) 651-6128
(513) 651-6981  (fax)

and

Gregory P. Gulia
Vanessa C. Hew
DUANE MORRIS LLP
1540 Broadway
New York, NY  10036-4086
Tel:  (212) 692-1000
Fax: (212) 692-1020  (fax)


Attorneys for Defendant
Caudill Seed & Warehouse Co. Inc.
d/b/a Caudill Seed Co.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2008, the foregoing was filed with the Clerk of the

Court via ECF and served in accordance with Southern District's Rules on Electronic Service

upon the following parties:

<div style="margin-left: 40%;">

Richard S. Taffet
Edward L. Powers
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689


s/ Ann G. Schoen

</div>

CINLibrary BT06243.0546312 1812724v1