*So Ordered/S*

Richard S. Taffet
Edward L. Powers
Lavanya Kilaru
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378

*Attorneys for Plaintiff*
*Brassica Protection Products LLC*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRASSICA PROTECTION PRODUCTS LLC<br><br>　　　　Plaintiff,<br><br>　　-against-<br><br>CAUDILL SEED & WAREHOUSE CO., INC.<br>d/b/a CAUDILL SEED CO.,<br><br>　　　　Defendant. | 07 Civ. 7844 (SAS)<br><br>**STIPULATION AND ORDER** |

　　　　Plaintiff, Brassica Protection Products LLC ("Brassica"), by and through its undersigned counsel, and Defendant Caudill Seed & Warehouse Co., Inc., d/b/a Caudill Seed Co. ("Caudill"), by and through its undersigned counsel, hereby stipulate to the filing by Brassica of an Amended Complaint, in the form furnished by Brassica to Caudill's counsel. The parties further stipulate to the following schedule:

　　　　1.　　Amended Complaint.　Plaintiffs Brassica and The Johns Hopkins University will serve and file the Amended Complaint by February 19, 2008.

　　　　2.　　Answer and Counterclaims.　Caudill shall serve and file its Answer to the Amended Complaint and Counterclaims by February 25, 2008.

3. Reply. The reply to any counterclaims asserted by Caudill will be due March 3, 2008.

4. Preliminary Infringement Contentions -- New Patent. Plaintiffs shall serve amended Preliminary Infringement Contentions, covering the new patent identified in the Amended Complaint, Patent No. 7,303,770 (the "New Patent"), by February 25, 2008.

5. Preliminary Invalidity Contentons -- New Patent. Caudill will serve its Preliminary Invalidity Contentions with respect to the New Patent by March 3, 2008.

6. Claims Construction Experts. The February 25, 2008 deadline for the parties to exchange expert reports, if any, on claims construction, as set forth in Paragraph 3(g) of the Scheduling Order, is extended to March 10, 2008, and the March 24, 2008, deadline to complete the depositions, if any, of such experts is extended to March 31, 2008.

DATED:  New York, New York
        February 14, 2008

BINGHAM McCUTCHEN LLP

By: _____
    Richard S. Taffet
    Edward L. Powers
399 Park Avenue
New York, New York 10022-4689
(212) 705-7000

*Attorneys for Plaintiff*
*Brassica Protection Products LLC*

DUANE MORRIS LLP

By: _____
    Gregory P. Gulia
    Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

*Attorneys for Defendant*
*Caudill Seed & Warehouse Co., Inc., d/b/a*
*Caudill Seed Co.*

SO ORDERED:

Dated: 2/19/08

_____
Honorable Shira A. Scheindlin
United States District Judge