

Richard S. Taffet
Edward L. Powers
Lavanya Kilaru
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 752-5378

*Attorneys for Plaintiffs*
*Brassica Protection Products LLC and*
*The Johns Hopkins University*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRASSICA PROTECTION PRODUCTS LLC and
THE JOHNS HOPKINS UNIVERSITY

        Plaintiff,

        -against-

CAUDILL SEED & WAREHOUSE CO., INC.
d/b/a CAUDILL SEED CO.,

        Defendant.

07 Civ. 7844 (SAS)

**ORDER GRANTING**
**APPLICATION FOR ADMISSION**
**OF ATTORNEYS *PRO HAC VICE***

      Malcolm K. McGowan and Erin M. Dunston, both active members in good standing of

the bar of, *inter alia*, the Commonwealth of Virginia whose business address and contact

numbers are:

                Bingham McCutchen LLP
                2020 K Street, N.W.
                Washington, D.C. 20006-1806
                Telephone: 202-373-6000
                Facsimile: 202-373-6001

have requested, by letter, admission to practice before this Court on a *pro hac vice* basis,

representing plaintiffs Brassica Protection Products LLC and The Johns Hopkins University.

Counsel for defendant, Caudill Seed & Warehouse Co, Inc., does not oppose the requested admission.

**IT IS HEREBY ORDERED THAT** the request for admission, *pro hac vice*, of Malcolm K. McGowan and Erin M. Dunston is granted. All papers filed in this action by Dr. McGowan or by Ms. Dunston must indicate that their appearance is *pro hac vice*.

Dated: March 14, 2008

_____

Honorable Shira A. Scheindlin
United States District Judge