

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRASSICA PROTECTION PRODUCTS LLC and
THE JOHNS HOPKINS UNIVERSITY

      Plaintiff,

      -against-

CAUDILL SEED & WAREHOUSE CO., INC.
d/b/a CAUDILL SEED CO.,

      Defendant.

07 Civ. 7844 (SAS)

**ORDER RESCHEDULING
CLAIM CONSTRUCTION HEARING**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

IT IS HEREBY ORDERED that paragraph 3(h) of the November 14, 2007 Scheduling

Order is amended as follows: Claim Construction Hearing will be held on June 16, 2008.

Dated: March 17, 2008

                                 Honorable Shira A. Scheindlin
                                 United States District Judge