UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRASSICA PROTECTION PRODUCTS LLC and
THE JOHNS HOPKINS UNIVERSITY

       Plaintiff,

     -against-

CAUDILL SEED & WAREHOUSE CO., INC.
d/b/a CAUDILL SEED CO.,

       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

07 Civ. 7844 (SAS)

**ORDER RESCHEDULING
DEADLINE TO COMPLETE
DEPOSITIONS OF CLAIMS
CONSTRUCTION EXPERTS**

       IT IS HEREBY ORDERED that paragraph 3(g) of the November 14, 2007 Scheduling Order and paragraph 6 of the February 19, 2008 Stipulation and Order are amended as follows: the last date on which to complete the depositions of claims construction witnesses is now April 11, 2008.

Dated: March 28, 2008

Honorable Shira A. Scheindlin
United States District Judge