UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



BRASSICA PROTECTION PRODUCTS LLC and
THE JOHNS HOPKINS UNIVERSITY

    Plaintiff,

-against-

CAUDILL SEED & WAREHOUSE CO., INC.
d/b/a CAUDILL SEED CO.,

    Defendant.

07 Civ. 7844 (SAS)

**ORDER RESCHEDULING
DEADLINE TO COMPLETE
JOINT CLAIMS CONSTRUCTION &
PREHEARING STATEMENT
AND ACCOMPANYING
MEMORANDA OF LAW**

    IT IS HEREBY ORDERED that paragraph 3(h) of the November 14, 2007 Scheduling Order is amended as follows: the date on which to complete and file the Joint Claims Construction and Prehearing Statement and accompanying Memoranda of Law is now May 8, 2008.

Dated: May 1, 2008

                                    Honorable Shira A. Scheindlin
                                    United States District Judge

A/72522581.1