USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRASSICA PROTECTION PRODUCTS LLC and
THE JOHNS HOPKINS UNIVERSITY

    Plaintiff,

-against-

CAUDILL SEED & WAREHOUSE CO., INC.
d/b/a CAUDILL SEED CO.,

    Defendant.

07 Civ. 7844 (SAS)

**ORDER EXPANDING PAGE LIMIT FOR EXHIBITS FILED IN CONNECTION WITH JOINT CLAIMS CONSTRUCTION & PREHEARING STATEMENT AND ACCOMPANYING MEMORANDA OF LAW**

    IT IS HEREBY ORDERED that the parties are permitted to file the patents and file histories and the deposition transcripts and expert reports, including any exhibits thereto, as joint exhibits to the parties' Joint Claim Construction and Prehearing Statement with accompanying Memoranda of Law, notwithstanding their length.

    IT IS HEREBY FURTHER ORDERED that each party may attach no more than 15 exhibits, in addition to the above referenced joint exhibits, to its respective Memorandum of Law.

Dated: May 7, 2008

    _____
    Honorable Shira A. Scheindlin
    United States District Judge

A/72527385.1