5725895

UTILITY
SERIAL
NUMBER

PATENT
NUMBER

PATENT
MAR 10 1998

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/528,858 | 09/15/95 | 426 | 049 | 1302 | Wong |

**APPLICANTS**

JED W. FAHEY, ELDERSBURG, MD; PAUL TALALAY, BALTIMORE, MD.

```
**CONTINUING DATA********************
  VERIFIED

    LAW



**FOREIGN/PCT APPLICATIONS***********
  VERIFIED

    LAW




  FOREIGN FILING LICENSE GRANTED 12/19/95       ***** SMALL ENTITY *****
```

| Foreign priority claimed 35 USC 119 conditions met | ☐ yes ☐ no ☐ yes ☐ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| Verified and Acknowledged   Examiner's initials | | ➤ | MD | 2 | 47 | 13 | $2,084.00 | 46528/102410 |

**ADDRESS**

FOLEY AND LARDNER
3000 K STREET NW
SUITE 500
WASHINGTON DC 20007-5109

**TITLE**

METHOD OF PREPARING A FOOD PRODUCT FROM CRUCIFEROUS SEEDS

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94)

---

| PARTS OF APPLICATION FILED SEPARATELY | | Applications Examiner |
|---|---|---|

| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED | |
|---|---|---|---|
| 8-14-97 | Assistant Examiner | Total Claims 16 | Print Claim 1 |

| ISSUE FEE | | | DRAWING | | |
|---|---|---|---|---|---|
| Amount Due 645.00 | Date Paid 11/94 | LESLIE WONG PRIMARY EXAMINER GROUP 1300 | Sheets Drwg. 2 | Figs. Drwg. 23 | Print Fig. None |

Leslie Wong 8/13/97 Primary Examiner
PREPARED FOR ISSUE

ISSUE BATCH NUMBER 043

Label
Area

**WARNING:** The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 8/92)

ISSUE FEE IN FILE
1-B1

Exhibit 1-B(i)

OB 528858

PATENT APPLICATION

08528858

APPROVED FOR LICENSE ☐

ALS OCT 30 09542

# CONTENTS

| Date Entered or Counted | | Date Received or Mailed |
|---|---|---|
| | 1. Application 2 drw papers. | |
| | 2. Get Small Entity | 10-24-95 |
| | 3. Disclosure State | 12-14-95 |
| m 8-30-96 | 4. Restriction (D | 9-3-96 |
| | 5. Election | 10-3-96 |
| R 12-20-96 | 6. Rej (3) | 12-24-96 |
| | 7. Examiner Interview Summay | 3-1-97 |
| | 8. Reg RECON w/ Declaration | 3-17-97 |
| m 5-23-97 | 9. letter | 5-23-97 |
| | 10. Amdt A | 6-18-97 |
| | 11. Ltr. Assoc P/A | 8-12-97 |
| | 12. Examiner Interview Summary | 8-14-97 |
| m 8-14-97 | 13. Exmr Amdt/B | 8-14-97 |
| 11-21-97 | 14. Lethe | 9-23-97 |
| 11-21-97 | 15. Issue Fee | 9-23-97 |
| | 16. PTO Grant MAR 10 1998 | |
| | 17. Ltr - IDS w/cert. | 1-27-98 |
| | 18. Ltr. Assoc P/A | 1-27-98 |
| | 19. Letter | 3/2/98 |
| | 20. IDS | 10-28-99 |
| | 21. IDS | 4-30-99 |
| | 22. | |
| | 23. | |
| | 24. | |
| | 25. | |
| | 26. | |
| | 27. | |
| | 28. | |
| | 29. | |
| | 30. | |
| | 31. | |
| | 32. | |

1-B2

Staple Issue Slip Here

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | 21 | 10/26/95 |
| EXAMINER | 249 | 11/14/95 |
| TYPIST | 335 | 12/14/95 |
| VERIFIER | 341 | 12/14/95 |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

## INDEX OF CLAIMS



SYMBOLS

| ✓ | Rejected |
|---|---|
| = | Allowed |
| – (through numeral) | Cancelled |
| + | Restricted |
| N | Non-elected |
| I | Interference |
| A | Appeal |
| O | Objected |

