





# PATENT APPLICATION

08840234

APPROVED FOR LICENSE ☐

INITIALS _____

| Date Entered or Counted | | CONTENTS | Date Received or Mailed |
|---|---|---|---|
| | 1. | Application _____ papers. | |
| | 2. | Pre-Amend A | 4-11-97 |
| | 3. | Pre-Amend B | 4-11-97 |
| | 4. | IDS | 4-11-97 |
| | 5. | Pre-Amdt C | 12-24-97 |
| | 6. | Pre-Amdt D | 2-25-98 |
| | 7. | Ltr fee payment | 2-25-98 |
| | 8. | IDS | 2-25-98 |
| 4-23-98 | 9. | Rej 3 mo | 4-24-98 |
| | 10. | Examiner Interview Summary | |
| | 11. | Amdt E w/ Attach Declaration | 6-30-98 |
| 9-4-98 | 12. | Rejection | 9-10-98 |
| | 13. | Amdt F w/ 1449 | 11-18-98 |
| | 14. | Terminal Disclaimer | 11-18-98 |
| | 15. | Terminal Disclaimer | 1-7-99 |
| 1-28-99 | 16. | Notice of Allowability | 2-1-99 |
| 9-3-99 | 17. | Formal Drawings (2 shts) set 1 | 4-30-99 |
| | 18. | IDS | 10-18-99 |
| | 19. | IDS | 02-07-99 |
| | 20. | | |
| | 21. | | |
| | 22. | | |
| | 23. | | |
| | 24. | | |
| | 25. | | |
| | 26. | | |
| | 27. | | |
| | 28. | | |
| | 29. | | |
| | 30. | | |
| | 31. | | |
| | 32. | | |

2-B2

(FRONT)

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 426 | 615 | 4/23/98 | L.Wong |
| update | | 9/2/98 | L.Wong |
| 426 | 7 | | |
| | 44 | | |
| | 49 | | |
| | 52 | | |
| | 425 | | |
| | 429 | | |
| | 430 | | |
| | 431 | | |
| | 615 | | |
| | 629 | | |
| | 655 | 1/26/99 | L.Wong |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| parent case 08/528 858 | 4/23/98 | L.Wong |

31

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 426 | 49 | | |
| | 52 | | |
| | 425 | | |
| | 429 | | |
| | 431 | | |
| | 615 | 1/27/99 | L.Wong |

2-B3  (IGHT OUTSIDE)

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | | 6-3-97 |
| EXAMINER | | |
| TYPIST | 335 9/9/97 | |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

## INDEX OF CLAIMS

SYMBOLS
- ✓ ............ Rejected
- = ............ Allowed
- – (Through numeral) Cancelled
- + ............ Restricted
- N ............ Non-elected
- I ............ Interference
- A ............ Appeal
- O ............ Objected

2-B4



APPLICATION SERIAL NUMBER: 08/840231

APPLICANT'S NAME (PLEASE PRINT): Fahey et al.

IF REISSUE, ORIGINAL PATENT NUMBER:

CROSS REFERENCE(S)

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | |
|---|---|---|---|---|
| 426 | 052 | 425 | 429 | 431 |
| 426 | 615 | | | |

INTERNATIONAL CLASSIFICATION: A23B 7/00

GROUP ART UNIT: 1761

ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME):

PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME): Leslie Wong

PTO 270 (REV. 5-91)

ISSUE CLASSIFICATION SLIP

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

## INDEX OF CLAIMS

SYMBOLS
- ✓ .......... Rejected
- = .......... Allowed
- – (Through numeral) Canceled
- + .......... Restricted
- N .......... Non-elected
- I .......... Interference
- A .......... Appeal
- O .......... Objected

Claims 1–100 listed; circled originals include 1, 12, 21, 27, 30, 37, 39, 40, 41, 42, 45, 46, 48, 62, 77. Renumbered final claims 1–22 correspond to originals 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90.

2-B5
(LEFT INSIDE)