28

Sprouts of the broccoli cultivar Everest contained 130-fold more inducer potential (units/g fresh weight) than mature vegetables. The inducer activity in broccoli was significantly higher than in daikon.

5          *CL*          **Example 5**

*CL*  *INDUCER POTENTIAL OF BROCCOLI SPROUT EXTRACTS*

Inducer potential of a series of water extracts of 3-day old broccoli sprouts of the cultivar Saga were determined. Plants were prepared by first surface
10 sterilizing seeds of *Brassica oleracea* variety *italica* (broccoli) cultivar Saga by a 1 min treatment in 70% ethanol, followed by 15 min in 1.3% sodium hypochlorite containing approximately 0.001% Alconox detergent. Seeds were grown in sterile plastic containers at a density of
15 approximately 8 seeds/$cm^2$ for 72 hours on a 0.7% agar support that did not contain added nutrients. The environment was carefully controlled with broad spectrum fluorescent lighting, humidity and temperature control (16 hours light, 25°C / 8 hours dark, 20°C).

20 Plants were rapidly and gently collected from the surface of the agar to minimize glucosinolate hydrolysis by endogenous myrosinase released upon plant wounding. Sprouts (approximately 25 mg fresh wt/sprout) were gently harvested and immediately and rapidly plunged into
25 approximately 3 volumes of boiling water in order to inactivate endogenous myrosinase as well as to extract glucosinolates and isothiocyanates from the plant tissue. Water was returned to a boil and maintained at a rolling boil for 3 min. The sprouts were then either strained
30 from the boiled infusion [tea, soup] or homogenized in it, and the residue then removed by filtration or centrifugation.

Data in Table 3 represent both homogenates and infusions. Preparations were stored at -20°C until
35 assayed. Inducer potential of plant extracts, prepared

29

Exhibit 3-C

29

as described above, was determined as described in Definitions section above.

TABLE 3

Inducer Potentials of Hot Water Extracts
of 3-Day Saga Broccoli Sprouts

| EXTRACT NO. | units/g fresh weight |
|---|---|
| 1 | 500,000 |
| 2 | 370,000 |
| 3 | 455,000 |
| 4 | 333,000 |
| 5 | 435,000 |
| 6 | 333,000 |
| 7 | 625,000 |
| 8 | 250,000 |
| 9 | 313,000 |
| 10 | 357,000 |
| 11 | 370,000 |
| 12 | 370,000 |
| 13 | 217,000 |
| 14 | 222,000 |
| 15 | 1,000,000 |
| 16 | 714,000 |
| 17 | 435,000 |
| 18 | 1,250,000 |
| 19 | 263,000 |
| AVERAGE | 464,000 ± 61,600 S.E.M. |

30

30

Some variability in the amount of Phase 2 enzyme-inducer potential was detected. High levels of Phase 2 enzyme-inducer potential, however, were consistently observed.

5             *Example 6*
*HOT WATER BROCCOLI EXTRACTS TREATED*
*WITH DAIKON MYROSINASE*

QR activity in a hot water broccoli extract increased in the presence of a vegetable source of myrosinase. An
10 aqueous extraction of 3-day old sprouts of broccoli cultivar Saga grown on water agar, in which myrosinase was inactivated by boiling for 3 min, was divided into 6 different 150 ml aliquots. Nine-day old daikon sprouts, a rich source of the enzyme myrosinase, were added to
15 this cooled infusion in amounts equivalent to 0, 5, 9, 17, 29 and 40% (w/w) of the broccoli. QR activity, as determined in the Definition section, of the control extracts containing 0% daikon was 26,300 units/gram fresh weight while QR activity of the extracts that had
20 received daikon as a source of myrosinase ranged from 500,000 to 833,000 units/gram fresh weight of broccoli. Accordingly, myrosinase present in the daikon sprouts, increased the QR activity in the broccoli extract greater than 19-fold.

25             *Example 7*
*GLUCORAPHANIN AND GLUCOERUCIN ARE THE PREDOMINANT*
*GLUCOSINOLATES IN HOT WATER EXTRACTS OF BROCCOLI*
*(CULTIVAR SAGA) SPROUTS*

*Paired Ion Chromatography (PIC).* Centrifuged hot
30 water extracts of 3-day-old broccoli (cultivar Saga) sprouts were subjected to analytical and preparative PIC on a reverse phase C18 Partisil ODS-2 HPLC column in ACN/$H_2O$ (1/1, by vol.) with tetraoctylammonium (TOA) bromide as the counter-ion. Only three well-separated
35 peaks were detected: peak A eluted at 5.5 min, B at 11.5

31

31

min, and C at 13 min at a molar ratio [A:B:C] of ca. 2.5 : 1.6 : 1.0 (monitored by UV absorption at 235 nm), and they disappeared if the initial extracts were first treated with highly purified myrosinase. Peaks A, B, and C contained no significant inducer activity, and cyclocondensation assay of myrosinase hydrolysates showed that only Peaks A and C produced significant quantities of isothiocyanates, accounting for all the inducer activity. See Zhang *et al.*, *Anal. Biochem.* 205: 100-107 (1992). Peak B was not further characterized. Peaks A and C were eluted from HPLC as TOA salts but required conversion to ammonium salts for successful mass spectroscopy, NMR and bioassay. The pure peak materials were dried in a vacuum centrifuge, redissolved in aqueous 20 mM $NH_4Cl$, and extracted with chloroform to remove excess TOA bromide. The ammonium salts of glucosinolates remained in the aqueous phase, which was then evaporated.

*Identification of Glucosinolates*. The ammonium salts of Peaks A and C were characterized by mass spectrometric and NMR techniques: (a) negative ion Fast Atom Bombardment (FAB) on a thioglyerol matrix; this gave values of 436 (Peak A) and 420 (Peak C) amu for the negative molecular ions, and (b) high resolution NMR, as shown in Figure 2, provided unequivocal identification of the structure. Peak A is glucoraphanin [4-methylsulfinylbutyl glucosinolate], and Peak C is the closely related glucoerucin [4-methythiobutyl glucosinolate]. These identifications and purity are also consistent with the inducer potencies; Peaks A and C, after myrosinase hydrolysis had potencies of 36,100 and 4,360 units/μmol, respectively, compared with reported CD values of 0.2 μM (33,333 units/μmol) for sulforaphane and 2.3 μM (2,900 units/μmol) for erucin. CD values are the concentrations of a compound required to double the QR specific activity in Hepa 1c1c7 murine hepatoma cells. Since there are no other glucosinolate peaks, and the inducer activity of peak A and C account for the total inducer activity of the extracts, it is

3·2·

32

therefore likely that in this cultivar of broccoli, there are no significant quantities of other inducers, *i.e.,* no indole or hydroxyalkenyl glucosinolates.  Further, the isolated compounds are therefore substantially pure.

*CL*

5    *CL*/*L*

### *Example 8*
### *COMPARISON OF AQUEOUS AND ORGANIC SOLVENT TECHNIQUES*
### *FOR EXTRACTION OF INDUCER POTENTIAL*

Plants were prepared by first surface sterilizing seeds of *Brassica oleracea* variety *italica* (broccoli)
10    cultivar Saga, with 70% ethanol followed by 1.3% sodium hypochlorite and 0.001% alconox.  The seeds were grown in sterile plastic containers at a density of approximately 8 seeds/$cm^2$ for 72 hours on a 0.7% agar support that did not contain added nutrients.    The environment was
15    carefully controlled with broad spectrum fluorescent lighting, humidity, and temperature control (16 hours light, 25°C/8 hours dark, 20°C).

