26

by 15 min in 1.3% sodium hypochlorite containing approximately 0.001% Alconox detergent. Seeds were grown in sterile plastic containers at a density of approximately 8 seeds/cm² on a 0.7% agar support that did

5   not contain added nutrients. The environment was carefully controlled with broad spectrum fluorescent lighting, humidity and temperature control. The seeds and sprouts were incubated under a daily cycle of 16 hours light at 25°C and 8 hours dark at 20°C.

10      Each day plants were rapidly and gently collected from the surface of the agar from replicate containers. The plants were harvested gently to minimize glucosinolate hydrolysis by endogenous myrosinase released upon plant wounding. Samples containing

15   approximately 40 sprouts were homogenized in 10 volumes of DMF/ACN/DMSO solvent at -50°C which dissolves nearly all the non-lignocellulosic plant material.

        Harvested plants were homogenized and QR activity with and without myrosinase, was determined as described

20   above. As can be seen in Figure 1, Phase 2 enzyme-inducer potential per gram of plant is highest in seeds, but decreases gradually following germination. No detectable (less than 1000 units/g) QR inducer activity was present in the absence of added myrosinase.


25                      Example 4
          *SPROUTS HAVE HIGHER INDUCER POTENTIAL*
               *THAN MARKET STAGE PLANTS*


        The cruciferous sprouts of the instant invention have higher Phase 2 enzyme-inducer potential than market stage

30   plants. More specifically, sprouts have at least a 5-fold greater Phase 2 enzyme-inducing potential than mature vegetables. For example, total inducing potential of 7-day-old broccoli sprouts, extracted with DMF/ACN/DMSO and treated with myrosinase, as described

27

CSC017591

27

above, were 238,000 and 91,000 units/g fresh weight, compared to 25,000 and 20,000 units/g fresh weight for field-grown heads of broccoli cultivars Saga and DeCicco, respectively.

Sprout extracts of over 40 different members of the *Cruciferae* have now been bioassayed and broccoli sprouts remain the most Phase 2 enzyme-inducer-rich plants tested. Total inducing potential of organic solvent extracts of market stage and sprout stage broccoli and daikon is shown in Table 2.

TABLE 2

Comparison of Inducer Potential in
Sprouts and Mature Vegetables

| Vegetable Cultivar* | Activity (units/g fresh weight) | | -Fold Difference |
|---|---|---|---|
| | Mature Vegetable | Sprout** | |
| **DAIKON** | | | |
| Miura | 625 | 26,316 | 42 |
| Tenshun | 3,333 | 33,333 | 10 |
| Hakkai | 1,471 | 16,667 | 11 |
| Ohkura | 2,857 | 50,000 | 18 |
| **BROCCOLI** | | | |
| Saga | 25,000 | 476,000 | 19 |
| DeCicco | 25,000 | 625,000 | 25 |
| Everest | 8,333 | 1,087,000 | 130 |
| Emerald City | 12,500 | 833,000 | 67 |
| Packman | 20,000 | 556,000 | 28 |

*The commercial portion of each plant was sampled (*e.g.* the taproot of *Raphanus sativus* variety *radicola* [radish]), and heads of *Brassicsa oleracea* variety *italica* [broccoli]). Myrosinase was added to all extracts tested.

**Broccoli sprouts were 1-day old and daikon seedlings were 4-5-days old.



CSC017592

28

Sprouts of the broccoli cultivar Everest contained 130-fold more inducer potential (units/g fresh weight) than mature vegetables. The inducer activity in broccoli was significantly higher than in daikon.

5                                    *Example 5*
          *INDUCER POTENTIAL OF BROCCOLI SPROUT EXTRACTS*

        Inducer potential of a series of water extracts of 3-day old broccoli sprouts of the cultivar Saga were determined.    Plants were prepared by first surface
10   sterilizing seeds of *Brassica oleracea* variety *italica* (broccoli) cultivar Saga by a 1 min treatment in 70% ethanol, followed by 15 min in 1.3% sodium hypochlorite containing approximately 0.001% Alconox detergent. Seeds were grown in sterile plastic containers at a density of
15   approximately 8 seeds/cm$^2$ for 72 hours on a 0.7% agar support that did not contain added nutrients.    The environment was carefully controlled with broad spectrum fluorescent lighting, humidity and temperature control (16 hours light, 25°C / 8 hours dark, 20°C).

