# JOINT EXHIBIT 7 FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER