# JOINT EXHIBIT 8 FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER