# JOINT EXHIBIT 9 FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER