# JOINT EXHIBIT 10 FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER