# JOINT EXHIBIT 11 FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER