# JOINT EXHIBIT 12 FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER