# PLAINTIFFS' EXHIBIT A FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER