# PLAINTIFFS' EXHIBIT B FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER