

Each Vitalica capsule contains 30 mg. /sgs glucosinolate. Scientists at Johns Hopkins School of Medicine identified /sgs as a natural long-lasting antioxidant and detoxifier found in broccoli and broccoli sprouts.* /sgs contributes to the integrity of cells, promoting the body's immune defense systems for overall health and well-being.* Since this discovery, more than 200 publications from universities worldwide have underscored its significance. To view much of this data, refer to our website www.youngs.com.

**Vitalica** /sgs

Protected by patents owned by the John Hopkins University School of Medicine. Additional patents pending.

DIRECTIONS: Take one capsule each morning with a meal or a glass of water.

OTHER INGREDIENTS: Patented cruciferous seed extract, Hypromellose, Sodium Starch Glycolate, Microcrystalline Cellulose, Magnesium Stearate, and Chlorophyllin.

**SUPPLEMENT FACTS**
Serving Size: 1 Capsule    Serving Per Box 30

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Sulforaphane glucosinolate /sgs | 30 mg | * |
| *Daily Value not established | | |

C S Agra

/sgs Dietary Supplement

**Vitalica**
the accent on wellness

/sgs glucosinolate activates the body's natural detoxification and antioxidant enzymes, protecting cells from free radical damage.*

**Plaintiffs' Exhibit C**

CSC000680