# PLAINTIFFS' EXHIBIT D FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER