

2-B1
(FACE)

Exhibit 2-B(i)

51123 U.S. PTO
08840234
04/11/97

# PATENT APPLICATION

08840234

APPROVED FOR LICENSE ☐

INITIALS _____

| Date Entered or Counted | | CONTENTS | Date Received or Mailed |
|---|---|---|---|
| | 1. | Application _____ papers. | |
| | 2. | Pre-Amend A | 4-11-97 |
| | 3. | Pre-Amend B | 4-11-97 |
| | 4. | IDS | 4-11-97 |
| | 5. | Pre-Amdt C | 12-24-97 |
| | 6. | Pre-Amdt D | 2-25-98 |
| | 7. | Ltr. fee payment | 2-25-98 |
| | 8. | IDS | 2-25-98 |
| 4-23-98 | 9. | Rsp 3 mo | 4-24-98 |
| | 10. | Examiner Interview Summary | |
| | 11. | Amdt E w/ attach Declaration | 6-30-98 |
| 9-4-98 | 12. | Rejection | 9-10-98 |
| | 13. | Amdt F w/ 1449 | 11-18-98 |
| | 14. | Terminal Disclaimer | 11-18-98 |
| | 15. | Terminal Disclaimer | 1-7-99 |
| 1-28-99 | 16. | Notice of Allowability | 2-1-99 |
| 9-3-99 | 17. | Formal Drawings (2 shts) set 1 | 4-30-99 |
| | 18. | IDS | 10-18-99 |
| | 19. | IDS | 02-07-99 |
| | 20.–32. | | |

2-B2
(FRONT)

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 426 | 615 | 4/23/98 | L.Wong |
| update | | 9/2/98 | L.Wong |
| 426 | 7 44 49 52 425 429 430 431 615 629 655 | 1/26/99 | L.Wong |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| parent case 08/528 858 | 4/23/98 | L.Wong |

31

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 426 | 49 52 425 429 431 615 | 1/27/99 | L.Wong |

2-B3 (IGHT OUTSIDE)

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | | 6-3-97 |
| EXAMINER | 335 9/6/97 | |
| TYPIST | | |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

## INDEX OF CLAIMS

| Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | | | | | | | | |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | 5 | | | | | | | | |
| | 6 | | | | | | | | |
| | 7 | | | | | | | | |
| | 8 | | | | | | | | |
| | 9 | | | | | | | | |
| | 10 | | | | | | | | |
| | 11 | | | | | | | | |
| | (12) | | | | | | | | |
| | 13 | | | | | | | | |
| | 14 | | | | | | | | |
| | 15 | | | | | | | | |
| | 16 | | | | | | | | |
| | 17 | | | | | | | | |
| | 18 | | | | | | | | |
| | 19 | | | | | | | | |
| | 20 | | | | | | | | |
| | (21) | | | | | | | | |
| | 22 | | | | | | | | |
| | 23 | | | | | | | | |
| | 24 | | | | | | | | |
| | 25 | | | | | | | | |
| | 26 | | | | | | | | |
| | 27 | | | | | | | | |
| | 28 | | | | | | | | |
| | 29 | | | | | | | | |
| | (30) | | | | | | | | |
| | 31 | | | | | | | | |
| | 32 | | | | | | | | |
| | 33 | | | | | | | | |
| | 34 | | | | | | | | |
| | 35 | | | | | | | | |
| | 36 | | | | | | | | |
| | (37) | | | | | | | | |
| | 38 | | | | | | | | |
| | (39) | | | | | | | | |
| | 40 | | | | | | | | |
| | 41 | | | | | | | | |
| | 42 | | | | | | | | |
| | 43 | | | | | | | | |
| | 44 | | | | | | | | |
| | 45 | | | | | | | | |
| | 46 | | | | | | | | |
| | 47 | | | | | | | | |
| | (48) | | | | | | | | |
| | 49 | | | | | | | | |
| | 50 | | | | | | | | |

| Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 51 | | | | | | | | |
| | 52 | | | | | | | | |
| | 53 | | | | | | | | |
| | 54 | | | | | | | | |
| | 55 | | | | | | | | |
| | 56 | | | | | | | | |
| | 57 | | | | | | | | |
| | 58 | | | | | | | | |
| | 59 | | | | | | | | |
| | 60 | | | | | | | | |
| | 61 | | | | | | | | |
| | (62) | | | | | | | | |
| | 63 | | | | | | | | |
| | 64 | | | | | | | | |
| | 65 | | | | | | | | |
| | 66 | | | | | | | | |
| | 67 | | | | | | | | |
| | 68 | | | | | | | | |
| 1 | (69) | ✓ | ✓ | = | | | | | |
| 2 | 70 | | | | | | | | |
| 3 | 71 | | | | | | | | |
| 4 | 72 | | | | | | | | |
| 5 | 73 | | | | | | | | |
| 6 | 74 | | | | | | | | |
| 7 | 75 | | | | | | | | |
| 8 | 76 | | | | | | | | |
| 9 | (77) | | | | | | | | |
| 10 | 78 | | | | | | | | |
| 11 | 79 | | | | | | | | |
| 12 | 80 | | | | | | | | |
| 13 | 81 | | | | | | | | |
| 14 | 82 | | | | | | | | |
| 15 | 83 | | | | | | | | |
| 16 | 84 | | | | | | | | |
| 17 | 85 | | | | | | | | |
| 18 | 86 | ✓ | | | | | | | |
| 19 | 87 | | | | | | | | |
| 20 | 88 | | | | | | | | |
| 21 | 89 | | | | | | | | |
| 22 | 90 | ✓ | = | | | | | | |
| | 91 | | | | | | | | |
| | 92 | | | | | | | | |
| | 93 | | | | | | | | |
| | 94 | | | | | | | | |
| | 95 | | | | | | | | |
| | 96 | | | | | | | | |
| | 97 | | | | | | | | |
| | 98 | | | | | | | | |
| | 99 | | | | | | | | |
| | 100 | | | | | | | | |

SYMBOLS
✓ .......... Rejected
= .......... Allowed
– (Through numeral) Cancelled
+ .......... Restricted
N .......... Non-elected
I .......... Interference
A .......... Appeal
O .......... Objected

2-B4

