*Advan. Enzyme Regul.* Vol. 33, pp. 281–296, 1993
Printed in Great Britain. All rights reserved

0065-2571/93/$24.00
© 1993 Pergamon Press Ltd

# THE ELECTROPHILE COUNTERATTACK RESPONSE: PROTECTION AGAINST NEOPLASIA AND TOXICITY

TORY PRESTERA, YUESHENG ZHANG, SHARON R. SPENCER,
CYNTHIA A. WILCZAK and PAUL TALALAY

Department of Pharmacology and Molecular Sciences, The Johns Hopkins
University School of Medicine, Baltimore, MD 21205

## INTRODUCTION

Neoplasia is one important manifestation of genotoxicity, and commonly arises from the interaction of exogenous or endogenously-generated electrophiles with critical nucleophilic centers of DNA. Oxidative cycling, which generates reactive oxygen species (superoxide, peroxide, and hydroxyl radicals), also contributes to DNA damage and to the development of malignancy. Both electrophiles and reactive oxygen species deplete intracellular glutathione and thereby aggravate these toxicities. Hence, it is not surprising that cells have developed elaborate mechanisms to counteract these dangers.

Exposure of animals or their cells in culture to low but tolerated concentrations of electrophiles evokes a series of characteristic and wide-ranging metabolic responses including the coordinated induction (by enhanced transcription) of a number of Phase 2* enzymes that detoxify electrophiles, and the elevation of intracellular levels of reduced GSH (by accelerated synthesis). These responses reduce the susceptibility of cells to higher, potentially hazardous, or even lethal, concentrations of the same or other toxic electrophiles. We suggest that this constellation of protective metabolic responses be designated as: "*Electrophile Counterattack*".

Abbreviations and definitions: *Ah* receptor, *Aryl hydrocarbon* receptor; BHA, 2(3)-*tert*-butyl-4-hydroxyanisole; CD, concentration of a compound that doubles the specific activity of quinone reductase in Hepa 1c1c7 cells under specified conditions; GSH, reduced glutathione; QR, quinone reductase, NAD(P)H:(quinone acceptor) oxidoreductase (EC 1.6.99.2); GST, glutathione transferase (EC 2.5.1.18).

*Enzymes involved in the metabolism of xenobiotics have been classified into two broad categories. Phase 1 enzymes (principally cytochromes P-450) functionalize compounds largely by oxidative or reductive reactions, whereas Phase 2 enzymes carry out the conjugations of such functionalized compounds with endogenous ligands (e.g., glutathione and glucuronic acid). Quinone reductase is classified as a Phase 2 enzyme because it serves protective functions, is induced coordinately with other Phase 2 enzymes, and is regulated by enhancer elements that are similar to those controlling Phase 2 enzymes (6).

281

Exhibit 2-G(ii)

282                          T. PRESTERA, et al.

Analysis of the anticarcinogenic mechanisms of BHA identified the
important protective role of the electrophile counterattack response. It
was found that administration of BHA to rodents increased the specific
activities of glutathione transferases, UDP-glucuronosyltransferases, epoxide
hydrolase, NAD(P)H:quinone reductase, and other Phase 2 enzymes in the
liver and peripheral tissues of these animals, and also raised levels of reduced
GSH (1–4). The activities of Phase 1 enzymes that are regulated by the *Ah*
receptor (i.e. cytochromes P-450 IA1 and IA2) were largely unaffected by
BHA treatment (5). BHA was thus classified as a *monofunctional* inducer,
in contrast to *bifunctional* inducers (e.g., polycyclic aromatics, azo dyes,
flavonoids), which elevate both Phase 1 and Phase 2 enzymes (5). These
findings led to the formulation of the now widely held view that elevation
of Phase 2 enzymes is mainly responsible for the protective effects of BHA
against neoplasia and other forms of electrophile toxicity (7). Many lines
of evidence attest to the validity of this conclusion. Indeed several novel
anticarcinogens have been identified on the basis of their ability to evoke
Phase 2 enzyme inductions (8–10).

This paper describes the biological scope of the electrophile counter-
attack response, the chemistry of the inducers, and the molecular regula-
tion of the response (6).

### BIOLOGICAL SCOPE OF THE ELECTROPHILE COUNTERATTACK RESPONSE

*Induction of phase 2 enzymes.* The earliest and up to now most complete
information on the biochemistry of the electrophile counterattack response
has been obtained on animals and cells treated with BHA or *tert*-
butylhydroquinone which is presumed to be its active metabolite. Feeding
of 0.5–1.0% BHA in the diet to mice or rats for 5–7 days profoundly
reduced the conversion of benzo(a)pyrene to mutagenic metabolites (1).
The livers and peripheral tissues of these animals showed large increases
in the specific activities of GSTs (2, 4) and their cognate mRNAs (11–13).
Indeed, these normally rather abundant enzymes increased even further
and became the most prominent proteins on two-dimensional electro-
phoresis of mouse liver cytosols (11). Subsequent studies revealed that
the elevated GSTs belonged to the α, μ, and π families and that the
inductions showed considerable tissue specificity (12, 14–16).

Further studies demonstrated that the capability of chemoprotective
agents to elevate enzymes of xenobiotic metabolism was not limited to
BHA and was a widespread property of many chemoprotectors. Moreover,
the variety of enzymes induced was diverse (7), and included UDP-
glucuronosyltransferases, NAD(P)H:(quinone acceptor) oxidoreductase,
epoxide hydrolase and a number of additional Phase 2 enzymes (3, 4,
17, 18). A comprehensive review of the protective effects of BHA and

other synthetic antioxidants, their biological effects, and enzyme induction patterns has been provided by R. Kahl (19).

Typical changes in the activities of Phase 2 enzymes in the livers of mice treated with BHA are shown in Figure 1A. From 5- to 10-fold increases in specific activities of GST, QR, epoxide hydrolase, and UDP-glucuronosyltransferases were observed. In contrast, several cytochrome P-450-related functions (total cytochrome P-450 hemoprotein, aniline hydroxylase, and aminopyrine demethylase) were unaffected or even depressed by such treatment. Based on the marked changes in Phase 2 enzymes in response to BHA administration, it was suggested that



FIG. 1. Effect of monofunctional inducers on specific activities of Phase 1 and Phase 2 enzymes in rodent livers, expressed as the ratios of specific activities of cytosols or microsomes of treated to untreated animals. (A) Feeding of BHA to female CD-1 mice (from Refs (2–4, 17, 18)). (B) Feeding of 1,2-dithiole-3-thione to male F 344 rats (from Ref. (21)). (C) Intraperitoneal administration of bromobenzene to male Sprague–Dawley rats (from Ref. (22)). Note the large increases in the specific activities of glutathione transferases (GST), quinone reductase (QR), UDP-glucuronosyltransferases (UDPGT), and epoxide hydrolase (EH). Also note the lack of increase (or possibly decline) in the total cytochrome P-450 content (P-450), and aminopyrine demethylase, aniline hydroxylase, aryl hydrocarbon hydroxylase (AHH), and ethoxyresorufin O-deethylase (ERD) activities.

BHA might block chemical carcinogenesis by enhancing the detoxication capacity of tissues for the ultimate carcinogenic electrophiles, and that the balance between Phase 1 and Phase 2 enzymes played a major role in determining the outcome of the interaction of cells with carcinogens (2, 7, 20). A wealth of evidence from many laboratories supports the validity of these suggestions (20).

The wide range of chemical agents that evoke the electrophile counter-attack is exemplified in this paper by the effects on liver enzyme profiles of two other xenobiotics: 1,2-dithiole-3-thione, which belongs to a class of compounds that are recognized chemoprotectors (Fig. 1B) (21), and bromobenzene (Fig. 1C) (22), which has not to our knowledge been tested as a chemoprotector. Thus administration of two agents that appeared to be chemically unrelated to each other and to BHA evokes similar and characteristic alterations in the profiles of xenobiotic-metabolizing enzymes.

