4

QL    *SUMMARY OF THE INVENTION*

It is an object of the present invention to provide food products and food additives that are rich in cancer chemoprotective compounds.

5    Another object of the present invention is to provide food products which contain substantial quantities of Phase 2 enzyme-inducers and are essentially free of Phase 1 enzyme-inducers.

It is a further object of the present invention to 10    provide food products which contain substantial quantities of Phase 2 enzyme-inducing potential and non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

These objects, and others, are achieved by providing 15    cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage. The cruciferous sprouts include *Brassica oleracea* varieties *acephala, alboglabra, botrytis, costata, gemmifera, gongylodes, italica, medullosa,* 20    *palmifolia, ramosa, sabauda, sabellica,* and *selensia.*

Another embodiment of the present invention provides cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage, wherein the sprouts are substantially free 25    of Phase 1 enzyme-inducing potential.

Yet another embodiment of the present invention provides a non-toxic solvent extract of cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage. 30    The non-toxic solvent extract can be a water extract. In addition, the water extract can comprise a cruciferous vegetable, such as a cruciferous vegetable of the genus *Raphanus,* comprising an active myrosinase enzyme.

5

Exhibit 3-B(ii)

5

Another embodiment of the present invention provides a food product comprising cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage; extracts of the sprouts or cruciferous seeds; or any combination of the sprouts or extracts.

A further embodiment of the present invention provides a method of increasing the chemoprotective amount of Phase 2 enzymes in a mammal, comprising the step of administering an effective quantity of cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage.

Yet another embodiment of the present invention provides a method of increasing the chemoprotective amount of Phase 2 enzymes in a mammal, comprising the step of administering an effective quantity of a food product comprising cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage.

Another embodiment of the present invention provides cruciferous sprouts harvested prior to the 2-leaf stage, wherein the sprouts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth from seeds that produce said sprouts and contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates. The cruciferous sprouts include *Brassica oleracea* varieties *acephala, alboglabra, botrytis, costata, gemmifera, gongylodes, italica, medullosa, palmifolia, ramosa, sabauda, sabellica,* and *selensia.*

A further embodiment of the present invention provides a food product comprising sprouts harvested prior to the 2-leaf stage, wherein the sprouts have at

6

least 200,000 units per gram fresh weight of Phase 2
enzyme-inducing potential when measured after 3 days from
growth of seeds that produce the sprouts and contain non-
toxic levels of indole glucosinolates and their breakdown
5    products and goitrogenic hydroxybutenyl glucosinolates;
extracts of the sprouts or cruciferous seeds; or any
combination of the sprouts or extracts.

Yet another embodiment of the present invention
provides cruciferous sprouts harvested prior to the 2-
10   leaf stage, wherein the sprouts have at least 200,000
units per gram fresh weight of Phase 2 enzyme-inducing
potential when measured after 3 days of growth from seeds
that produce the sprouts and contain non-toxic levels of
indole glucosinolates and their breakdown products and
15   goitrogenic    hydroxybutenyl    glucosinolates    and    are
substantially free of Phase 1 enzyme-inducing potential.

Another embodiment of the present invention provides
a non-toxic solvent extract of cruciferous sprouts
harvested prior to the 2-leaf stage, wherein the sprouts
20   have at least 200,000 units per gram fresh weight of
Phase 2 enzyme-inducing potential when measured after 3
days of growth from seeds that produce the sprouts and
contain non-toxic levels of indole glucosinolates and
their breakdown products and goitrogenic hydroxybutenyl
25   glucosinolates.  The non-toxic solvent extract can be a
water extract.   In addition, the water extract can
comprise a cruciferous vegetable, such as a cruciferous
vegetable of the genus *Raphanus*, comprising an active
myrosinase enzyme.

30   Yet another embodiment of the present invention
provides a method of increasing the chemoprotective
amount of Phase 2 enzymes in a mammal, comprising the
step of administering an effective quantity of
cruciferous sprouts harvested prior to the 2-leaf stage,
35   wherein the sprouts have at least 200,000 units per gram
fresh weight of Phase 2 enzyme-inducing potential when

7

measured after 3 days of growth from seeds that produce the sprouts and contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

5    Yet another embodiment of the present invention provides a method of increasing the chemoprotective amount of Phase 2 enzymes in a mammal, comprising the step of administering an effective quantity of a food product comprising sprouts harvested prior to the 2-leaf
10   stage, wherein the sprouts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth from seeds that produce the sprouts and contain non-toxic levels of indole glucosinolates and their breakdown products and
15   goitrogenic hydroxybutenyl glucosinolates.

