

Paper Number

5

Exhibit 4-D



**UNITED STATE: EPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:  COMMISSIONER OF PATENTS AND TRADEMARKS
          Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/425,890 | 10/25/99 | FAHEY | J        046585/0121 |

IM22/0421

FOLEY & LARDNER
SUITE 500
3000 K STREET NW
WASHINGTON DC 20007-5109

| EXAMINER |
|---|
| WONG.L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1761 | 5 |

DATE MAILED:        04/21/00

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

| | Application No. | Applicant(s) | |
|---|---|---|---|
| ***Office Action Summary*** | 09/425,890 | **Fahey et al.** | |
| | Examiner | Group Art Unit | |
| | **Leslie Wong** | **1761** | |

☒ Responsive to communication(s) filed on *October 25, 1999 and November 30, 1999*

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___*30 days* ~~month(s), or thirty days, whichever is longer~~, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

   ☒ Claim(s) *36-38 and 48-51* _____ is/are pending in the application.

     Of the above, claim(s) _____ is/are withdrawn from consideration.

   ☐ Claim(s) _____ is/are allowed.

   ☐ Claim(s) _____ is/are rejected.

   ☐ Claim(s) _____ is/are objected to.

   ☒ Claims *36-38 and 48-51* _____ are subject to restriction or election requirement.

**Application Papers**

   ☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

   ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

   ☐ The proposed drawing correction, filed on _____ is ☐approved ☐disapproved.

   ☐ The specification is objected to by the Examiner.

   ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

   ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

     ☐ All ☐ Some* ☐None  of the CERTIFIED copies of the priority documents have been

       ☐ received.

       ☐ received in Application No. (Series Code/Serial Number) _____ .

       ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

     *Certified copies not received: _____ .

   ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

   ☐ Notice of References Cited, PTO-892

   ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

   ☐ Interview Summary, PTO-413

   ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

   ☐ Notice of Informal Patent Application, PTO-152

*--- SEE OFFICE ACTION ON THE FOLLOWING PAGES ---*

Application/Control Number: 09/425890                                    Page 2

Art Unit: 1761

## DETAILED ACTION

### *Election/Restriction*

Restriction to one of the following inventions is required under 35 U.S.C. 121:

I.     Claims 37 and 38, drawn to a method of preparing a food product comprising an
       extraction, classified in class 426, subclass 430.

II.    Claims 36 and 48-51, drawn to a method of preparing a food product, classified in
       class 426, subclass 615.

The inventions are distinct, each from the other because of the following reasons:

Inventions I and II are unrelated. Inventions are unrelated if it can be shown that they are not

disclosed as capable of use together and they have different modes of operation, different

functions, or different effects (MPEP § 806.04, MPEP § 808.01). In the instant case, the different

inventions are not disclosed as capable of use together and they have different modes of

operation, where Invention I comprises an extraction..

Because these inventions are distinct for the reasons given above and have acquired a

separate status in the art as shown by their different classification and their recognized divergent

subject matter, restriction for examination purposes as indicated is proper.

Applicant is advised that the reply to this requirement to be complete must include an

election of the invention to be examined even though the requirement be traversed (37

CFR 1.143).

Application/Control Number: 09/425890                                      Page 3

Art Unit: 1761

Applicant is reminded that upon the cancellation of claims to a non-elected invention, the inventorship must be amended in compliance with 37 CFR 1.48(b) if one or more of the currently named inventors is no longer an inventor of at least one claim remaining in the application. Any amendment of inventorship must be accompanied by a petition under 37 CFR 1.48(b) and by the fee required under 37 CFR 1.17(I).

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Leslie Wong whose telephone number is (703) 308-1979. The examiner can normally be reached on Tuesday-Thursday from 6:30 AM to 3:00 PM.

The fax number for this Group is (703) 305-7718.

Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 308-0661.

Leslie Wong
**Leslie Wong**
**Primary Examiner**
**Art Unit 1761**

LAW
April 20, 2000



Paper Number

6

#

6

6-1-00

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Attorney Docket No: 046585/0121

*In re* patent application of

Jed FAHEY, et al.

Serial No.: 09/425,890

Filed: October 25, 1999

Group Art Unit: 1761

Examiner: L. WONG

For:  CANCER CHEMOPROTECTIVE FOOD PRODUCTS

### RESPONSE TO RESTRICTION REQUIREMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

In response to the Office Action mailed April 21, 1999 in the above-identified application, applicants hereby elect with traverse Group II, claims 36 and 48-51.  A response was due on May 21, 2000, a Sunday, thus making May 22, 2000, the next business day, the timely date for filing this response.  It is believed that no fee is due, but should such a fee be due, consider this paragraph a request and authorization to charge the appropriate fee to Deposit Account No. 19-0741.

Applicants respectfully submit that the pending claims do not require restriction because examination of all of the pending claims would not require additional searches or otherwise place a serious burden on the examiner.  See MPEP 803.

Applicants, of course, reserve the right to file one or more divisional applications covering the subject matter of the non-elected claims.

Receipt of the initial Office Action on the merits is awaited.