**1-B3**

(LEFT INSIDE)

called 5/22
5/20

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 424 | 049 | 12/9/96 | C.Wmg |
| 426 | 007 | | |
| | 044 | | |
| | 049 | | |
| | 052 | | |
| | 615 | | |
| | 629 | | |
| | 655 | | |
| | 425 | | |
| | 429 | | |
| | 430 | | |
| | 431 | 5/22/97 | L.Wmg |
| 426 | 007 | | |
| | 044 | | |
| | 049 | | |
| | 052 | | |
| | 615 | | |
| | 629 | | |
| | 655 | | |
| | 425 | | |
| | 429 | | |
| | 430 | | |
| | 431 | 8/2/97 | L.Wmy |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| APS | 12/9/96 | C.Wmg |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 426 | 049 | | |
| | 052 | | |
| | 615 | | |
| | 425 | | |
| | 429 | | |
| | 431 | 8/3/97 | L.Wmg |

1-B4
(RIGHT OUTSIDE)

| BAR CODE LABEL | | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖ | **U.S. PATENT APPLICATION** | |

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/528,858 | 09/15/95 | 426 | 1302 |

APPLICANT  JED W. FAHEY, ELDERSBURG, MD; PAUL TALALAY, BALTIMORE, MD.


\*\*CONTINUING DATA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VERIFIED

_____


\*\*FOREIGN/PCT APPLICATIONS\*\*\*\*\*\*\*\*\*\*\*\*
VERIFIED

_____


FOREIGN FILING LICENSE GRANTED 12/19/95

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| MD | 2 | 47 | 13 | $2,084.00 | 46528/102/JO |

ADDRESS  FOLEY AND LARDNER
3000 K STREET NW
SUITE 500
WASHINGTON DC 20007-5109

TITLE  CANCER CHEMOPROTECTIVE FOOD PRODUCTS

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

**1-B5**

Date _____                Certifying Officer _____

00 528858

08 528858

Law Offices
FOLEY & LARDNER
Suite 500
3000 K Street, N.W.
Washington, DC  20007-5109
(202) 672-5300

Assistant Commissioner for Patents
Washington, D. C.  20231

Sir:

Transmitted herewith for filing is the patent application of:

**INVENTOR(S):    Jed W. FAHEY, Paul TALALAY**

**TITLE:    CANCER CHEMOPROTECTIVE FOOD PRODUCTS**

In connection with this application, the following are enclosed:

 44  Pages of Specification with Abstract

 47  Claims

  2  Sheets of Drawings

 XX  Declaration, Power of Attorney

 XX  Assignment to:  **Johns Hopkins School of Medicine**

____ Certified Priority Application and Priority Claim

____ Statement of Small Entity Status

____ Other:

The fee has been calculated as shown below.  (Small entity fees indicated in parentheses.)

| (1)<br>For | (2)<br>Number Filed | (3)<br>Number Extra | (4)<br>Rate | (5)<br>Basic Fee<br>$730 ($365) |
|---|---|---|---|---|
| Total Claims | 47 - 20 = | 27 | x $22<br>(x $11) | 594.00 |
| Independent Claims | 14 - 3 = | 11 | x $76<br>(x $38) | 836.00 |
| Multiple Dependent Claims | | | $240<br>($120) | − |
| Assignment Recording Fee | | | $ 40 | 40.00 |
| | | | TOTAL FEE: | $2,200.00 |

A check in the amount of the above TOTAL FEE is attached.  This amount is believed to be correct; however, the Commissioner is hereby authorized to charge any deficiency or credit any overpayment to Deposit Account No. 19-0741.

Respectfully submitted,

Date: September 15, 1995
Docket No.:  46528/102/JOHO

Bernhard D. Saxe
Reg. No. 28,665

1-B6

58858

FOLEY & LARDNER

September 15, 1995

46524/02/JOHO

The "Received" stamp of the U.S. Patent & Trademark Office hereon acknowledges receipt of the accompanying Patent Application of FAIREY et al.

for CANCER CHEMOPROTECTIVE FOOD PRODUCTS

Including:

44 pages of spec.; 47 claims; 2 shts. dwgs. XX Declaration; XX Oath; XX Assignment;

and Check for $2,200.00

Filed September 15, 1995

Return to: BDS & KCP wb

Inspected by: _____

REF - 40906
SEP 15 1995

SEP
15
1995
MAIL ROOM
25
PM
TRADEMARK OF...