The plants were rapidly and gently collected from the surface of the agar to minimize glucosinolate hydrolysis
20    by endogenous myrosinase released upon plant wounding. A portion of the plants was homogenized with 10 volumes of the DMF/ACN/DMSO solvent at -50°C, as described in Example 1, which dissolves nearly all the non-lignocellulosic plant material.  Alternatively, the bulk
25    of the harvested plants was plunged into 5 volumes of boiling water for 3 min to inactivate endogenous myrosinase and to extract glucosinolates and isothiocyanates.  The cooled mixture was homogenized, centrifuged, and the supernant fluid was stored at -20°C.

30    Inducer potential of plant extracts, prepared by the two methods described above, was determined by the microtiter plate bioassay as described above.  Typical inducer potentials in an average of 5 preparations were 702,000 (DMF/ACN/DMSO extracts) and 505,000 (aqueous
35    extracts) units/g fresh weight of sprouts.

33

33

Spectrophotometric quantitation of the cyclocondensation product of the reaction of isothiocyanates with 1,2-benzenedithiole was carried out as described in Zhang *et al.*, *Anal. Biochem.* <u>205</u>: 100-107 (1992). Glucosinolates were rapidly converted to isothiocyanates after addition of myrosinase. About 6% of the total hot water extractable material [dissolved solids] consisted of glucosinolates. These results demonstrate that (a) isothiocyanate levels in the crude plant extracts are extremely low; (b) myrosinase rapidly converts abundant glucosinolates to isothiocyanates; (c) hot water extraction releases over 70% of the inducer activity extractable with a triple solvent mixture permitting recovery of most of the biological activity in a preparation that is safe for human consumption; and (d) over 95% of the inducing potential in the intact plant is present as glucosinolates and therefore no other inducers are present in biologically significant quantities.

### Example 9
### DEVELOPMENTAL REGULATION OF GLUCOSINOLATE PRODUCTION

Preliminary experiments in which field grown broccoli (cultivar DeCicco) was harvested at sequential time points from the same field indicated that on a fresh weight basis, inducer potential declined from the early vegetative stage through commercial harvest, but appeared to increase at late harvest (onset of flowering). These data suggested that inducer potential might be highest in seeds. Subsequent studies have shown that when seeds of 8 broccoli cultivars were surface sterilized and grown under gnotobiotic conditions, Phase 2 enzyme-inducer potential was highest in seeds and declined progressively (on a fresh weight basis) over time throughout the first 14 days of seedling growth.

Expressed on a per plant basis, however, activity remained constant over this period, suggesting that at

34

34

this early stage of growth there was no net synthesis of
glucosinolates. However, when the glucosinolate profiles
of market stage broccoli heads and 3 day old sprouts
(cultivar Emperor) were compared, there was a profound
5    difference in the apparent glucosinolate compositions of
these plants.

Sprouts were prepared by first surface sterilizing
seeds of *Brassica oleracea* variety *italica* (broccoli)
cultivar Emperor with a 1 minute treatment in 70%
10   ethanol, followed by 15 min in 1.3% sodium hypochlorite
with approximately 0.001% Alconox detergent. Seeds were
grown in sterile plastic containers at a density of
approximately 8 seeds/$cm^2$ for 72 hours on a 0.7% agar
support that did not contain added nutrients. The
15   environment was carefully controlled; broad spectrum
fluorescent lighting, humidity and temperature control
(16 hours light, 25°C / 8 hours dark, 20°C).

Plants were rapidly and gently collected from the
surface of the agar to minimize glucosinolate hydrolysis
20   by endogenous myrosinase released upon plant wounding.
Sprouts [approximately 25 mg fresh wt/sprout], were
gently harvested and immediately and rapidly plunged into
approximately 3 volumes of boiling water in order to
inactivate endogenous myrosinase as well as to extract
25   glucosinolates and isothiocyanates from the plant tissue.
Water was returned to a boil and maintained at a rolling
boil for 3 min. The sprouts were then strained from the
boiled infusion [tea, soup] and the infusion was stored
at -20°C until assayed.

30   Market stage heads were obtained by germinating seeds
of the same seedlot in a greenhouse in potting soil,
transplanting to an organically managed field in Garrett
County, MD and harvested at market stage. Heads were
immediately frozen upon harvest, transported to the
35   laboratory on ice and extracts were prepared in an
identical fashion to those described above for sprouts

35

35

except that approximately 3 gram floret tissue samples were used for extraction.

Inducer potential of plant extracts, prepared as described above, was determined by the microtiter plate bioassay method as described in Example 1. Paired ion chromatography revealed two major peaks, probably glucobrassicin and neo-glucobrassicin, in extracts of market stage heads with similar retention times to glucobrassicin (indole-3-ylmethyl glucosinolate) and neo-glucobrassicin (1-methoxyindole-3-ylmethyl glucosinolate). This observation is consistent with published reports on the glucosinolate composition of mature broccoli plants. However, paired ion chromatography under the same conditions of identically prepared extracts of 3-day-old sprouts showed absence of glucobrassicin or neo-glucobrassicin. Additionally, 3-day-old sprouts of different broccoli cultivars produce different mixtures of glucosinolates. Accordingly, glucosinolate production is developmentally regulated.

### Example 10

EVALUATION OF ANTICARCINOGENIC ACTIVITIES OF BROCCOLI SPROUT PREPARATIONS IN THE HUGGINS DMBA (9,10 DIMETHYL-1,2-BENZANTHRACENE) MAMMARY TUMOR MODEL

Sprouts were prepared by first surface sterilizing seeds of *Brassica oleracea* variety *italica* (broccoli) cultivar Saga with a 1 min treatment in 70% ethanol, followed by 15 min in 1.3% sodium hypochlorite with approximately 0.001% Alconox detergent. Seeds were grown in sterile plastic containers at a density of approximately 8 seeds/cm$^2$ for 72 hours on a 0.7% agar support that did not contain added nutrients. The environment was carefully controlled with broad spectrum fluorescent lighting, humidity and temperature control (16 hours light, 25°C / 8 hours dark, 20°C).

36

The plants were rapidly and gently collected from the surface of the agar to minimize glucosinolate hydrolysis by endogenous myrosinase released upon plant wounding. A large quantity of sprouts was harvested by immediately
5    and rapidly plunging into approximately 3 volumes of boiling water in order to inactivate endogenous myrosinase, as well as extracting glucosinolates and isothiocyanates from the plant tissue. Water was returned to a boil and maintained at a rolling boil for
10    3 min. Sprouts were then strained from the boiled infusion [tea, soup] and the infusion was lyophilized and stored as a dry powder at -20°C [designated Prep A]. Other sprouts, similarly prepared were extracted with boiling water, cooled to 25°C and were amended with a
15    quantity of 7 day old daikon sprouts equivalent to approximately 0.5% of the original fresh weight of broccoli sprouts. This mixture was homogenized using a Brinkman Polytron Homogenizer and incubated at 37°C for 2 hours following which it was filtered through a
20    sintered glass filter, lyophilized as above and stored as a dried powder at -20°C [designated Prep B].

QR inducer activity and inducer potential of plant extracts, prepared as described above, was determined by the microtiter plate bioassay method as described above.
25    The induction of QR activity in preparation A is largely due to glucosinolates; predominantly glucoraphanin, which is the glucosinolate of sulforaphane, but this preparation also contains some glucoerucin, which is the sulfide analog of glucoraphanin. The induction QR
30    activity of preparation B is almost exclusively due to isothiocyanates arising from treatment of glucosinolates with myrosinase.