20        Plants were rapidly and gently collected from the surface of the agar to minimize glucosinolate hydrolysis by endogenous myrosinase released upon plant wounding. Sprouts (approximately 25 mg fresh wt/sprout) were gently harvested and immediately and rapidly plunged into
25   approximately 3 volumes of boiling water in order to inactivate endogenous myrosinase as well as to extract glucosinolates and isothiocyanates from the plant tissue. Water was returned to a boil and maintained at a rolling boil for 3 min.    The sprouts were then either strained
30   from the boiled infusion [tea, soup] or homogenized in it, and the residue then removed by filtration or centrifugation.

        Data in Table 3 represent both homogenates and infusions.    Preparations were stored at -20°C until
35   assayed.    Inducer potential of plant extracts, prepared

29

CSC017593

29

as described above, was determined as described in
Definitions section above.

TABLE 3

Inducer Potentials of Hot Water Extracts
of 3-Day Saga Broccoli Sprouts

| EXTRACT NO. | units/g fresh weight |
|---|---|
| 1 | 500,000 |
| 2 | 370,000 |
| 3 | 455,000 |
| 4 | 333,000 |
| 5 | 435,000 |
| 6 | 333,000 |
| 7 | 625,000 |
| 8 | 250,000 |
| 9 | 313,000 |
| 10 | 357,000 |
| 11 | 370,000 |
| 12 | 370,000 |
| 13 | 217,000 |
| 14 | 222,000 |
| 15 | 1,000,000 |
| 16 | 714,000 |
| 17 | 435,000 |
| 18 | 1,250,000 |
| 19 | 263,000 |
| AVERAGE | 464,000 ± 61,600 S.E.M. |

CSC017594

30

Some variability in the amount of Phase 2 enzyme-inducer potential was detected. High levels of Phase 2 enzyme-inducer potential, however, were consistently observed.

5
**Example 6**
*HOT WATER BROCCOLI EXTRACTS TREATED*
*WITH DAIKON MYROSINASE*

QR activity in a hot water broccoli extract increased
in the presence of a vegetable source of myrosinase. An
10 aqueous extraction of 3-day old sprouts of broccoli
cultivar Saga grown on water agar, in which myrosinase
was inactivated by boiling for 3 min, was divided into 6
different 150 ml aliquots. Nine-day old daikon sprouts,
a rich source of the enzyme myrosinase, were added to
15 this cooled infusion in amounts equivalent to 0, 5, 9,
17, 29 and 40% (w/w) of the broccoli. QR activity, as
determined in the Definition section, of the control
extracts containing 0% daikon was 26,300 units/gram fresh
weight while QR activity of the extracts that had
20 received daikon as a source of myrosinase ranged from
500,000 to 833,000 units/gram fresh weight of broccoli.
Accordingly, myrosinase present in the daikon sprouts,
increased the QR activity in the broccoli extract greater
than 19-fold.

25
**Example 7**
*GLUCORAPHANIN AND GLUCOERUCIN ARE THE PREDOMINANT*
*GLUCOSINOLATES IN HOT WATER EXTRACTS OF BROCCOLI*
*(CULTIVAR SAGA) SPROUTS*

*Paired Ion Chromatography (PIC)*. Centrifuged hot
30 water extracts of 3-day-old broccoli (cultivar Saga)
sprouts were subjected to analytical and preparative PIC
on a reverse phase C18 Partisil ODS-2 HPLC column in
ACN/$H_2O$ (1/1, by vol.) with tetraoctylammonium (TOA)
bromide as the counter-ion. Only three well-separated
35 peaks were detected: peak A eluted at 5.5 min, B at 11.5

CSC017595

31

min, and C at 13 min at a molar ratio [A:B:C] of ca. 2.5
: 1.6 : 1.0 (monitored by UV absorption at 235 nm), and
they disappeared if the initial extracts were first
treated with highly purified myrosinase. Peaks A, B, and
5   C contained no significant inducer activity, and
cyclocondensation assay of myrosinase hydrolysates showed
that only Peaks A and C produced significant quantities
of isothiocyanates, accounting for all the inducer
activity. See Zhang et al., Anal. Biochem. 205: 100-107
10   (1992). Peak B was not further characterized. Peaks A
and C were eluted from HPLC as TOA salts but required
conversion to ammonium salts for successful mass
spectroscopy, NMR and bioassay. The pure peak materials
were dried in a vacuum centrifuge, redissolved in aqueous
15   20 mM $NH_4Cl$, and extracted with chloroform to remove
excess TOA bromide. The ammonium salts of glucosinolates
remained in the aqueous phase, which was then evaporated.