*Elevations of cellular glutathione levels.* It has been recognized for many years that the normally high intracellular GSH levels protect cells against a wide variety of toxic chemicals including electrophiles and reactive oxygen species. These protective processes involve both enzymatic (GSTs, glutathione peroxidase) and nonenzymatic reactions (23, 24). Administration of BHA and other substances that elevate Phase 2 enzymes also raised the levels of GSH in the liver and other mouse tissues (1, 4). Similarly, the feeding of low concentrations of 1,2-dithiole-3-thione raised rat hepatic GSH levels 3-fold (21). With the recognition that many chemoprotectors are electrophiles, these observations initially seemed paradoxical, because electrophiles (e.g., diethyl maleate) have been used extensively to deplete the intracellular GSH levels (25). However, depletion of GSH requires high (i.e. stoichiometric or millimolar) concentrations of such electrophiles. Consequently, the findings of Bannai (26–28) and those of Deneke *et al.* (29) that exposure of fibroblasts, endothelial cells, or peritoneal macrophages to micromolar concentrations of diethyl maleate or other electrophiles resulted in substantial elevations of GSH levels are particularly pertinent. The electrophile concentrations required to raise GSH levels are similar to those that induce Phase 2 enzymes. The increases in GSH have been shown to involve enhanced synthesis of a highly specific, sodium-independent, transport system for anionic cystine (in exchange for glutamate). The intracellular concentration of cysteine (derived from imported cystine) is rate-limiting for GSH synthesis. The electrophiles that were shown by Bannai (26) to enhance cystine transport and to raise GSH levels include cyclohex-2-en-1-one, 3-methylcyclohex-2-en-1-one, ethacrynate, maleate, fumarate, cinna-

mate, 1,2-epoxyethylbenzene, 1,2-ethoxy-3-(*p*-nitrophenoxy)propane, *p*-nitrobenzyl chloride, and bromosulfophthalein. It is remarkable that the same or very similar electrophiles are also inducers of QR in murine hepatoma cells (30, 31). In connection with findings to be discussed below, it is also of interest that stimuli commonly associated with stress protein synthesis, such as sodium arsenite, cadmium chloride, and hyperoxia also enhanced cystine transport and GSH levels (28).

It may be concluded therefore that low concentrations of electrophiles, or of compounds that are converted to electrophiles by metabolism (e.g., BHA), induce a variety of Phase 2 enzymes, and elevate GSH levels through enhanced precursor transport.

## CHEMISTRY OF INDUCERS

Structure–activity studies have provided considerable insight into the chemical requirements for inducer activity and the nature of the chemical signal that evokes the elevations of Phase 2 enzymes and GSH levels. Most of the quantitative information on inducer potency has been obtained by measuring QR levels in Hepa 1c1c7 murine hepatoma cells grown and exposed to these inducers in 96-well plates (30, 32). We have established that the response of QR to compounds in this cell culture system is a reliable predictor of inducer activity for QR, GST, and other Phase 2 enzymes in the liver and peripheral tissues of rodents (5, 33, 34).

The growing number and variety of compounds known to evoke these Phase 2 enzyme inductions include at least seven chemically distinct families of monofunctional inducers, i.e. selective inducers of Phase 2 enzymes (6, 30, 31).

*(1) Diphenols, phenylenediamines, and quinones.* From studies of the induction of QR and GST in murine liver by a series of 1,4-dialkyl phenols related to BHA, it was concluded that induction depended on conversion of these compounds to 1,4-diphenols such as *tert*-butylhydroquinone (35). These findings raised the issue whether the 1,4-disposition of the hydroxyl groups was essential for inducer activity. Extensive comparisons of the inducer potencies of 1,2-diphenols (catechols), 1,3-diphenols (resorcinols), and 1,4-diphenols (hydroquinones) demonstrated conclusively that only the 1,2- and 1,4-diphenols were inducers of Phase 2 enzymes, whereas the 1,3-diphenols were always inactive (33, 36). The presence or absence of alkyl substituents on the aromatic nuclei played a relatively minor role in determining inductive potency. Analogous experiments with phenylenediamines demonstrated similar structural requirements, i.e. only the 1,2- and 1,4-phenylenediamines were inducers, but the 1,3-phenylenediamines were not. These findings led to the conclusion that oxidative lability was essential for inducer activity since catechols and hydroquinones (and

286                    T. PRESTERA, *et al.*

their phenylenediamine analogs) undergo facile oxidations to quinones, whereas 1,3-diphenols and 1,3-phenylenediamines cannot participate in such oxidations. Although these experiments did not establish whether the oxidation products or the oxidation processes (potentially involving multiple one- and two-electron oxido-reductions and the generation of reactive oxygen species) were the inductive signal, subsequent work showing the important role of Michael reaction acceptors as inducers strongly suggested that the quinone (or quinoneimine) oxidation products were the ultimate inducers, since these products are strongly electrophilic (30, 31).

(2) *Michael reaction acceptors.* The recognition that many inducers were compounds containing olefins or acetylenes conjugated to electron-withdrawing groups was a major advance in understanding the nature of the inducer signal (30, 31). Such inducers include olefins conjugated with aldehydes, ketones (including thioketones and quinones), esters (e.g., acrylates, crotonates and cinnamates, as well as lactones), nitriles, and nitro groups, i.e. Michael reaction acceptors. The potencies of these compounds as inducers were generally related to the avidities of the electron-withdrawing functions and paralleled the efficiencies of the compounds as Michael reaction acceptors. The concentration dependence of the induction of QR in murine hepatoma cells by a number of selected Michael reaction acceptors is shown in Figure 2.



FIG. 2. Induction of quinone reductase in Hepa 1c1c7 murine hepatoma cells by a range of concentrations of Michael reaction acceptors. The increases in the specific activities of QR are expressed as the ratios of values obtained from treated to untreated cells. Assays were performed in microtiter plates by slight modifications (6, 30) of the method of Prochaska and Santamaria (32). The inducers shown are identified as Nos 1–6 in Figure 7.

286                                              T. PRESTERA, *et al.*

their phenylenediamine analogs) undergo facile oxidations to quinones,
whereas 1,3-diphenols and 1,3-phenylenediamines cannot participate in
such oxidations. Although these experiments did not establish whether
the oxidation products or the oxidation processes (potentially involving
multiple one- and two-electron oxido-reductions and the generation of
reactive oxygen species) were the inductive signal, subsequent work
showing the important role of Michael reaction acceptors as inducers
strongly suggested that the quinone (or quinoneimine) oxidation products
were the ultimate inducers, since these products are strongly electrophilic
(30, 31).

*(2) Michael reaction acceptors.* The recognition that many inducers
were compounds containing olefins or acetylenes conjugated to electron-
withdrawing groups was a major advance in understanding the nature
of the inducer signal (30, 31). Such inducers include olefins conjugated
with aldehydes, ketones (including thioketones and quinones), esters
(e.g., acrylates, crotonates and cinnamates, as well as lactones), nitriles,
and nitro groups, i.e. Michael reaction acceptors. The potencies of
these compounds as inducers were generally related to the avidities of
the electron-withdrawing functions and paralleled the efficiencies of the
compounds as Michael reaction acceptors. The concentration dependence
of the induction of QR in murine hepatoma cells by a number of selected
Michael reaction acceptors is shown in Figure 2.



FIG. 2. Induction of quinone reductase in Hepa 1c1c7 murine hepatoma cells by a range of
concentrations of Michael reaction acceptors. The increases in the specific activities of QR
are expressed as the ratios of values obtained from treated to untreated cells. Assays were
performed in microtiter plates by slight modifications (6, 30) of the method of Prochaska
and Santamaria (32). The inducers shown are identified as Nos 1–6 in Figure 7.