    A further embodiment of the present invention provides a method of preparing a food product rich in glucosinolates, comprising germinating cruciferous seeds, with the exception of cabbage, cress, mustard and radish
20   seeds, and harvesting sprouts prior to the 2-leaf stage to form a food product comprising a plurality of sprouts. The cruciferous sprouts include *Brassica oleracea* varieties *acephala, alboglabra, botrytis, costata, gemmifera, gongylodes, italica, medullosa, palmifolia,*
25   *ramosa, sabauda, sabellica,* and *selensia* and contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

    Yet another embodiment of the present invention provides a food product rich in glucosinolates made by
30   germinating cruciferous seeds, with the exception of cabbage, cress, mustard and radish seeds, and harvesting sprouts prior to the 2-leaf stage to form a food product comprising a plurality of sprouts.

    Yet another embodiment of the present invention
35   provides a method of preparing a food product comprising

8

8

extracting glucosinolates and isothiocyanates from cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage, with a non-toxic solvent and recovering the extracted glucosinolates and isothiocyanates. Myrosinase enzyme, or a vegetable, such as *Raphanus* species, containing the enzyme is mixed with the cruciferous sprouts, the extract, or both the sprouts and the extract.

An embodiment of the present invention provides a method of preparing a food product rich in glucosinolates, comprising germinating cruciferous seeds having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth from seeds that produce the sprouts and which contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, and harvesting sprouts prior to the 2-leaf stage to form a food product comprising a plurality of sprouts. The seeds may be *Brassica oleracea*, including the varieties *acephala*, *alboglabra*, *botrytis*, *costata*, *gemnifera*, *gongylodes*, *italica*, *medullosa*, *palmifolia*, *ramosa*, *sabauda*, *sabellica*, and *selensia*.

Yet another embodiment of the present invention provides a food product rich in glucosinolates made by germinating cruciferous seeds having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth from seeds that produce the sprouts and which contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, and either harvesting sprouts at the 2-leaf stage to form a food product comprising a plurality of sprouts. The nutritional product contains non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

9

9

A further embodiment of the present invention provides a method of preparing a food product comprising extracting glucosinolates and isothiocyanates with a solvent from cruciferous seeds, sprouts, plants or plant parts, wherein seeds that produce the sprouts, plants or plant parts producing sprouts having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth and wherein the seeds, sprouts, plants or plant parts have non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, and recovering the extracted glucosinolates and isothiocyanates. The non-toxic extraction solvent can be water. Myrosinase enzyme, or a vegetable, such as *Raphanus* species, containing the enzyme is mixed with the cruciferous sprouts, seeds, plants, plant parts or extract, or any combination thereof.

A further embodiment of the present invention provides a method of reducing the level of carcinogens in mammals, comprising administering cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts.

Yet another embodiment of the present invention provides a method of reducing the level of carcinogens in mammals, comprising administering cruciferous sprouts having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth from seeds that produce the sprouts and non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

Another embodiment of the present invention provides a method of preparing a food product by introducing cruciferous seeds, having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when

10

10

measured after 3 days of growth from seeds that produce the sprouts and non-toxic levels of indole glucosinolates and goitrogenic hydroxybutenyl glucosinolates, into an edible ingredient.

5          A further embodiment of the present invention provides a method of extracting glucosinolates and isothiocyanates from plant tissue which comprises homogenizing the plant tissue in an excess of a mixture of dimethyl sulfoxide, acetonitrile, and 10    dimethylformamide (DMF/ACN/DMSO) at a temperature that prevents myrosinase activity.

Another embodiment of the present invention provides cruciferous sprouts harvested prior to the 2-leaf stage, wherein the ratio of monofunctional to bifunctional 15    inducers is at least 20 to 1.

Another object of the present invention is to provide a food product supplemented with a purified or partially purified glucosinolate.

Other objects, features and advantages of the present 20    invention will become apparent from the following detailed description. It should be understood, however, that the detailed description and the specific examples, while indicating preferred embodiments of the invention, are given by way of illustration only, since various 25    changes and modifications within the spirit and scope of the invention will become apparent to those skilled in the art from this detailed description.

CL      *BRIEF DESCRIPTION OF THE DRAWINGS*

Figure 1 shows the total inducing potential of 30    organic solvent extracts of broccoli and daikon cultivars as a function of age.

\\

11

Figure 2 shows the high resolution NMR spectra of isolated glucosinolates obtained from hot aqueous extracts of 3-day old Saga broccoli sprouts.

*CL*    DETAILED DESCRIPTION

I. Definitions

In the description that follows, a number of terms are used extensively. The following definitions are provided to facilitate understanding of the invention.

A **bifunctional inducer** is a molecule which increases activities of both Phase 1 enzymes such as cytochromes P-450 and Phase 2 enzymes and requires the participation of Aryl hydrocarbon (*Ah*) receptor and its cognate Xenobiotic Response Element (*XRE*). Examples include flat planar aromatics such as polycyclic hydrocarbons, azo dyes or 2,3,7,8-tetrachloro-dibenzo-p-dioxin (TCDD).