Respectfully submitted,

*May 22, 2000*
Date

Jayne A. Huleatt
Reg. No. 34,485

Foley & Lardner
3000 K Street, NW, Suite 500
Washington, DC 20007-5109
Tel: (202) 672-5300

002.341958

**4-D7**



# Paper Number

# 7



**UNITED STATE DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/425,890 | 10/25/99 | FAHEY | J | 046585/0121 |

IM22/0810

FOLEY & LARDNER
SUITE 500
3000 K STREET NW
WASHINGTON DC 20007-5109

| EXAMINER |
|---|
| WONG, L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1761 | |

DATE MAILED:
08/10/00

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

| | Application No. 09/425,890 | Applican... .) | Fahey et al. |
|---|---|---|---|
| **Office Action Summary** | Examiner | Leslie Wong | Group Art Unit 1761 |

☒ Responsive to communication(s) filed on _May 22, 2000_                                .

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ____ *three* ___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) _36-38 and 48-51_                                is/are pending in the application.

   Of the above, claim(s) _37 and 38_                         is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) _36 and 48-51_                                is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is   ☐ approved   ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   ☐ All  ☐ Some*  ☐ None   of the CERTIFIED copies of the priority documents have been

      ☐ received.

      ☐ received in Application No. (Series Code/Serial Number) _____ .

      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____ .

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- SEE OFFICE ACTION ON THE FOLLOWING PAGES ---

Application/Control Number: 09/425890                                   Page 2

Art Unit: 1761

   Applicant's election of Group II, claims 36 and 48-51, in Paper No. 6 is acknowledged.

Because applicant did not distinctly and specifically point out the supposed errors in the

restriction requirement, the election has been treated as an election without traverse (MPEP

§ 818.03(a)).

   A rejection based on double patenting of the "same invention" type finds its support in the

language of 35 U.S.C. 101 which states that "whoever invents or discovers any new and useful

process ... may obtain a patent therefor ..."  (Emphasis added).  Thus, the term "same invention,"

in this context, means an invention drawn to identical subject matter.  See *Miller v. Eagle Mfg.*

*Co.*, 151 U.S. 186 (1894); *In re Ockert*, 245 F.2d 467, 114 USPQ 330 (CCPA 1957); and *In re*

*Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970).

   A statutory type (35 U.S.C. 101) double patenting rejection can be overcome by canceling

or amending the conflicting claims so they are no longer coextensive in scope.  The filing of a

terminal disclaimer <u>cannot</u> overcome a double patenting rejection based upon 35 U.S.C. 101.

   Claim 36 is rejected under 35 U.S.C. 101 as claiming the same invention as that of claim

14 of prior U.S. Patent No. 5,725,895.  This is a double patenting rejection.

   The nonstatutory double patenting rejection is based on a judicially created doctrine

grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or

improper timewise extension of the "right to exclude" granted by a patent and to prevent possible

Application/Control Number: 09/425890                                    Page 3

Art Unit: 1761

harassment by multiple assignees.  See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed.

Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686

F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA

1970);and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

    A timely filed terminal disclaimer in compliance with 37 CFR 1.321© may be used to

overcome an actual or provisional rejection based on a nonstatutory double patenting ground

provided the conflicting application or patent is shown to be commonly owned with this

application.  See 37 CFR 1.130(b).

    Effective January 1, 1994, a registered attorney or agent of record may sign a terminal

disclaimer.  A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

    Claims 48-51 are  rejected under the judicially created doctrine of obviousness-type

double patenting as being unpatentable over the claims of U.S. Patent No. 5,725,895 and

5,968,567.  Although the conflicting claims are not identical, they are not patentably distinct from

each other because the claims merely differ as to the germination of the seeds, where the use of

the ungerminated seed in food production would be obvious to one of ordinary skill in the art.


    Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Leslie Wong whose telephone number is (703) 308-1979.  The examiner can

normally be reached on Tuesday-Thursday from 6:30 AM to 5:00 PM.

    The fax number for this Group is (703) 305-7718.

Application/Control Number: 09/425890                                   Page 4

Art Unit: 1761

Any inquiry of a general nature or relating to the status of this application should be

directed to the Group receptionist whose telephone number is (703) 308-0661.

Leslie Wong
**Leslie Wong**
**Primary Examiner**
**Art Unit 1761**

LAW
August 9, 2000

| *Notice of References Cited* | | Application No. 09/425,890 | | Applicant(s) Fahey et al. | | |
|---|---|---|---|---|---|---|
| | | Examiner Leslie Wong | | Group Art Unit 1761 | | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| A | | 5,725,895 | 03-1998 | Fahey et al. | 426 | 49 |
| B | | 5,968,567 | 10-1999 | Fahey et al. | 426 | 49 |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |
| F | | | | | | |
| G | | | | | | |
| H | | | | | | |
| I | | | | | | |
| J | | | | | | |
| K | | | | | | |
| L | | | | | | |
| M | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

**NON-PATENT DOCUMENTS**

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |



# Paper Number

# 8

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Attorney Docket No: 046585/0121

*In re* patent application of

Jed FAHEY, et al.

Serial No.: 09/425,890                                    Group Art Unit: 1761

Filed: October 25, 1999                                   Examiner: L. WONG

For:   CANCER CHEMOPROTECTIVE FOOD PRODUCTS

### AMENDMENT AND REQUEST FOR RECONSIDERATION
### UNDER 37 C.F.R. §1.111

Assistant Commissioner for Patents
Washington, D.C.  20231
Sir:

        This responds to the Office Action mailed on August 10, 2000 in the above-identified application.  A response was due on November 10, 2000, a Federal Holiday, thus making November 13, 2000, the next business day, the timely date for filing this response.  It is believed that no fee is due, but should such a fee be due, consider this paragraph a request and authorization to charge the appropriate fee to Deposit Account No. 19-0741.