---

FOLEY & LARDNER
3000 K STREET N.W., SUITE 500
WASHINGTON, D.C. 20007
PH. (202) 672-5300

68-107/560

NO. 40906

MATCH THE AMOUNT IN WORDS WITH THE AMOUNT IN NUMBERS

******* SEP 15 1995 ■ TWO THOUSAND TWO HUNDRED DOLLARS AND 00 CENTS

PAY TO THE
ORDER OF    COMMISSIONER OF PATENTS & TRADEMARKS

BUS. REF. NO.
465Z8102
NEW APPLICATION

CRESTAR BANK
ALEXANDRIA, VIRGINIA

Authorized Signature

⑈000040906⑈ ⑇056000079⑇ 2021656 20⑈

1-B7

PATENT APPLICATION SERIAL NO. 528858

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

110 MG 10/11/95 08528858

SE18051  12/11/95  08528858

1 101    2,160.00 CK 46528/102/JD

19-0741  180  101        76.00CR

OK Refund
$ 76.00 Bp

Inventors: Jed W. Fahey
Paul Talalay

METHOD OF PREPARING A FOOD PRODUCT FROM
CRUCIFEROUS SEEDS

~~CANCER CHEMOPROTECTIVE FOOD PRODUCTS~~

The U.S. Government has a paid-up license in this
5    invention and the right in limited circumstances to
require the patent owner to license others on reasonable
terms as provided for by the terms of grant PO1 CA 44530,
entitled "Novel Strategies for Chemoprotection Against
Cancer", (Paul Talalay, Principal Investigator) awarded
10    by the National Cancer Institute, Department of Health
and Human Services.

### BACKGROUND OF THE INVENTION

#### I.  Field of Invention

This invention relates to a dietary approach to
15    reducing the level of carcinogens in animals and their
cells and thereby reducing the risk of developing cancer.
In particular, this invention relates to the production
and consumption of foods which are rich in cancer
chemoprotective compounds.   More specifically, this
20    invention relates to chemoprotective compounds that
modulate mammalian enzymes which are involved in
metabolism of carcinogens.   This invention relates to
food sources which are extremely rich in compounds that
induce the activity of Phase 2 enzymes, without inducing
25    biologically significant activities of those Phase 1
enzymes that activate carcinogens.

#### II. Background

It is widely recognized that diet plays a large role
in controlling the risk of developing cancers and that
30    increased consumption of fruits and vegetables reduces
cancer incidence in humans.   It is believed that a major
mechanism of protection depends on the presence of
chemical components in plants that, when delivered to

2

mammalian cells, elevate levels of Phase 2 enzymes that detoxify carcinogens.

Early studies on the mechanism of chemoprotection by certain chemicals assumed that these chemoprotectors induced activities of monooxygenases, also known as Phase 1 enzymes or cytochromes P-450. However, Talalay et al., [reviewed in "Chemical Protection Against Cancer by Induction of Electrophile Detoxication (Phase II) Enzymes" In: CELLULAR AND MOLECULAR TARGETS OF CHEMOPREVENTION, L. Wattenberg et al., CRC Press, Boca Raton, FL, pp 469-478 (1992)] determined that administration of the known chemoprotector butylated hydoxyanisole (BHA) to rodents resulted in little change in cytochromes P-450 (Phase 1 enzyme) activities, but profoundly elevated Phase 2 enzymes. Phase 2 enzymes such as glutathione transferases, NAD(P)H:quinone reductase (QR) and glucuronosyltransferases, detoxify DNA-damaging electrophilic forms of ultimate carcinogens. Selective inducers of Phase 2 enzymes are designated monofunctional inducers. Prochaska & Talalay, *Cancer Res.* 48: 4776-4782 (1988). The monofunctional inducers are nearly all electrophiles and belong to 8 distinct chemical classes including (1) diphenols, phenylenediamines and quinones; (2) Michael reaction acceptors containing olefins or acetylenes conjugated to electron-withdrawing groups; (3) isothiocyanates; (4) 1,2-dithiole-3-thiones; (5) hydroperoxides; (6) trivalent inorganic and organic arsenic derivatives; (7) heavy metals with potencies related to their affinities for thiol groups including $Hg^{2+}$, and $Cd^{2+}$; and (8) vicinal dimercaptans. Prestera et al., *Proc. Natl. Acad. Sci. USA* 90: 2963-2969 (1993). The only apparent common property shared by all of these inducers is their ability to react with thiol groups.

Chemoprotective agents can be used to reduce the susceptibility of mammals to the toxic and neoplastic effects of carcinogens. These chemoprotectors can be of

3

plant origin or synthetic compounds. Synthetic analogs
of naturally occurring inducers have also been generated
and shown to block chemical carcinogenesis in animals.
Posner *et al.*, *J. Med. Chem.* <u>37</u>: 170-176 (1994); Zhang *et*
5      *al.*, *Proc. Natl. Acad. Sci. USA* <u>91</u>: 3147-3150 (1994);
Zhang *et al.*, *Cancer Res. (Suppl)* <u>54</u>: 1976s-1981s (1994).