Female Sprague-Dawley rats received at 35 days of age were randomized; 4 animals per plastic cage. All animals
35    received 10 mg DMBA, by gavage in 1 ml sesame oil, at age 50 days. Sprout preparations (A or B) or vehicle control were given by gavage at 3, 2 & 1 day prior to DMBA, on

37

37

the day of DMBA (2 hr prior to the DMBA dose) and on the day following DMBA dosing.  The vehicle used was 50% Emulphor 620P / 50% water.  Animals were maintained on a semi-purified AIN-76A diet *ad libitum* from the time of
5   receipt until termination of the experiment (167 days of age).

38

38

## TABLE 4

### ANTICARCINOGENIC ACTIVITIES OF BROCCOLI SPROUT EXTRACTS
### IN THE DMBA RAT MAMMARY TUMOR MODEL

| GROUP | TREATMENT | NUMBER OF ANIMALS AT TERMINATION | TOTAL TUMOR NUMBER | MULTIPLICITY: NUMBER OF TUMORS PER RAT |
|---|---|---|---|---|
| CONTROL | DMBA only | 19 | 34 | 1.79 |
| PREPARATION A (Glucosinolate) | 324 mg/dose (100 μmol sulforaphane equiv.) | 18 | 19 | 1.05 |
| PREPARATION B (Isothiocyanate) | 424 mg/dose (100 μmol sulforaphane equiv.) | 20 | 11 | 0.55 |

5

10

39

39

The development of palpable tumors was delayed for as much as 5 weeks by the administration of sprout extracts. Rats treated with either Preparation A or B had significantly fewer tumors than the untreated
5    control, and the multiplicity of tumors (tumors per rat) was significantly lower in the animals receiving Preparations A or B.

*CL*

**Example 11**

*CL*

*METABOLISM AND CLEARANCE OF GLUCOSINOLATES IN HUMANS*

10    Two male, non-smoking volunteers ages 35 and 40 years, each in good health, were put on a low vegetable diet in which no green or yellow vegetables, or condiments, mustard, horseradish, tomatoes or papayas were consumed. After 24 hours on such a diet, all urine
15    was collected in 8 hr aliquots. After 24 hours of baseline data, subjects ingested 100 ml of broccoli sprout soup (prepared as below), containing 520 $\mu$mol of glucosinolates.

The sprouts were prepared by first surface
20    sterilizing seeds of *Brassica oleracea* variety *italica* (broccoli) cultivar Saga with a 1 min treatment in 70% ethanol, followed by 15 min in 1.3% sodium hypochlorite with ca. 0.001% Alconox detergent. Seeds were grown in sterile plastic containers at a density of approximately
25    8 seeds/cm$^2$ for 72 hours on a 0.7% agar support that did not contain added nutrients. The environment was carefully controlled with broad spectrum fluorescent lighting, humidity and temperature control (16 hours light, 25°C / 8 hours dark, 20°C). The plants were
30    rapidly and gently collected from the surface of the agar to minimize glucosinolate hydrolysis by endogenous myrosinase released upon plant wounding. A large quantity of sprouts was harvested by immediately and rapidly plunged into approximately 3 volumes of boiling
35    water in order to inactivate endogenous myrosinase as

**3-C12**

40

well as to extract glucosinolates and isothiocyanates
from the plant tissue. Water was returned to a boil and
maintained at a rolling boil for 3 min. Following the
boiling step, sprouts were homogenized directly in their
5   infusion water for 1 min using a Brinkman Polytron
Homogenizer and the preparations were frozen at -79°C
until use.

Inducer potential of plant extracts, prepared as
described above, was determined by the microtiter plate
10  bioassay method as described above. Inducer potential is
nearly all due to glucosinolates; predominantly
glucoraphanin, which is the glucosinolate of
sulforaphane, but some glucoerucin which is the sulfide
analog of glucoraphanin was also present. When converted
15  to isothiocyanates by the addition of purified
myrosinase, Phase 2 enzyme-inducing potential was 100,000
units/ml and contained 5.2 µmol of isothiocyanates per
ml, as determined by the cyclocondensation reaction
described in Example 7. Thus, the subjects consumed a
20  total of 520 µmol of glucosinolates.

Collection of 8 hour urine samples was continued for
an additional 30 hours. Urinary excretion of
isothiocyanate conjugates (dithiocarbamates) was
monitored using the cyclocondensation reaction as
25  described in Example 7.

3-C13

41

## TABLE 5

*EXCRETION OF DITHIOCARBAMATES BY TWO SUBJECTS*
*INGESTING 520 MICROMOLES OF GLUCOSINOLATES*
*EXTRACTED FROM SAGA BROCCOLI*

| TIME | CONDITION | SUBJECT 1 | SUBJECT 2 |
|------|-----------|-----------|-----------|
| Collection Time (hours) | | μmol Dithiocarbamate per 8 hour urine collection | |
| 8 | baseline | 1.4 | 2.7 |
| 16 | baseline | 2.1 | 0.9 |
| 24 | baseline | 1.7 | 5.4 |
| 32 | 1st 8 hour post-dose | 23.2 | 20.4 |
| 40 | 2nd 8 hour post-dose | 9.9 | 36.8 |
| 48 | 3rd 8 hour post-dose | 4.4 | 14.0 |
| 56 | 4th 8 hour post-dose | 4.2 | 4.1 |
| Total post-dose minus average baseline: | | 39.8 | 63.2 |
| Total as Percent of dose: | | 6.7% | 12.2% |

The two subjects studied metabolically converted a significant fraction of the ingested glucosinolates to the isothiocyanates which were converted to cognate dithiocarbamates and measured in the urine.

## Example 12

### EFFECTS OF PHYSICAL INTERVENTIONS ON SPROUT GROWTH ON PRODUCTION OF INDUCERS OF QUINONE REDUCTASE

Sprouts were prepared by first surface sterilizing seeds of *Raphanus sativum* (daikon) by a 1 minute treatment with 70% ethanol, followed by a 15 min treatment with 1.3% sodium hypochlorite with approximately 0.001% Alconox detergent. Seeds were grown

42

in sterile plastic containers at a density of
approximately 8 seeds/cm$^2$ for 7 days on a 0.7% agar
support that did not contain added nutrients. The
environment was carefully controlled with broad spectrum
5   fluorescent lighting, humidity and temperature control
(16 hours light 25°C/8 hours dark, 20°C).

Treated sprouts were irradiated with germicidal UV
light for 0.5 hr on days 5 and 6. Treated sprouts were
only half the height of the untreated controls. Plants
10  were harvested on day 7 by rapidly and gently collecting
the plants from the surface of the agar to minimize
glucosinolate hydrolysis by endogenous myrosinase
released upon plant wounding. Sprouts were harvested by
immediate and rapid plunging into approximately 10
15  volumes of DMF/ACN/DMSO (1:1:1) at approximately -50°C in
order to inactivate endogenous myrosinase as well as to
extract glucosinolates and isothiocyanates. Sprouts were
immediately homogenized with a ground glass mortar and
pestle and stored at -20°C.

20  Inducer potential of plant extracts, prepared as
described above, was determined by the microtiter plate
bioassay method as described above. Inducer potential of
the UV-treated sprouts was over three times that of
untreated controls. Treatment of sprouts with
25  ultraviolet light therefore increased the Phase 2 enzyme-
inducer potential of the plant tissue.

Although the foregoing refers to particular preferred
embodiments, it will be understood that the present
invention is not so limited. It will occur to those of
30  ordinary skill in the art that various modifications may
be made to the disclosed embodiments and that such
modifications are intended to be within the scope of the
present invention, which is defined by the following
claims. All publications and patent applications
35  mentioned in this specification are indicative of the

43

43

level of skill of those in the art to which the invention
pertains.

    All publications and patent applications are herein
incorporated by reference to the same extent as if each
5   individual publication or patent application were
specifically and individually indicated to be
incorporated by reference in its entirety.