    *Identification of Glucosinolates*. The ammonium salts
of Peaks A and C were characterized by mass spectrometric
20   and NMR techniques:    (a) negative ion Fast Atom
Bombardment (FAB) on a thioglyerol matrix; this gave
values of 436 (Peak A) and 420 (Peak C) amu for the
negative molecular ions, and (b) high resolution NMR, as
shown in Figure 2, provided unequivocal identification of
25   the structure.    Peak A is glucoraphanin [4-
methylsulfinylbutyl glucosinolate], and Peak C is the
closely related glucoerucin [4-methythiobutyl
glucosinolate].    These identifications and purity are
also consistent with the inducer potencies; Peaks A and
30   C, after myrosinase hydrolysis had potencies of 36,100
and 4,360 units/μmol, respectively, compared with
reported CD values of 0.2 μM (33,333 units/μmol) for
sulforaphane and 2.3 μM (2,900 units/μmol) for erucin.
CD values are the concentrations of a compound required
35   to double the QR specific activity in Hepa 1c1c7 murine
hepatoma cells. Since there are no other glucosinolate
peaks, and the inducer activity of peak A and C account
for the total inducer activity of the extracts, it is

32

CSC017596

32

therefore likely that in this cultivar of broccoli, there are no significant quantities of other inducers, *i.e.*, no indole or hydroxyalkenyl glucosinolates. Further, the isolated compounds are therefore substantially pure.

5

*Example 8*

COMPARISON OF AQUEOUS AND ORGANIC SOLVENT TECHNIQUES FOR EXTRACTION OF INDUCER POTENTIAL

Plants were prepared by first surface sterilizing seeds of *Brassica oleracea* variety *italica* (broccoli)
10     cultivar Saga, with 70% ethanol followed by 1.3% sodium hypochlorite and 0.001% alconox. The seeds were grown in sterile plastic containers at a density of approximately 8 seeds/cm$^2$ for 72 hours on a 0.7% agar support that did not contain added nutrients. The environment was
15     carefully controlled with broad spectrum fluorescent lighting, humidity, and temperature control (16 hours light, 25°C/8 hours dark, 20°C).

The plants were rapidly and gently collected from the surface of the agar to minimize glucosinolate hydrolysis by endogenous myrosinase released upon plant wounding.
20     A portion of the plants was homogenized with 10 volumes of the DMF/ACN/DMSO solvent at -50°C, as described in Example 1, which dissolves nearly all the non-lignocellulosic plant material. Alternatively, the bulk
25     of the harvested plants was plunged into 5 volumes of boiling water for 3 min to inactivate endogenous myrosinase and to extract glucosinolates and isothiocyanates. The cooled mixture was homogenized, centrifuged, and the supernant fluid was stored at -20°C.

30     Inducer potential of plant extracts, prepared by the two methods described above, was determined by the microtiter plate bioassay as described above. Typical inducer potentials in an average of 5 preparations were 702,000 (DMF/ACN/DMSO extracts) and 505,000 (aqueous
35     extracts) units/g fresh weight of sprouts.



33

Spectrophotometric    quantitation    of    the
cyclocondensation   product   of   the   reaction   of
isothiocyanates with 1,2-benzenedithiole was carried out
as described in Zhang et al., Anal. Biochem. 205: 100-107
5    (1992).    Glucosinolates   were   rapidly   converted   to
isothiocyanates after addition of myrosinase. About 6%
of the total hot water extractable material [dissolved
solids] consisted of glucosinolates.    These results
demonstrate that (a) isothiocyanate levels in the crude
10   plant extracts are extremely low; (b) myrosinase rapidly
converts abundant glucosinolates to isothiocyanates; (c)
hot water extraction releases over 70% of the inducer
activity extractable with a triple solvent mixture
permitting recovery of most of the biological activity in
15   a preparation that is safe for human consumption; and (d)
over 95% of the inducing potential in the intact plant is
present as glucosinolates and therefore no other inducers
are present in biologically significant quantities.


**Example 9**

20   *DEVELOPMENTAL REGULATION OF GLUCOSINOLATE PRODUCTION*


Preliminary experiments in which field grown broccoli
(cultivar DeCicco) was harvested at sequential time
points from the same field indicated that on a fresh
weight basis, inducer potential declined from the early
25   vegetative stage through commercial harvest, but appeared
to increase at late harvest (onset of flowering).  These
data suggested that inducer potential might be highest in
seeds.  Subsequent studies have shown that when seeds of
8 broccoli cultivars were surface sterilized and grown
30   under gnotobiotic conditions, Phase 2 enzyme-inducer
potential was highest in seeds and declined progressively
(on a fresh weight basis) over time throughout the first
14 days of seedling growth.