*(3) Isothiocyanates* (R–N=C=S). These compounds are widely distributed in plants and their seeds, where they are often present in the form of glucosinolates (thioglucoside, *N*-hydroxysulfate derivatives) and are accompanied by thioglucoside hydrolases (myrosinases) that convert these compounds to isothiocyanates, $HSO_3^-$, and glucose (37). The inducer potencies of isothiocyanates vary widely; only those possessing at least a single hydrogen on the α-carbon atom are inducers (e.g., *tert*-butyl and phenyl isothiocyanates are inactive) (30). Sulforaphane [1-isothiocyanato-(4R)-(methylsulfinyl)butane: $CH_3$–SO–$(CH_2)_4$–N=C=S], isolated from broccoli and other crucifers, is a very potent inducer ($CD = 0.21 \mu M$) (10). The responses of QR in murine hepatoma cells to sulforaphane and several other isothiocyanates are shown in Figure 3.

*(4) Hydroperoxides*. Cumene hydroperoxide ($CD = 210 \mu M$) and *tert*-butyl hydroperoxide ($CD = 140 \mu M$), as well as extremely high concentrations of hydrogen peroxide ($CD = 560 \mu M$) are also inducers (6, 38). Whereas the hydroperoxides are substrates for GST, hydrogen peroxide is not thought to be a substrate for these transferases, although it is not clear that it has been tested at the high concentrations required to achieve inductions.



FIG. 3. Induction of quinone reductase in Hepa 1c1c7 murine hepatoma cells by a range of concentrations of isothiocyanates. The specific activities of QR are presented and were obtained as described in Fig. 2. The inducers are: sulforaphane ($CD = 0.21 \mu M$), and benzyl ($CD = 1.9 \mu M$), cyclooctyl ($CD = 10 \mu M$), and cyclohexyl ($CD = 50 \mu M$) isothiocyanates.

288                                   T. PRESTERA, et al.

(5) *Mercaptans*. Vicinal dimercaptans such as 2,3-dimercaptopropanol ($CD = 13$ μM) and 1,2-ethanedithiol ($CD = 34$ μM) were reasonably potent inducers of QR in murine hepatoma cells (Table 1). This was an unexpected finding since most previously known inducers were electrophiles. *Meso*-2,3-dimercaptosuccinic acid ($CD = 120$ μM) and its dimethyl ester ($CD = 26$ μM) were also inducers. However, the monothiol 2-mercaptoethanol ($CD = 220$ μM) was a much weaker inducer, and non-vicinal dithiols such as 1,4-dithiothreitol and 1,4-dithioerythritol were inactive. The relatively high potency of the vicinal mercaptans as inducers is difficult to reconcile with the other structure–activity results. Dimercaptopropanol and dimercaptosuccinates are widely used as metal chelators in the treatment of heavy metal poisonings. These compounds also react with sulfhydryl groups. Whether the redox properties, the metal chelation properties, the ability to react with mercaptans, or some other property of dimercaptans is responsible for the induction of Phase 2 enzymes is currently unclear.

TABLE 1. INDUCTION OF QUINONE REDUCTASE (QR) IN HEPA 1c1c7 CELLS BY MERCAPTANS

| Compound | Concentration required to double QR specific activity (μM) |
|---|---|
| 2,3-Dimercaptopropanol (BAL) | $12.9 \pm 3.8$* ($N = 12$) |
| 1,2-Ethanedithiol | $33.6 \pm 9.8$  ($N = 6$) |
| 1,2-Propanedithiol | 20 |
| 2-Mercaptoethanol | 220 |
| *meso*-2,3-Dimercaptosuccinic acid | 120 |
| Dimethyl *meso*-2,3-Dimercaptosuccinate | 26 |
| Dithiothreitol | In† |
| Dithioerythritol | In |
| 1,4-Butanedithiol | In |

*$\pm$ S.D.
†Less than 20% increase at 100 μM.

(6) *Arsenicals*. Trivalent arsenic derivatives are excellent inducers of QR in Hepa 1c1c7 cells (Fig. 4). The hydrophobic phenylarsine oxide ($CD = 0.057$ μM) is one of the most potent inducers so far uncovered, and is considerably more potent than sodium arsenite ($CD = 2.1$ μM). Sodium arsenate, a pentavalent arsenical, was much less active ($CD = 12$ μM). The greater potency of the trivalent arsenicals correlates well with their much higher reactivity with vicinal (or closely-spaced) sulfhydryl groups, and the greater facility with which trivalent arsenicals enter cells (39). These findings are also consistent with the notion that pentavalent arsenic

ELECTROPHILE COUNTERATTACK RESPONSE                    289



FIG. 4. Induction of quinone reductase in Hepa 1c1c7 murine hepatoma cells by a range of concentrations of arsenic derivatives. The specific activities of QR are presented and were obtained as described in Fig. 2. The arsenicals are: phenylarsine oxide (No. 26 in Fig. 7; $CD = 0.057$ μM); sodium arsenite (No. 27; $CD = 2.1$ μM), and sodium arsenate ($CD = 12$ μM).



FIG. 5. Induction of quinone reductase in Hepa 1c1c7 murine hepatoma cells by a range of concentrations of metal derivatives. The specific activities of QR are presented and were obtained as described in Figure 2. The inducers are: phenylmercuric chloride (No. 31 in Fig. 7; $CD = 0.1$ μM); $HgCl_2$ ($CD = 0.76$ μM); p-chloromercuribenzoic acid (No. 32; $CD = 1.2$ μM); $CdCl_2$ ($CD = 10.5$ μM); and $ZnCl_2$ ($CD = 230$ μM).

290                    T. PRESTERA, et al.

derivatives must undergo cellular reduction in order to exert biological (chemotherapeutic or toxic) activity (40). Trivalent arsenicals are classical sulfhydryl reagents that form covalent heterocyclic adducts with vicinal or adjacent sulfhydryl groups (see review in (41)). The potent induction of QR by such compounds suggests the critical presence of two neighboring sulfhydryl groups on the protein(s) that receive and transmit the inductive signal.

(7) *Heavy metals*. The potencies of $HgCl_2$, $CdCl_2$, and $ZnCl_2$ as inducers of QR in murine hepatoma cells correlated with their affinities for sulfhydryl groups (Fig. 5). $HgCl_2$ ($CD = 0.76$ $\mu$M) was much more potent than $CdCl_2$ ($CD = 10.5$ $\mu$M), whereas $ZnCl_2$ ($CD = 230$ $\mu$M) was only weakly active. Cadmium and mercury are soft electrophiles which are ideal reagents for thiol groups as these are soft nucleophiles. It may therefore be of special significance that phenylmercuric chloride ($CD = 0.1$ $\mu$M) and *p*-chloromercuribenzoate ($CD = 1.2$ $\mu$M) which were designed as sulfhydryl reagents are both potent inducers.