A **chemoprotector** or **chemoprotectant** is a synthetic or naturally occurring chemical agent that reduces susceptibility in a mammal to the toxic and neoplastic effects of carcinogens.

A **food product** is any ingestible preparation containing the sprouts of the instant invention, or extracts or preparations made from these sprouts, which are capable of delivering Phase 2 inducers to the mammal ingesting the food product. The food product can be freshly prepared such as salads, drinks or sandwiches containing sprouts of the instant invention. Alternatively, the food product containing sprouts of the instant invention can be dried, cooked, boiled, lyophilized or baked. Breads, teas, soups, cereals, pills and tablets, are among the vast number of different food products contemplated.

**Inducer activity** or **Phase 2 enzyme-inducing activity** is a measure of the ability of a compound(s) to induce

12

12

Phase 2 enzyme activity. In the present invention, inducer activity is measured by means of the murine hepatoma cell bioassay of QR activity *in vitro*. Inducer activity is defined herein as QR inducing activity in Hepa 1c1c7 cells (murine hepatoma cells) incubated with extracts of sprouts, seeds or other plant parts untreated with myrosinase. Inducer activity is measured in Hepa 1c1c7 murine hepatoma cells grown in 96-well microtiter plates. Typically 10,000 Hepa 1c1c7 cells are introduced into each well. Hepatoma cells are grown for 24 hours and a plant extract containing microgram quantities of fresh plant tissue is serially diluted across the microtiter plates into fresh culture medium containing 0.15 ml αMEM culture medium amended with 10% Fetal Calf Serum (FCS) and streptomycin and penicillin. The cells are further incubated for 48 hours. QR activity (based on the formation of the blue-brown reduced tetrazolium dye) is measured with an optical microtiter plate scanner in cell lysates prepared in one plate, and related to its protein concentration. Quantitative information on specific activity of QR is obtained by computer analysis of the absorbances. One unit of inducer activity is the amount that when added to a single microtiter well doubles the QR activity. (*See* Prochaska and Santamaria, *Anal. Biochem.* 169: 328-336 (1988) and Prochaska *et al.*, *Proc. Natl. Acad. Sci. USA* 89: 2394-2398 (1992)).

Inducer potential or Phase 2 enzyme-inducing potential is a measure of the combined amounts of inducer activity in plant tissue provided by isothiocyanates, plus glucosinolates that can be converted by myrosinase to isothiocyanates. Glucosinolates are not themselves inducers of mammalian Phase 2 enzymes, whereas isothiocyanates are inducers. Inducer potential therefore is defined herein as QR activity in murine 1c1c7 hepatoma cells incubated with myrosinase-treated extracts of the sprouts, seeds or other plant parts. In the present invention therefore inducer potential is measured by means of the murine hepatoma cell bioassay of

13

13

QR activity *in vitro* as described above. Inducer potential is measured in Hepa 1c1c7 murine hepatoma cells grown in 96-well microtiter plates. Typically, 10,000 Hepa 1c1c7 cells are introduced into each well. Hepatoma
5   cells are grown for 24 hours and a plant extract containing microgram quantities of fresh plant tissue is serially diluted across the microtiter plates into fresh culture medium containing 0.15 ml αMEM culture medium amended with 10% Fetal Calf Serum (FCS) and streptomycin
10  and penicillin. Myrosinase (6 units/ml plant extract) is added to the plant extract. Myrosinase is purified by modification of the technique of Palmieri *et al.*, *Anal. Biochem.* **35**: 320-324 (1982) from 7 day old Daikon sprouts grown on agar support containing no added nutrients.
15  Following 234-fold purification, the myrosinase had a specific activity of 64 units/mg protein [unit = amount of enzyme required to hydrolyze 1 μmol sinigrin/min]. Plant extract is diluted 200-fold into the initial wells of the microtiter plate followed by 7 serial dilutions.
20  The cells are further incubated for 48 hours. QR activity (based on the formation of the blue-brown reduced tetrazolium dye) is measured with an optical microtiter plate scanner in cell lysates prepared in one plate, and related to its protein concentration.
25  Quantitative information on specific activity of QR is obtained by computer analysis of absorbances. One unit of inducer potential is the amount that when added to a single microtiter well doubles the QR activity. (*See* Prochaska and Santamaria, *Anal. Biochem.* **169**: 328-336
30  (1988) and Prochaska *et al.*, *Proc. Natl. Acad. Sci. USA* **89**: 2394-2398 (1992)).

A **monofunctional inducer** increases the activity of Phase 2 enzymes selectively without significantly altering Phase 1 enzyme activities. Monofunctional
35  inducers do not depend on a functional *Ah* receptor but enhance transcription of Phase 2 enzymes by means of an Antioxidant Responsive Element (ARE).