        Kindly amend the above-identified application as follows:

## IN THE CLAIMS:

        Kindly cancel claims 37 and 38 without prejudice or disclaimer for filing in one or more divisional applications.

        26.    (Once amended) A method of preparing a food product[,] rich in glucosinolates comprising cruciferous seeds, flour made from the cruciferous seeds, or a combination thereof, wherein said method comprises [comprising] introducing cruciferous seeds, flour made from the cruciferous seeds, or a combination thereof, into another edible ingredient, wherein said seeds and flour are rich in glucosinolates [wherein said seeds produce sprouts having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth and non-toxic levels of indole glucosinolates and their breakown products and goitrogenic hydroxybutenyl glucosinolates, into another edible ingredient].

U.S. Serial No. 09/425,890

7 48. (Once amended) A method of preparing a human food product rich in glucosinolates comprising cruciferous seeds, flour made from the cruciferous seeds, or a combination thereof, wherein the cruciferous seeds [or] and flour [contain high Phase 2 enzyme-inducing potential, comprising the steps of] are rich in glucosinolates, wherein said method comprises:

*C2*

    (a)    selecting cruciferous seeds which produce sprouts that [contain at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth] are rich in glucosinolates, and

    (b)    preparing a food product from the selected cruciferous seeds.

**Kindly add the following claims:**

2
--52. The method of claim 36, wherein said seeds and flour contain high Phase 2 enzyme-inducing potential and non-toxic levels of indole glucosinolates and their breakown products and goitrogenic hydroxybutenyl glucosinolates.

3
53. The method of claim 36, wherein said seeds produce sprouts having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth and non-toxic levels of indole glucosinolates and their breakown products and goitrogenic hydroxybutenyl glucosinolates.

*C3*

4
54. The method of claim 36, wherein said seeds produce sprouts having at least 300,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth and non-toxic levels of indole glucosinolates and their breakown products and goitrogenic hydroxybutenyl glucosinolates.

5
55. The method of claim 36, wherein said seeds produce sprouts having at least 400,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth and non-toxic levels of indole glucosinolates and their breakown products and goitrogenic hydroxybutenyl glucosinolates.

U.S. Serial No. 09/425,890

6. 36. The method of claim 36, wherein said seeds produce sprouts having at least 500,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth and non-toxic levels of indole glucosinolates and their breakown products and goitrogenic hydroxybutenyl glucosinolates.

C3    57. The method of claim 48, wherein said seeds and flour contain high Phase 2 enzyme-inducing potential and non-toxic levels of indole glucosinolates and their breakown products and goitrogenic hydroxybutenyl glucosinolates.

58. The method of claim 48, wherein the selected cruciferous seeds produce sprouts that contain at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth.--

## REMARKS

Claims 36 and 48-58 are pending in this application. Claims 36 and 48 are amended and claims 37 and 38 are canceled. Claims 52-58 are added. Applicants confirm the election of Group II, claims 36 and 48-51.

1.    Rejection under Statutory Double Patenting

Claim 36 is rejected under 35 U.S.C. 101 double patenting as claiming the same invention as that of claim 14 of U.S. Patent No. 5,725,895. Applicants have amended claim 36 to overcome this rejection. It is requested that this rejection be withdrawn.

2.    Rejection under Obvious-Type Double Patenting

Claims 48-51 are rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over the claims of U.S. Patent Nos. 5,725,895 and 5,968,567. Applicants herewith enclose a terminal disclaimer to overcome this rejection. It is requested that this rejection be withdrawn.

## CONCLUSION

In view of the foregoing, it is respectfully urged that the present claims are in condition for allowance. An early notice to this effect is earnestly solicited. Should there

U.S. Serial No. 09/425,890

be any questions, Examiner Wong is courteously invited to contact the undersigned attorney

at the telephone number shown below.

Respectfully submitted,

_Nov. 13, 2000_
Date

_Jacque A. Hulvatt Reg. No. 34,485_

_for_ Richard C. Peet
Reg. No. 35,792

Foley & Lardner
3000 K Street, NW, Suite 500
Washington, DC 20007-5109
Tel: (202) 672-5300



Paper Number

9

**4-D20**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Attorney Docket No. 046585/0121

*In re* patent application of

Jed FAHEY *et al.*

Serial No. 09/425,890

Filed  October 25, 1999

For:    CANCER CHEMOPROTECTIVE FOOD PRODUCTS

Art Unit:  1761

Examiner:  L. Wong

### TERMINAL DISCLAIMER

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Your Petitioner, JOHNS HOPKINS SCHOOL OF MEDICINE, 2024 E. Monument Street, Suite 2-100, Baltimore, Maryland 21205, represents that it is the owner of the entire right, title, and interest in and to U.S. Patent No. 5,968,567, which issued on U.S. Patent Application Serial No. 08/840,234, filed April 11, 1997, which is a continuation of 08/528,858, filed September 15, 1995, now U.S. Patent No. 5,725,895, as evidenced by the Assignment recorded at the USPTO, Reel 7694, Frame 0746 (copy attached as Exhibit 1). Your Petitioner hereby disclaims the terminal part of the term of any patent granted on the above-identified application which would extend beyond the full statutory term of U.S. Patent Nos. 5,968,567, and 5,725,895, and hereby agrees that any patent so granted on the above-identified application shall be enforceable only for and during such period that the legal title to said patent shall be the same as the legal title to U.S. Patent Nos. 5,968,567 and 5,725,895, this agreement to run with any patent granted on the above-identified application and to be binding upon the grantee, its successors or assigns.