Highly efficient methods have been developed for
measuring the potency of plant extracts to increase or
induce the activities of Phase 2 enzymes. Prochaska &
10     Santamaria, *Anal. Biochem.* <u>169</u>: 328-336 (1988) and
Prochaska *et al.*, *Proc. Natl. Acad. Sci. USA* <u>89</u>: 2394-
2398 (1992). In addition, these methods have been
employed for isolating the compounds responsible for the
inducer activities in plants and for evaluating the
15     anticarcinogenic activities of these compounds and their
synthetic analogs. Zhang *et al.*, *Proc. Natl. Acad. Sci.*
*USA* <u>89</u>: 2399-2403 (1992) and Posner *et al.*, *J. Med. Chem.*
<u>17</u>: 170-176 (1994).

Although inducer activity has been found in many
20     different families of edible plants, the amounts are
highly variable, depending on family, genus, species,
variety, or cultivar of the plant selection and on growth
and harvesting conditions. Thus, there is a need in the
art to identify particular edible plants and methods of
25     growing and preparing them that yield high levels of
Phase 2 enzyme-inducer activity for chemoprotection.
There is also a need for methods of growing and preparing
edible plants that produce a known spectrum of specific
inducers of Phase 2 enzyme activity in order to increase
30     the efficiency with which specific carcinogens, or
classes of carcinogens, are targeted for inactivation.
In addition, there is a need for methods of plant
breeding and selection to increase the level of Phase 2
inducer activity and to manipulate the spectrum of
35     inducers produced in particular cultivars.

4

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide food products and food additives that are rich in cancer chemoprotective compounds.

5      Another object of the present invention is to provide food products which contain substantial quantities of Phase 2 enzyme-inducers and are essentially free of Phase 1 enzyme-inducers.

It is a further object of the present invention to
10    provide   food   products   which   contain   substantial quantities of Phase 2 enzyme-inducing potential and non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

These objects, and others, are achieved by providing
15    cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage.  The cruciferous sprouts include *Brassica oleracea* varieties *acephala, alboglabra, botrytis, costata, gemmifera, gongylodes, italica, medullosa,*
20    *palmifolia, ramosa, sabauda, sabellica*, and *selensia*.

Another embodiment of the present invention provides cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage, wherein the sprouts are substantially free
25    of Phase 1 enzyme-inducing potential.

Yet another embodiment of the present invention provides a non-toxic solvent extract of cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage.
30    The non-toxic solvent extract can be a water extract.  In addition, the water extract can comprise a cruciferous vegetable, such as a cruciferous vegetable of the genus *Raphanus*, comprising an active myrosinase enzyme.

5

Another embodiment of the present invention provides a food product comprising cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage; extracts of the
5  sprouts or cruciferous seeds; or any combination of the sprouts or extracts.

A further embodiment of the present invention provides a method of increasing the chemoprotective amount of Phase 2 enzymes in a mammal, comprising the
10  step of administering an effective quantity of cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage.

Yet another embodiment of the present invention
15  provides a method of increasing the chemoprotective amount of Phase 2 enzymes in a mammal, comprising the step of administering an effective quantity of a food product comprising cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts,
20  harvested prior to the 2-leaf stage.

Another embodiment of the present invention provides cruciferous sprouts harvested prior to the 2-leaf stage, wherein the sprouts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when
25  measured after 3 days of growth from seeds that produce said sprouts and contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates. The cruciferous sprouts include *Brassica oleracea* varieties
30  *acephala, alboglabra, botrytis, costata, gemmifera, gongylodes, italica, medullosa, palmifolia, ramosa, sabauda, sabellica*, and *selensia*.

A further embodiment of the present invention provides a food product comprising sprouts harvested
35  prior to the 2-leaf stage, wherein the sprouts have at

6

least 200,000 units per gram fresh weight of Phase 2
enzyme-inducing potential when measured after 3 days from
growth of seeds that produce the sprouts and contain non-
toxic levels of indole glucosinolates and their breakdown
5    products and goitrogenic hydroxybutenyl glucosinolates;
extracts of the sprouts or cruciferous seeds; or any
combination of the sprouts or extracts.

Yet another embodiment of the present invention
provides cruciferous sprouts harvested prior to the 2-
10   leaf stage, wherein the sprouts have at least 200,000
units per gram fresh weight of Phase 2 enzyme-inducing
potential when measured after 3 days of growth from seeds
that produce the sprouts and contain non-toxic levels of
indole glucosinolates and their breakdown products and
15   goitrogenic hydroxybutenyl glucosinolates and are
substantially free of Phase 1 enzyme-inducing potential.