44

3-C16

44

*What Is Claimed Is:*

1.    Cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage.

2.    The cruciferous sprouts according to claim 1, wherein said sprouts are a *Brassica oleracea* selected from the group of varieties consisting of *acephala, alboglabra, botrytis, costata, gemmifera, gongylodes, italica, medullosa, palmifolia, ramosa, sabauda, sabellica, and selensia.*

3.    The cruciferous sprouts according to claim 2, wherein said sprouts are a *Brassica oleracea* variety *italica.*

4.    The cruciferous sprouts according to claim 1, wherein said sprouts are a *Brassica oleracea* variety *botrytis.*

5.    The cruciferous sprouts according to claim 1, wherein said sprouts are a *Brassica oleracea* variety *botrytis* subvariety *cauliflora.*

6.    The cruciferous sprouts according to claim 1, wherein said sprouts are substantially free of Phase 1 enzyme-inducing potential.

7.    A non-toxic solvent extract of the cruciferous sprouts according to claim 1.

8.    The non-toxic solvent extract according to claim 7, wherein said solvent is water.

9.    The non-toxic solvent extract according to claim 8, further comprising a cruciferous vegetable comprising an active myrosinase enzyme.

4 5

3-C17

45

10. The non-toxic solvent extract according to claim 9, wherein said cruciferous vegetable is of the genus *Raphanus*.

11. A method of increasing the chemoprotective amount of Phase 2 enzymes in a mammal, comprising the step of administering an effective quantity of ~~the~~ cruciferous sprouts according to claim 1.

12. Cruciferous sprouts harvested prior to the 2-leaf stage, wherein said sprouts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth from seeds that produce said sprouts and non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

13. The cruciferous sprouts according to claim 12, wherein said sprouts are a *Brassica oleracea* selected from the group of varieties consisting of *acephala*, *alboglabra*, *botrytis*, *costata*, *gemmifera*, *gongylodes*, *italica*, *medullosa*, *palmifolia*, *ramosa*, *sabauda*, *sabellica*, and *selensia*.

14. The cruciferous sprouts according to claim 13, wherein said sprouts are a *Brassica oleracea* variety *italica*.

15. The cruciferous sprouts according to claim 13, wherein said sprouts are a *Brassica oleracea* variety *botrytis*.

16. The cruciferous sprouts according to claim 15, wherein said sprouts are a *Brassica oleracea* variety *botrytis* subvariety *cauliflora*.

17. A non-toxic solvent extract of the cruciferous sprouts according to claim 12.

46

18. The non-toxic solvent extract according to claim 17, wherein said solvent is water.

19. The non-toxic solvent extract according to claim 18, further comprising a cruciferous vegetable comprising an active myrosinase enzyme.

20. The non-toxic solvent extract according to claim 19, wherein said cruciferous vegetable is of the genus *Raphanus*.

21. A method of preparing a food product rich in glucosinolates, comprising germinating cruciferous seeds, with the exception of cabbage, cress, mustard and radish seeds, and harvesting sprouts prior to the 2-leaf stage, to form a food product comprising a plurality of sprouts.

22. The method according to claim 21, wherein said sprouts contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

23. The method according to claim 21, wherein said seeds are a *Brassica oleracea* selected from the group of varieties consisting of *acephala*, *alboglabra*, *botrytis*, *costata*, *gemnifera*, *gongylodes*, *italica*, *medullosa*, *palmifolia*, *ramosa*, *sabauda*, *sabellica*, and *selensia*.

24. The method according to claim 23, wherein said seeds are *Brassica oleracea* variety *italica*.

25. The method according to claim 23, wherein said seeds are *Brassica oleracea* variety *botrytis*.

26. The method according to claim 25, wherein said seeds are *Brassica oleracea* variety *botrytis* subvariety *cauliflora*.

47

27. A food product rich in glucosinolates made by the process according to claim 21.

28. A method of preparing a food product, comprising extracting glucosinolates and isothiocyanates from cruciferous sprouts according to claim 1 with a non-toxic solvent, removing the extracted sprouts from said solvent, and recovering the extracted glucosinolates and isothiocyanates.

29. A method of preparing a food product according to claim 28, wherein active myrosinase enzyme is mixed with said cruciferous sprouts, or said extracted glucosinolates and isothiocyanates, or both said cruciferous sprouts or said extract.

30. A method of preparing a food product rich in glucosinolates, comprising germinating cruciferous seeds that produce sprouts having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth and which contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, and harvesting sprouts prior to the 2-leaf stage to form a food product comprising a plurality of sprouts.

31. The method according to claim 30, wherein said seeds are a *Brassica oleracea* selected from the group of varieties consisting of *acephala, alboglabra, botrytis, costata, gemmifera, gongylodes, italica, medullosa, palmifolia, ramosa, sabauda, sabellica,* and *selensia.*

32. The method according to claim 31, wherein said seeds are *Brassica oleracea* variety *italica.*

33. The method according to claim 31, wherein said seeds are *Brassica oleracea* variety *botrytis.*

**3-C20**

48

34.  The method according to claim 33, wherein said seeds are *Brassica oleracea* variety *botrytis* subvariety *cauliflora*.

35.  A food product rich in glucosinolates, made by the process according to claim 30.

36.  A method of preparing a food product, comprising introducing cruciferous seeds, wherein said seeds produce sprouts having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth and non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, into another edible ingredient.

37.  A method of preparing a food product, comprising extracting glucosinolates and isothiocyanates with a non-toxic solvent and isothiocyanates from cruciferous seeds, sprouts, plants or plant parts wherein seeds that produce said sprouts, plant, or plant parts, have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth and wherein said seeds, sprouts, plants or plant parts have non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, and recovering the extracted glucosinolates and isothiocyanates.

38.  A method of preparing a food product according to claim 37, wherein active myrosinase enzyme is mixed with said cruciferous seeds, sprouts or plants; or said extracted glucosinolates and isothiocyanates; or both said cruciferous seeds, sprouts or plants and said extract.

39.  A method of reducing the level of carcinogens in a mammal, comprising administering to a mammal an

49

effective amount of cruciferous sprouts, with the
exception of cabbage, cress, mustard and radish sprouts.

40. A method of reducing the level of carcinogens
in a mammal, comprising administering to a mammal an
effective amount of cruciferous sprouts having at least
200,000 units per gram fresh weight of Phase 2 enzyme-
inducing potential when measured after 3-days of growth
from seeds that produce said sprouts and non-toxic levels
of indole glucosinolates and their breakdown products and
goitrogenic hydroxybutenyl glucosinolates.

41. A method of extracting glucosinolates and
isothiocyanates from plant tissue comprising the steps of
homogenizing said plant tissue in an excess of a mixture
of dimethyl sulfoxide, acetonitrile and dimethylformamide
at a temperature sufficient to inactivate myrosinase
enzyme activity.

42. A food product comprising cruciferous sprouts,
with the exception of cabbage, cress, mustard and radish
sprouts, harvested prior to the 2-leaf stage, cruciferous
seeds; extracts of said sprouts or seeds; or any
combination of said sprouts, seeds or extracts.

43. A method of increasing the chemoprotective
amount of Phase 2 enzymes in a mammal, comprising the
step of administering an effective quantity of the food
product according to claim 42.

44. A food product comprising cruciferous sprouts
harvested prior to the 2-leaf stage, wherein said sprouts
have at least 200,000 units per gram fresh weight of
Phase 2 enzyme-inducing potential when measured after 3-
days of growth from seeds that produce said sprouts and
non-toxic levels of indole glucosinolate and goitrogenic
hydroxybutenyl glucosinolates; cruciferous seeds;
extracts of said sprouts or seeds; or any combination of
said sprouts, seeds or extracts.