Expressed on a per plant basis, however, activity
35   remained constant over this period, suggesting that at

34

CSC017598

34

this early stage of growth there was no net synthesis of
glucosinolates. However, when the glucosinolate profiles
of market stage broccoli heads and 3 day old sprouts
(cultivar Emperor) were compared, there was a profound
5   difference in the apparent glucosinolate compositions of
these plants.

Sprouts were prepared by first surface sterilizing
seeds of *Brassica oleracea* variety *italica* (broccoli)
cultivar Emperor with a 1 minute treatment in 70%
10   ethanol, followed by 15 min in 1.3% sodium hypochlorite
with approximately 0.001% Alconox detergent. Seeds were
grown in sterile plastic containers at a density of
approximately 8 seeds/cm$^2$ for 72 hours on a 0.7% agar
support that did not contain added nutrients. The
15   environment was carefully controlled; broad spectrum
fluorescent lighting, humidity and temperature control
(16 hours light, 25°C / 8 hours dark, 20°C).

Plants were rapidly and gently collected from the
surface of the agar to minimize glucosinolate hydrolysis
20   by endogenous myrosinase released upon plant wounding.
Sprouts [approximately 25 mg fresh wt/sprout], were
gently harvested and immediately and rapidly plunged into
approximately 3 volumes of boiling water in order to
inactivate endogenous myrosinase as well as to extract
25   glucosinolates and isothiocyanates from the plant tissue.
Water was returned to a boil and maintained at a rolling
boil for 3 min. The sprouts were then strained from the
boiled infusion [tea, soup] and the infusion was stored
at -20°C until assayed.

30   Market stage heads were obtained by germinating seeds
of the same seedlot in a greenhouse in potting soil,
transplanting to an organically managed field in Garrett
County, MD and harvested at market stage. Heads were
immediately frozen upon harvest, transported to the
35   laboratory on ice and extracts were prepared in an
identical fashion to those described above for sprouts

35

CSC017599

35

except that approximately 3 gram floret tissue samples were used for extraction.

Inducer potential of plant extracts, prepared as described above, was determined by the microtiter plate
5 bioassay method as described in Example 1. Paired ion chromatography revealed two major peaks, probably glucobrassicin and neo-glucobrassicin, in extracts of market stage heads with similar retention times to glucobrassicin (indole-3-ylmethyl glucosinolate) and neo-
10 glucobrassicin (1-methoxyindole-3-ylmethyl glucosinolate). This observation is consistent with published reports on the glucosinolate composition of mature broccoli plants. However, paired ion chromatography under the same conditions of identically
15 prepared extracts of 3-day-old sprouts showed absence of glucobrassicin or neo-glucobrassicin. Additionally, 3-day-old sprouts of different broccoli cultivars produce different mixtures of glucosinolates. Accordingly, glucosinolate production is developmentally regulated.

20                              *Example 10*
           *EVALUATION OF ANTICARCINOGENIC ACTIVITIES*
        *OF BROCCOLI SPROUT PREPARATIONS IN THE HUGGINS*
          *DMBA (9,10 DIMETHYL-1,2-BENZANTHRACENE)*
                    *MAMMARY TUMOR MODEL*

25       Sprouts were prepared by first surface sterilizing seeds of *Brassica oleracea* variety *italica* (broccoli) cultivar Saga with a 1 min treatment in 70% ethanol, followed by 15 min in 1.3% sodium hypochlorite with approximately 0.001% Alconox detergent. Seeds were grown
30 in sterile plastic containers at a density of approximately 8 seeds/$cm^2$ for 72 hours on a 0.7% agar support that did not contain added nutrients. The environment was carefully controlled with broad spectrum fluorescent lighting, humidity and temperature control
35 (16 hours light, 25°C / 8 hours dark, 20°C).