### MOLECULAR REGULATION OF ELECTROPHILE COUNTERATTACK RESPONSE

Recently, deletion analyses of the 5'-upstream regulatory regions of two Phase 2 enzyme genes: the Ya GST gene (of mouse and rat liver) and the QR gene (of human and rat liver), have been carried out by transient gene expression assays with the use of chloramphenicol acetyltransferase (CAT). The upstream regions of the mouse and rat liver GST Ya genes contain very similar enhancer sequences located within a 41-bp region. These similar, but not identical, enhancer sequences have been designated the Electrophile Responsive Element (EpRE) in the mouse (42) and the Antioxidant Responsive Element (ARE) in the rat (43, 44) GST Ya genes, respectively. The 41-nucleotide DNA segment is located between bp −714 and −754 in the mouse, and −682 and −722 in the rat from the transcription start (Fig. 6). In the mouse, the critical DNA sequences responsive to the few monofunctional inducers tested appear to be the two tandem TGACAT/AT/AGC regions separated by a 6-bp sequence. These two regions have been likened to AP-1 sites, and evidence has been obtained for their functioning in this capacity (45). In the rat GST Ya gene, the single enhancer sequence has been deduced to have the consensus: 5'-puGTGACNNNGC (44). Similar enhancer sequences have also been identified in the upstream regulatory regions of the rat and human quinone reductase genes (45, 47). Only very few of the wide variety of inducers described above had been examined with these transient gene expression constructs. Consequently we recently undertook a comprehensive comparison of the potencies of

2-G37

ELECTROPHILE COUNTERATTACK RESPONSE                    291



FIG. 6. The homologous 41-bp enhancer sequences from the upstream regions of the mouse and rat glutathione transferase Ya genes (42–44). The lower sequence represents the mouse enhancer region (−714 to −754) and the two base differences in the rat 41-bp sequence (−682 to −722) are shown above. This 41-bp sequence contains two direct semiconserved repeats which are homologous to AP-1 sites (45).

many of the Phase 2 type of inducers in enhancing QR induction in Hepa 1c1c7 murine hepatoma cells, and in stimulating transient gene expression in Hep G2 cells transfected with constructs containing the 41-bp mouse enhancer sequence and the promoter regions of the GST Ya gene (6). Instead of using CAT as the reporter gene, we chose to make constructs expressing human growth hormone (48) so that large numbers of compounds could be screened rapidly and quantitatively.

The concentration required to double the expression of the growth hormone reporter gene ($CD_{GH}$) and the concentrations required to double the quinone reductase specific activity ($CD_{QR}$) were compared for 28 compounds belonging to all of the above classes. A plot of the potencies showed a reasonably linear correlation over nearly four orders of magnitude of concentrations varying from phenylarsine oxide ($CD_{GH}$ = 47 nM; $CD_{QR}$ = 57 nM) to hydrogen peroxide ($CD_{GH}$ = 210 μM; $CD_{QR}$ = 560 μM) (Fig. 7). In addition, six compounds were inactive in both assays (Nos 8, 9, 13, 17, 22, 25). These findings demonstrate that this enhancer element(s) is responsive to all of the chemically diverse types of inducers.

SUMMARY

Exposure of rodents or their cells in culture to low doses of a wide variety of chemical agents, many of which are electrophiles, evokes a coordinated metabolic response that protects these systems against the toxicity (including mutagenicity and carcinogenicity) of higher doses of the same or other electrophiles. This response involves enhanced transcription of Phase 2 enzymes: glutathione transferases, NAD(P)H:quinone reductase, UDP-glucuronosyltransferases, and epoxide hydrolase, as well as the elevation of intracellular levels of reduced glutathione. We suggest that

292                              T. PRESTERA, *et al.*



FIG. 7. Caption opposite.

ELECTROPHILE COUNTERATTACK RESPONSE            293

this cellular adaptation, which occurs in the liver and many peripheral tissues, be designated as the "Electrophile Counterattack" response. Seven families of highly diverse chemical agents that elicit this response include: oxidatively labile diphenols and quinones; Michael reaction acceptors (olefins conjugated to electron-withdrawing groups); isothiocyanates; organic hydroperoxides; vicinal dimercaptans; trivalent arsenicals; heavy metals ($HgCl_2$, $CdCl_2$) as well as mercury derivatives with high affinities for sulfhydryl groups; and 1,2-dithiole-3-thiones. An analysis of the molecular mechanisms of these enzyme inductions was carried out by transient expression in hepatoma cells of a plasmid containing a 41-bp enhancer element derived from the 5'-upstream region of the mouse glutathione transferase Ya gene, and the promoter region of this gene, linked to a human growth hormone reporter gene. The concentrations of 28 inducers (belonging to the seven chemical classes) required to double growth hormone production in this system spanned a range of four orders of magnitude and were closely and linearly correlated with the concentrations of the same compounds required to double the specific activity of quinone reductase in murine hepatoma cells. We therefore conclude that the regulation of these Phase 2 enzymes (and possibly also that of glutathione synthesis) by all of these inducers is mediated by the same enhancer element that contains AP-1-like sites. Similar enhancer sequences are present in the rat glutathione transferase Ya gene, and in the upstream regulatory regions of the quinone reductase genes of rat and human liver.

## ACKNOWLEDGEMENTS

These studies were supported by a Grant from the National Cancer Institute, Department of Health and Human Services (PO1 CA 44530). T. Prestera is a Trainee of the NIH Medical Scientist Training Program (T32 GM 07309). Y. Zhang is the recipient of a Fellowship from the Cancer Research Foundation of America. Synthetic sulforaphane and dimethyl *meso*-dimercaptosuccinate were from C.-G. Cho and G. H.

FIG. 7. Comparison of potencies of 28 compounds as inducers of quinone reductase and stimulators of growth hormone production in a transient gene expression assay. A total of 34 compounds were tested both for their ability to induce QR in Hepa 1c1c7 cells and for their ability to increase transcription in Hep G2 cells of a reporter gene linked to the 41-bp EpRE element from the mouse GST Ya upstream region (6). Twenty-eight of the compounds tested were active in both assays. These potencies are plotted according to the concentration of each compound required to double the quinone reductase specific activity (ordinate) and the concentration of compound required to double the expression of the growth hormone reporter construct (abscissa). The numbers on the graph correspond to the structures shown below. Compound Nos 8, 9, 13, 17, 22, and 25 were inactive and are not included.

294                     T. PRESTERA, *et al.*

Posner. We thank Gale Doremus for help in preparing this manuscript and the illustrations.