14

14

A cruciferous **sprout** is a plant or seedling that is at an early stage of development following seed germination. Cruciferous seeds are placed in an environment in which they germinate and grow. The
5  cruciferous sprouts of the instant invention are harvested following seed germination through and including the 2-leaf stage. The cruciferous sprouts of instant invention have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential at 3-
10  days following incubation under conditions in which cruciferous seeds germinate and grow.

## II. Description

A major mechanism of protection provided by fruits and vegetables in reducing the cancer incidence in humans
15  depends on minor chemical components which, when delivered to mammalian cells, elevate levels of Phase 2 enzymes that detoxify carcinogens. It has now been discovered that the anticarcinogenic activity of certain edible plants can be increased. Plants such as *Brassica*
20  *oleracea* variety *italica* (broccoli) are normally not harvested until they form heads. By growing these plants only to the seedling or sprout stage, that is between the onset of germination and the 2-leaf stage, the levels of inducers of enzymes that detoxify carcinogens and protect
25  against cancer can be increased at least five-fold over those found in commercial stage vegetables of the same cultivars. Often increases of between 10 and 1000-fold have been observed.

Harvesting plants at an early seedling or sprout
30  stage, or otherwise arresting their growth, leads to the greatest inducer potential and yields a food product of a type to which consumers are already accustomed. The Phase 2 enzyme-inducing potential of such sprouts may be as much as several hundred times higher than that
35  observed in adult, market stage vegetables obtained from the same seeds. Thus it is possible that humans can consume the same quantities of inducer potential by

15

eating relatively small quantities of sprouts, rather
than large quantities of market-stage vegetables.

It has now been found that most of the inducer
potential of crucifer plants is due to their content of
5     isothiocyanates    and    their    biogenic    precursors,
glucosinolates.    Glucosinolates    are    converted    to
isothiocyanates by the enzyme myrosinase which is a
thioglucosidase.  Normally myrosinase and glucosinolates
are separated in the cell and if the cell is damaged,
10    with loss of compartmentalization, myrosinase comes into
contact with glucosinolates, which are then converted to
isothiocyanates.

In order to screen large numbers of edible plants and
to evaluate the effects of environmental perturbation on
15    Phase 2 enzyme-inducer potential in those vegetables, it
was necessary to improve upon the previously described
techniques for homogenization and extraction of those
vegetables.    Techniques  initially  described  for  the
extraction of Phase 2 inducers from vegetables involved
20    homogenization   of   the   vegetables   in   cold   water,
lyophilization, extraction of the resultant powder with
acetonitrile, filtration and evaporative concentration,
Prochaska *et al.*, *Proc. Natl. Acad. Sci. USA* 89: 2394-
2398 (1992).

25    Following  identification  of  sulforaphane  as  the
principal Phase 2 inducer from broccoli, comparative
extractions  were  performed  into  hot  80%  methanol,
yielding similar inducer activity as the aforementioned
acetonitrile extracts.   When myrosinase was added to
30    these hot methanol extracts in which glucosinolates are
freely soluble, there was a dramatic enhancement of the
Phase 2 inducer activity of these extracts (data
summarized in Table 1).   The deliberate conversion of
these glucosinolates to isothiocyanates using exogenous
35    myrosinase thus gave a better index of the inducers for
Phase 2 enzymes of the vegetables tested.   It was thus

16

16

clear that the majority of the potential Phase 2 inducers
in crucifers was usually present in whole plants as the
glucosinolate precursors of isothiocyanates.

5     The preponderance of glucosinolates and the rapidity
with which, upon wounding of cruciferous plant
tissue, glucosinolates are converted to isothiocyanates, led to
the development of an improved extraction procedure. By
manipulation of solvent mixtures and of the water
activity of fresh vegetable/solvent homogenates, a
10    procedure was developed that permits both glucosinolate
and isothiocyanate quantification from the same,
non-concentrated sample.    In addition to being the
rate-limiting step in an extraction protocol, evaporative
concentration allows volatile inducers to escape
15    detection.  The improved procedure is both simple and
efficient, requiring only that the plant sample be
completely homogenized in solvent. Using this technique,
the present inventors have thus been able to demonstrate
dramatic increases in the recovery of inducer activity
20    and inducer potential from cruciferous vegetables over
previously described techniques.

If fresh-picked vegetables are promptly and gently
harvested, directly into organic solvents comprising a
mixture of DMF/ACN/DMSO and a temperature that prevents
25    myrosinase activity, both glucosinolates and
isothiocyanates are efficiently extracted into the
organic solvent mixture.  Preferably, the DMF, ACN and
DMSO are mixed in equal volumes. However, the volumes of
the three solvents in the mixture can be varied to
30    optimize extraction of specific glucosinolates and
isothiocyanates from any plant tissue.  The temperature
of the extraction mixture is preferably less than 0°C,
and most preferably less than -50°C.  The temperature of
the extraction solvent must be kept above freezing.  At
35    the same time the enzyme myrosinase, which invariably
accompanies these constituents in the plants and rapidly
converts glucosinolates into isothiocyanates, is

17

inactive.  Such extracts typically contain high quantities of glucosinolates and negligible quantities of isothiocyanates.  The *in planta* myrosinase activity varies between different plant species.