In making the above disclaimer, Petitioner does not disclaim any terminal part of any patent granted on the above-identified application, prior to the full statutory term of U.S. Patent Nos. 5,968,567 and 5,725,895, as defined in 35 USC §§154-156 and 173, in the event that U.S. Patent Nos. 5,968,567 and 5,725,895 expire for failure to pay a maintenance fee, is held unenforceable or is found invalid in a final judgment by a court of competent

11/14/2000 BHABTEW 00000003 09425890
01 FC:148                        110.00 OP

**4-D21**

Serial No. 09/425,890

jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR §1.321(a), has all claims canceled by a reexamination certificate or as a result of an interference proceeding, or is otherwise deemed not to provide the rights conveyed by 35 USC §154 prior to the full statutory term of U.S. Patent Nos. 5,968,567 and 5,725,895, as defined in 35 USC §§154-156 and 173, except for the separation of legal title stated above. Further, Petitioner does not disclaim any extension or restoration of term relating to any patent granted on the above-identified application, which extension or restoration is effected under 35 U.S.C. §§155, 155A or 156 or any other applicable statute. The undersigned, being the Attorney of Record for the above-identified application and duly authorized to act on behalf of Petitioner, certifies to the best of his knowledge and belief, legal title in the above-identified application rests with Petitioner.

The undersigned declares that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001, Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the above-identified application or any patent issuing therefrom.

Respectfully submitted,

November 13, 2000
Date

Richard C. Peet
Registration No. 35,792

Foley & Lardner
3000 K Street, N.W.
Suite 500
Washington, D.C.  20007
Tel: (202) 672-5300
Fax: (202) 672-5399

-2-

002.412339.1

Exhibit 1

RECEIVED

TC 1700 MAIL ROOM

JHU-TECHNOLOGY LICENSING TEL: 410-955-1245          Apr  4,97 15:13 No.006 P.02



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

MARCH 14, 1996                    PTAS

B SAXE
FOLEY & LARDNER
P.O. BOX 25696
3000 K STREET, N.W., SUITE 500
WASHINGTON, D.C.  20007-5109



*100091892A*

RECEIVED
MAR 20 1996
FOLEY & LARDNER
WASHINGTON

### UNITED STATES PATENT AND TRADEMARK OFFICE
### NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE
U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS AVAILABLE
AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED
BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE
PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD FIND ANY ERRORS OR
HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE
NAME APPEARS ON THIS NOTICE AT 703-308-9723.  PLEASE SEND REQUEST FOR
CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE, ASSIGNMENT DIVISION,
BOX ASSIGNMENTS, NORTH TOWER BUILDING, SUITE 10C35, WASHINGTON, D.C. 20231.

RECORDATION DATE: 09/15/1995          REEL/FRAME: 7694/0746
                                      NUMBER OF PAGES: 2

BRIEF:  ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
   FAHEY, JED W.                     DOC DATE: 09/13/1995

ASSIGNOR:
   TALALAY, PAUL                     DOC DATE: 09/13/1995

ASSIGNEE:
   JOHNS HOPKINS SCHOOL OF MEDICINE
   2024 E. MONUMENT STREET, SUITE 2-100
   BALTIMORE, MARYLAND 21205

SERIAL NUMBER: 08528858               FILING DATE: 09/15/1995
PATENT NUMBER:                        ISSUE DATE:

SEDLEY FYNE, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

**4-D24**

JHU-TECHNOLOGY LICENSING TEL: 410-955-1245    Apr 4.97 15:13 No.006 P.03

# 11-21-1995

| FORM F10-1895 (modified)<br>(Rev. 6-93)<br>OMB No. 0651-0011 (exp. 4/94) | U.S. DEPARTMENT OF COMMERCE<br>Patent and Trademark Office |
|---|---|

**11/15/95**

100091892

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies): |
|---|---|
| Jed W. FAHEY, Paul TALALAY | Name: Johns Hopkins School of Medicine |
| | Internal Address: |
| Additional name(s) of conveying party(ies) attached? No | Street Address: 2024 E. Monument Street, Suite 2-100 |
| | City: Baltimore, State: MD ZIP: 21205 |
| 3. Nature of conveyance: | |
| XX Assignment                    Merger<br>Security Agreement       Change of Name<br>Other | Additional name(s) & address(es) attached? No |
| Execution Date: 09-13-95 | |

| 4. Application number(s) or patent number(s): | |
|---|---|
| If this document is being filed together with a new application, the execution date of the application is: 09-15-95 | |
| A. Patent Application No.(s) | B. Patent No.(s) |