Another embodiment of the present invention provides
a non-toxic solvent extract of cruciferous sprouts
harvested prior to the 2-leaf stage, wherein the sprouts
20   have at least 200,000 units per gram fresh weight of
Phase 2 enzyme-inducing potential when measured after 3
days of growth from seeds that produce the sprouts and
contain non-toxic levels of indole glucosinolates and
their breakdown products and goitrogenic hydroxybutenyl
25   glucosinolates. The non-toxic solvent extract can be a
water extract.  In addition, the water extract can
comprise a cruciferous vegetable, such as a cruciferous
vegetable of the genus *Raphanus*, comprising an active
myrosinase enzyme.

30   Yet another embodiment of the present invention
provides a method of increasing the chemoprotective
amount of Phase 2 enzymes in a mammal, comprising the
step of administering an effective quantity of
cruciferous sprouts harvested prior to the 2-leaf stage,
35   wherein the sprouts have at least 200,000 units per gram
fresh weight of Phase 2 enzyme-inducing potential when

7

measured after 3 days of growth from seeds that produce the sprouts and contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

5    Yet another embodiment of the present invention provides a method of increasing the chemoprotective amount of Phase 2 enzymes in a mammal, comprising the step of administering an effective quantity of a food product comprising sprouts harvested prior to the 2-leaf

10    stage, wherein the sprouts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth from seeds that produce the sprouts and contain non-toxic levels of indole glucosinolates and their breakdown products and

15    goitrogenic hydroxybutenyl glucosinolates.

A further embodiment of the present invention provides a method of preparing a food product rich in glucosinolates, comprising germinating cruciferous seeds, with the exception of cabbage, cress, mustard and radish

20    seeds, and harvesting sprouts prior to the 2-leaf stage to form a food product comprising a plurality of sprouts. The cruciferous sprouts include *Brassica oleracea* varieties *acephala, alboglabra, botrytis, costata, gemmifera, gongylodes, italica, medullosa, palmifolia,*

25    *ramosa, sabauda, sabellica*, and *selensia* and contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

Yet another embodiment of the present invention provides a food product rich in glucosinolates made by

30    germinating cruciferous seeds, with the exception of cabbage, cress, mustard and radish seeds, and harvesting sprouts prior to the 2-leaf stage to form a food product comprising a plurality of sprouts.

Yet another embodiment of the present invention

35    provides a method of preparing a food product comprising

8

extracting glucosinolates and isothiocyanates from cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage, with a non-toxic solvent and recovering the
5  extracted glucosinolates and isothiocyanates. Myrosinase enzyme, or a vegetable, such as *Raphanus* species, containing the enzyme is mixed with the cruciferous sprouts, the extract, or both the sprouts and the extract.

10  An embodiment of the present invention provides a method of preparing a food product rich in glucosinolates, comprising germinating cruciferous seeds having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3
15  days of growth from seeds that produce the sprouts and which contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, and harvesting sprouts prior to the 2-leaf stage to form a food product
20  comprising a plurality of sprouts. The seeds may be *Brassica oleracea*, including the varieties *acephala, alboglabra, botrytis, costata, gemnifera, gongylodes, italica, medullosa, palmifolia, ramosa, sabauda, sabellica,* and *selensia.*

25  Yet another embodiment of the present invention provides a food product rich in glucosinolates made by germinating cruciferous seeds having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth from seeds
30  that produce the sprouts and which contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, and either harvesting sprouts at the 2-leaf stage to form a food product comprising a plurality of sprouts. The
35  nutritional product contains non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

9

A further embodiment of the present invention provides a method of preparing a food product comprising extracting glucosinolates and isothiocyanates with a solvent from cruciferous seeds, sprouts, plants or plant
5    parts, wherein seeds that produce the sprouts, plants or plant parts producing sprouts having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth and wherein the seeds, sprouts, plants or plant parts have
10   non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, and recovering the extracted glucosinolates and isothiocyanates. The non-toxic extraction solvent can be water. Myrosinase enzyme, or
15   a vegetable, such as *Raphanus* species, containing the enzyme is mixed with the cruciferous sprouts, seeds, plants, plant parts or extract, or any combination thereof.

A further embodiment of the present invention
20   provides a method of reducing the level of carcinogens in mammals, comprising administering cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts.

Yet another embodiment of the present invention
25   provides a method of reducing the level of carcinogens in mammals, comprising administering cruciferous sprouts having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth from seeds that produce the sprouts and
30   non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

Another embodiment of the present invention provides a method of preparing a food product by introducing
35   cruciferous seeds, having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when

10

measured after 3 days of growth from seeds that produce
the sprouts and non-toxic levels of indole glucosinolates
and goitrogenic hydroxybutenyl glucosinolates, into an
edible ingredient.