50

45. A method of increasing the chemoprotective amount of Phase 2 enzymes in a mammal, comprising the step of administering an effective quantity of the food product according to claim 44.

46. Cruciferous sprouts harvested prior to the 2-leaf stage, wherein the ratio of monofunctional to bifunctional inducers is at least 20 to 1.

47. A food product supplemented with a purified or partially purified glucosinolate.

Docket No. 46528/102/JOHO

# DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I hereby declare that:

My residence, post office address, and citizenship are as stated below next to my name.
I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

*CANCER CHEMOPROTECTIVE FOOD PRODUCTS*

the specification of which (check one)

☒  is attached hereto

☐  was filed on   as Application Serial No.   and was amended on   (if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is known by me to be material to patentability as defined in Title 37, Code of Federal Regulations § 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

## PRIOR FOREIGN APPLICATION(S)

| NUMBER | COUNTRY | DAY/MONTH/YEAR FILED | PRIORITY CLAIMED |
|--------|---------|----------------------|------------------|
|        |         |                      |                  |
|        |         |                      |                  |
|        |         |                      |                  |

I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s) listed below and insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose information which is known by me to be material to patentability as defined in Title 37, Code of Federal Regulations § 1.56 which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| APPLICATION SERIAL NO. | FILING DATE | STATUS: PATENTED, PENDING, ABANDONED |
|------------------------|-------------|--------------------------------------|
|                        |             |                                      |
|                        |             |                                      |
|                        |             |                                      |

I hereby appoint as my attorneys, with full powers of substitution and revocation, to prosecute this application and transact all business in the Patent and Trademark Office connected therewith: Stephen A. Bent, Reg. No. 29,768; David A. Blumenthal, Reg. No. 26,257; John J. Feldhaus, Reg. No. 28,822; Donald D. Jeffery, Reg. No. 19,980; Eugene M. Lee, Reg. No. 32,039; Peter G. Mack, Reg. No. 26,001; Brian J. McNamara, Reg. No. 32,789; Sybil Meloy, Reg. No. 22,749; George E. Quillin, Reg. No. 32,792; Colin G. Sandercock, Reg. No. 31,298; Bernhard D. Saxe, Reg. No. 28,665; Richard L. Schwaab, Reg. No. 25,479; Arthur Schwartz, Reg. No. 22,115; Harold C. Wegner, Reg. No. 25,258.

Send all correspondence to FOLEY & LARDNER, 3000 K Street, N.W., Suite 500, Washington, DC 20007-5109. Address telephone communications to *Bernhard D. Saxe*  at (202) 672-5300.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| Full Name of First or Sole Inventor<br>Jed W. FAHEY | Signature of First or Sole Inventor | Date<br>9/13/95 |
|---|---|---|
| Residence Address<br>6704 RIDGE RD., ELDERSBURG, MD 21784 | | Country of Citizenship<br>*United States* |
| Post Office Address<br>6704 RIDGE RD., ELDERSBURG, MD 21784 | | |

Signatures should conform to names as typewritten.  ☒  Additional inventors on attached Page 2.

PAGE 2                                    Docket No. 46528/102/IOHO

| Full Name of Second Inventor<br>*Paul TALALAY* | Signature of Second Inventor<br>*Paul Talalay* | Date<br>9/13/95 |
|---|---|---|
| Residence Address<br>5512 BOXHILL LANE, BALTIMORE MD 21210 | Country of Citizenship<br>*United States* | |
| Post Office Address<br>5512 BOXHILL LANE BALTIMORE MD 21210 | | |

3-C25



Inducer Activity of Broccoli Sprouts
Effect of Plant Age

Figure1



High Resolution NMR (600 MHz) in $D_2O$.  Note: chirality of SO in Peak A induces multiplet for $CH_2SO$ (Peak A), not observed for $CH_2S$ (Peak C).

Figure 2

3-C27



Figure 1

PRINT OF DRAWINGS
AS ORIGINALLY FILED



High Resolution NMR (600 MHz) in $D_2O$.  Note: chirality of SO in Peak A induces multiplet for $CH_2SO$ (Peak A), not observed for $CH_2S$ (Peak C).

Figure 2

Law Offices
FOLEY & LARDNER

Suite 500
3000 K Street, N.W.
Washington, DC  20007-5109
(202) 672-5300



Assistant Commissioner for Patents
Box Patent Applications
Washington D.C.   20231

Attorney Docket No.046528/0118
(must include alphanumeric codes if no inventors named)

### UTILITY PATENT APPLICATION TRANSMITTAL
### (new nonprovisional applications under 37 CFR 1.53(b))

Transmitted herewith for filing is the patent application of:

**INVENTOR(S):  Jed W. FAHEY and Paul TALALAY**

**TITLE:   CANCER CHEMOPROTECTIVE FOOD PRODUCTS**

In connection with this application, the following are enclosed:

### APPLICATION ELEMENTS:

__xx__   Specification - __51__ TOTAL PAGES

   (preferred arrangement:)

     -Descriptive Title of the Invention
     -Cross Reference to Related Applications
     -Statement Regard Fed sponsored R&D
     -Reference to Microfiche Appendix
     -Background of the Invention
     -Brief Summary of the Invention
     -Brief Description of the Drawings (if filed)
     -Detailed Description
     -Claim(s)
     -Abstract of the Disclosure

__xx__  Drawings - Total Sheets __2__

__xx__  Declaration and Power of Attorney - Total Sheets __2__

  ___ Newly executed (original or copy)

  __xx__ Copy from a prior application (37 CFR 1.63(d))

    (relates to continuation/divisional boxes completed) - NOTE:  Box below

  ___ DELETION OF INVENTOR(S) - Signed statement attached deleting inventor(s)
  named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).

__xx__   Incorporation By Reference (useable if copy of prior application
       Declaration being submitted)

The entire disclosure of the prior application, from which a COPY of the
oath or declaration is supplied as noted above, is considered as being
part of the disclosure of the accompanying application and is hereby
incorporated by reference therein.

____   Microfiche Computer Program (Appendix)

____   Nucleotide and/or Amino Acid Sequence Submission (if applicable,
all     necessary)
  __ Computer Readable Copy
  __ Paper Copy (identical to computer copy)
  __ Statement verifying identify of above copies

### ACCOMPANYING APPLICATION PARTS
__ Assignment Papers (cover sheet & document(s))
__ 37 CFR 3.73(b) Statement (when there is an assignee)
__ English Translation Document (if applicable)
__ Information Disclosure Statement(IDS) with PTO-1449.  ___ Copies of IDS Citations
__xx__ Preliminary Amendment
__xx__ Return Receipt Postcard (MPEP 503)

Utility Patent Application Transmittal
Attorney Docket No.   :528/0118 - Foley & Lardn
Page 2

__xx__ Small Entity Statement(s)
    __xx__ Statement file in prior application, status still proper and desired.
__ Certified Copy of Priority Document(s) with Claim of Priority
    (if foreign priority is claimed).
__ OTHER:

If a **CONTINUING APPLICATION**, **check appropriate box and supply the requisite information:**
__ Continuation   __xx__ Divisional   __ Continuation-in-part (CIP)
of prior application Serial No.  08/840,234 .