36

CSC017600

36

The plants were rapidly and gently collected from the
surface of the agar to minimize glucosinolate hydrolysis
by endogenous myrosinase released upon plant wounding.
A large quantity of sprouts was harvested by immediately
and rapidly plunging into approximately 3 volumes of
boiling water in order to inactivate endogenous
myrosinase, as well as extracting glucosinolates and
isothiocyanates from the plant tissue.    Water was
returned to a boil and maintained at a rolling boil for
3 min.    Sprouts were then strained from the boiled
infusion [tea, soup] and the infusion was lyophilized and
stored as a dry powder at -20°C [designated Prep A].
Other sprouts, similarly prepared were extracted with
boiling water, cooled to 25°C and were amended with a
quantity of 7 day old daikon sprouts equivalent to
approximately 0.5% of the original fresh weight of
broccoli sprouts.    This mixture was homogenized using a
Brinkman Polytron Homogenizer and incubated at 37°C for
2 hours following which it was filtered through a
sintered glass filter, lyophilized as above and stored as
a dried powder at -20°C [designated Prep B].

QR inducer activity and inducer potential of plant
extracts, prepared as described above, was determined by
the microtiter plate bioassay method as described above.
The induction of QR activity in preparation A is largely
due to glucosinolates;    predominantly glucoraphanin,
which is the glucosinolate of sulforaphane, but this
preparation also contains some glucoerucin, which is the
sulfide analog of glucoraphanin.    The induction QR
activity of preparation B is almost exclusively due to
isothiocyanates arising from treatment of glucosinolates
with myrosinase.

Female Sprague-Dawley rats received at 35 days of age
were randomized; 4 animals per plastic cage.    All animals
received 10 mg DMBA, by gavage in 1 ml sesame oil, at age
50 days.    Sprout preparations (A or B) or vehicle control
were given by gavage at 3, 2 & 1 day prior to DMBA, on

37

the day of DMBA (2 hr prior to the DMBA dose) and on the
day following DMBA dosing.  The vehicle used was 50%
Emulphor 620P / 50% water.  Animals were maintained on a
semi-purified AIN-76A diet *ad libitum* from the time of
5    receipt until termination of the experiment (167 days of
age).

38

## TABLE 4

### ANTICARCINOGENIC ACTIVITIES OF BROCCOLI SPROUT EXTRACTS IN THE DMBA RAT MAMMARY TUMOR MODEL

| GROUP | TREATMENT | NUMBER OF ANIMALS AT TERMINATION | TOTAL TUMOR NUMBER | MULTIPLICITY: NUMBER OF TUMORS PER RAT |
|---|---|---|---|---|
| CONTROL | DMBA only | 19 | 34 | 1.79 |
| PREPARATION A (Glucosinolate) | 324 mg/dose (100 μmol sulforaphane equiv.) | 18 | 19 | 1.05 |
| PREPARATION B (Isothiocyanate) | 424 mg/dose (100 μmol sulforaphane equiv.) | 20 | 11 | 0.55 |

39

The development of palpable tumors was delayed for as much as 5 weeks by the administration of sprout extracts. Rats treated with either Preparation A or B had significantly fewer tumors than the untreated
5    control, and the multiplicity of tumors (tumors per rat) was significantly lower in the animals receiving Preparations A or B.

## Example 11
### METABOLISM AND CLEARANCE OF GLUCOSINOLATES IN HUMANS

10    Two male, non-smoking volunteers ages 35 and 40 years, each in good health, were put on a low vegetable diet in which no green or yellow vegetables, or condiments, mustard, horseradish, tomatoes or papayas were consumed. After 24 hours on such a diet, all urine
15    was collected in 8 hr aliquots. After 24 hours of baseline data, subjects ingested 100 ml of broccoli sprout soup (prepared as below), containing 520 $\mu$mol of glucosinolates.

The sprouts were prepared by first surface
20    sterilizing seeds of *Brassica oleracea* variety *italica* (broccoli) cultivar Saga with a 1 min treatment in 70% ethanol, followed by 15 min in 1.3% sodium hypochlorite with ca. 0.001% Alconox detergent. Seeds were grown in sterile plastic containers at a density of approximately
25    8 seeds/cm$^2$ for 72 hours on a 0.7% agar support that did not contain added nutrients. The environment was carefully controlled with broad spectrum fluorescent lighting, humidity and temperature control (16 hours light, 25°C / 8 hours dark, 20°C). The plants were
30    rapidly and gently collected from the surface of the agar to minimize glucosinolate hydrolysis by endogenous myrosinase released upon plant wounding. A large quantity of sprouts was harvested by immediately and rapidly plunged into approximately 3 volumes of boiling
35    water in order to inactivate endogenous myrosinase as

CSC017604

40

well as to extract glucosinolates and isothiocyanates from the plant tissue. Water was returned to a boil and maintained at a rolling boil for 3 min. Following the boiling step, sprouts were homogenized directly in their
5    infusion water for 1 min using a Brinkman Polytron Homogenizer and the preparations were frozen at -79°C until use.