## REFERENCES

1. R. P. BATZINGER, S.-Y. L. OU and E. BUEDING, Antimutagenic effects of 2(3)-*tert*-butyl-4-hydroxyanisole and of antimicrobial agents, *Cancer Res.* **38**, 4478–4485 (1978).
2. A. M. BENSON, R. P. BATZINGER, S.-Y. L. OU, E. BUEDING, Y.-N. CHA and P. TALALAY, Elevation of hepatic glutathione *S*-transferase activities and protection against mutagenic metabolites of benzo(a)pyrene by dietary antioxidants, *Cancer Res.* **38**, 4486–4495 (1978).
3. Y.-N. CHA, F. MARTZ and E. BUEDING, Enhancement of liver microsome epoxide hydratase activity in rodents by treatment with 2(3)-*tert*-butyl-4-hydroxyanisole, *Cancer Res.* **38**, 4496–4498 (1978).
4. A. M. BENSON, Y.-N. CHA, E. BUEDING, H. S. HEINE and P. TALALAY, Elevation of extrahepatic glutathione *S*-transferase and epoxide hydratase activities by 2(3)-*tert*-butyl-4-hydroxyanisole, *Cancer Res.* **39**, 2971–2977 (1979).
5. H. J. PROCHASKA and P. TALALAY, Regulatory mechanisms of monofunctional and bifunctional anticarcinogenic enzyme inducers in murine liver, *Cancer Res.* **48**, 4776–4782 (1988).
6. T. PRESTERA, W. D. HOLTZCLAW, Y. ZHANG and P. TALALAY, Chemical and molecular regulation of enzymes that detoxify carcinogens, *Proc. Natl. Acad. Sci. USA*, in press (1993).
7. P. TALALAY, M. J. DE LONG and H. J. PROCHASKA, Molecular mechanisms in protection against carcinogenesis, pp 197–216 in *Cancer Biology and Therapeutics* (J. G. CORY and A. SZENTIVANYI, eds.), Plenum Press, New York (1987).
8. L. W. WATTENBERG and E. BUEDING, Inhibitory effects of 5-(2-Pyrazinyl)-4-methyl-1,2-dithiol-3-thione (Oltipraz) on carcinogenesis induced by benzo[a]pyrene, diethylnitrosamine and uracil mustard, *Carcinogenesis* **7**, 1379–1381 (1986).
9. L. K. T. LAM, V. L. SPARNINS and L. W. WATTENBERG, Isolation and identification of Kahweol Palmitate and Cafestol Palmitate as active constituents of green coffee beans that enhance glutathione *S*-transferase activity in the mouse, *Cancer Res.* **42**, 1193–1198 (1982).
10. Y. ZHANG, P. TALALAY, C.-G. CHO and G. H. POSNER, A major inducer of anticarcinogenic protective enzymes from broccoli: Isolation and elucidation of structure, *Proc. Natl. Acad. Sci. USA* **89**, 2399–2403 (1992).
11. W. R. PEARSON, J. J. WINDLE, J. F. MORROW, A. M. BENSON and P. TALALAY, Increased synthesis of glutathione *S*-transferases in response to anticarcinogenic antioxidants. Cloning and measurement of RNA, *J. Biol. Chem.* **258**, 2052–2062 (1983).
12. W. R. PEARSON, J. REINHART, S. C. SISK, K. S. ANDERSON and P. N. ADLER, Tissue-specific induction of murine glutathione transferase mRNAs by butylated hydroxyanisole, *J. Biol. Chem.* **263**, 13324–13332 (1988).
13. A. M. BENSON, M. J. HUNKELER and J. F. MORROW, Kinetics of glutathione transferase, glutathione transferase messenger RNA, and reduced nicotinamide adenine dinucleotide (phosphate): Quinone reductase induction by 2(3)-*tert*-butyl-4-hydroxyanisole in mice, *Cancer Res.* **44**, 5256–5261 (1984).
14. A. M. BENSON, M. J. HUNKELER and J. L. YORK, Mouse hepatic glutathione transferase isoenzymes and their differential induction by anticarcinogens. Specificities of butylated hydroxyanisole and bisethylxanthogen as inducers of glutathione transferases in male and female CD-1 mice, *Biochem. J.* **261**, 1023–1029 (1989).
15. L. I. MCLELLAN and D. J. HAYES, Differential induction of class alpha-glutathione *S*-transferases in mouse liver by the anticarcinogenic antioxidant butylated hydroxyanisole. Purification and characterization of glutathione *S*-transferase Ya$_1$Ya$_1$, *Biochem. J.* **263**, 393–402 (1989).

16. L. I. MCLELLAN, L. A. KERR, A. D. CRONSHAW and J. D. HAYES, Regulation of mouse glutathione S-transferases by chemoprotectors. Molecular evidence for the existence of three distinct α-class glutathione S-transferase subunits, Ya₁, Ya₂ and Ya₃ in mouse liver, *Biochem. J.* **276**, 461–469 (1991).
17. Y.-N. CHA and E. BUEDING, Effects of 2(3)-*tert*-butyl-4-hydroxyanisole administration on the activities of several hepatic microsomal and cytoplasmic enzymes in mice, *Biochem. Pharmacol.* **28**, 1917–1921 (1979).
18. A. M. BENSON, M. J. HUNKELER and P. TALALAY, Increase of NAD(P)H: quinone reductase by dietary antioxidants; Possible role in protection against carcinogenesis and toxicity, *Proc. Natl. Acad. Sci. USA* **77**, 5216–5220 (1980).
19. R. KAHL, Synthetic antioxidants: Biochemical actions and interference with radiation, toxic compounds, chemical mutagens and chemical carcinogens, *Toxicology* **33**, 185–228 (1984).
20. P. TALALAY, Chemical protection against cancer by induction of electrophile detoxication (phase II) enzymes, pp. 193–205 in *Cellular and Molecular Targets for Chemoprevention* (V. E. STEELE, G. D. STONER, C. W. BOONE and G. J. KELLOFF, eds.), CRC Press, Boca Raton, FL (1992).
21. T. W. KENSLER, P. A. EGNER, P. M. DOLAN, J. D. GROOPMAN and B. D. ROEBUCK, Mechanism of protection against aflatoxin tumorigenicity in rats fed 5-(2-pyrazinyl)-4-methyl-1,2-dithiol-3-thione (Oltipraz) and related 1,2-dithiol-3-thiones and 1,2-dithiol-3-ones, *Cancer Res.* **47**, 4271–4277 (1987).
22. Z. GREGUS, J. B. WATKINS, T. N. THOMPSON and C. D. KLAASSEN, Resistance of some phase II biotransformation pathways to hepatotoxins, *J. Pharm. Exp. Ther.* **222**, 471–479 (1982).
23. A. MEISTER and M. E. ANDERSON, Glutathione, *Ann. Rev. Biochem.* **52**, 711–760 (1983).
24. A. MEISTER, Glutathione metabolism and its selective modification, *J. Biol. Chem.* **263**, 17205–17208 (1988).
25. J. L. PLUMMER, B. R. SMITH, H. SIES and J. R. BEND, Detoxication and drug metabolism: Conjugation and related systems, *Meth. Enzymol.* **77**, 50–59 (1981).
26. S. BANNAI, Induction of cystine and glutamate transport activity in human fibroblasts by diethyl maleate and other electrophilic agents, *J. Biol. Chem.* **259**, 2435–2440 (1984).
27. S. BANNAI, H. SATO, T. ISHII and Y. SUGITA, Induction of cystine transport activity in human fibroblasts by oxygen, *J. Biol. Chem.* **264**, 18480–18484 (1989).
28. S. BANNAI, H. SATO, T. ISHII and S. TAKETANI, Enhancement of glutathione levels in mouse peritoneal macrophages by sodium arsenite, cadmium chloride and glucose/glucose oxidase, *Biochim. Biophys. Acta* **1092**, 175–179 (1991).
29. S. M. DENEKE, D. F. BAXTER, D. T. PHELPS and B. L. FANBURG, Increase in endothelial cell glutathione and precursor amino acid uptake by diethyl maleate and hyperoxia, *Am. J. Physiol.* **257**, L265–L271 (1989).
30. P. TALALAY, M. J. DE LONG and H. J. PROCHASKA, Identification of a common chemical signal regulating the induction of enzymes that protect against chemical carcinogenesis, *Proc. Natl. Acad. Sci. USA* **85**, 8261–8265 (1988).
31. P. TALALAY, Mechanisms of induction of enzymes that protect against chemical carcinogenesis, *Advan. Enzyme Regul.* **28**, 237–250 (1989).
32. H. J. PROCHASKA and A. B. SANTAMARIA, Direct measurement of NAD(P)H: quinone reductase from cells cultured in microtiter wells: A screening assay for anticarcinogenic enzyme inducers, *Anal. Biochem.* **169**, 328–336 (1988).
33. H. J. PROCHASKA, M. J. DE LONG and P. TALALAY, On the mechanism of cancer protective enzymes: A unifying proposal, *Proc. Natl. Acad. Sci. USA* **82**, 8232–8236 (1985).
34. S. R. SPENCER, C. A. WILCZAK and P. TALALAY, Induction of glutathione transferases and NAD(P)H:quinone reductase by fumaric acid derivatives in rodent cells and tissues, *Cancer Res.* **50**, 7871–7875 (1990).
35. H. J. PROCHASKA, H. S. BREGMAN, M. J. DE LONG and P. TALALAY,