5      Glucosinolates are not themselves inducers of mammalian Phase 2 enzymes, whereas isothiocyanates are monofunctional inducers in the murine hepatoma cell bioassay of QR activity.  The inducer potential, as distinct from inducer activity, of plant extracts can be
10     measured by adding purified myrosinase, obtained from the same, or other plant sources, to the assay system.

Glucosinolates are converted at least partially to isothiocyanates in humans.  If, however, it is desirable to accelerate this conversion, broccoli or other
15     vegetable sprouts, high in glucosinolates, can be mixed with myrosinase.  The mixture can be in water, or some other non-toxic solvent that does not inactivate myrosinase.  The myrosinase can be from a partially purified or purified preparation.  Alternatively, the
20     myrosinase can be present in plant tissue, such as a small quantity of crucifer sprouts rich in myrosinase, including *Raphanus sativus* or daikon.  Such a preparation can be used to produce a "soup" for ingestion that is high in isothiocyanates and low in glucosinolates.
25     Inducer potential can be measured using a multiwell plate screen with murine hepatoma cells for *in vitro* measurement of QR specific activity as described above.

The ratio of monofunctional to bifunctional inducer activity of plant tissue is measured by bioassaying plant extracts, as described above, not only in wild-type Hepa
30     1c1c7 cells, but also, in mutants designated c1 and BP$^r$c1 that have either defective *Ah* receptors or defective cytochrome $P_1$-450 genes, respectively.  Prochaska and Talalay, *Cancer Research* 48: 4776-4782 (1988).

18

18

A harvested sprout according to the present invention can be incorporated immediately into food products such as fresh salads, sandwiches or drinks. Alternatively, the growth of the harvested sprout can be arrested by

5    some active human intervention, for example by refrigeration, at a stage of growth prior to the 2-leaf stage, typically between 1 and 14 days after germination of seeds. Growth arrest can also be accomplished by removing a sprout from its substrate and/or water source.

10   Freezing, drying, baking, cooking, lyophilizing and boiling are among the many treatments that can be used to arrest growth. These may also be useful for either preserving myrosinase activity in the sprout (e.g., lyophilizing) or for inactivating myrosinase activity in

15   the sprout (e.g., boiling), as is desired in a particular application.

The harvested sprout can also be allowed to mature further, under different growing conditions, prior to incorporation into a food product. For example, the

20   sprout can be harvested at a very young age of development, such as 1 to 2 days after seed imbibition. The sprout can then be allowed to mature under different growing conditions, such as increased or decreased light intensity, temperature or humidity; exposure to

25   ultraviolet light or other stresses; or addition of exogenous nutrients or plant growth regulators (hormones). The sprout is then immediately incorporated into a food product, such as for fresh consumption in salads. Alternatively, the growth of the sprout is

30   arrested and/or further treated by means of lyophilization, drying, extracting with water or other solvents, freezing, baking, cooking, or boiling, among others.

A sprout is suitable for human consumption if it does

35   not have non-edible substrate such as soil attached or clinging to it. Typically the sprouts are grown on a non-nutritive solid support, such as agar, paper towel,

19

19

blotting paper, Vermiculite, Perlite, etc., with water and light supplied.  Thus, if a sprout is not grown in soil, but on a solid support, it does not need to be washed to remove non-edible soil.  If a sprout is grown

5    in a particulate solid support, such as soil, Vermiculite, or Perlite, washing may be required to achieve a sprout suitable for human consumption.

Sprouts can be grown in containers which are suitable for shipping and marketing.  Typically such containers

10   are plastic boxes or jars which contain a wetted pad at the bottom.  The containers allow light to penetrate while providing a mechanically protective barrier. Numerous methods for the cultivation of sprouts are known, as exemplified by U.S. Patent Nos. 3,733,745,

15   3,643,376, 3,945,148, 4,130,964, 4,292,760 or 4,086,725. Food products containing the sprouts of the instant invention can be stored and shipped in diverse types of containers such as jars, bags and boxes, among many others.