Additional numbers attached? No

| 5. Name and address of party to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved: 1 |
|---|---|
| Name: FOLEY & LARDNER - Attn: B. Saxe | 7. Total fee (37 C.F.R. § 3.41)......$40.00 |
| Internal Address: P.O. Box 25696 | XX Enclosed |
| Street Address: 3000 K Street, N.W., Suite 500 | __ Authorized to be charged to deposit account |
| City: Washington, D.C.      ZIP: 20007-5109 | 8. Deposit account number: |
| | (Attach duplicate copy of this page if paying by deposit account) |

| DO NOT USE THIS SPACE |
|---|
| 110 MG 10/11/95 08528058      1 581      40.00 CK |

| 9. Statement and signature.<br>To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document. | | |
|---|---|---|
| Bernhard D. Saxe<br>Name of Person Signing | Signature | September 16, 1995<br>Date |

Total number of pages including cover sheet, attachments, and document: 2

Mail documents to be recorded with required cover sheet information to:
Commissioner of Patents & Trademarks, Box Assignments
Washington, D.C. 20231

# ASSIGNMENT - WORLD WIDE

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, each undersigned inventor has sold and assigned, and by these presents hereby sells and assigns, unto

## JOHNS HOPKINS SCHOOL OF MEDICINE

its successors and assigns, the entire right, title and interest, so far as concerns the United States and the Territories and Possessions thereof and all foreign countries in and to the invention in

## CANCER CHEMOPROTECTIVE FOOD PRODUCTS

as set forth in his United States Patent Application

**XX**   executed concurrently herewith
__       executed on _____
         Serial No. _____ filed _____

said application for United States Letters Patent, including all divisional, renewal, substitute, continuation and Convention applications based in whole or in part upon said inventions or upon said applications, and any and all Letters Patent and reissues and extensions of Letters Patent granted for said inventions or upon said applications and every priority right that is or may be predicated upon or arise from said inventions, said applications, and said Letters Patent; said Assignee being hereby authorized to file patent applications in any or all countries on any or all said inventions in the name of the undersigned or in the name of said Assignee or otherwise as said Assignee may deem advisable, under the International Convention or otherwise; the Commissioner of Patents and Trademarks of the United States of America being hereby authorized to issue or transfer all said Letters Patent to said Assignee in accordance herewith; this assignment being under covenant, not only that full power to make the same is had by the undersigned, but also that such assigned right is not encumbered by any grant, license, or other right theretofore given, and that the undersigned will do all acts reasonably serving to ensure that the said inventions, patent applications and Letters Patent shall be held and enjoyed by said Assignee as fully and entirely as the same could have been held and enjoyed by the undersigned if this assignment had not been made, and particularly to execute and deliver to said Assignee all lawful documents including petitions, specifications, oaths, assignments, invention disclaimers, and lawful affidavits in form and substance which may be requested by said Assignee, to furnish said Assignee with all facts relating to said inventions or the history thereof and any and all documents, photographs, models, samples or other physical exhibits which may be of said inventions, and to testify in any proceedings relating to said inventions, patent applications and Letters Patent.

The undersigned hereby grant the firm of FOLEY & LARDNER the power to insert in this Assignment any further identification which may be necessary or desirable to comply with the rules of the U.S. Patent and Trademark Office for recordation of this Assignment.

| NAMES AND SIGNATURES OF INVENTORS | | | | |
|---|---|---|---|---|
| Name: Jed W. FAHEY | Signature: *Jed W. Fahey* | Date: 9/13/95 |
| Name: Paul TALALAY | Signature: *Paul Talalay* | Date: 9/13/95 |
| Name: | Signature: | Date: |

| NAMES AND SIGNATURES OF WITNESSES | | | | |
|---|---|---|---|---|
| Name: RUTH DILLINGER | Signature: *Ruth Dillinger* | Date: 9/13/95 |
| Name: SHARON KERRY | Signature: *S. Kerry* | Date: 9.13.95 |

*Note: Prima facie evidence of execution may optionally be obtained by execution of this document before a U.S. Consul or before a local officer authorized to administer oaths whose authority is proved by a certificate from a U.S. Consul.*

PT-407:4/90(1)(modified)





**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
           Washington, D.C. 20231

*T-D*

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/425,890 | 10/25/99 | FAHEY | J | 046585/0121 |

IM22/0201

| EXAMINER |
|---|
| WONG.L |

FOLEY & LARDNER
SUITE 500
3000 K STREET NW
WASHINGTON DC 20007-5109

| ART UNIT | PAPER NUMBER |
|---|---|
| 1761 | *10* |

**DATE MAILED:**
                02/01/01

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

# ATTACHMENT TO AND MODIFICATION OF
# NOTICE OF ALLOWABILITY (PTO-37)
### (November, 2000)

**NO EXTENSIONS OF TIME ARE PERMITTED TO FILE CORRECTED OR FORMAL DRAWINGS, OR A SUBSTITUTE OATH OR DECLARATION**, notwithstanding any indication to the contrary in the attached Notice of Allowability (PTO-37).

If the following language appears on the attached Notice of Allowability, the portion lined through below is of no force and effect and is to be ignored[1]:

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action. Failure to comply will result in ABANDONMENT of this application. ~~Extensions of time may be obtained under the provisions of 37 CFR 1.136(a)~~

Similar language appearing in any attachments to the Notice of Allowability, such as in an Examiner's Amendment/Comment or in a Notice of Draftsperson's Patent Drawing Review, PTO-948, is also to be ignored.