5        A further embodiment of the present invention
provides a method of extracting glucosinolates and
isothiocyanates from plant tissue which comprises
homogenizing the plant tissue in an excess of a mixture
of    dimethyl    sulfoxide,    acetonitrile,    and
10    dimethylformamide (DMF/ACN/DMSO) at a temperature that
prevents myrosinase activity.

       Another embodiment of the present invention provides
cruciferous sprouts harvested prior to the 2-leaf stage,
wherein the ratio of monofunctional to bifunctional
15    inducers is at least 20 to 1.

       Another object of the present invention is to provide
a food product supplemented with a purified or partially
purified glucosinolate.

       Other objects, features and advantages of the present
20    invention will become apparent from the following
detailed description.  It should be understood, however,
that the detailed description and the specific examples,
while indicating preferred embodiments of the invention,
are given by way of illustration only, since various
25    changes and modifications within the spirit and scope of
the invention will become apparent to those skilled in
the art from this detailed description.

              *BRIEF DESCRIPTION OF THE DRAWINGS*

       Figure 1 shows the total inducing potential of
30    organic solvent extracts of broccoli and daikon cultivars
as a function of age.

11

Figure 2 shows the high resolution NMR spectra of isolated glucosinolates obtained from hot aqueous extracts of 3-day old Saga broccoli sprouts.

## *DETAILED DESCRIPTION*

5    **I.    Definitions**

In the description that follows, a number of terms are used extensively.   The following definitions are provided to facilitate understanding of the invention.

A **bifunctional inducer** is a molecule which increases
10    activities of both Phase 1 enzymes such as cytochromes P-450 and Phase 2 enzymes and requires the participation of Aryl hydrocarbon (*Ah*) receptor and its cognate Xenobiotic Response Element (*XRE*).   Examples include flat planar aromatics such as polycyclic hydrocarbons, azo dyes or
15    2,3,7,8-tetrachloro-dibenzo-p-dioxin (TCDD).

A **chemoprotector** or **chemoprotectant** is a synthetic or naturally occurring chemical agent that reduces susceptibility in a mammal to the toxic and neoplastic effects of carcinogens.

20    A **food product** is any ingestible preparation containing the sprouts of the instant invention, or extracts or preparations made from these sprouts, which are capable of delivering Phase 2 inducers to the mammal ingesting the food product.   The food product can be
25    freshly prepared such as salads, drinks or sandwiches containing sprouts of the instant invention.   Alternatively, the food product containing sprouts of the instant invention can be dried, cooked, boiled, lyophilized or baked.   Breads, teas, soups, cereals,
30    pills and tablets, are among the vast number of different food products contemplated.

**Inducer activity** or **Phase 2 enzyme-inducing activity** is a measure of the ability of a compound(s) to induce

12

Phase 2 enzyme activity. In the present invention, inducer activity is measured by means of the murine hepatoma cell bioassay of QR activity *in vitro*. Inducer activity is defined herein as QR inducing activity in
5  Hepa 1c1c7 cells (murine hepatoma cells) incubated with extracts of sprouts, seeds or other plant parts untreated with myrosinase. Inducer activity is measured in Hepa 1c1c7 murine hepatoma cells grown in 96-well microtiter plates. Typically 10,000 Hepa 1c1c7 cells are introduced
10  into each well. Hepatoma cells are grown for 24 hours and a plant extract containing microgram quantities of fresh plant tissue is serially diluted across the microtiter plates into fresh culture medium containing 0.15 ml αMEM culture medium amended with 10% Fetal Calf
15  Serum (FCS) and streptomycin and penicillin. The cells are further incubated for 48 hours. QR activity (based on the formation of the blue-brown reduced tetrazolium dye) is measured with an optical microtiter plate scanner in cell lysates prepared in one plate, and related to its
20  protein concentration. Quantitative information on specific activity of QR is obtained by computer analysis of the absorbances. One unit of inducer activity is the amount that when added to a single microtiter well doubles the QR activity. (*See* Prochaska and Santamaria,
25  *Anal. Biochem.* 169: 328-336 (1988) and Prochaska *et al.*, *Proc. Natl. Acad. Sci. USA* 89: 2394-2398 (1992)).