__xx__ Amend the specification by inserting before the first line the following sentence: --This application is a __ continuation, __xx__ divisional or __ continuation-in-part of application Serial No. 08/840,234 , filed April 11, 1997 , *now US Patent 5,968,567, and a divisional application of 08/526,858, filed September 15, 1995, now US Patent 5,925,893*

CORRESPONDENCE ADDRESS:
    Foley & Lardner Address noted above.
    Telephone: (202) 672-5300
    Fax Number: (202) 672-5399

FEE CALCULATIONS: (Small entity fees indicated in parentheses.)

| (1)<br>For | (2)<br>Number Filed | (3)<br>Number Extra | (4)<br>Rate | (5)<br>Basic Fee<br>$790 ($395) |
|---|---|---|---|---|
| Total Claims | 21 - 20 = | 1 | x $22<br>(x $11) | 11.00 |
| Independent Claims | 3 - 3 = | 0 | x $82<br>(x $41) | 0.00 |
| Multiple Dependent Claims | | | $270<br>($135) | 0.00 |
| Assignment Recording Fee per property | | | $40 | 0.00 |
| Surcharge Under 37 C.F.R. 1.16(e) | | | $130<br>($65) | 0.00 |
| | | | TOTAL FEE: | $406.00 |

**METHOD OF PAYMENT:**
A check in the amount of the above TOTAL FEE is attached.  If payment by check is NOT enclosed, it is requested that the Patent and Trademark Office advise the undersigned of the period of time within which to file the TOTAL FEE.  If payment enclosed, this amount is believed to be correct; however, the Commissioner is hereby authorized to charge any deficiency or credit any overpayment to Deposit Account No. 19-0741.

Respectfully submitted,

Date: July 20, 1998
Docket No.: 046528/0118

Bernhard D. Saxe
Reg. No. 28,665

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Attorney Docket No. 046528/0118

In re patent application of

Jed FAHEY *et al.*

Serial No. Unassigned

Filed: July 20, 1998

For:        CANCER CHEMOPROTECTIVE FOOD PRODUCTS

**PRELIMINARY AMENDMENT**

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

Prior to examination of the above-identified application, Applicants respectfully request that the following amendments be entered into the application:

**IN THE CLAIMS**:

Kindly cancel claims 1-47 without prejudice or disclaimer and add the following claims:

--48.    Cruciferous sprouts, with the exception of *Brassica oleracea capitata*, *Lepidium sativum*, *Sinapis alba, Sinapis nigra*, and *Raphanus sativus* sprouts, harvested between the onset of germination up to and including the 2-leaf stage.

49.    The cruciferous sprouts according to claim 48, wherein said sprouts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth from seeds that produce said sprouts and non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates and are harvested 1 to 14 days post-germination.

50.    The cruciferous sprouts according to claim 48, wherein said sprouts are a *Brassica oleracea* selected from the group of varieties consisting of *acephala, alboglabra,*

**3-C32**

Attorney Docket No. 16585/0118

*botrytis, costata, gemmifera, gongylodes, italica, medullosa, palmifolia, ramosa, sabauda, sabellica,* and *selensia.*

51.    The cruciferous sprouts according to claim 50, wherein said sprouts are a *Brassica oleracea* variety *italica.*

52.    The cruciferous sprouts according to claim 50, wherein said sprouts are a *Brassica oleracea* variety *botrytis.*

53.    The cruciferous sprouts according to claim 50, wherein said sprouts are a *Brassica oleracea* variety *botrytis* subvariety *cauliflora.*

54.    The cruciferous sprouts according to claim 48, wherein said sprouts are substantially free of Phase 1 enzyme-inducing potential.

55.    A non-toxic solvent extract of the cruciferous sprouts according to claim 48.

56.    The non-toxic solvent extract according to claim 55, wherein said solvent is water.

57.    The non-toxic solvent extract according to claim 56, further comprising a cruciferous vegetable comprising an active myrosinase enzyme.

58.    The non-toxic solvent extract according to claim 57, wherein said cruciferous vegetable is of the genus *Raphanus.*

59.    The cruciferous sprouts according to claim 54, wherein the ratio of monofunctional to bifunctional Phase 2 enzyme inducers is at least 20 to 1.

60.    A food product comprising the cruciferous sprouts according to claim 48, optionally including cruciferous seeds; extracts of said sprouts or seeds; or any combination of said sprouts, seeds or extracts.

Attorney Docket N    046585/0118

61.     The food product according to claim 60, wherein said sprouts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth from seeds that produce said sprouts.

62.     A food product rich in glucosinolates made by the process of germinating cruciferous seeds, with the exception of cabbage, cress, mustard and radish seeds, and harvesting sprouts between the onset of germination up to and including the 2-leaf stage, to form a food product comprising a plurality of sprouts.

63.     The food product according to claim 62, wherein said sprouts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth from seeds that produce said sprouts and non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates and are harvested 1 to 14 days post-germination.

64.     The food product according to claim 63, wherein said sprouts are a *Brassica oleracea* selected from the group of varieties consisting of *acephala, alboglabra, botrytis, costata, gemnifera, gongylodes, italica, medullosa, palmifolia, ramosa, sabauda, sabellica,* and *selensia.*

65.     The food product according to claim 64, wherein said sprouts are *Brassica oleracea* variety *italica.*

66.     The food product according to claim 64, wherein said spouts are *Brassica oleracea* variety *botrytis.*

67.     The food product according to claim 64, wherein said sprouts are *Brassica oleracea* variety *botrytis* subvariety *cauliflora.*

68.     A food product supplemented with a purified or partially purified glucosinolate.--

Attorney Docket No.: 5585/0118

### REMARKS

Claims 48-68 are now pending.  Claims 1-47 have been canceled.  New claims 48-68 have been added.  Support for the new claims can be found in the original claims and the specification as filed.  Entry of the foregoing amendment prior to examination is respectfully requested.

Respectfully submitted,

July 20, 1998

Bernhard D. Saxe
Reg. No. 28,665

FOLEY & LARDNER
3000 K Street, N.W.
Suite 500
Washington, D.C.  20007-5109
Tel:  (202) 672-5300

**3-C35**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of OIPE :        Group Art Unit:    1761

Jed FAHEY et al.        JAN 13 1999    :    Atty. Dkt. No. 46585/118

Serial No.:    09/118,867    :        JAN 12 1999

Filed:    July 20,    :        GROUP 1800

For:    CANCER CHEMOPROTECTIVE FOOD PRODUCTS    RECEIVED

INFORMATION DISCLOSURE STATEMENT
UNDER 37 C.F.R. §§1.56, 1.97(c) and 1.17(p) GROUP 1700

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

Included with the attached Form PTO-1449 are documents known to applicants in order to comply with applicants' duty of disclosure pursuant to 37 C.F.R. §1.56.

The submission of any document herewith, which is not a statutory bar, is not intended as an admission that such document constitutes prior art against the claims of the present application or is considered to be material to patentability as defined in 37 C.F.R. §1.56(b). Applicants do not waive any rights to take any action which would be appropriate to antedate or otherwise remove as a competent reference any document which is determined to be a prima facie prior art reference against the claims of the present application.

CONCISE EXPLANATION OF
RELEVANCE OF EACH DOCUMENT

Applicants are submitting herewith on Form PTO-1449 a listing of the documents cited by or submitted to the Patent and Trademark Office in parent Application Serial Nos. 08/528,858 and 08/840,234, filed September 15, 1995, and April 11, 1997, respectively. The relevance of these documents is explained in the parent applications.

As provided in 37 C.F.R. §1.98(d), copies of the documents are not being provided since they were previously cited by or submitted to the Patent Office in the parent applications.

- 1 -                46528/118

Since this Information Disclosure Statement is being filed prior to the issuance of an Office Action, no fee is required in connection with its filing.

Applicants respectfully request that the listed documents be considered by the Examiner and be made of record in the present application and that an initialled copy of Form PTO-1449 be returned in accordance with M.P.E.P. §609.