Inducer potential of plant extracts, prepared as described above, was determined by the microtiter plate
10    bioassay method as described above. Inducer potential is nearly all due to glucosinolates; predominantly glucoraphanin, which is the glucosinolate of sulforaphane, but some glucoerucin which is the sulfide analog of glucoraphanin was also present. When converted
15    to isothiocyanates by the addition of purified myrosinase, Phase 2 enzyme-inducing potential was 100,000 units/ml and contained 5.2 $\mu$mol of isothiocyanates per ml, as determined by the cyclocondensation reaction described in Example 7. Thus, the subjects consumed a
20    total of 520 $\mu$mol of glucosinolates.

Collection of 8 hour urine samples was continued for an additional 30 hours. Urinary excretion of isothiocyanate conjugates (dithiocarbamates) was monitored using the cyclocondensation reaction as
25    described in Example 7.

41

41

## TABLE 5

*EXCRETION OF DITHIOCARBAMATES BY TWO SUBJECTS*
*INGESTING 520 MICROMOLES OF GLUCOSINOLATES*
*EXTRACTED FROM SAGA BROCCOLI*

| TIME | CONDITION | SUBJECT 1 | SUBJECT 2 |
|------|-----------|-----------|-----------|
| Collection Time (hours) | | $\mu$mol Dithiocarbamate per 8 hour urine collection | |
| 8 | baseline | 1.4 | 2.7 |
| 16 | baseline | 2.1 | 0.9 |
| 24 | baseline | 1.7 | 5.4 |
| 32 | 1st 8 hour post-dose | 23.2 | 20.4 |
| 40 | 2nd 8 hour post-dose | 9.9 | 36.8 |
| 48 | 3rd 8 hour post-dose | 4.4 | 14.0 |
| 56 | 4th 8 hour post-dose | 4.2 | 4.1 |
| Total post-dose minus average baseline: | | 39.8 | 63.2 |
| Total as Percent of dose: | | 6.7% | 12.2% |

The two subjects studied metabolically converted a
significant fraction of the ingested glucosinolates to
the isothiocyanates which were converted to cognate
dithiocarbamates and measured in the urine.


### Example 12

*EFFECTS OF PHYSICAL INTERVENTIONS ON SPROUT GROWTH*
*ON PRODUCTION OF INDUCERS OF QUINONE REDUCTASE*

Sprouts were prepared by first surface sterilizing
seeds of *Raphanus sativum* (daikon) by a 1 minute
treatment with 70% ethanol, followed by a 15 min
treatment with 1.3% sodium hypochlorite with
approximately 0.001% Alconox detergent. Seeds were grown

CSC017606

42

in sterile plastic containers at a density of approximately 8 seeds/cm³ for 7 days on a 0.7% agar support that did not contain added nutrients. The environment was carefully controlled with broad spectrum fluorescent lighting, humidity and temperature control (16 hours light 25°C/8 hours dark, 20°C).

Treated sprouts were irradiated with germicidal UV light for 0.5 hr on days 5 and 6. Treated sprouts were only half the height of the untreated controls. Plants were harvested on day 7 by rapidly and gently collecting the plants from the surface of the agar to minimize glucosinolate hydrolysis by endogenous myrosinase released upon plant wounding. Sprouts were harvested by immediate and rapid plunging into approximately 10 volumes of DMF/ACN/DMSO (1:1:1) at approximately -50°C in order to inactivate endogenous myrosinase as well as to extract glucosinolates and isothiocyanates. Sprouts were immediately homogenized with a ground glass mortar and pestle and stored at -20°C.

Inducer potential of plant extracts, prepared as described above, was determined by the microtiter plate bioassay method as described above. Inducer potential of the UV-treated sprouts was over three times that of untreated controls. Treatment of sprouts with ultraviolet light therefore increased the Phase 2 enzyme-inducer potential of the plant tissue.

Although the foregoing refers to particular preferred embodiments, it will be understood that the present invention is not so limited. It will occur to those of ordinary skill in the art that various modifications may be made to the disclosed embodiments and that such modifications are intended to be within the scope of the present invention, which is defined by the following claims. All publications and patent applications mentioned in this specification are indicative of the

43

43

level of skill of those in the art to which the invention
pertains.