296                                    T. PRESTERA, et al.

Specificity of induction of cancer protective enzymes by analogues of tert-butyl-4-hydroxyanisole (BHA), Biochem. Pharmacol. 34, 3909–3914 (1985).
36.  H. J. PROCHASKA and P. TALALAY, Phenolic antioxidants as inducers of anticarcinogenic enzymes, pp. 150–159 in Phenolic Compounds in Food and Their Effects on Health II: Antioxidants and Cancer Prevention (M.-T. HUANG, C.-T. HO and C. Y. LEE, eds.), American Chemical Society, Washington, DC (1992).
37.  G. R. FENWICK, R. K. HEANEY and W. J. MULLIN, Glucosinolates and their breakdown products in food and food plants, CRC Crit. Rev. Food Sci. Nutr. 18, 123–201 (1983).
38.  S. R. SPENCER, L. XUE, E. M. KLENZ and P. TALALAY, The potency of inducers of NAD(P)H:(quinone acceptor) oxidoreductase parallels their efficiency as substrates for glutathione transferases. Structural and electronic correlations, Biochem. J. 273, 711–717 (1991).
39.  S. A. LERMAN, T. W. CLARKSON and R. J. GERSON, Arsenic uptake and metabolism of liver cells is dependent on arsenic oxidation state, Chem.-Biol. Interact. 45, 401–406 (1983).
40.  C. VOEGTLIN and H. W. SMITH, Quantitative studies in chemotherapy. II. The trypanocidal action of arsenic compounds, J. Pharm. Exp. Ther. 15, 475–493 (1920).
41.  R. D. HOFFMAN and M. D. LANE, Iodophenylarsine oxide and arsenical affinity chromatography: New probes for dithiol proteins, J. Biol. Chem. 267, 14005–14011 (1992).
42.  R. S. FRILING, A. BENSIMON, Y. TICHAUER and V. DANIEL, Xenobiotic-inducible expression of murine glutathione S-transferase Ya subunit gene is controlled by an electrophile responsive element, Proc. Natl. Acad. Sci. USA 87, 6258–6262 (1990).
43.  T. H. RUSHMORE and C. B. PICKETT, Transcriptional regulation of rat glutathione S-transferase Ya subunit gene. Characterization of a xenobiotic-responsive element controlling inducible expression by phenolic antioxidants, J. Biol. Chem. 265, 14648–14653 (1990).
44.  T. H. RUSHMORE, M. R. MORTON and C. B. PICKETT, The antioxidant response element. Activation by oxidative stress and identification of the DNA consensus sequence required for functional activity, J. Biol. Chem. 266, 11632–11639 (1991).
45.  R. S. FRILING, S. BERGELSON and V. DANIEL, Two adjacent AP-1-like binding sites form the electrophile-responsive element of the murine glutathione S-transferase Ya subunit gene, Proc. Natl. Acad. Sci. USA 89, 668–672 (1992).
46.  L. V. FAVREAU and C. B. PICKETT, Transcriptional regulation of the rat NAD(P)H:quinone reductase gene. Identification of regulatory elements controlling basal level expression and inducible expression by planar aromatic compounds and phenolic antioxidants, J. Biol. Chem. 266, 4556–4561 (1991).
47.  Y. LI and A. K. JAISWAL, Regulation of human NAD(P)H:quinone oxidoreductase gene. Role of AP1 binding site contained within human antioxidant responsive element, J. Biol. Chem. 267, 15097–15104 (1992).
48.  R. F. SELDEN, K. B. HOWIE, M. E. ROWE, H. M. GOODMAN and D. D. MOORE, Human growth hormone as a reporter gene in regulation studies employing transient gene expression, Mol. Cell Biol. 6, 3173–3179 (1986).

SCREENING OF ... IPPINE MEDICINAL PLANTS FOR ANTICANCER ... ENTS USING CCNSC PROTOCOLS[1,2]

Victoria A. Masilungan,[3] S. Vadlamudi,[4] and Abraham Goldin[5]



SUMMARY

Extracts of 7 species of plants used locally in the Philippines to treat cancer were screened for the presence of antitumor activity in leukemia L1210, leukemia P388, Sarcoma 180, Adenocarcinoma 755, and Walker carcinosarcoma 256 (intramuscular). Although treatment with extracts of all of the plants resulted in some inhibition of growth in one or more of the tumor systems, none of the plant extracts met the criteria for effectiveness established for these screens in the program of the Cancer Chemotherapy National Service Center.

The Cancer Chemotherapy National Service Center (CCNSC) has published 13 reports (1) dealing with plant extracts which failed to demonstrate sufficient activity in one or more primary screening systems to warrant additional investigation. In the most recent report of Abbott et al (1) almost all of a variety of plant extracts were tested against Sarcoma 180 (S180), Adenocarcinoma 755 (Ca755), leukemia L1210 (L1210), and KB cells in culture. Some tests were also done with Dunning ascites leukemia, Lewis lung carcinoma, Walker carcinosarcoma 256 (intramuscular), human sarcoma HS1, Friend virus leukemia, P1798 lymphosarcoma, and Murphy-Sturm lymphosarcoma. In these screening studies the extracts were derived from plants collected from many parts of the world; however, no collections were made from the Philippines. Nonetheless, some of the extracts used came from the same species of plants reported by Masilungan et al (2) to possess some anticancer activity against Ehrlich ascites tumor cells. Since the constitution of a plant may be influenced by alterations in geographic locale including attendant variations in soil, water, temperature, sunlight, etc, it was considered of interest to conduct additional screening tests with extracts from Philippine medicinal plants listed by Quisumbing (3), and used locally against a variety of malignant diseases.

In the present study the extracts of Philippine medicinal plants were tested for their inhibitory effect on L1210, S180, Ca755, Walker carcinosarcoma 256 (Walker 256) inoculated intramuscularly (im), and leukemia P388 (P388).

MATERIALS AND METHODS

The 7 species of plants listed in table 1 were collected in San José, Batangas, Philippines. The selection of solvent for preparing the extracts was based on the studies of Masilungan et al (2).

Alcoholic extracts of fresh leaves of *Cinnamomum zeylanicum, Vitex negundo,* or *Aristolochia tagala* were prepared by macerating 1 kg of ground leaves of each plant in 4 liters of alcohol. After standing for 24 hours at room temperature the extract was filtered and the filtrate evaporated at low temperature to a syrupy consistency. Extracts from the leaves of *Erythrina variegata* Linn. var. *orientalis* and seeds of *Cucumis melo* were also prepared using the above procedure except that 1% HCl was used instead of alcohol. For the leaves of *Viola odorata*, 1% sodium bicarbonate was used instead of alcohol in preparing the extract. An ether extract from the seeds of *Raphanus sativus* was prepared using a Soxhlet extraction apparatus. The ether was then evaporated leaving an oily extract.

In the preparation of an injectable form, vehicles used by the CCNSC were tested as possible diluents for each extract. Selection of the vehicle for each extract (table 1) was based on its capacity for dissolving or suspending the extract. The concentrations of prepared extracts for injection were computed on the basis of moisture-free samples. Alkaline or acid solutions or suspensions of the extracts were adjusted to pH 6−9.

[1]Received Feb 28, 1969; accepted July 11, 1969.
[2]Supported in part by Contract PH43-64-911 from the Cancer Chemotherapy National Service Center (CCNSC), National Cancer Institute (NCI), National Institutes of Health (NIH), with Microbiological Associates, Inc.
[3]Guest Worker, CCNSC, NCI, NIH, under the sponsorship of the Southeast Asia Treaty Organization. *Present address:* Medical Research Center, National Institute of Science and Technology, National Science Development Board, Manila, Philippines.
[4]Microbiological Associates, Inc, Bethesda, Md. 20014
[5]CCNSC, NCI, NIH, Bethesda, Md. 20014

2-G44

The 5 transplantabl.   nor systems used for screening the extracts (L1210, ɔ180, Ca755, Walker 256, and P388) have been used extensively at the CCNSC. The detailed CCNSC protocols were used for each tumor system (4).