20   Sprouts suitable as sources of cancer chemoprotectants are generally cruciferous sprouts, with the exception of cabbage (*Brassica oleracea capitata*), cress (*Lepidiumsativum*), mustard (*Sinapis alba* and *S. niger*) and radish (*Raphanus sativus*) sprouts.  The

25   selected sprouts are typically from the family *Cruciferae*, of the tribe *Brassiceae*, and of the subtribe *Brassicinae*.  Preferably the sprouts are *Brassica oleracea* selected from the group of varieties consisting of *acephala* (kale, collards, wild cabbage, curly kale),

30   *medullosa* (marrowstem kale), *ramosa* (thousand head kale), *alboglabra* (Chinese kale), *botrytis* (cauliflower, sprouting broccoli), *costata* (Portuguese kale), *gemmifera* (Brussels sprouts), *gongylodes* (kohlrabi), *italica* (broccoli), *palmifolia* (Jersey kale), *sabauda* (savoy

35   cabbage), *sabellica* (collards), and *selensia* (borecole), among others.

20

20

Particularly useful broccoli cultivars to be used in the claimed method are Saga, DeCicco, Everest, Emerald City, Packman, Corvet, Dandy Early, Emperor, Mariner, Green Comet, Green Valiant, Arcadia, Calabrese Caravel, 5 Chancellor, Citation, Cruiser, Early Purple Sprouting Red Arrow, Eureka, Excelsior, Galleon, Ginga, Goliath, Green Duke, Greenbelt, Italian Sprouting, Late Purple Sprouting, Late Winter Sprouting White Star, Legend, Leprechaun, Marathon, Mariner, Minaret (Romanesco), 10 Paragon, Patriot, Premium Crop, Rapine (Spring Raab), Rosalind, Salade (Fall Raab), Samurai, Shogun, Sprinter, Sultan, Taiko, and Trixie. However, many other broccoli cultivars are suitable.

Particularly useful cauliflower cultivars are 15 Alverda, Amazing, Andes, Burgundy Queen, Candid Charm, Cashmere, Christmas White, Dominant, Elby, Extra Early Snowball, Fremont, Incline, Milkyway Minuteman, Rushmore, S-207, Serrano, Sierra Nevada, Siria, Snow Crown, Snow Flake, Snow Grace, Snowbred, Solide, Taipan, Violet 20 Queen, White Baron, White Bishop, White Contessa, White Corona, White Dove, White Flash, White Fox, White Knight, White Light, White Queen, White Rock, White Sails, White Summer, White Top, Yukon. However, many other cauliflower cultivars are suitable.

25 Suitable sprouts will have at least 200,000 units per gram of fresh weight of Phase 2 enzyme-inducing potential following 3-days incubation of seeds under conditions in which the seeds germinate and grow. Preferably the sprouts will have at least 250,000 units of inducer 30 potential per gram of fresh weight, or even 300,000 units, 350,000 units, 400,000 units, or 450,000 units. Some samples have been found to contain greater than 500,000 units per gram of fresh weight at 3-days of growth from seeds.

35 The level of inducing activity and inducing potential has been found to vary among crucifers and even among

21

21

cultivars.    Most    preferably,    the    sprouts    are
substantially free of indole glucosinolates and their
breakdown products which have Phase 1 enzyme-inducing
potential in mammalian cells, and substantially free of
5    toxic levels of goitrogenic nitriles and glucosinolates
such as hydroxybutenyl glucosinolates, which upon
hydrolysis    yield    oxazolidonethiones    which    are
goitrogenic.   Mature Brussels sprouts and rapeseed are
rich in these undesirable glucosinolates.

10        Non-toxic solvent extracts according to the invention
are useful as healthful infusions or soups.   Non-toxic or
easily removable solvents useful for extraction according
to the present invention include water, liquid carbon
dioxide or ethanol, among others.   The sprouts can be
15    extracted with cold, warm, or preferably hot or boiling
water which denature or inactivate myrosinase.   The
residue of the sprouts, post-extraction, may or may not
be removed from the extract.   The extraction procedure
may be used to inactivate myrosinase present in the
20    sprouts.   This may contribute to the stability of the
inducer potential. The extract can be ingested directly,
or can be further treated.   It can, for example, be
evaporated to yield a dried extracted product.   It can be
cooled, frozen, or freeze-dried.   It can be mixed with a
25    crucifer vegetable which contains an active myrosinase
enzyme.   This will accomplish a rapid conversion of the
glucosinolates to isothiocyanates, prior to ingestion.
Suitable vegetables that contain active myrosinase are of
the genus *Raphanus*, especially daikon, a type of radish.

30        Seeds, as well as sprouts have been found to be
extremely rich in inducer potential.   Thus it is within
the scope of the invention to use crucifer seeds in food
products.   Suitable crucifer seeds may be ground into a
flour or meal for use as a food or drink supplement.   The
35    flour or meal is incorporated into breads, other baked
goods, or health drinks or shakes. Alternatively, the
seeds may be extracted with a non-toxic solvent such as

22

22

water, liquid carbon dioxide or ethanol to prepare soups,
teas or other drinks and infusions. The seeds can also
be incorporated into a food product without grinding.
The seeds can be used in many different foods such as
5    salads, granolas, breads and other baked goods, among
others.