---

[1] The language which is crossed out is contrary to amended 37 CFR 1.85(c) and 1.136. See *"Changes to Implement the Patent Business Goals"*, 65 *Fed. Reg.* 54603, 54629, 54641, 54670, 54674 (September 8, 2000), 1238 *Off. Gaz. Pat. Office* 77, 99, 110, 135, 139 (September 19, 2000).

| *Notice of Allowability* | Application No. 09/425,890 | Applicant(s) Fahey et al. |
|---|---|---|
| | Examiner Leslie Wong | Group Art Unit 1761 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application.  If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to _papers filed November 13, 2000_ .

☒ The allowed claim(s) is/are _36 and 48-58 (renumbered 1, 7-10, 2-6, 11, and 12 respectively)_ .

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None  of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____ .

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____ .

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action.  Failure to timely comply will result in ABANDONMENT of this application.  Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient.  A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

    ☐ because the originally filed drawings were declared by applicant to be informal.

    ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____ .

    ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings.  The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.**

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    ☐ Notice of References Cited, PTO-892

    ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). _3_

    ☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

    ☐ Interview Summary, PTO-413

    ☐ Examiner's Amendment/Comment

    ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

    ☐ Examiner's Statement of Reasons for Allowance

_Leslie Wong_
1/20/01

**LESLIE WONG**
**PRIMARY EXAMINER**
**ART UNIT 1761**

Form PTO 948 (Rev. 8-98)    U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office    Application No. 09/425 890

## NOTICE OF DRAFTSPERSON'S
## PATENT DRAWING REVIEW

The drawing(s) filed (insert date 10/25/99 are:

A. ☐  approved by the Draftsperson under 37 CFR 1.84 or 1.152.
B.      objected to by the Draftsperson under 37 CFR 1.84 or 1.152 for the reasons indicated below.  The Examiner will require
        submission of new, corrected drawings when necessary.  Corrected drawing must be sumitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   _____ Color drawings are not acceptable until petition is granted.
   _____ Fig(s) _____
   _____ Pencil and non black ink not permitted. Fig(s) _____
2. PHOTOGRAPHS. 37 CFR 1.84 (b)
   _____ 1 full-tone set is required. Fig(s) _____
   _____ Photographs not properly mounted (must use brystol board or photographic double-weight paper). Fig(s) _____
   _____ Foor quality (half-tone). Fig(s) _____
3. TYPE OF PAPER. 37 CFR 1.84(e)
   _____ Paper not flexible, strong, white, and durable.
   _____ Fig(s) _____
   _____ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not accepted. Fig(s) ALL
   _____ Mylar, velum paper is not acceptable (too thin).
   _____ Fig(s) _____
4. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   _____ 21.0 cm by 29.7 cm (DIN size A4)
   _____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   _____ All drawing sheets not the same size.
   _____ Sheet(s) _____
   _____ Drawings sheets not an acceptable size. Fig(s) _____
5. MARGINS. 37 CFR 1.84(g): Acceptable margins:
   Top 2.5 cm  Left 2.5cm  Right 1.5 cm  Bottom 1.0 cm
            SIZE: A4 Size
   Top 2.5 cm  Left 2.5 cm  Right 1.5 cm  Bottom 1.0 cm
            SIZE: 8 1/2 x 11
   Margins not acceptable. Fig(s) ALL
   _____ Top (T) _____ Left (L)
   _____ Right (R) _____ Bottom (B)
6. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to
   correspond to drawing changes.
   Partial views. 37 CFR 1.84(h)(2)
   _____ Brackets needed to show figure as one entity.
   _____ Fig(s) _____
   _____ Views not labeled separately or properly.
   _____ Fig(s) _____
   _____ Enlarged view not labeled separetely or properly.
   _____ Fig(s) _____
7. SECTIONAL VIEWS. 37 CFR 1.84 (h)(3)
   _____ Hatching not indicated for sectional portions of an object.
   _____ Fig(s) _____
   _____ Sectional designation should be noted with Arabic or
   Roman numbers. Fig(s) _____

8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   _____ Words do not appear on a horizontal, left-to-right fashion
   when page is either upright or turned so that the top
   becomes the right side, except for graphs. Fig(s) _____
9. SCALE. 37 CFR 1.84(k)
   _____ Scale not large enough to show mechanism without
   crowding when drawing is reduced in size to two-thirds in
   reproduction.
   _____ Fig(s) _____
10. CHARACTER OF LINES, NUMBERS, & LETTERS.
    37 CFR 1.84(l)
    _____ Lines, numbers & letters not uniformly thick and well
    defined, clean, durable, and black (poor line quality).
    _____ Fig(s) _____
11. SHADING. 37 CFR 1.84(m)
    _____ Solid black areas pale. Fig(s) ALL
    _____ Solid black shading not permitted. Fig(s) _____
    _____ Shade lines, pale, rough and blurred. Fig(s) _____
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS.
    37 CFR 1.84(p)
    _____ Numbers and reference characters not plain and legible.
    _____ Fig(s) _____
    _____ Figure legends are poor. Fig(s) ALL
    _____ Numbers and reference characters not oriented in the
    same direction as the view. 37 CFR 1.84(p)(1)
    _____ Fig(s) _____
    _____ English alphabet not used. 37 CFR 1.84(p)(2)
    _____ Figs _____
    _____ Numbers, letters and reference characters must be at least
    .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3)
    _____ Fig(s) _____
13. LEAD LINES. 37 CFR 1.84(q)
    _____ Lead lines cross each other. Fig(s) _____
    _____ Lead lines missing. Fig(s) _____
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
    _____ Sheets not numbered consecutively, and in Arabic numerals
    beginning with number 1. Sheet(s) _____
15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
    _____ Views not numbered consecutively, and in Arabic numerals,
    beginning with number 1. Fig(s) _____
16. CORRECTIONS. 37 CFR 1.84(w)
    _____ Corrections not made from prior PTO-948
    dated _____
17. DESIGN DRAWINGS. 37 CFR 1.152
    _____ Surface shading shown not appropriate. Fig(s) _____
    _____ Solid black shading not used for color contrast.
    _____ Fig(s) _____