   **Inducer potential** or **Phase 2 enzyme-inducing** potential is a measure of the combined amounts of inducer activity in plant tissue provided by isothiocyanates,
30  plus glucosinolates that can be converted by myrosinase to isothiocyanates. Glucosinolates are not themselves inducers of mammalian Phase 2 enzymes, whereas isothiocyanates are inducers. Inducer potential therefore is defined herein as QR activity in murine
35  1c1c7 hepatoma cells incubated with myrosinase-treated extracts of the sprouts, seeds or other plant parts. In the present invention therefore inducer potential is measured by means of the murine hepatoma cell bioassay of

13

QR activity *in vitro* as described above.    Inducer
potential is measured in Hepa 1c1c7 murine hepatoma cells
grown in 96-well microtiter plates.    Typically, 10,000
Hepa 1c1c7 cells are introduced into each well.  Hepatoma
5    cells are grown for 24 hours and a plant extract
containing microgram quantities of fresh plant tissue is
serially diluted across the microtiter plates into fresh
culture medium containing 0.15 ml αMEM culture medium
amended with 10% Fetal Calf Serum (FCS) and streptomycin
10    and penicillin.  Myrosinase (6 units/ml plant extract) is
added to the plant extract.   Myrosinase is purified by
modification of the technique of Palmieri *et al.*, *Anal.
Biochem.* 35: 320-324 (1982) from 7 day old Daikon sprouts
grown on agar support containing no added nutrients.
15    Following 234-fold purification, the myrosinase had a
specific activity of 64 units/mg protein [unit = amount
of enzyme required to hydrolyze 1 μmol sinigrin/min].
Plant extract is diluted 200-fold into the initial wells
of the microtiter plate followed by 7 serial dilutions.
20    The cells are further incubated for 48 hours.    QR
activity (based on the formation of the blue-brown
reduced tetrazolium dye) is measured with an optical
microtiter plate scanner in cell lysates prepared in one
plate, and related to its protein concentration.
25    Quantitative information on specific activity of QR is
obtained by computer analysis of absorbances.  One unit
of inducer potential is the amount that when added to a
single microtiter well doubles the QR activity.   (*See*
Prochaska and Santamaria, *Anal. Biochem.* 169: 328-336
30    (1988) and Prochaska *et al.*, *Proc. Natl. Acad. Sci. USA*
89: 2394-2398 (1992)).

A **monofunctional inducer** increases the activity of
Phase 2 enzymes selectively without significantly
altering Phase 1 enzyme activities.   Monofunctional
35    inducers do not depend on a functional *Ah* receptor but
enhance transcription of Phase 2 enzymes by means of an
Antioxidant Responsive Element (ARE).

14

A cruciferous **sprout** is a plant or seedling that is at an early stage of development following seed germination.    Cruciferous seeds are placed in an environment in which they germinate and grow.    The
5   cruciferous sprouts of the instant invention are harvested following seed germination through and including the 2-leaf stage.    The cruciferous sprouts of instant invention have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential at 3-
10   days following incubation under conditions in which cruciferous seeds germinate and grow.

## II. Description

A major mechanism of protection provided by fruits and vegetables in reducing the cancer incidence in humans
15   depends on minor chemical components which, when delivered to mammalian cells, elevate levels of Phase 2 enzymes that detoxify carcinogens.    It has now been discovered that the anticarcinogenic activity of certain edible plants can be increased.    Plants such as *Brassica*
20   *oleracea* variety *italica* (broccoli) are normally not harvested until they form heads.  By growing these plants only to the seedling or sprout stage, that is between the onset of germination and the 2-leaf stage, the levels of inducers of enzymes that detoxify carcinogens and protect
25   against cancer can be increased at least five-fold over those found in commercial stage vegetables of the same cultivars.    Often increases of between 10 and 1000-fold have been observed.

Harvesting plants at an early seedling or sprout
30   stage, or otherwise arresting their growth, leads to the greatest inducer potential and yields a food product of a type to which consumers are already accustomed.    The Phase 2 enzyme-inducing potential of such sprouts may be as much as several hundred times higher than that
35   observed in adult, market stage vegetables obtained from the same seeds.    Thus it is possible that humans can consume the same quantities of inducer potential by

15

eating relatively small quantities of sprouts, rather than large quantities of market-stage vegetables.

It has now been found that most of the inducer potential of crucifer plants is due to their content of isothiocyanates and their biogenic precursors, glucosinolates. Glucosinolates are converted to isothiocyanates by the enzyme myrosinase which is a thioglucosidase. Normally myrosinase and glucosinolates are separated in the cell and if the cell is damaged, with loss of compartmentalization, myrosinase comes into contact with glucosinolates, which are then converted to isothiocyanates.