Respectfully submitted,

January 13, 1999
Date

Richard C. Peet
Reg. No. 35,792

FOLEY & LARDNER
3000 K Street, NW, Suite 500
Washington, DC 20007-5109
(202) 672-5300

- 2 -                                    46528/118

**3-C37**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

```
In re application of        :   Group Art Unit:    1761
Jed FAHEY et al.            :   Atty. Dkt. No. 46585/118
Serial No.:  09/118,867     :
Filed:      July 20, 1998   :
For:        CANCER CHEMOPROTECTIVE FOOD PRODUCTS
```

INFORMATION DISCLOSURE STATEMENT
UNDER 37 C.F.R. §§1.56, 1.97(c) and 1.17(p)

**RECEIVED**
JAN 1 2 1999

**GROUP 1700**

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

Included with the attached Form PTO-1449 is a documents known to applicants in order to comply with applicants' duty of disclosure pursuant to 37 C.F.R. §1.56.

The submission of any document herewith, which is not a statutory bar, is not intended as an admission that such document constitutes prior art against the claims of the present application or is considered to be material to patentability as defined in 37 C.F.R. § 1.56(b). Applicants do not waive any rights to take any action which would be appropriate to antedate or otherwise remove as a competent reference any document which is determined to be a *prima facie* prior art reference against the claims of the present application.

The instant Information Disclosure Statement is being filed in compliance with 37 C.F.R §1.97(b) within three months of the filing date of the above-identified application.

As Applicants are in compliance with 37 C.F.R. §1.97(b), it is respectfully requested that the listed documents be considered by the Examiner and formally be made of record in the present application and that an initialled copy of modified Form PTO-1449 be returned in accordance with M.P.E.P. §609.

Respectfully submitted,

Date _January 11, 1999_

_Richard C. Peet_
Richard C. Peet
Reg. No. 35,792

JAN 1 y 1999
GROUP 1800

FOLEY & LARDNER
3000 K Street, NW, Suite 500
Washington, DC 20007-5109
(202) 672-5300

- 1 -                              46528/118

3-C38

Sheet _1_ of _1_

FORM PTO-1449 (modified)

| | ATTY DOCKET NO. 46585/118 | SERIAL NO. 09/118,867 |

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

LIST OF REFERENCES CITED BY APPLICANT(S)
(Use several sheets if necessary)

Date Submitted to PTO: January 11, 1999

| | APPLICANT Jed FAHEY et al. | JAN 1 2 1999 |
| | FILING DATE July 20, 1998 | GROUP 1761 | GROUP 1800 |

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | AA | | | | | | |
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |
| | AL | | | | | | |
| | AM | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | BA | | | | | | | |
| | BB | | | | | | | |

**OTHER DOCUMENT(S)** (Including Author, Title, Date, Pertinent Pages, Etc.)

| | CA | S. Meyerowitz | Sprout It! One Week From Seed to Salad, Steve Meyerowitz (The Sprout House, Inc., Great Barrington, MA), pages 20-21, 58, 85-86, 120-123, 1993. |
| | CB | | RECEIVED JAN 1 2 1999 GROUP 1700 |
| | CC | | |

| EXAMINER | | DATE CONSIDERED 2/00 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

PT-212(a):4/90

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re patent application of

Jed FAHEY et al.

Serial No.: 09/118,867

Filed: July 20, 1998

For: CANCER CHEMOPROTECTIVE FOOD PRODUCTS

Group Art Unit: 1761

**Atty. Dkt. No. 046585/0118**

## REQUEST FOR CORRECTED FILING RECEIPT

The Honorable Commissioner of
  Patents and Trademarks
Washington, D.C. 20231

RECEIVED

FEB 1 6 1999

MATRIX CUSTOMER
SERVICE CENTER

Sir:

It is respectfully requested that a corrected Filing Receipt be issued in connection with the above-identifed application in order to include --A Divisional of Application Serial No. 08/840,234, filed April 11, 1997--. Also, please change Attorney Docket No. "046528/0118" to --046585/0118--.

A copy of the Filing Receipt is enclosed. Kindly forward a corrected Filing Receipt to the undersigned attorney of record as soon as possible.

Respectfully submitted,

_January 25, 1999_
Date

_Richard C. Peet_
Richard C. Peet
Reg. No. 35,792

FOLEY & LARDNER
3000 K Street, NW, Suite 500
Washington, DC 20007-5109
(202) 672-5300

002.182785.1

PTO 103X
(Rev 8-95)

**FILING RECEIPT**



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
**ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS**
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 09/118,867 | 07/20/98 | 1761 | $406.00 | 046528/0118 | 2 | 21 | 3 |

046585/0118

FOLEY & LARDNER
3000 K STREET NW STE 500
WASHINGTON DC 20007-5109

Receipt is acknowledged of this nonprovisional Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s)

JED W. FAHEY, ELDERSBURG, MD; PAUL TALALAY, BALTIMORE, MD.

FOREIGN FILING LICENSE GRANTED 08/13/98          * SMALL ENTITY *
TITLE
CANCER CHEMOPROTECTIVE FOOD PRODUCTS

PRELIMINARY CLASS: 426

--A Divisional of Application Serial No. 08/840,234, Filed April 11, 1997--.

(see reverse)

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Attorney Docket No. 046585/0118

In re patent application of
FAHEY *et al.*                                    Group Art Unit: 1761
Serial No. 09/118,867                             Examiner: UNKNOWN
Filed: July 20, 1998
For: CANCER CHEMOPROTECTIVE FOOD PRODUCTS

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. § 1.56

Assistant Commissioner of
  Patents and Trademarks                          **RECEIVED**
Washington, D.C.  20231                           FEB 1 8 1999

                                                  **GROUP 1700**
Sir:

        Submitted herewith on Form PTO-1449 is a listing of
documents known to applicants in order to comply with applicants'
duty of disclosure pursuant to 37 C.F.R. § 1.56.  A copy of the
listed documents is being submitted to comply with the provisions
of 37 C.F.R. § 1.97-1.98.

        The submission of any document herewith, which is not a
statutory bar, is not intended as an admission that such document
constitutes prior art against the claims of the present
application or is considered to be material to patentability as
defined in 37 C.F.R. § 1.56(b).  Applicants do not waive any
rights to take any action which would be appropriate to antedate
or otherwise remove as a competent reference any document which
is determined to be a prima facie prior art reference against the
claims of the present application.

                                        RECEIVED

                                        FEB 2 4 1999

                                        MATRIX CUSTOMER
                                        SERVICE CENTER

Serial No. 09/118,867

### CONCISE EXPLANATION OF
### RELEVANCE OF EACH DOCUMENT

Applicants respectfully request that the listed documents be considered by the Examiner and be made of record in the present application and that an initialled copy of Form PTO-1449 be returned in accordance with M.P.E.P. § 609.