    All publications and patent applications are herein
incorporated by reference to the same extent as if each
5    individual  publication  or  patent  application  were
specifically  and  individually  indicated  to  be
incorporated by reference in its entirety.

44

CSC017608

44

*What Is Claimed Is:*

1. Cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage.

2. The cruciferous sprouts according to claim 1, wherein said sprouts are a *Brassica oleracea* selected from the group of varieties consisting of *acephala, alboglabra, botrytis, costata, gemmifera, gongylodes, italica, medullosa, palmifolia, ramosa, sabauda, sabellica,* and *selensia.*

3. The cruciferous sprouts according to claim 2, wherein said sprouts are a *Brassica oleracea* variety *italica.*

4. The cruciferous sprouts according to claim 1, wherein said sprouts are a *Brassica oleracea* variety *botrytis.*

5. The cruciferous sprouts according to claim 1, wherein said sprouts are a *Brassica oleracea* variety *botrytis* subvariety *cauliflora.*

6. The cruciferous sprouts according to claim 1, wherein said sprouts are substantially free of Phase 1 enzyme-inducing potential.

7. A non-toxic solvent extract of the cruciferous sprouts according to claim 1.

8. The non-toxic solvent extract according to claim 7, wherein said solvent is water.

9. The non-toxic solvent extract according to claim 8, further comprising a cruciferous vegetable comprising an active myrosinase enzyme.

CSC017609

45

10. The non-toxic solvent extract according to claim 9, wherein said cruciferous vegetable is of the genus *Raphanus*.

11. A method of increasing the chemoprotective amount of Phase 2 enzymes in a mammal, comprising the step of administering an effective quantity of the cruciferous sprouts according to claim 1.

12. Cruciferous sprouts harvested prior to the 2-leaf stage, wherein said sprouts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth from seeds that produce said sprouts and non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

13. The cruciferous sprouts according to claim 12, wherein said sprouts are a *Brassica oleracea* selected from the group of varieties consisting of *acephala*, *alboglabra*, *botrytis*, *costata*, *gemmifera*, *gongylodes*, *italica*, *medullosa*, *palmifolia*, *ramosa*, *sabauda*, *sabellica*, and *selensia*.

14. The cruciferous sprouts according to claim 13, wherein said sprouts are a *Brassica oleracea* variety *italica*.

15. The cruciferous sprouts according to claim 13, wherein said sprouts are a *Brassica oleracea* variety *botrytis*.

16. The cruciferous sprouts according to claim 15, wherein said sprouts are a *Brassica oleracea* variety *botrytis* subvariety *cauliflora*.

17. A non-toxic solvent extract of the cruciferous sprouts according to claim 12.

0896784313.1224749

CSC017610

46

18.   The non-toxic solvent extract according to claim 17, wherein said solvent is water.

19.   The non-toxic solvent extract according to claim 18, further comprising a cruciferous vegetable comprising an active myrosinase enzyme.

20.   The non-toxic solvent extract according to claim 19, wherein said cruciferous vegetable is of the genus *Raphanus*.

21.   A method of preparing a food product rich in glucosinolates, comprising germinating cruciferous seeds, with the exception of cabbage, cress, mustard and radish seeds, and harvesting sprouts prior to the 2-leaf stage to form a food product comprising a plurality of sprouts.

22.   The method according to claim 21, wherein said sprouts contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

23.   The method according to claim 21, wherein said seeds are *Brassica oleracea* selected from the group of varieties consisting of *acephala, alboglabra, botrytis, costata, gemnifera, gongylodes, italica, medullosa, palmifolia, ramosa, sabauda, sabellica,* and *selensia.*

24.   The method according to claim 23, wherein said seeds are *Brassica oleracea* variety *italica.*

25.   The method according to claim 23, wherein said seeds are *Brassica oleracea* variety *botrytis.*

26.   The method according to claim 25, wherein said seeds are *Brassica oleracea* variety *botrytis* subvariety *cauliflora.*

CSC017611

47

27. A food product rich in glucosinolates made by the process according to claim 21.

28. A method of preparing a food product, comprising extracting glucosinolates and isothiocyanates from cruciferous sprouts according to claim 1 with a non-toxic solvent, removing the extracted sprouts from said solvent, and recovering the extracted glucosinolates and isothiocyanates.

29. A method of preparing a food product according to claim 28, wherein active myrosinase enzyme is mixed with said cruciferous sprouts, or said extracted glucosinolates and isothiocyanates, or both said cruciferous sprouts or said extract.