Tumor transplantation was done under aseptic conditions. The tumor fragments and tumor cell suspensions were tested for sterility in each experiment using tubes of thioglycollate broth.

The details of the treatment procedures for each test are included with each line of summary data in table 1. The materials were injected either intraperitoneally (ip) or subcutaneously (sc). The dosage schedule involved one injection daily but the number of days of treatment varied with the test system.

The solid tumor systems were evaluated by measurement of tumor weight. The tumor weights are reported in grams for Walker 256 and in milligrams for S180 and Ca755. The ratio of the mean weight of the tumors in treated animals to that in controls (T/C x 100 = X percent) and the difference in mean body weight change of the animals in the treated and control groups is reported in table 1 for all groups with more than 65% survivors. For these tumors the second stage of sequential testing is done if the ratio of T/C of the first stage is at least equal to 0.44 for S180, Ca755, and Walker 256. For L1210 and P388, the mean survival time of the animals is calculated. The ratio of the mean survival time of the treated group to that of the control groups expressed in percent (T/C x 100) and the difference in mean body weight change between Day 1 and Day 5 of the animals in the treated and control groups was determined for groups with more than 65% survivors on Day 5. With these tumors the second stage of sequential testing is done if the ratio T/C of the first stage is ±1.25.

The deaths were recorded for all groups. The maximum tolerated dose in an individual experiment is defined as the highest dose which produces not more than 2 deaths in 6 animals or not more than 3 deaths in 10 animals. With L1210, deaths before Day 6 are considered nonleukemic and form the basis for toxic evaluation. When a toxic result (> 2/6 or 3/10 deaths) was observed, the test was repeated at an appropriately lower dose until the maximum tolerated dose was reached. If the T/C value in survival studies was less than 85% the dose was considered too high and was reduced in the next test.

The CCNSC quality control (4) was followed in the experiments. This includes the limitations of toxic deaths, the number of "no takes," and the mean tumor weight range (or survival time range) among control animals. It also includes the use of a positive control.

## RESULTS AND DISCUSSION

The results of the screening of 7 species of medicinal plants used in the Philippines for the treatment of cancer are shown in table 1. The data are summarized according to the basic format of Abbott et al (1). In confirmation of previous screening of these species of plants collected in other areas, none of the plants collected in the Philippines met the CCNSC criteria of effectiveness for the L1210, P388, S180, Ca755, and Walker 256 screens; however, at the various dose levels tested extracts of several of the plants did show some indication of tumor inhibitory activity.

Extracts of *A. tagala* at a dose of 500 mg/kg injected ip and 500 and 1000 mg/kg injected sc yielded approximately a 10% increase in survival time in mice that had L1210. There was a slight decrease in the survival time of mice inoculated with P388 when treatment was given at 500 mg/kg, whereas at the same dose level there was 21% and 13% inhibition of tumor growth with S180 and Walker 256 respectively. As indicated by the weight change of the animals and the numbers of survivors of toxicity it is possible that higher doses of the extract might have been used.

Extracts of *C. zeylanicum* at dose levels up to 500 mg/kg were ineffective against L1210 and P388. At a dose of 250 mg/kg it inhibited S180 by 30% and Ca755 by 35%. The inhibitory effect against Walker 256 at the same dose was 19%. The extract appeared to be relatively nontoxic and higher doses might have been used.

Extracts of *C. melo* yielded only an 11% increase in survival time of mice with L1210 and were ineffective in the P388 and Ca755 systems. A dose level of 500 mg/kg resulted in a 22% reduction in tumor weight for S180 and a 30% reduction in tumor weight for Walker 256. The dose level of 500 mg/kg appeared to be somewhat toxic.

Extracts of *E. variegata orientalis* were ineffective in increasing the survival time of mice with L1210 or P388. S180 and Ca755 were inhibited 28% and 23% respectively; Walker 256 showed a 36% reduction in tumor size. Some weight loss in the animals was evident at dose levels of 500 and 1000 mg/kg indicating that maximum tolerated doses had been reached with this extract.

A dose level of 500 mg/kg of the extracts of *R. sativus* had no tumor inhibitory effect against L1210, P388, S180, or Walker 256. With the same dose level there was 28% inhibition of Ca755. A dose level of 1000 mg/kg of the extract increased the survival time of mice that had L1210 by 11%, with some suggestion of toxicity.

136

Extracts of *V. odorata* yielded only a 10% increase in the survival time of mice with L1210 and no increase in the lifespan of mice with P388. They were ineffective against S180 and essentially ineffective against Walker 256 but did yield 32% inhibition for Ca755.

*V. negundo* yielded an 11% and 5% increase in the survival time of mice with L1210 and P388 respectively and was ineffective against Walker 256. There was 16% inhibition of S180 and 32% inhibition of Ca755.

have been

tested for

rials were
er of days

or Walker
ls (T/C x
in table 1
/C of the
animals is
100) and
etermined
tio T/C of