Food products of the instant invention may include
sprouts, seeds or extracts of sprouts or seeds taken from
one  or  more  different  crucifer  genera,  species,
10    varieties, subvarieties or cultivars. It has been found
that genetically distinct crucifers produce chemically
distinct Phase 2 enzyme-inducers. Different Phase 2
enzyme-inducers detoxify chemically distinct carcinogens
at different rates. Accordingly, food products composed
15    of genetically distinct crucifer sprouts or seeds, or
extracts or preparations made from these sprouts or
seeds, will detoxify a broader range of carcinogens.

Glucosinolates and/or isothiocyanates can be purified
from seed or plant extracts by methods well known in the
20    art. *See* Fenwick *et al.*, *CRC Crit. Rez. Food Sci. Nutr.*
**18**: 123-201 (1983) and Zhang *et al.*, *Pro. Natl Acad. Sci.*
*USA* **89**: 2399-2403 (1992). Purified or partially purified
glucosinolate(s) or isothiocyanate(s) can be added to
food products as a supplement. The dose of glucosinolate
25    and/or  isothiocyanate  added  to  the  food  product
preferably is in the range of 1 μmol to 1,000 μmols.
However, the dose of glucosinolate and/or isothiocyanate
supplementing the food product can be higher.

The selection of plants having high Phase 2 enzyme-
30    inducer potential in sprouts, seeds or other plant parts
can be incorporated into *Cruciferae* breeding programs.
In addition, these same breeding programs can include the
identification and selection of cultivars that produce
specific  Phase  2  enzyme-inducers,  or  a  particular
35    spectrum of Phase 2 enzyme-inducers. Strategies for the
crossing, selection and breeding of new cultivars of

23

23

*Cruciferae* are well known to the skilled artisan in this field. *Brassica Crops and Wild Allies: Biology & Breeding*; S. Tsunoda *et al.* (eds), Japan Scientific Societies Press, Tokyo pp. 354 (1980). Progeny plants

5    are screened for Phase 2 inducer activity or the chemical identity of specific Phase 2 enzyme-inducers produced at specific plant developmental stages. Plants carrying the trait of interest are identified and the characteristic intensified or combined with other important agronomic

10   characteristics using breeding techniques well known in the art of plant breeding.

**Example 1**

**COMPARISON OF CRUCIFEROUS SPROUT INDUCING POTENTIAL**

Sprouts were prepared by first surface sterilizing

15   seeds of different species from the cruciferae family with a 1 min treatment in 70% ethanol, followed by 15 min in 1.3% sodium hypochlorite containing approximately 0.001% Alconox detergent. Seeds were grown in sterile plastic containers at a density of approximately 8

20   seeds/cm$^2$ for from 1 to 9 days on a 0.7% agar support that did not contain added nutrients. The environment was carefully controlled with broad spectrum fluorescent lighting, humidity and temperature control. The seeds and sprouts were incubated under a daily cycle of 16

25   hours light at 25°C and 8 hours dark at 20°C.

Sprouts were harvested following 3-days of incubation and immediately plunged into 10 volumes of a mixture of equal volumes of DMF/ACN/DMSO at -50°C. This solvent mixture has a freezing point of approximately -33°C, but

30   when admixed with 10% water, as found in plant material, the freezing point is depressed to below -64°C. The actual freezing point depression is even greater with plant material.

Homogenization was accomplished either by manually

35   grinding the samples in a glass-on-glass homogenizer in

24

24

the presence of a small amount of the total solvent used, then gradually adding more solvent or homogenizing the sample in 10 volumes of solvent using a Brinkman Polytron Homogenizer for 1 min at half-maximum power. The
5    homogenate was then centrifuged to remove remaining particulates and stored at ~20°C until assayed.

Inducer potential of plant extracts prepared as described above, was determined by the microtiter plate bioassay method as described in the Definitions section
10    above.

Broccoli and cauliflower sprouts harvested and assayed at 3-days after incubation of seeds under growth conditions have Phase 2 enzyme-inducer potential greater than 200,000 units/g fresh weight. On the other hand,
15    cabbage, radish, mustard and cress have Phase 2 enzyme-inducer potential of less than 200,000 units/g fresh weight when assayed at the same time point.

Example 2
VARIATION IN INDUCER POTENTIAL AMONG DIFFERENT BROCCOLI
20                         CULTIVARS

There is variation in inducer potential among different broccoli cultivars. In addition, most of the inducer potential in crucifers is present as precursor glucosinolates. The inducer activity and inducer
25    potential of market stage broccoli heads was determined following DMF/ACN/DMSO extractions and assay of QR activity as described above.