COMMENTS

REVIEWER _McPhatter_    DATE 12/6/99    TELEPHONE NO. 703-308-0366

ATTACHMENT TO PAPER NO. _____ 10

**4-D31**



**UNITED STATES   PARTMENT OF COMMERCE**
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

IM22/0201

FOLEY & LARDNER
SUITE 500
3000 K STREET NW
WASHINGTON DC 20007-5109

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 09/425,870 | 10/25/99 | 012 | WONG, L | 1761 | 02/01/01 |

| First Named Applicant | FAHEY, | 35 USC 154(b) term ext. = | 0 Days. |
|---|---|---|---|

TITLE OF INVENTION   METHOD OF PREPARING A FOOD PRODUCT

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 1   046585/0121 | 426-049.000 | 252 | UTILITY | YES | 3620.00 | 05/01/01 |

***THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.***

***THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.***

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
  If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

  A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
  B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

  A. Pay FEE DUE shown above, or

  B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
  Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

***IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.***

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

**4-D32**

**PART B—ISSUE FEE TRANSMITTAL**

Complete and mail this form, together with applicable fees, to:    **Box ISSUE FEE**
**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

*MAILING INSTRUCTIONS:* This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

IM22/0201

FOLEY & LARDNER
SUITE 500
3000 K STREET NW
WASHINGTON DC 20007-5109

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/425,890 | 10/25/99 | 012 | WONG, L | 1761 | 02/01/01 |

| First Named Applicant | FAHEY, | 35 USC 154(b) term ext. = | 0 Days. |
|---|---|---|---|

TITLE OF INVENTION    ~~METHOD OF PREPARING A FOOD PRODUCT~~

# CANCER CHEMOPROTECTIVE FOOD PRODUCTS

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 1 | 046585/0121 | 426-049.000 | B52 | UTILITY | YES | $620.00 | 05/01/01 |

1. Change of correspondence address or indication of " Fee Address" (37 CFR 1.363).
Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Foley & Lardner

2  _____

3  _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

Johns Hopkins School of Medicine

(B) RESIDENCE (CITY & STATE OR COUNTRY)

Baltimore, Maryland

Please check the appropriate assignee category indicated below (will not be printed on the patent)

☐ individual   ☒ corporation or other private group entity   ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):

☒ Issue Fee

☒ Advance Order - # of Copies ___4___

4b. The following fees or deficiency in these fees should be charged to:

DEPOSIT ACCOUNT NUMBER  19-0741
(ENCLOSE AN EXTRA COPY OF THIS FORM)

☐ Issue Fee

☐ Advance Order - # of Copies ___

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

| (Authorized Signature) *Richard C. Peet* | (Date) |
|---|---|
| Richard C. Peet, Reg. No. 35,792 | 28 March 200 |

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

*Burden Hour Statement:* This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



Paper Number

11

$H#11$

## ACCESS ACKNOWLEDGME T
### and
## SECRECY ORDER RECOM NDATION BY DEFENSE AGENCY

Application Serial No.: 09425890

Filing Date: Oct 25, 1999

Defense Agency: ARMY

Date Referred: Nov 12, 1999

I hereby acknowledge as indicated by my signature on this form that I have inspected this application in administration of 35 USC 181 on behalf of the Agency/Command specified below. I promise not to divulge any information from this application for any purpose other than administration of 35 USC 181.

**Recommendation**
(e.g. 'Secrecy Not Recommended (SNR)')

**Reviewer(s) Signature/Date/Command**

| | | |
|---|---|---|
| *SNR* | *John P Klein*<br>JUN 07 2000<br>U.S. ARMY | *divisional of 09/118, 867, filed Jul, 20, 1998 which is a divisional of 08/840, 234, filed April 1, 1997 Now U.S. 5, 968, 667 issued* <br><br>**SECRECY NOT RECOMMENDED**<br>*1/18/2000* |

**Instructions to Reviewers:**
1. All individuals reviewing this application are required under 35 USC 181 to sign and date this form regardless of whether they are making a secrecy order recommendation.

2. The attached copy of the application, any copies made therefrom and this form must be returned to the PTO once a recommendation not to impose secrecy has been made or a secrecy order has been rescinded.