In order to screen large numbers of edible plants and to evaluate the effects of environmental perturbation on Phase 2 enzyme-inducer potential in those vegetables, it was necessary to improve upon the previously described techniques for homogenization and extraction of those vegetables. Techniques initially described for the extraction of Phase 2 inducers from vegetables involved homogenization of the vegetables in cold water, lyophilization, extraction of the resultant powder with acetonitrile, filtration and evaporative concentration, Prochaska *et al.*, *Proc. Natl. Acad. Sci. USA* <u>89</u>: 2394-2398 (1992).

Following identification of sulforaphane as the principal Phase 2 inducer from broccoli, comparative extractions were performed into hot 80% methanol, yielding similar inducer activity as the aforementioned acetonitrile extracts. When myrosinase was added to these hot methanol extracts in which glucosinolates are freely soluble, there was a dramatic enhancement of the Phase 2 inducer activity of these extracts (data summarized in Table 1). The deliberate conversion of these glucosinolates to isothiocyanates using exogenous myrosinase thus gave a better index of the inducers for Phase 2 enzymes of the vegetables tested. It was thus

16

clear that the majority of the potential Phase 2 inducers
in crucifers was usually present in whole plants as the
glucosinolate precursors of isothiocyanates.

The preponderance of glucosinolates and the rapidity
5    with which, upon wounding of cruciferous plant tissue,
glucosinolates are converted to isothiocyanates, led to
the development of an improved extraction procedure. By
manipulation of solvent mixtures and of the water
activity of fresh vegetable/solvent homogenates, a
10   procedure was developed that permits both glucosinolate
and isothiocyanate quantification from the same,
non-concentrated sample. In addition to being the
rate-limiting step in an extraction protocol, evaporative
concentration allows volatile inducers to escape
15   detection. The improved procedure is both simple and
efficient, requiring only that the plant sample be
completely homogenized in solvent. Using this technique,
the present inventors have thus been able to demonstrate
dramatic increases in the recovery of inducer activity
20   and inducer potential from cruciferous vegetables over
previously described techniques.

If fresh-picked vegetables are promptly and gently
harvested, directly into organic solvents comprising a
mixture of DMF/ACN/DMSO and a temperature that prevents
25   myrosinase activity, both glucosinolates and
isothiocyanates are efficiently extracted into the
organic solvent mixture. Preferably, the DMF, ACN and
DMSO are mixed in equal volumes. However, the volumes of
the three solvents in the mixture can be varied to
30   optimize extraction of specific glucosinolates and
isothiocyanates from any plant tissue. The temperature
of the extraction mixture is preferably less than 0°C,
and most preferably less than -50°C. The temperature of
the extraction solvent must be kept above freezing. At
35   the same time the enzyme myrosinase, which invariably
accompanies these constituents in the plants and rapidly
converts glucosinolates into isothiocyanates, is

17

inactive.    Such    extracts    typically    contain    high
quantities of glucosinolates and negligible quantities of
isothiocyanates.       The    *in planta*    myrosinase    activity
varies between different plant species.

5        Glucosinolates    are    not    themselves    inducers    of
mammalian    Phase 2    enzymes,    whereas    isothiocyanates    are
monofunctional    inducers    in    the    murine    hepatoma    cell
bioassay of QR activity.    The inducer potential, as
distinct from inducer activity, of plant extracts can be
10    measured by adding purified myrosinase, obtained from the
same, or other plant sources, to the assay system.

Glucosinolates    are    converted    at    least    partially    to
isothiocyanates in humans.    If, however, it is desirable
to    accelerate    this    conversion,    broccoli    or    other
15    vegetable sprouts, high in glucosinolates, can be mixed
with myrosinase.    The mixture can be in water, or some
other    non-toxic    solvent    that    does    not    inactivate
myrosinase.    The myrosinase can be from a partially
purified or purified preparation.    Alternatively, the
20    myrosinase can be present in plant tissue, such as a
small quantity of crucifer sprouts rich in myrosinase,
including *Raphanus sativus* or daikon.    Such a preparation
can be used to produce a "soup" for ingestion that is
high in isothiocyanates and low in glucosinolates.
25    Inducer potential can be measured using a multiwell plate
screen with murine hepatoma cells for    *in vitro*
measurement of QR specific activity as described above.

The ratio of monofunctional to bifunctional inducer
activity of plant tissue is measured by bioassaying plant
30    extracts, as described above, not only in wild-type Hepa
1c1c7 cells, but also, in mutants designated c1 and BP$^r$c1
that have either defective *Ah* receptors or defective
cytochrome $P_1$-450 genes, respectively.    Prochaska and
Talalay, *Cancer Research* 48: 4776-4782 (1988).