Respectfully submitted,

February 17, 1999
Date

Richard C. Peet
Reg. No. 35,792

FOLEY & LARDNER
Suite 500
3000 K Street, N.W.
Washington, DC  20007-5109
(202) 672-5300

– 2 –

**3-C43**

| FORM PTO 1449 (modified) | | ATTY DOCKET NO.<br>046528/0118 | | SERIAL NO.<br>09/118,867 | |
|---|---|---|---|---|---|
| U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | | APPLICANT<br>Jed FAHEY et al. | | | |
| LIST OF REFERENCES CITED BY APPLICANT(S)<br>(Use several sheets if necessary) | 4 | FILING DATE<br>July 20, 1998 | | GROUP<br>1761 | |
| Date Submitted to PTO: February 17, 1999 | | | | | |

### U.S. PATENT DOCUMENTS

| *EXAMINER<br>INITIAL | | DOCUMENT<br>NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF<br>APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT<br>NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION<br>YES/NO/<br>OR ABSTRACT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### OTHER DOCUMENT(S) (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | | |
|---|---|---|---|
| | B1 | Munroe, E. | Sprouts to Grow and Eat, the Steven Greene Press, (1974), pp 2-9 and 14-15 |
| | B2 | Schmidt, James C. | Growing Sprouts Indoors, Cooperative Extension Serivce of the University |
| | | | of Illinois at Urbana-Champagne, College of Agriculture (1984) (pamphlet) |
| | B3 | Whyte, K.C. | The Complete Sprouting Cookbook, Troubadour Press (1983), pp 10-16, 57-60 |
| EXAMINER | | | DATE CONSIDERED   8/03 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

IPT-212(a):4/90

Sheet 1 of 5

FORM PTO-1449 (modified)

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

LIST OF REFERENCES CITED BY APPLICANT(S)
(Use several sheets if necessary)

Date Submitted to PTO:  January 13, 1999

| ATTY DOCKET NO. 46528/118 | | SERIAL NO. 09/118,867 |
| --- | --- | --- |
| APPLICANT FAHEY et al. | | |
| FILING DATE January 13, 1999 | | GROUP 1761 |

U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| KK | A1 | 5,411,986 | 05/1995 | Cho et al. | 514 | 514 | |
| V | A2 | 5,725,895 | 03/1998 | Fahey et al. | 426 | 49 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

OTHER DOCUMENT(S) (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
| --- | --- | --- |
| KK | C1 | The Good New Sprouts Recipe Book, International Sprout Growers Association, pp. 1-8, August 1992. |
| | C2 | Posner et al., "Design and Synthesis of Bifunctional Isothiocyanate Analogs of Sulforaphane |
| | | Correlation between Structure and Potency as Inducers of Anticarcinogenic Detoxication Enzymes", |
| V | | Journal of Medicinal Chemistry, Vol. 37, No. 1, pp. 170-175, 1994. |

| EXAMINER  KK | DATE CONSIDERED  8/00 |
| --- | --- |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

IPT-212(a):4/90

3-C45

| Sheet _2_ of _5_ | | | |
|---|---|---|---|
| FORM PTO-1449 (modified) | | ATTY DOCKET NO.<br>46528/118 | SERIAL NO.<br>09/118,867 |
| U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | | APPLICANT<br>FAHEY et al. | |
| LIST OF REFERENCES CITED BY APPLICANT(S)<br>(Use several sheets if necessary) | | FILING DATE<br>January 13, 1999 | GROUP<br>1761 |
| Date Submitted to PTO: January 13, 1999 | | | |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### OTHER DOCUMENT(S) (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | | |
|---|---|---|---|
| | C3 | | Zhang et al., "A major inducer of anticarcinogenic protective enzymes from broccoli: Isolation and elucidation of structure", Proc. Natl. Acad. Sci. USA, Vol. 89, pp. 2399-2403, March 1992. |
| | C4 | | Prochaska et al., "Rapid detective of inducers of enzymes that protect against carcinogens", Proc. Natl. Sci. USA, Vol. 89, pp. 2394-2398, March 1992. |
| | C5 | | Zhang et al., "Anticarcinogenic activities of sulforaphane and structurally related synthetic norbornyl isothiocyanates", Proc. Natl. Sci. USA, Vol. 91, pp. 3147-3150, April 1994. |

| EXAMINER | DATE CONSIDERED  8/00 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

IPT-212(a):4/90

Sheet _3_ of _5_

FORM PTO-1449 (modified)

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

LIST OF REFERENCES CITED BY APPLICANT(S)
(Use several sheets if necessary)

Date Submitted to PTO:  January 13, 1999

| ATTY DOCKET NO. 46528/118 | | SERIAL NO. 09/118,867 |
|---|---|---|
| APPLICANT FAHEY et al. | | |
| FILING DATE January 13, 1999 | | GROUP 1761 |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

### OTHER DOCUMENT(S) (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | | |
|---|---|---|---|
| *K.H.* | C6 | | Prochaska et al., "Regulatory Mechanisms of Monofunctional and Bifunctional Anticarcinogenic |
| | | | Enzyme Inducers in Murine Liver", Cancer Research Vol. 48, pp. 4776-4782, September 1988. |
| | C7 | | Prochaska et al., "Direct Measurement of NAD(P)H: Quinone Reductase from Cells Cultured in Microtiter |
| | | | Wells: A Screening Assay for Anticarcinogenic Enzyme Inducers", Analytical Biochemistry, Vol. 169, pp. |
| | | | 328-336, 1988. |
| | C8 | | Beecher, "Cancer prevention properties of varieties of Brassica oleracea: a review [1-3]", Am J. Clin. |
| | | | Nutr.:59(suppl.) pp. 1166s-1170s, 1994. |

| EXAMINER  *K.H.* | DATE CONSIDERED  8/00 |
|---|---|

*EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

IPT-212(a):4/90

Sheet __4__ of __5__

| FORM PTO-1449 (modified) | ATTY DOCKET NO. 46528/118 | | SERIAL NO. 09/118,867 |
|---|---|---|---|
| U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | APPLICANT FAHEY et al. | | |
| LIST OF REFERENCES CITED BY APPLICANT(S) (Use several sheets if necessary) | FILING DATE January 13, 1999 | | GROUP 1761 |
| Date Submitted to PTO: January 13, 1999 | | | |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### OTHER DOCUMENT(S) (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | C9 | Prestera et al, "Chemical and molecular regulation of enzymes that detoxify carcinogens", Proc. Natl. Acad. Sci. USA, Vol. 90, pp. 2965-2969, April 1993. |
| | C10 | Zhang et al., "Anticarcinogenic Activities of Organic Isothiocyanates: Chemistry and Mechanisms[1]", Cancer Research suppl., 54, pp. 1976s-1981s, April 1, 1994. |
| | C11 | Talalay, "The role of Enzyme Induction in Protection Against Carcinogenesis", Cancer Chemoprevention, pp. 469-478, 1992. |
| | C12 | Prestera et al., "The Electrophile Counterattack Response: Protection Against Neoplasia and Toxicity", Advan. Enzyme Regul., Vol. 33, pp. 281-296, 1993. |
| | C13 | Masilungan et al., "Screening of Philippine Medicinal Plants for Anticancer Agents using CCNSC Protocols", Cancer Chemotherapy Reports (Part 2) Vol. 2, No. 1, pp. 135-140, April 1971. |

| EXAMINER | DATE CONSIDERED 8/00 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

IPT-212(a):4/90

Sheet _5_ of _5_

| FORM PTO-1449 (modified) | | ATTY DOCKET NO. 46528/118 | | SERIAL NO. 09/118,867 | |
|---|---|---|---|---|---|
| U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | | APPLICANT FAHEY et al. | | | |
| LIST OF REFERENCES CITED BY APPLICANT(S) (Use several sheets if necessary) | | FILING DATE January 13, 1999 | | GROUP 1761 | |
| Date Submitted to PTO:  January 13, 1999 | | | | | |

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES    NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

**OTHER DOCUMENT(S) (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | | | |
|---|---|---|---|
| *H.H.* | C14 | | Polasa et al., "Cancer preventive properties of varieties of Brassica oleracea: A review Source", |
| | | | American Journal of Clinical Nutrition 59 (5 Suppl.), 1994. |
| | C15 | | Patent Abstracts of Japan Sect.  No. 305, Vol. 9, No. 2371, p. 2, September 1985. |
| | | | |
| | C16 | | Barrett et al., "Protective Effect of Cruciferous Seed Meals Against Mouse Colon Cancer", Cereal |
| | | | Foods World 613, Vol. 39, No. 8, pp. 613, August 1994. |

| EXAMINER | *H.H.* | DATE CONSIDERED | *8/00* |
|---|---|---|---|

*EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609;  Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

IPT-212(a):4/90