30. A method of preparing a food product rich in glucosinolates, comprising germinating cruciferous seeds that produce sprouts having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth and which contain non-toxic levels of indole glucosinolates and their breakdown products and nitrogenic hydroxybutenyl glucosinolates, and harvesting sprouts prior to the 2-leaf stage to form a food product comprising a plurality of sprouts.

31. The method according to claim 30, wherein said seeds are a *Brassica oleracea* selected from the group of varieties consisting of *acephala*, *alboglabra*, *botrytis*, *costata*, *gemmifera*, *gongylodes*, *italica*, *medullosa*, *palmifolia*, *ramosa*, *sabauda*, *sabellica*, and *selensia*.

32. The method according to claim 31, wherein said seeds are *Brassica oleracea* variety *italica*.

33. The method according to claim 31, wherein said seeds are *Brassica oleracea* variety *botrytis*.

08997813 · 122497

48

34.  The method according to claim 33, wherein said seeds are *Brassica oleracea* variety *botrytis* subvariety *cauliflora.*

35.  A food product rich in glucosinolates, made by the process according to claim 30.

36.  A method of preparing a food product, comprising introducing cruciferous seeds, wherein said seeds produce sprouts having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth and non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, into another edible ingredient.

37.  A method of preparing a food product, comprising extracting glucosinolates and isothiocyanates with a non-toxic solvent and isothiocyanantes from cruciferous seeds, sprouts, plants or plant parts, wherein seeds that produce said sprouts, plant, or plant parts, have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth and wherein said seeds, sprouts, plants or plant parts have non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, and recovering the extracted glucosinolates and isothiocyanates.

38.  A method of preparing a food product according to claim 37, wherein active myrosinase enzyme is mixed with said cruciferous seeds, sprouts or plants; or said extracted glucosinolates and isothiocyanates; or both said cruciferous seeds, sprouts or plants and said extract.

39.  A method of reducing the level of carcinogens in a mammal, comprising administering to a mammal an

CSC017613

49

effective amount of cruciferous sprouts, with the
exception of cabbage, cress, mustard and radish sprouts.

40. A method of reducing the level of carcinogens
in a mammal, comprising administering to a mammal an
effective amount of cruciferous sprouts having at least
200,000 units per gram fresh weight of Phase 2 enzyme-
inducing potential when measured after 3-days of growth
from seeds that produce said sprouts and non-toxic levels
of indole glucosinolates and their breakdown products and
goitrogenic hydroxybutenyl glucosinolates.

41. A method of extracting glucosinolates and
isothiocyanates from plant tissue comprising the steps of
homogenizing said plant tissue in an excess of a mixture
of dimethyl sulfoxide, acetonitrile and dimethylformamide
at a temperature sufficient to inactivate myrosinase
enzyme activity.

42. A food product comprising cruciferous sprouts,
with the exception of cabbage, cress, mustard and radish
sprouts, harvested prior to the 2-leaf stage, cruciferous
seeds; extracts of said sprouts or seeds; or any
combination of said sprouts, seeds or extracts.

43. A method of increasing the chemoprotective
amount of Phase 2 enzymes in a mammal, comprising the
step of administering an effective quantity of the food
product according to claim 42.

44. A food product comprising cruciferous sprouts
harvested prior to the 2-leaf stage, wherein said sprouts
have at least 200,000 units per gram fresh weight of
Phase 2 enzyme-inducing potential when measured after 3-
days of growth from seeds that produce said sprouts and
non-toxic levels of indole glucosinolate and goitrogenic
hydroxybutenyl glucosinolates; cruciferous seeds;
extracts of said sprouts or seeds; or any combination of
said sprouts, seeds or extracts.

50

45. A method of increasing the chemoprotective amount of Phase 2 enzymes in a mammal, comprising the step of administering an effective quantity of the food product according to claim 44.

46. Cruciferous sprouts harvested prior to the 2-leaf stage, wherein the ratio of monofunctional to bifunctional inducers is at least 20 to 1.

47. A food product supplemented with a purified or partially purified glucosinolate.

CSC017615

51

*ABSTRACT OF THE DISCLOSURE*

Vegetable sources of cancer chemoprotective agents
have been identified which are extraordinarily rich in
glucosinolates, metabolic precursors of isothiocyanates.
5    The vegetable sources are used to provide a dietary means
of reducing the level of carcinogens in mammals.

CSC017616