ghest dose
Day 6 are
e test was
s was less

number of
a positive

shown in
g of these
ss for the
plants did

ely a 10%
388 when
S180 and
ssible that

0 mg/kg it
appeared

P388 and
or weight

nd Ca755
nimals was

or Walker
rvival time

(PART 2)        VOL. 2, NO. 1, APRIL 1971

137

2-G46

Table I.—In vivo data on plant extracts

| Botanical name | Family name | Host* | Test system† | Vehicle‡ | Route of administration | Day of first injection | No. of injections§ | Day animal was killed | Dose (mg/kg, given once daily) | Survivors (T/C) | Wt difference (g) | Tumor wt or survival (T/C)** | Percent (T/C × 100) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Aristolochia tagala* | Aristolochiaceae | 2 | L1210 | D | ip | 1 | 9 | died | 125 | 6/6 | -0.3 | 7/7 days | 100 |
| | | 2 | L1210 | D | ip | 1 | 9 | died | 250 | 6/6 | -0.5 | 7/7 days | 100 |
| | | 2 | L1210 | D | ip | 3 | 9 | died | 500 | 6/6 | -1.3 | 7.5/7 days | 107 |
| | | 2 | L1210 | D | sc | 3 | 9 | died | 500 | 6/6 | 0.4 | 10/9 days | 111 |
| | | 2 | L1210 | D | ip | 1 | 9 | died | 1000 | 6/6 | -0.2 | 10/9 days | 111 |
| | | 1 | S180 | D | ip | 1 | 7 | 8 | 500 | 5/5 | -1.6 | 1046/1330 mg | 79 |
| | | 50 | Walker 256 | D | ip | 3 | 4 | 7 | 500 | 6/6 | -4.4 | 6.9/7.9 g | 87 |
| | | 2 | P388 | D | ip | 1 | 10 | died | 500 | 6/6 | -4.4 | 10/11.5 days | 87 |
| *Cinnamomum zeylanicum* | Lauraceae | 2 | L1210 | S | ip | 1 | 9 | died | 125 | 6/6 | -0.9 | 8.0/8.5 days | 94 |
| | | 2 | L1210 | S | ip | 1 | 9 | died | 150 | 6/6 | -0.8 | 7.5/8.0 days | 94 |
| | | 2 | L1210 | S | ip | 1 | 9 | died | 200 | 6/6 | -0.9 | 8.0/8.0 days | 100 |
| | | 2 | L1210 | S | ip | 3 | 9 | died | 250 | 6/6 | -3.1 | 8.5/8.5 days | 100 |
| | | 2 | L1210 | S | sc | 3 | 9 | died | 250 | 6/6 | -2.7 | 9.0/9.0 days | 100 |
| | | 1 | S180 | S | ip | 1 | 7 | 8 | 250 | 6/6 | -0.1 | 9.0/9.0 days | 100 |
| | | 2 | Ca755 | S | ip | 1 | 11 | 8 | 250 | 4/6 | | 780/1110 mg | 70 |
| | | 3 | Ca755 | S | ip | 3 | 12 | 12 | 250 | 9/9 | 0.2 | 1310/2030 mg | 65 |
| | | 3 | Walker 256 | S | ip | 3 | 4 | 7 | 250 | 9/9 | 0.2 | 4.4/5.4 g | 81 |
| | | 2 | P388 | S | ip | 1 | 10 | died | 250 | 6/6 | | 11/12 days | 95 |
| *Cucumis melo* | Cucurbitaceae | 2 | L1210 | S | ip | 1 | 9 | died | 250 | 6/6 | -0.8 | 8.5/8.5 days | 100 |
| | | 2 | L1210 | S | sc | 3 | 9 | died | 250 | 6/6 | -0.7 | 10/9 days | 111 |
| | | 2 | L1210 | S | sc | 3 | 9 | died | 500 | 6/6 | -0.0 | 10/9 days | 111 |
| | | 1 | S180 | S | ip | 1 | 7 | 8 | 500 | 6/6 | | 870/1110 mg | 78 |
| | | 3 | Ca755 | S | ip | 3 | 11 | 12 | 500 | 9/10 | -0.9 | 2070/2030 mg | 102 |
| | | 3 | Walker 256 | S | ip | 3 | 4 | 7 | 500 | 6/6 | -5.2 | 3.8/5.4 g | 70 |
| | | 2 | P388 | S | ip | 1 | 10 | died | 500 | 6/6 | | 10/12 days | 83 |
| *Erythrina variegata* Linn. var. orient | Leguminosae | 2 | L1210 | S | ip | 1 | 9 | died | 500 | 6/6 | -0.4 | 8/8 days | 100 |
| | | 2 | L1210 | S | ip | 3 | 9 | died | 500 | 6/6 | -0.2 | 9/9 days | 100 |
| | | 1 | L1210 | S | sc | 3 | 9 | died | 1000 | 6/6 | -0.4 | 9/9 days | 100 |
| | | 1 | S180 | S | ip | 1 | 7 | 8 | 500 | 4/6 | | 800/1110 mg | 72 |
| | | 3 | Ca755 | S | ip | 3 | 11 | 12 | 500 | 10/10 | -1.0 | 1570/2030 mg | 77 |
| | | 3 | Walker 256 | S | ip | 3 | 4 | 7 | 500 | 6/6 | -3.3 | 3.4/5.4 g | 64 |
| | | 2 | P388 | S | ip | 1 | 10 | died | 500 | 6/6 | | 10/12 days | 83 |

CANCER CHEMOTHERAPY REPORTS (PART 2)

2-G47

| Species | Family | Animal | Tumor | Solvent | Route | Sched. | Dur. | No. inj. | Dose (mg/kg) | Survivors | Wt. change | Survival / Tumor wt. | % T/C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | P388 | 5 | ip | 1 | died | 10 | 500 | 6/6 | | 10/12 days | 63 |
| *Raphanus sativus* | Cruciferae | 2 | L1210 | 6 | ip | 1 | died | 10 | 500 | 6/6 | 0.2 | 8.5/9 days | 94 |
| | | 2 | L1210 | 6 | sc | 3 | died | Z | 500 | 6/6 | -0.6 | 9/9 days | 100 |
| | | 2 | L1210 | 6 | ss | 3 | died | Z | 1000 | 6/6 | -1.0 | 10/9 days | 111 |
| | | 1 | S180 | 6 | ip | 1 | 8 | Z | 500 | 6/6 | -2.3 | 1440/1330 mg | 108 |
| | | 2 | Ca755 | 6 | ip | 1 | 12 | 11 | 500 | 10/10 | 0.2 | 1297/1805 mg | 72 |
| | | 50 | Walker 256 | 6 | ip | 3 | 7 | 4 | 500 | 6/6 | -7.0 | 8.9/7.4 g | 121 |
| | | 2 | P388 | 6 | ip | 1 | died | 10 | 500 | 6/6 | | 11/11 days | 100 |
| *Viola odorata* | Violaceae | 2 | L1210 | 6 | ip | 1 | died | 10 | 250 | 6/6 | -0.7 | 9/9 days | 100 |
| | | 2 | L1210 | 6 | sc | 3 | died | Z | 500 | 6/6 | -1.6 | 10/9 days | 111 |
| | | 2 | L1210 | 6 | sc | 3 | died | Z | 1000 | 6/6 | -1.5 | 10/9 days | 110 |
| | | 1 | S180 | 6 | ip | 1 | 8 | Z | 500 | 10/10 | -3.4 | 1370/1330 mg | 103 |
| | | 2 | Ca755 | 6 | ip | 1 | 12 | 11 | 500 | 6/6 | -1.0 | 1224/1805 mg | 68 |
| | | 50 | Walker 256 | 6 | ip | 3 | 7 | 4 | 500 | 10/10 | -0.6 | 6.7/7.4 g | 92 |
| | | 2 | P388 | 6 | ip | 1 | died | 10 | 500 | 6/6 | | 10/11 days | 91 |
| *Vitex negundo* | Verbenaceae | 2 | L1210 | 6 | ip | 1 | died | 10 | 500 | 6/6 | -0.1 | 9/9 days | 100 |
| | | 2 | L1210 | 6 | sc | 3 | died | Z | 500 | 6/6 | -1.2 | 10/9 days | 111 |
| | | 2 | L1210 | 6 | sc | 3 | died | Z | 1000 | 6/6 | -0.7 | 10/9 days | 111 |
| | | 1 | S180 | 6 | ip | 1 | 8 | Z | 500 | 6/6 | -0.3 | 1120/1330 mg | 84 |
| | | 2 | Ca755 | 6 | ip | 1 | 12 | 11 | 500 | 10/10 | 0.4 | 1231/1805 mg | 68 |
| | | 50 | Walker 256 | 6 | ip | 3 | 7 | 4 | 500 | 6/6 | 3.15 | 7.8/7.4 g | 105 |
| | | 2 | P388 | 6 | ip | 1 | died | 10 | 500 | 6/6 | | 11.5/11 days | 105 |

* 1 = Swiss mice; 2 = BDF₁ mice; 3 = Sprague-Dawley rats; 50 = random bred albino rats
† Ca755 = Adenocarcinoma 755; L1210 = lymphoid leukemia L1210; S180 = Sarcoma 180; Walker 256 = Walker carcinosarcoma 256 (im) P388 = Leukemia P388.
‡ 5 = Alkali diluted with saline; 6 = corn oil; D = alcohol.
§ Z = received injections until death.
‖ Number of animals surviving out of number started on tests as defined in individual protocols.
¶ Average weight change of treated host minus average weight change of control host (exclusive of tumor weight).
** Tumor weight (mg or g): mean tumor weight of test animals (T)/mean tumor weight of control animals (C).
*** Survival (days): mean or median survival time of test animals/mean or median survival time of control animals.

2-G48

REFERENCES

1. Abbott, B. J., Hartwell, J. L., Leiter, J., et al. Screening data from the Cancer Chemotherapy National Service Center Screening Laboratories. XLI. Plant extracts. Cancer Res (supp) 27 (No. 5, part 2):364–527, 1967.

2. Masilungan, V. A., Relova, R. N., and Raval, J. S. The anticancer activity of medicinal plants locally used in the treatment of cancer. Philipp J Cancer 93:57–65, 1965.

3. Quisumbing, E. Medicinal plants of the Philippines. Manila, Department of Agriculture and Natural Resources, Republic of Philippines, 1951, 1234 pp.

4. Cancer Chemotherapy National Service Center. Protocols for screening chemical agents and natural products against animal tumors and other biological systems. Cancer Chemother Rep 25:1–66, 1962.

140

2-G49