Bioassay of homogenates of such market stage broccoli heads, with and without the addition of purified plant
30    myrosinase, showed that the amount of QR activity found in the absence of myrosinase was less than 5% of that observed with added myrosinase. These observations confirmed previous suggestions (see Matile et al.,

25

3-B47

25

*Biochem. Physiol. Pflanzen* 179: 5-12 (1984)) that
uninjured plants contain almost no free isothiocyanates.

TABLE 1

Effect of Myrosinase on Inducer Activity
of Market-Stage Broccoli Plant Heads

| Broccoli cultivar | Units per gram (wet weight) vegetable | |
|---|---|---|
| | -myrosinase | +myrosinase |
| DeCicco | 5,882 | 37,037 |
| Calabrese Corvet | 1,250 | 41,666 |
| Everest | * | 8,333 |
| Dandy Early | * | 20,000 |
| Emperor | * | 13,333 |
| Saga | 5,000 | 13,333 |
| Emerald City | * | 12,500 |

* Below limits of detection (833 units/g).

As can be observed in Table 1, most of the plant
inducer potential is derived from glucosinolates
following hydrolysis by myrosinase to form
isothiocyanates. Hence, hydrolysis is required for
biological activity.

*Example 3*
INDUCER POTENTIAL IS HIGHEST IN SEEDS AND DECREASES AS
SPROUTS MATURE

Phase 2 enzyme-inducer potential is highest in seeds
and decrease gradually during early growth of seedlings.
Plants were prepared by first surface sterilizing seeds
of *Brassica oleracea* variety *italica* cultivars Saga and
DeCicco with a 1 min treatment in 70% ethanol, followed

by 15 min in 1.3% sodium hypochlorite containing approximately 0.001% Alconox detergent. Seeds were grown in sterile plastic containers at a density of approximately 8 seeds/$cm^2$ on a 0.7% agar support that did 5 not contain added nutrients. The environment was carefully controlled with broad spectrum fluorescent lighting, humidity and temperature control. The seeds and sprouts were incubated under a daily cycle of 16 hours light at 25°C and 8 hours dark at 20°C.

10    Each day plants were rapidly and gently collected from the surface of the agar from replicate containers. The plants were harvested gently to minimize glucosinolate hydrolysis by endogenous myrosinase released upon plant wounding. Samples containing 15 approximately 40 sprouts were homogenized in 10 volumes of DMF/ACN/DMSO solvent at -50°C which dissolves nearly all the non-lignocellulosic plant material.

Harvested plants were homogenized and QR activity with and without myrosinase, was determined as described 20 above. As can be seen in Figure 1, Phase 2 enzyme-inducer potential per gram of plant is highest in seeds, but decreases gradually following germination. No detectable (less than 1000 units/g) QR inducer activity was present in the absence of added myrosinase.

25    **Example 4**

**SPROUTS HAVE HIGHER INDUCER POTENTIAL**
**THAN MARKET STAGE PLANTS**

The cruciferous sprouts of the instant invention have higher Phase 2 enzyme-inducer potential than market stage 30 plants. More specifically, sprouts have at least a 5-fold greater Phase 2 enzyme-inducing potential than mature vegetables. For example, total inducing potential of 7-day-old broccoli sprouts, extracted with DMF/ACN/DMSO and treated with myrosinase, as described

27

above, were 238,000 and 91,000 units/g fresh weight,
compared to 25,000 and 20,000 units/g fresh weight for
field-grown heads of broccoli cultivars Saga and DeCicco,
respectively.

5       Sprout extracts of over 40 different members of the
*Cruciferae* have now been bioassayed and broccoli sprouts
remain the most Phase 2 enzyme-inducer-rich plants
tested.   Total inducing potential of organic solvent
extracts of market stage and sprout stage broccoli and
10     daikon is shown in Table 2.

TABLE 2

Comparison of Inducer Potential in

Sprouts and Mature Vegetables

| Vegetable Cultivar* | Activity (units/g fresh weight) | | -Fold Difference |
|---|---|---|---|
| | Mature Vegetable | Sprout** | |
| **DAIKON** | | | |
| Miura | 625 | 26,316 | 42 |
| Tenshun | 3,333 | 33,333 | 10 |
| Hakkai | 1,471 | 16,667 | 11 |
| Ohkura | 2,857 | 50,000 | 18 |
| **BROCCOLI** | | | |
| Saga | 25,000 | 476,000 | 19 |
| DeCicco | 25,000 | 625,000 | 25 |
| Everest | 8,333 | 1,087,000 | 130 |
| Emerald City | 12,500 | 833,000 | 67 |
| Packman | 20,000 | 556,000 | 28 |

*The commercial portion of each plant was sampled (*e.g.* the taproot of *Raphanus sativus* variety
*radicola* [radish]), and heads of *Brassicsa oleracea* variety *italica* [broccoli]).  Myrosinase was
added to all extracts tested.

30     **Broccoli sprouts were 1-day old and daikon seedlings were 4-5-days old.