**Time for Completion of Review:**
Pursuant to 35 U.S.C. 184, the subject matter of this application may be filed in a foreign country for the purpose of filing a patent application without a license any time after the expiration of 6 months from filing date unless the application becomes the subject of a secrecy order.





**12**

**12**

# Paper Number

# 12

**12**

**12**

Atty. Dkt. No. 046585/0121

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:     Jed FAHEY et al.

Title:         CANCER CHEMOPROTECTIVE
               FOOD PRODUCTS

Appl. No.:     09/425,890

Filing Date:   10/25/1999

Examiner:      L. Wong

Art Unit:      1761

Batch No.:     B52

**Match and Return**

### REQUEST FOR CORRECTED NOTICE OF ALLOWANCE
### AND ISSUE FEE DUE

Assistant Commissioner for Patents
Washington, D.C. 20231

      ATTENTION:  Leslie Wong
                 Primary Examiner, Art Unit 1761

Sir:

    It is respectfully requested that an error in the Title of the Invention appearing in the Notice of Allowance and Issue Fee Due (PTOL-85) be corrected in this application.

    Kindly change the <u>TITLE OF THE INVENTION</u>

    from "METHOD OF PREPARING A FOOD PRODUCT"

    to <u>CANCER CHEMOPROTECTIVE FOOD PRODUCTS</u>.

Atty. Dkt. No. 046585/0121

     Please correct all relevant records and forward a corrected Notice of Allowance and Issue Fee Due (Forms PTOL-85 and 85B) to the undersigned attorney of record as soon as possible in order that it may be used to pay the Issue Fee Due.

Respectfully submitted,

Date:  February 23, 2001

By _____  35,087 for

FOLEY & LARDNER
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5109
Telephone:  (202) 672-5414
Facsimile:  (202) 672-5399

Richard C. Peet
Attorney for Applicant
Registration No. 35,792



# Paper Number

# 13

Atty. Dkt. No. 046585/0121

*# 13*

*04-28-01*

*Ow #14*

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Applicant:        Jed W. Fahey et al.

Title:        CANCER CHEMOPROTECTIVE FOOD PRODUCTS

Appl. No.:        09/425,890

Filing Date:        October 25, 1999

Examiner:        L. Wong

Art Unit:        1761

Batch No.:        B52

### TRANSMITTAL OF FORMAL DRAWINGS

Commissioner for Patents
Washington, D.C. 20231

ATTENTION: DRAWING REVIEW BRANCH

Sir:

Transmitted herewith are the formal drawings (2 sheets, Figures 1 and 2) for the above-identified application. The Official Draftsperson is respectfully requested to approve these drawings for entry into the application.

Respectfully submitted,

Date March 28, 2001        By _Richard C. Peet_____

FOLEY & LARDNER        Richard C. Peet
Washington Harbour        Attorney for Applicant
3000 K Street, N.W., Suite 500        Registration No. 35,792
Washington, D.C. 20007-5109
Telephone:        (202) 672-5404
Facsimile:        (202) 672-5399

002.559957.1



# Paper Number

# 14

Atty. Dkt. No. 046585/0121

# 13

04-28-01

Ow #11

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Applicant:     Jed W. Fahey et al.

Title:         CANCER CHEMOPROTECTIVE FOOD PRODUCTS

Appl. No.:     09/425,890

Filing Date:   October 25, 1999

Examiner:      L. Wong

Art Unit:      1761

Batch No.:     B52

## TRANSMITTAL OF FORMAL DRAWINGS

Commissioner for Patents
Washington, D.C. 20231

ATTENTION:  DRAWING REVIEW BRANCH

Sir:

Transmitted herewith are the formal drawings (2 sheets, Figures 1 and 2) for the above-identified application.  The Official Draftsperson is respectfully requested to approve these drawings for entry into the application.

Respectfully submitted,

Date March 28, 2001                    By _Richard C. Peet_____

FOLEY & LARDNER                        Richard C. Peet
Washington Harbour                     Attorney for Applicant
3000 K Street, N.W., Suite 500         Registration No. 35,792
Washington, D.C.  20007-5109
Telephone:    (202) 672-5404
Facsimile:    (202) 672-5399

002.559957.1

CANCER CHEMOPROTECTIVE FOOD
PRODUCTS
Serial No. 09/425,890        Filed: 10/25/99
Inventor: Jed W. Fahey et al.
Atty. Docket No. 046585/0121
Foley & Lardner

6242018



FIG. 1

CANCER CHEMOPROTECTIVE FOOD
PRODUCTS
Serial No. 09/425,890    Filed: 10/25/99
Inventor: Jed W. Fahey et al.
Atty. Docket No. 046585/0121
Foley & Lardner



FIG. 2

| PATENT APPLICATION FEE DETERMINATION RECORD | Application or Docket Number |
| **Effective November 10, 1998** | |

## CLAIMS AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY TYPE ☐ RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 380.00 | OR | | 760.00 |
| TOTAL CLAIMS | 3 minus 20= | * | X$ 9= | | OR | X$18= | |
| INDEPENDENT CLAIMS | 3 minus 3 = | * | X39= | | OR | X78= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130= | | OR | +260= | |
| | | | TOTAL | 380 | OR | TOTAL | |

\* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\*If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
   The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 11/98)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

☆ U.S. GPO:1998-454-473/90301

**4-D45**