Atty. Dkt. No. 046585/0138

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:        Jed FAHEY et al.

Title:            CANCER CHEMOPROTECTIVE
                  FOOD PRODUCTS

Prior Appl. No.:   09/425,890

Prior Appl. Filing Date:   11/25/1999

Examiner:         Unassigned

Art Unit:         Unassigned



### CONTINUING PATENT APPLICATION
### TRANSMITTAL LETTER

Commissioner for Patents
Box PATENT APPLICATION
Washington, D.C.  20231

Sir:

    Transmitted herewith for filing under 37 C.F.R. § 1.53(b) is a:

    [  ] Continuation    [ X ] Division    [  ] Continuation-In-Part (CIP)

of the above-identified copending prior application in which no patenting, abandonment, or termination of proceedings has occurred.  Priority to the above-identified prior application is hereby claimed under 35 U.S.C. § 120 for this continuing application.  The entire disclosure of the above-identified prior application is considered as being part of the disclosure of the accompanying continuing application and is hereby incorporated by reference therein.

    [ X ]    Applicant claims small entity status under 37 CFR 1.27.

Enclosed are:

    [ X ]    Specification, Claim(s), and Abstract (51 pages).

    [ X ]    Formal drawings (2 sheets, Figures 1-2).

    [ X ]    Copy of Declaration and Power of Attorney (2 pages).

    [ X ]    Information Disclosure Statement.

    [ X ]    Form PTO-1449 with copies of 76 listed reference(s).

    [ X ]    Preliminary Amendment.

-1-

002.563225.1

**5-B1**

Exhibit 5-B

Atty. Dkt. No. 046585/0138

The filing fee is calculated below:

| | Claims as Filed | | Included in Basic Fee | | Extra Claims | | Rate | | Fee Totals |
|---|---|---|---|---|---|---|---|---|---|
| Basic Fee | | | | | | | $710.00 | | $710.00 |
| Total Claims: | 20 | - | 20 | = | 0 | x | $18.00 | = | $0.00 |
| Independents: | 2 | - | 3 | = | 0 | x | $80.00 | = | $0.00 |
| If any Multiple Dependent Claim(s) present: | | | | | | + | $270.00 | = | $0.00 |
| | | | | | | SUBTOTAL: | | = | $710.00 |
| [ X ] | | | Small Entity Fees Apply (subtract ½ of above): | | | | | = | $355.00 |
| | | | | | TOTAL FILING FEE: | | | = | $355.00 |

[ **X** ]    A check in the amount of $355.00 to cover the filing fee is enclosed.

[  ]    The required filing fees are not enclosed but will be submitted in response to the Notice to File Missing Parts of Application.

[ **X** ]    The Commissioner is hereby authorized to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741. Should no proper payment be enclosed herewith, as by a check being in the wrong amount, unsigned, post-dated, otherwise improper or informal or even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741.

Please direct all correspondence to the undersigned attorney or agent at the address indicated below.

Respectfully submitted,

By _Richard C Peet_

Date: April 5, 2001

FOLEY & LARDNER
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
Telephone:   (202) 672-5483
Facsimile:   (202) 672-5399

Richard C. Peet
Attorney for Applicant
Registration No. 35,792

-2-

2.563225.1

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

ATTORNEY DOCKET NO.:  046585/0138

In re patent application of

**Jed FAHEY et al.**

Prior App. Serial No.  09/425,890          Group Art Unit:  **Not Yet Assigned**

Prior Filing Date:  October 25, 1999          Examiner:  **Not Yet Assigned**

For:    CANCER CHEMOPROTECTIVE FOOD PRODUCTS

## PRELIMINARY AMENDMENT

Commissioner of Patents
Washington, D.C.  20231

Sir:

Prior to examination on the merits, Applicants respectfully request that the above-identified application be amended as follows:

After the Application Title and before the first line of application text, insert the following paragraph:

--This application is a divisional of Application Serial No. 09/425,890, filed November 25, 1999, which in turn is a divisional of Application Serial No. 09/118,867, filed July 20, 1998, which in turn is a divisional of Application Serial No. 08/840,234, filed April 11, 1997.--.

## IN THE CLAIMS

Please cancel claims 1-47 without prejudice or disclaimer.  Please add the following new claims.

002.558950.1

Continuation of Prior
App. Serial No. 09/425,890

48.  (New) A method of extracting glucosinolates and isothiocyanates from plant tissue comprising homogenizing said plant tissue in an excess of a mixture of dimethyl sulfoxide, acetonitrile and dimethylformamide at a temperature sufficient to inactivate myrosinase enzyme activity.

49.  (New) The method of claim 48, wherein the ratio of dimethyl sulfoxide:acetonitrile:dimethylformamide is 1:1:1.

50.  (New)  The method of claim 48, wherein said temperature is between 0°C and the freezing temperature of the extraction mixture.

51.  (New) The method of claim 48, wherein said temperature is between -50°C and the freezing temperature of the extraction mixture.

52.  (New) The method of claim 48, wherein said plant tissue is rich in glucosinolates.

53.  (New)  The method of claim 52, wherein said plant tissue is selected from the group consisting of cruciferous sprouts measured after 3 days of growth, cruciferous seeds, plants or plant parts.

54.  (New)  The method of claim 53, wherein said sprouts, seeds, plants or plant parts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

55.  (New) The method of claim 53, wherein said sprouts, seeds, plants or plant parts have at least 300,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

56.  (New) The method of claim 53, wherein said sprouts, seeds, plants or plant parts have at least 400,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

57.  (New) The method of claim 53, wherein said sprouts, seeds, plants or plant parts have at least 500,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

58.  (New)  A method of extracting glucosinolates and isothiocyanates from plant tissue rich in glucosinolates, with the exception of cabbage, cress, mustard and radish sprouts, comprising homogenizing said plant tissue in a non-toxic solvent at a temperature sufficient to inactivate myrosinase enzyme activity.

5-B4

Continuation of Prior
App. Serial No. 09/425,890

59. (New) The method according to claim 58, wherein said solvent is water.

60. (New) The method of claim 59, wherein said water is 100°C.

61. (New) The method according to claim 58, wherein said solvent is liquid carbon dioxide.

62. (New) The method according to claim 58, wherein said solvent is ethanol.

63. (New) The method of claim 58, wherein said plant tissue is selected from the group consisting of cruciferous sprouts measured after 3 days of growth, cruciferous seeds, plants and plant parts.

64. (New) The method of claim 63, wherein said sprouts, seeds, plants or plant parts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

65. (New) The method of claim 63, wherein said sprouts, seeds, plants or plant parts have at least 300,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

66. (New) The method of claim 63, wherein said sprouts, seeds, plants or plant parts have at least 400,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

67. (New) The method of claim 63, wherein said sprouts, seeds, plants or plant parts have at least 500,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

Continuation of Prior
App. Serial No. 09/425,890

## REMARKS

Applicants have canceled claims 1-47 without prejudice or disclaimer to the subject matter recited therein, and all rights to such subject matter are expressly reserved for filing in a continuation and/or divisional application. Applicants have added claims 48-67 in order to further define claim scope. No new matter has been added.

Favorable action is respectfully requested. Should there be any questions regarding the application, the Examiner is invited to contact the undersigned representative at the local telephone number below.

Respectfully submitted,

Date:  April 5, 2001

Richard C. Peet
Attorney for Applicant
Registration No. 35,792

FOLEY & LARDNER
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5109
Telephone:    (202) 672-5464
Facsimile:    (202) 672-5399

Inventor : Jed W. Fahey
Paul Talalay

## CANCER CHEMOPROTECTIVE FOOD PRODUCTS

The U.S. Government has a paid-up license in this
5    invention and the right in limited circumstances to
require the patent owner to license others on reasonable
terms as provided for by the terms of grant PO1 CA 44530,
entitled "Novel Strategies for Chemoprotection Against
Cancer", (Paul Talalay, Principal Investigator) awarded
10   by the National Cancer Institute, Department of Health
and Human Services.

## BACKGROUND OF THE INVENTION

### I. Field of Invention

This invention relates to a dietary approach to
15   reducing the level of carcinogens in animals and their
cells and thereby reducing the risk of developing cancer.
In particular, this invention relates to the production
and consumption of foods which are rich in cancer
chemoprotective compounds.   More specifically, this
20   invention relates to chemoprotective compounds that
modulate mammalian enzymes which are involved in
metabolism of carcinogens.   This invention relates to
food sources which are extremely rich in compounds that
induce the activity of Phase 2 enzymes, without inducing
25   biologically significant activities of those Phase 1
enzymes that activate carcinogens.

### II. Background

It is widely recognized that diet plays a large role
in controlling the risk of developing cancers and that
30   increased consumption of fruits and vegetables reduces
cancer incidence in humans.   It is believed that a major
mechanism of protection depends on the presence of
chemical components in plants that, when delivered to

2

mammalian cells, elevate levels of Phase 2 enzymes that detoxify carcinogens.

Early studies on the mechanism of chemoprotection by certain chemicals assumed that these chemoprotectors induced activities of monooxygenases, also known as Phase 1 enzymes or cytochromes P-450. However, Talalay et al., [reviewed in "Chemical Protection Against Cancer by Induction of Electrophile Detoxication (Phase II) Enzymes" In: CELLULAR AND MOLECULAR TARGETS OF CHEMOPREVENTION, L. Wattenberg et al., CRC Press, Boca Raton, FL, pp 469-478 (1992)] determined that administration of the known chemoprotector butylated hydoxyanisole (BHA) to rodents resulted in little change in cytochromes P-450 (Phase 1 enzyme) activities, but profoundly elevated Phase 2 enzymes. Phase 2 enzymes such as glutathione transferases, NAD(P)H:quinone reductase (QR) and glucuronosyltransferases, detoxify DNA-damaging electrophilic forms of ultimate carcinogens. Selective inducers of Phase 2 enzymes are designated monofunctional inducers. Prochaska & Talalay, Cancer Res. 48: 4776-4782 (1988). The monofunctional inducers are nearly all electrophiles and belong to 8 distinct chemical classes including (1) diphenols, phenylenediamines and quinones; (2) Michael reaction acceptors containing olefins or acetylenes conjugated to electron-withdrawing groups; (3) isothiocyanates; (4) 1,2-dithiole-3-thiones; (5) hydroperoxides; (6) trivalent inorganic and organic arsenic derivatives; (7) heavy metals with potencies related to their affinities for thiol groups including $Hg^{2+}$, and $Cd^{2+}$; and (8) vicinal dimercaptans. Prestera et al., Proc. Natl. Acad. Sci. USA 90: 2963-2969 (1993). The only apparent common property shared by all of these inducers is their ability to react with thiol groups.

Chemoprotective agents can be used to reduce the susceptibility of mammals to the toxic and neoplastic effects of carcinogens. These chemoprotectors can be of

5

10

15

20

25

30

35

3

plant origin or synthetic compounds. Synthetic analogs of naturally occurring inducers have also been generated and shown to block chemical carcinogenesis in animals. Posner et al., J. Med. Chem. 37: 170-176 (1994); Zhang et
5    al., Proc. Natl. Acad. Sci. USA 91: 3147-3150 (1994); Zhang et al., Cancer Res. (Suppl) 54: 1976s-1981s (1994).

Highly efficient methods have been developed for measuring the potency of plant extracts to increase or induce the activities of Phase 2 enzymes. Prochaska &
10   Santamaria, Anal. Biochem. 169: 328-336 (1988) and Prochaska et al., Proc. Natl. Acad. Sci. USA 89: 2394-2398 (1992). In addition, these methods have been employed for isolating the compounds responsible for the inducer activities in plants and for evaluating the
15   anticarcinogenic activities of these compounds and their synthetic analogs. Zhang et al., Proc. Natl. Acad. Sci. USA 89: 2399-2403 (1992) and Posner et al., J. Med. Chem. 17: 170-176 (1994).

Although inducer activity has been found in many
20   different families of edible plants, the amounts are highly variable, depending on family, genus, species, variety, or cultivar of the plant selection and on growth and harvesting conditions. Thus, there is a need in the art to identify particular edible plants and methods of
25   growing and preparing them that yield high levels of Phase 2 enzyme-inducer activity for chemoprotection. There is also a need for methods of growing and preparing edible plants that produce a known spectrum of specific inducers of Phase 2 enzyme activity in order to increase
30   the efficiency with which specific carcinogens, or classes of carcinogens, are targeted for inactivation. In addition, there is a need for methods of plant breeding and selection to increase the level of Phase 2 inducer activity and to manipulate the spectrum of
35   inducers produced in particular cultivars.

4

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide food products and food additives that are rich in cancer chemoprotective compounds.

5       Another object of the present invention is to provide food products which contain substantial quantities of Phase 2 enzyme-inducers and are essentially free of Phase 1 enzyme-inducers.

It is a further object of the present invention to
10     provide food products which contain substantial quantities of Phase 2 enzyme-inducing potential and non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

These objects, and others, are achieved by providing
15     cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage. The cruciferous sprouts include *Brassica oleracea* varieties *acephala, alboglabra, botrytis, costata, gemmifera, gongylodes, italica, medullosa,*
20     *palmifolia, ramosa, sabauda, sabellica,* and *selensia*.

Another embodiment of the present invention provides cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage, wherein the sprouts are substantially free
25     of Phase 1 enzyme-inducing potential.

Yet another embodiment of the present invention provides a non-toxic solvent extract of cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage.
30     The non-toxic solvent extract can be a water extract. In addition, the water extract can comprise a cruciferous vegetable, such as a cruciferous vegetable of the genus *Raphanus*, comprising an active myrosinase enzyme.

Another embodiment of the present invention provides a food product comprising cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage; extracts of the sprouts or cruciferous seeds; or any combination of the sprouts or extracts.

A further embodiment of the present invention provides a method of increasing the chemoprotective amount of Phase 2 enzymes in a mammal, comprising the step of administering an effective quantity of cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage.

Yet another embodiment of the present invention provides a method of increasing the chemoprotective amount of Phase 2 enzymes in a mammal, comprising the step of administering an effective quantity of a food product comprising cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage.

Another embodiment of the present invention provides cruciferous sprouts harvested prior to the 2-leaf stage, wherein the sprouts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth from seeds that produce said sprouts and contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates. The cruciferous sprouts include *Brassica oleracea* varieties *acephala, alboglabra, botrytis, costata, gemmifera, gongylodes, italica, medullosa, palmifolia, ramosa, sabauda, sabellica*, and *selensia*.

A further embodiment of the present invention provides a food product comprising sprouts harvested prior to the 2-leaf stage, wherein the sprouts have at

6

least 200,000 units per gram fresh weight of Phase 2
enzyme-inducing potential when measured after 3 days from
growth of seeds that produce the sprouts and contain non-
toxic levels of indole glucosinolates and their breakdown
5    products and goitrogenic hydroxybutenyl glucosinolates;
extracts of the sprouts or cruciferous seeds; or any
combination of the sprouts or extracts.

Yet another embodiment of the present invention
provides cruciferous sprouts harvested prior to the 2-
10   leaf stage, wherein the sprouts have at least 200,000
units per gram fresh weight of Phase 2 enzyme-inducing
potential when measured after 3 days of growth from seeds
that produce the sprouts and contain non-toxic levels of
indole glucosinolates and their breakdown products and
15   goitrogenic hydroxybutenyl glucosinolates and are
substantially free of Phase 1 enzyme-inducing potential.

Another embodiment of the present invention provides
a non-toxic solvent extract of cruciferous sprouts
harvested prior to the 2-leaf stage, wherein the sprouts
20   have at least 200,000 units per gram fresh weight of
Phase 2 enzyme-inducing potential when measured after 3
days of growth from seeds that produce the sprouts and
contain non-toxic levels of indole glucosinolates and
their breakdown products and goitrogenic hydroxybutenyl
25   glucosinolates. The non-toxic solvent extract can be a
water extract. In addition, the water extract can
comprise a cruciferous vegetable, such as a cruciferous
vegetable of the genus Raphanus, comprising an active
myrosinase enzyme.

30   Yet another embodiment of the present invention
provides a method of increasing the chemoprotective
amount of Phase 2 enzymes in a mammal, comprising the
step of administering an effective quantity of
cruciferous sprouts harvested prior to the 2-leaf stage,
35   wherein the sprouts have at least 200,000 units per gram
fresh weight of Phase 2 enzyme-inducing potential when

measured after 3 days of growth from seeds that produce the sprouts and contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

5    Yet another embodiment of the present invention provides a method of increasing the chemoprotective amount of Phase 2 enzymes in a mammal, comprising the step of administering an effective quantity of a food product comprising sprouts harvested prior to the 2-leaf 10 stage, wherein the sprouts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth from seeds that produce the sprouts and contain non-toxic levels of indole glucosinolates and their breakdown products and 15 goitrogenic hydroxybutenyl glucosinolates.

A further embodiment of the present invention provides a method of preparing a food product rich in glucosinolates, comprising germinating cruciferous seeds, with the exception of cabbage, cress, mustard and radish 20 seeds, and harvesting sprouts prior to the 2-leaf stage to form a food product comprising a plurality of sprouts. The cruciferous sprouts include *Brassica oleracea* varieties *acephala, alboglabra, botrytis, costata, gemmifera, gongylodes, italica, medullosa, palmifolia,* 25 *ramosa, sabauda, sabellica,* and *selensia* and contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

Yet another embodiment of the present invention provides a food product rich in glucosinolates made by 30 germinating cruciferous seeds, with the exception of cabbage, cress, mustard and radish seeds, and harvesting sprouts prior to the 2-leaf stage to form a food product comprising a plurality of sprouts.

Yet another embodiment of the present invention 35 provides a method of preparing a food product comprising

extracting glucosinolates and isothiocyanates from cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage, with a non-toxic solvent and recovering the
5    extracted glucosinolates and isothiocyanates. Myrosinase enzyme, or a vegetable, such as *Raphanus* species, containing the enzyme is mixed with the cruciferous sprouts, the extract, or both the sprouts and the extract.

10    An embodiment of the present invention provides a method of preparing a food product rich in glucosinolates, comprising germinating cruciferous seeds having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3
15    days of growth from seeds that produce the sprouts and which contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, and harvesting sprouts prior to the 2-leaf stage to form a food product
20    comprising a plurality of sprouts. The seeds may be *Brassica oleracea*, including the varieties *acephala, alboglabra, botrytis, costata, gemnifera, gongylodes, italica, medullosa, palmifolia, ramosa, sabauda, sabellica,* and *selensia*.

25    Yet another embodiment of the present invention provides a food product rich in glucosinolates made by germinating cruciferous seeds having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth from seeds
30    that produce the sprouts and which contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, and either harvesting sprouts at the 2-leaf stage to form a food product comprising a plurality of sprouts. The
35    nutritional product contains non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

9

A further embodiment of the present invention provides a method of preparing a food product comprising extracting glucosinolates and isothiocyanates with a solvent from cruciferous seeds, sprouts, plants or plant parts, wherein seeds that produce the sprouts, plants or plant parts producing sprouts having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth and wherein the seeds, sprouts, plants or plant parts have non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, and recovering the extracted glucosinolates and isothiocyanates. The non-toxic extraction solvent can be water. Myrosinase enzyme, or a vegetable, such as *Raphanus* species, containing the enzyme is mixed with the cruciferous sprouts, seeds, plants, plant parts or extract, or any combination thereof.

A further embodiment of the present invention provides a method of reducing the level of carcinogens in mammals, comprising administering cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts.

Yet another embodiment of the present invention provides a method of reducing the level of carcinogens in mammals, comprising administering cruciferous sprouts having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth from seeds that produce the sprouts and non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

Another embodiment of the present invention provides a method of preparing a food product by introducing cruciferous seeds, having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when

10

measured after 3 days of growth from seeds that produce
the sprouts and non-toxic levels of indole glucosinolates
and goitrogenic hydroxybutenyl glucosinolates, into an
edible ingredient.

5      A further embodiment of the present invention
provides a method of extracting glucosinolates and
isothiocyanates from plant tissue which comprises
homogenizing the plant tissue in an excess of a mixture
of dimethyl sulfoxide, acetonitrile, and
10    dimethylformamide (DMF/ACN/DMSO) at a temperature that
prevents myrosinase activity.

       Another embodiment of the present invention provides
cruciferous sprouts harvested prior to the 2-leaf stage,
wherein the ratio of monofunctional to bifunctional
15    inducers is at least 20 to 1.

       Another object of the present invention is to provide
a food product supplemented with a purified or partially
purified glucosinolate.

       Other objects, features and advantages of the present
20    invention will become apparent from the following
detailed description. It should be understood, however,
that the detailed description and the specific examples,
while indicating preferred embodiments of the invention,
are given by way of illustration only, since various
25    changes and modifications within the spirit and scope of
the invention will become apparent to those skilled in
the art from this detailed description.

                    *BRIEF DESCRIPTION OF THE DRAWINGS*

       Figure 1 shows the total inducing potential of
30    organic solvent extracts of broccoli and daikon cultivars
as a function of age.

11

Figure 2 shows the high resolution NMR spectra of isolated glucosinolates obtained from hot aqueous extracts of 3-day old Saga broccoli sprouts.

## *DETAILED DESCRIPTION*

5    **I.  Definitions**

In the description that follows, a number of terms are used extensively. The following definitions are provided to facilitate understanding of the invention.

A **bifunctional inducer** is a molecule which increases
10    activities of both Phase 1 enzymes such as cytochromes P-450 and Phase 2 enzymes and requires the participation of Aryl hydrocarbon (Ah) receptor and its cognate Xenobiotic Response Element (*XRE*). Examples include flat planar aromatics such as polycyclic hydrocarbons, azo dyes or
15    2,3,7,8-tetrachloro-dibenzo-p-dioxin (TCDD).

A **chemoprotector** or **chemoprotectant** is a synthetic or naturally occurring chemical agent that reduces susceptibility in a mammal to the toxic and neoplastic effects of carcinogens.

20    A **food product** is any ingestible preparation containing the sprouts of the instant invention, or extracts or preparations made from these sprouts, which are capable of delivering Phase 2 inducers to the mammal ingesting the food product. The food product can be
25    freshly prepared such as salads, drinks or sandwiches containing sprouts of the instant invention. Alternatively, the food product containing sprouts of the instant invention can be dried, cooked, boiled, lyophilized or baked. Breads, teas, soups, cereals,
30    pills and tablets, are among the vast number of different food products contemplated.

**Inducer activity** or **Phase 2 enzyme-inducing activity** is a measure of the ability of a compound(s) to induce

12

Phase 2 enzyme activity. In the present invention, inducer activity is measured by means of the murine hepatoma cell bioassay of QR activity *in vitro*. Inducer activity is defined herein as QR inducing activity in Hepa 1c1c7 cells (murine hepatoma cells) incubated with extracts of sprouts, seeds or other plant parts untreated with myrosinase. Inducer activity is measured in Hepa 1c1c7 murine hepatoma cells grown in 96-well microtiter plates. Typically 10,000 Hepa 1c1c7 cells are introduced into each well. Hepatoma cells are grown for 24 hours and a plant extract containing microgram quantities of fresh plant tissue is serially diluted across the microtiter plates into fresh culture medium containing 0.15 ml αMEM culture medium amended with 10% Fetal Calf Serum (FCS) and streptomycin and penicillin. The cells are further incubated for 48 hours. QR activity (based on the formation of the blue-brown reduced tetrazolium dye) is measured with an optical microtiter plate scanner in cell lysates prepared in one plate, and related to its protein concentration. Quantitative information on specific activity of QR is obtained by computer analysis of the absorbances. One unit of inducer activity is the amount that when added to a single microtiter well doubles the QR activity. (*See* Prochaska and Santamaria, *Anal. Biochem.* <u>169</u>: 328-336 (1988) and Prochaska et al., *Proc. Natl. Acad. Sci. USA* <u>89</u>: 2394-2398 (1992)).

**Inducer potential** or **Phase 2 enzyme-inducing** potential is a measure of the combined amounts of inducer activity in plant tissue provided by isothiocyanates, plus glucosinolates that can be converted by myrosinase to isothiocyanates. Glucosinolates are not themselves inducers of mammalian Phase 2 enzymes, whereas isothiocyanates are inducers. Inducer potential therefore is defined herein as QR activity in murine 1c1c7 hepatoma cells incubated with myrosinase-treated extracts of the sprouts, seeds or other plant parts. In the present invention therefore inducer potential is measured by means of the murine hepatoma cell bioassay of

13

QR activity *in vitro* as described above. Inducer potential is measured in Hepa 1c1c7 murine hepatoma cells grown in 96-well microtiter plates. Typically, 10,000 Hepa 1c1c7 cells are introduced into each well. Hepatoma cells are grown for 24 hours and a plant extract containing microgram quantities of fresh plant tissue is serially diluted across the microtiter plates into fresh culture medium containing 0.15 ml αMEM culture medium amended with 10% Fetal Calf Serum (FCS) and streptomycin and penicillin. Myrosinase (6 units/ml plant extract) is added to the plant extract. Myrosinase is purified by modification of the technique of Palmieri *et al.*, *Anal. Biochem.* 35: 320-324 (1982) from 7 day old Daikon sprouts grown on agar support containing no added nutrients. Following 234-fold purification, the myrosinase had a specific activity of 64 units/mg protein [unit = amount of enzyme required to hydrolyze 1 $\mu$mol sinigrin/min]. Plant extract is diluted 200-fold into the initial wells of the microtiter plate followed by 7 serial dilutions. The cells are further incubated for 48 hours. QR activity (based on the formation of the blue-brown reduced tetrazolium dye) is measured with an optical microtiter plate scanner in cell lysates prepared in one plate, and related to its protein concentration. Quantitative information on specific activity of QR is obtained by computer analysis of absorbances. One unit of inducer potential is the amount that when added to a single microtiter well doubles the QR activity. (*See* Prochaska and Santamaria, *Anal. Biochem.* 169: 328-336 (1988) and Prochaska *et al.*, *Proc. Natl. Acad. Sci. USA* 89: 2394-2398 (1992)).

A **monofunctional inducer** increases the activity of Phase 2 enzymes selectively without significantly altering Phase 1 enzyme activities. Monofunctional inducers do not depend on a functional *Ah* receptor but enhance transcription of Phase 2 enzymes by means of an Antioxidant Responsive Element (ARE).

14

A cruciferous **sprout** is a plant or seedling that is at an early stage of development following seed germination. Cruciferous seeds are placed in an environment in which they germinate and grow. The cruciferous sprouts of the instant invention are harvested following seed germination through and including the 2-leaf stage. The cruciferous sprouts of instant invention have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential at 3-days following incubation under conditions in which cruciferous seeds germinate and grow.

**II. Description**

A major mechanism of protection provided by fruits and vegetables in reducing the cancer incidence in humans depends on minor chemical components which, when delivered to mammalian cells, elevate levels of Phase 2 enzymes that detoxify carcinogens. It has now been discovered that the anticarcinogenic activity of certain edible plants can be increased. Plants such as *Brassica oleracea* variety *italica* (broccoli) are normally not harvested until they form heads. By growing these plants only to the seedling or sprout stage, that is between the onset of germination and the 2-leaf stage, the levels of inducers of enzymes that detoxify carcinogens and protect against cancer can be increased at least five-fold over those found in commercial stage vegetables of the same cultivars. Often increases of between 10 and 1000-fold have been observed.

Harvesting plants at an early seedling or sprout stage, or otherwise arresting their growth, leads to the greatest inducer potential and yields a food product of a type to which consumers are already accustomed. The Phase 2 enzyme-inducing potential of such sprouts may be as much as several hundred times higher than that observed in adult, market stage vegetables obtained from the same seeds. Thus it is possible that humans can consume the same quantities of inducer potential by

15

eating relatively small quantities of sprouts, rather
than large quantities of market-stage vegetables.

It has now been found that most of the inducer
potential of crucifer plants is due to their content of
5    isothiocyanates    and    their    biogenic    precursors,
glucosinolates.    Glucosinolates    are    converted    to
isothiocyanates by the enzyme myrosinase which is a
thioglucosidase.    Normally myrosinase and glucosinolates
are separated in the cell and if the cell is damaged,
10    with loss of compartmentalization, myrosinase comes into
contact with glucosinolates, which are then converted to
isothiocyanates.

In order to screen large numbers of edible plants and
to evaluate the effects of environmental perturbation on
15    Phase 2 enzyme-inducer potential in those vegetables, it
was necessary to improve upon the previously described
techniques for homogenization and extraction of those
vegetables.    Techniques    initially    described    for    the
extraction of Phase 2 inducers from vegetables involved
20    homogenization    of    the    vegetables    in    cold    water,
lyophilization, extraction of the resultant powder with
acetonitrile, filtration and evaporative concentration,
Prochaska et al., Proc. Natl. Acad. Sci. USA 89: 2394-
2398 (1992).

25    Following    identification    of    sulforaphane    as    the
principal Phase 2 inducer from broccoli, comparative
extractions were performed into hot 80% methanol,
yielding similar inducer activity as the aforementioned
acetonitrile extracts.    When myrosinase was added to
30    these hot methanol extracts in which glucosinolates are
freely soluble, there was a dramatic enhancement of the
Phase    2    inducer    activity    of    these    extracts    (data
summarized in Table 1).    The deliberate conversion of
these glucosinolates to isothiocyanates using exogenous
35    myrosinase thus gave a better index of the inducers for
Phase 2 enzymes of the vegetables tested.    It was thus

16

clear that the majority of the potential Phase 2 inducers
in crucifers was usually present in whole plants as the
glucosinolate precursors of isothiocyanates.

The preponderance of glucosinolates and the rapidity
5    with which, upon wounding of cruciferous plant tissue,
glucosinolates are converted to isothiocyanates, led to
the development of an improved extraction procedure. By
manipulation of solvent mixtures and of the water
activity of fresh vegetable/solvent homogenates, a
10   procedure was developed that permits both glucosinolate
and isothiocyanate quantification from the same,
non-concentrated sample. In addition to being the
rate-limiting step in an extraction protocol, evaporative
concentration allows volatile inducers to escape
15   detection. The improved procedure is both simple and
efficient, requiring only that the plant sample be
completely homogenized in solvent. Using this technique,
the present inventors have thus been able to demonstrate
dramatic increases in the recovery of inducer activity
20   and inducer potential from cruciferous vegetables over
previously described techniques.

If fresh-picked vegetables are promptly and gently
harvested, directly into organic solvents comprising a
mixture of DMF/ACN/DMSO and a temperature that prevents
25   myrosinase activity, both glucosinolates and
isothiocyanates are efficiently extracted into the
organic solvent mixture. Preferably, the DMF, ACN and
DMSO are mixed in equal volumes. However, the volumes of
the three solvents in the mixture can be varied to
30   optimize extraction of specific glucosinolates and
isothiocyanates from any plant tissue. The temperature
of the extraction mixture is preferably less than 0°C,
and most preferably less than -50°C. The temperature of
the extraction solvent must be kept above freezing. At
35   the same time the enzyme myrosinase, which invariably
accompanies these constituents in the plants and rapidly
converts glucosinolates into isothiocyanates, is

17

inactive.    Such    extracts    typically    contain    high
quantities of glucosinolates and negligible quantities of
isothiocyanates.    The *in planta* myrosinase  activity
varies between different plant species.

5        Glucosinolates    are    not    themselves    inducers    of
mammalian Phase 2 enzymes, whereas isothiocyanates are
monofunctional  inducers  in  the  murine  hepatoma  cell
bioassay of QR activity.    The inducer potential, as
distinct from inducer activity, of plant extracts can be
10    measured by adding purified myrosinase, obtained from the
same, or other plant sources, to the assay system.

       Glucosinolates are converted at least partially to
isothiocyanates in humans.    If, however, it is desirable
to    accelerate    this    conversion,    broccoli    or    other
15    vegetable sprouts, high in glucosinolates, can be mixed
with myrosinase.    The mixture can be in water, or some
other    non-toxic    solvent    that    does    not    inactivate
myrosinase.    The myrosinase can be from a partially
purified or purified preparation.    Alternatively, the
20    myrosinase can be present in plant tissue, such as a
small quantity of crucifer sprouts rich in myrosinase,
including *Raphanus sativus* or daikon.    Such a preparation
can be used to produce a "soup" for ingestion that is
high  in  isothiocyanates  and  low  in  glucosinolates.
25    Inducer potential can be measured using a multiwell plate
screen    with    murine    hepatoma    cells    for    *in vitro*
measurement of QR specific activity as described above.

       The ratio of monofunctional to bifunctional inducer
activity of plant tissue is measured by bioassaying plant
30    extracts, as described above, not only in wild-type Hepa
1c1c7 cells, but also, in mutants designated c1 and BP$^r$c1
that  have  either  defective  *Ah*  receptors  or  defective
cytochrome $P_1$-450 genes, respectively.    Prochaska and
Talalay, *Cancer Research* 48: 4776-4782 (1988).

18

A harvested sprout according to the present invention can be incorporated immediately into food products such as fresh salads, sandwiches or drinks. Alternatively, the growth of the harvested sprout can be arrested by some active human intervention, for example by refrigeration, at a stage of growth prior to the 2-leaf stage, typically between 1 and 14 days after germination of seeds. Growth arrest can also be accomplished by removing a sprout from its substrate and/or water source. Freezing, drying, baking, cooking, lyophilizing and boiling are among the many treatments that can be used to arrest growth. These may also be useful for either preserving myrosinase activity in the sprout (e.g., lyophilizing) or for inactivating myrosinase activity in the sprout (e.g., boiling), as is desired in a particular application.

The harvested sprout can also be allowed to mature further, under different growing conditions, prior to incorporation into a food product. For example, the sprout can be harvested at a very young age of development, such as 1 to 2 days after seed imbibition. The sprout can then be allowed to mature under different growing conditions, such as increased or decreased light intensity, temperature or humidity; exposure to ultraviolet light or other stresses; or addition of exogenous nutrients or plant growth regulators (hormones). The sprout is then immediately incorporated into a food product, such as for fresh consumption in salads. Alternatively, the growth of the sprout is arrested and/or further treated by means of lyophilization, drying, extracting with water or other solvents, freezing, baking, cooking, or boiling, among others.

A sprout is suitable for human consumption if it does not have non-edible substrate such as soil attached or clinging to it. Typically the sprouts are grown on a non-nutritive solid support, such as agar, paper towel,

5-B24

19

blotting paper, Vermiculite, Perlite, etc., with water and light supplied. Thus, if a sprout is not grown in soil, but on a solid support, it does not need to be washed to remove non-edible soil. If a sprout is grown
5    in a particulate solid support, such as soil, Vermiculite, or Perlite, washing may be required to achieve a sprout suitable for human consumption.

Sprouts can be grown in containers which are suitable for shipping and marketing. Typically such containers
10   are plastic boxes or jars which contain a wetted pad at the bottom. The containers allow light to penetrate while providing a mechanically protective barrier. Numerous methods for the cultivation of sprouts are known, as exemplified by U.S. Patent Nos. 3,733,745,
15   3,643,376, 3,945,148, 4,130,964, 4,292,760 or 4,086,725. Food products containing the sprouts of the instant invention can be stored and shipped in diverse types of containers such as jars, bags and boxes, among many others.

20   Sprouts suitable as sources of cancer chemoprotectants are generally cruciferous sprouts, with the exception of cabbage (*Brassica oleracea capitata*), cress (*Lepidiumsativum*), mustard (*Sinapis alba* and *S. niger*) and radish (*Raphanus sativus*) sprouts. The
25   selected sprouts are typically from the family *Cruciferae*, of the tribe *Brassiceae*, and of the subtribe *Brassicinae*. Preferably the sprouts are *Brassica oleracea* selected from the group of varieties consisting of *acephala* (kale, collards, wild cabbage, curly kale),
30   *medullosa* (marrowstem kale), *ramosa* (thousand head kale), *alboglabra* (Chinese kale), *botrytis* (cauliflower, sprouting broccoli), *costata* (Portuguese kale), *gemmifera* (Brussels sprouts), *gongylodes* (kohlrabi), *italica* (broccoli), *palmifolia* (Jersey kale), *sabauda* (savoy
35   cabbage), *sabellica* (collards), and *selensia* (borecole), among others.

Particularly useful broccoli cultivars to be used in the claimed method are Saga, DeCicco, Everest, Emerald City, Packman, Corvet, Dandy Early, Emperor, Mariner, Green Comet, Green Valiant, Arcadia, Calabrese Caravel,
5      Chancellor, Citation, Cruiser, Early Purple Sprouting Red Arrow, Eureka, Excelsior, Galleon, Ginga, Goliath, Green Duke, Greenbelt, Italian Sprouting, Late Purple Sprouting, Late Winter Sprouting White Star, Legend, Leprechaun, Marathon, Mariner, Minaret (Romanesco),
10     Paragon, Patriot, Premium Crop, Rapine (Spring Raab), Rosalind, Salade (Fall Raab), Samurai, Shogun, Sprinter, Sultan, Taiko, and Trixie.  However, many other broccoli cultivars are suitable.

Particularly useful cauliflower cultivars are
15     Alverda, Amazing, Andes, Burgundy Queen, Candid Charm, Cashmere, Christmas White, Dominant, Elby, Extra Early Snowball, Fremont, Incline, Milkyway Minuteman, Rushmore, S-207, Serrano, Sierra Nevada, Siria, Snow Crown, Snow Flake, Snow Grace, Snowbred, Solide, Taipan, Violet
20     Queen, White Baron, White Bishop, White Contessa, White Corona, White Dove, White Flash, White Fox, White Knight, White Light, White Queen, White Rock, White Sails, White Summer, White Top, Yukon.  However, many other cauliflower cultivars are suitable.

25     Suitable sprouts will have at least 200,000 units per gram of fresh weight of Phase 2 enzyme-inducing potential following 3-days incubation of seeds under conditions in which the seeds germinate and grow.  Preferably the sprouts will have at least 250,000 units of inducer
30     potential per gram of fresh weight, or even 300,000 units, 350,000 units, 400,000 units, or 450,000 units. Some samples have been found to contain greater than 500,000 units per gram of fresh weight at 3-days of growth from seeds.

35     The level of inducing activity and inducing potential has been found to vary among crucifers and even among

21

cultivars.    Most    preferably,    the    sprouts    are
substantially free of indole glucosinolates and their
breakdown products which have Phase 1 enzyme-inducing
potential in mammalian cells, and substantially free of
5    toxic levels of goitrogenic nitriles and glucosinolates
such    as    hydroxybutenyl    glucosinolates,    which    upon
hydrolysis    yield    oxazolidonethiones    which    are
goitrogenic.   Mature Brussels sprouts and rapeseed are
rich in these undesirable glucosinolates.

10       Non-toxic solvent extracts according to the invention
are useful as healthful infusions or soups.  Non-toxic or
easily removable solvents useful for extraction according
to the present invention include water, liquid carbon
dioxide or ethanol, among others.   The sprouts can be
15   extracted with cold, warm, or preferably hot or boiling
water which denature or inactivate myrosinase.    The
residue of the sprouts, post-extraction, may or may not
be removed from the extract.   The extraction procedure
may be used to inactivate myrosinase present in the
20   sprouts.   This may contribute to the stability of the
inducer potential.  The extract can be ingested directly,
or can be further treated.   It can, for example, be
evaporated to yield a dried extracted product.   It can be
cooled, frozen, or freeze-dried.   It can be mixed with a
25   crucifer vegetable which contains an active myrosinase
enzyme.   This will accomplish a rapid conversion of the
glucosinolates to isothiocyanates, prior to ingestion.
Suitable vegetables that contain active myrosinase are of
the genus *Raphanus*, especially daikon, a type of radish.

30       Seeds, as well as sprouts have been found to be
extremely rich in inducer potential.   Thus it is within
the scope of the invention to use crucifer seeds in food
products.   Suitable crucifer seeds may be ground into a
flour or meal for use as a food or drink supplement.   The
35   flour or meal is incorporated into breads, other baked
goods, or health drinks or shakes.   Alternatively, the
seeds may be extracted with a non-toxic solvent such as

22

water, liquid carbon dioxide or ethanol to prepare soups, teas or other drinks and infusions. The seeds can also be incorporated into a food product without grinding. The seeds can be used in many different foods such as
5    salads, granolas, breads and other baked goods, among others.

Food products of the instant invention may include sprouts, seeds or extracts of sprouts or seeds taken from one or more different crucifer genera, species,
10   varieties, subvarieties or cultivars. It has been found that genetically distinct crucifers produce chemically distinct Phase 2 enzyme-inducers. Different Phase 2 enzyme-inducers detoxify chemically distinct carcinogens at different rates. Accordingly, food products composed
15   of genetically distinct crucifer sprouts or seeds, or extracts or preparations made from these sprouts or seeds, will detoxify a broader range of carcinogens.

Glucosinolates and/or isothiocyanates can be purified from seed or plant extracts by methods well known in the
20   art. *See* Fenwick *et al.*, *CRC Crit. Rez. Food Sci. Nutr.* **18**: 123-201 (1983) and Zhang *et al.*, *Pro. Natl Acad. Sci. USA* **89**: 2399-2403 (1992). Purified or partially purified glucosinolate(s) or isothiocyanate(s) can be added to food products as a supplement. The dose of glucosinolate
25   and/or isothiocyanate added to the food product preferably is in the range of 1 $\mu$mol to 1,000 $\mu$mols. However, the dose of glucosinolate and/or isothiocyanate supplementing the food product can be higher.

The selection of plants having high Phase 2 enzyme-
30   inducer potential in sprouts, seeds or other plant parts can be incorporated into *Cruciferae* breeding programs. In addition, these same breeding programs can include the identification and selection of cultivars that produce specific Phase 2 enzyme-inducers, or a particular
35   spectrum of Phase 2 enzyme-inducers. Strategies for the crossing, selection and breeding of new cultivars of

23

*Cruciferae* are well known to the skilled artisan in this field. *Brassica Crops and Wild Allies: Biology & Breeding;* S. Tsunoda *et al.* (eds), Japan Scientific Societies Press, Tokyo pp. 354 (1980). Progeny plants are screened for Phase 2 inducer activity or the chemical identity of specific Phase 2 enzyme-inducers produced at specific plant developmental stages. Plants carrying the trait of interest are identified and the characteristic intensified or combined with other important agronomic characteristics using breeding techniques well known in the art of plant breeding.

### Example 1

#### COMPARISON OF CRUCIFEROUS SPROUT INDUCING POTENTIAL

Sprouts were prepared by first surface sterilizing seeds of different species from the cruciferae family with a 1 min treatment in 70% ethanol, followed by 15 min in 1.3% sodium hypochlorite containing approximately 0.001% Alconox detergent. Seeds were grown in sterile plastic containers at a density of approximately 8 seeds/cm$^2$ for from 1 to 9 days on a 0.7% agar support that did not contain added nutrients. The environment was carefully controlled with broad spectrum fluorescent lighting, humidity and temperature control. The seeds and sprouts were incubated under a daily cycle of 16 hours light at 25°C and 8 hours dark at 20°C.

Sprouts were harvested following 3-days of incubation and immediately plunged into 10 volumes of a mixture of equal volumes of DMF/ACN/DMSO at -50°C. This solvent mixture has a freezing point of approximately -33°C, but when admixed with 10% water, as found in plant material, the freezing point is depressed to below -64°C. The actual freezing point depression is even greater with plant material.

Homogenization was accomplished either by manually grinding the samples in a glass-on-glass homogenizer in

24

the presence of a small amount of the total solvent used,
then gradually adding more solvent or homogenizing the
sample in 10 volumes of solvent using a Brinkman Polytron
Homogenizer for 1 min at half-maximum power.  The
5    homogenate was then centrifuged to remove remaining
particulates and stored at -20°C until assayed.

Inducer potential of plant extracts prepared as
described above, was determined by the microtiter plate
bioassay method as described in the Definitions section
10    above.

Broccoli and cauliflower sprouts harvested and
assayed at 3-days after incubation of seeds under growth
conditions have Phase 2 enzyme-inducer potential greater
than 200,000 units/g fresh weight.  On the other hand,
15    cabbage, radish, mustard and cress have Phase 2 enzyme-
inducer potential of less than 200,000 units/g fresh
weight when assayed at the same time point.

### Example 2
*VARIATION IN INDUCER POTENTIAL AMONG DIFFERENT BROCCOLI*
20    *CULTIVARS*

There is variation in inducer potential among
different broccoli cultivars.  In addition, most of the
inducer potential in crucifers is present as precursor
glucosinolates.  The inducer activity and inducer
25    potential of market stage broccoli heads was determined
following DMF/ACN/DMSO extractions and assay of QR
activity as described above.

Bioassay of homogenates of such market stage broccoli
heads, with and without the addition of purified plant
30    myrosinase, showed that the amount of QR activity found
in the absence of myrosinase was less than 5% of that
observed with added myrosinase.  These observations
confirmed previous suggestions (see Matile *et al.*,

25

*Biochem. Physiol. Pflanzen* <u>179</u>: 5-12 (1984)) that uninjured plants contain almost no free isothiocyanates.

### TABLE 1
### Effect of Myrosinase on Inducer Activity
### of Market-Stage Broccoli Plant Heads

| Broccoli cultivar | Units per gram (wet weight) vegetable | |
|---|---|---|
| | -myrosinase | +myrosinase |
| DeCicco | 5,882 | 37,037 |
| Calabrese Corvet | 1,250 | 41,666 |
| Everest | * | 8,333 |
| Dandy Early | * | 20,000 |
| Emperor | * | 13,333 |
| Saga | 5,000 | 13,333 |
| Emerald City | * | 12,500 |

* Below limits of detection (833 units/g).

As can be observed in Table 1, most of the plant inducer potential is derived from glucosinolates following hydrolysis by myrosinase to form isothiocyanates. Hence, hydrolysis is required for biological activity.

### Example 3
### *INDUCER POTENTIAL IS HIGHEST IN SEEDS AND DECREASES AS SPROUTS MATURE*

Phase 2 enzyme-inducer potential is highest in seeds and decrease gradually during early growth of seedlings. Plants were prepared by first surface sterilizing seeds of *Brassica oleracea* variety *italica* cultivars Saga and DeCicco with a 1 min treatment in 70% ethanol, followed

by 15 min in 1.3% sodium hypochlorite containing approximately 0.001% Alconox detergent. Seeds were grown in sterile plastic containers at a density of approximately 8 seeds/cm$^2$ on a 0.7% agar support that did

5   not contain added nutrients. The environment was carefully controlled with broad spectrum fluorescent lighting, humidity and temperature control. The seeds and sprouts were incubated under a daily cycle of 16 hours light at 25°C and 8 hours dark at 20°C.

10   Each day plants were rapidly and gently collected from the surface of the agar from replicate containers. The plants were harvested gently to minimize glucosinolate hydrolysis by endogenous myrosinase released upon plant wounding. Samples containing

15   approximately 40 sprouts were homogenized in 10 volumes of DMF/ACN/DMSO solvent at -50°C which dissolves nearly all the non-lignocellulosic plant material.

Harvested plants were homogenized and QR activity with and without myrosinase, was determined as described

20   above. As can be seen in Figure 1, Phase 2 enzyme-inducer potential per gram of plant is highest in seeds, but decreases gradually following germination. No detectable (less than 1000 units/g) QR inducer activity was present in the absence of added myrosinase.

25   *Example 4*

*SPROUTS HAVE HIGHER INDUCER POTENTIAL THAN MARKET STAGE PLANTS*

The cruciferous sprouts of the instant invention have higher Phase 2 enzyme-inducer potential than market stage

30   plants. More specifically, sprouts have at least a 5-fold greater Phase 2 enzyme-inducing potential than mature vegetables. For example, total inducing potential of 7-day-old broccoli sprouts, extracted with DMF/ACN/DMSO and treated with myrosinase, as described

above, were 238,000 and 91,000 units/g fresh weight, compared to 25,000 and 20,000 units/g fresh weight for field-grown heads of broccoli cultivars Saga and DeCicco, respectively.

5    Sprout extracts of over 40 different members of the *Cruciferae* have now been bioassayed and broccoli sprouts remain the most Phase 2 enzyme-inducer-rich plants tested. Total inducing potential of organic solvent extracts of market stage and sprout stage broccoli and
10    daikon is shown in Table 2.

TABLE 2

Comparison of Inducer Potential in

Sprouts and Mature Vegetables

| Vegetable Cultivar* | Activity (units/g fresh weight) | | -Fold Difference |
|---|---|---|---|
| | Mature Vegetable | Sprout** | |
| **DAIKON** | | | |
| Miura | 625 | 26,316 | 42 |
| Tenshun | 3,333 | 33,333 | 10 |
| Hakkai | 1,471 | 16,667 | 11 |
| Ohkura | 2,857 | 50,000 | 18 |
| **BROCCOLI** | | | |
| Saga | 25,000 | 476,000 | 19 |
| DeCicco | 25,000 | 625,000 | 25 |
| Everest | 8,333 | 1,087,000 | 130 |
| Emerald City | 12,500 | 833,000 | 67 |
| Packman | 20,000 | 556,000 | 28 |

*The commercial portion of each plant was sampled (*e. g.* the taproot of *Raphanus sativus* variety *radicola* [radish]), and heads of *Brassicsa oleracea* variety *italica* [broccoli]). Myrosinase was added to all extracts tested.

30    **Broccoli sprouts were 1-day old and daikon seedlings were 4-5-days old.

Sprouts of the broccoli cultivar Everest contained 130-fold more inducer potential (units/g fresh weight) than mature vegetables. The inducer activity in broccoli was significantly higher than in daikon.

5                        *Example 5*
        *INDUCER POTENTIAL OF BROCCOLI SPROUT EXTRACTS*

Inducer potential of a series of water extracts of 3-day old broccoli sprouts of the cultivar Saga were determined. Plants were prepared by first surface
10  sterilizing seeds of *Brassica oleracea* variety *italica* (broccoli) cultivar Saga by a 1 min treatment in 70% ethanol, followed by 15 min in 1.3% sodium hypochlorite containing approximately 0.001% Alconox detergent. Seeds were grown in sterile plastic containers at a density of
15  approximately 8 seeds/cm$^2$ for 72 hours on a 0.7% agar support that did not contain added nutrients. The environment was carefully controlled with broad spectrum fluorescent lighting, humidity and temperature control (16 hours light, 25°C / 8 hours dark, 20°C).

20  Plants were rapidly and gently collected from the surface of the agar to minimize glucosinolate hydrolysis by endogenous myrosinase released upon plant wounding. Sprouts (approximately 25 mg fresh wt/sprout) were gently harvested and immediately and rapidly plunged into
25  approximately 3 volumes of boiling water in order to inactivate endogenous myrosinase as well as to extract glucosinolates and isothiocyanates from the plant tissue. Water was returned to a boil and maintained at a rolling boil for 3 min. The sprouts were then either strained
30  from the boiled infusion [tea, soup] or homogenized in it, and the residue then removed by filtration or centrifugation.

Data in Table 3 represent both homogenates and infusions. Preparations were stored at -20°C until
35  assayed. Inducer potential of plant extracts, prepared

as described above, was determined as described in Definitions section above.

TABLE 3

Inducer Potentials of Hot Water Extracts of 3-Day Saga Broccoli Sprouts

| EXTRACT NO. | units/g fresh weight |
|-------------|---------------------|
| 1 | 500,000 |
| 2 | 370,000 |
| 3 | 455,000 |
| 4 | 333,000 |
| 5 | 435,000 |
| 6 | 333,000 |
| 7 | 625,000 |
| 8 | 250,000 |
| 9 | 313,000 |
| 10 | 357,000 |
| 11 | 370,000 |
| 12 | 370,000 |
| 13 | 217,000 |
| 14 | 222,000 |
| 15 | 1,000,000 |
| 16 | 714,000 |
| 17 | 435,000 |
| 18 | 1,250,000 |
| 19 | 263,000 |
| AVERAGE | 464,000 ± 61,600 S.E.M. |

Some variability in the amount of Phase 2 enzyme-inducer potential was detected. High levels of Phase 2 enzyme-inducer potential, however, were consistently observed.

5

### Example 6

### HOT WATER BROCCOLI EXTRACTS TREATED
### WITH DAIKON MYROSINASE

QR activity in a hot water broccoli extract increased in the presence of a vegetable source of myrosinase. An
10    aqueous extraction of 3-day old sprouts of broccoli cultivar Saga grown on water agar, in which myrosinase was inactivated by boiling for 3 min, was divided into 6 different 150 ml aliquots. Nine-day old daikon sprouts, a rich source of the enzyme myrosinase, were added to
15    this cooled infusion in amounts equivalent to 0, 5, 9, 17, 29 and 40% (w/w) of the broccoli. QR activity, as determined in the Definition section, of the control extracts containing 0% daikon was 26,300 units/gram fresh weight while QR activity of the extracts that had
20    received daikon as a source of myrosinase ranged from 500,000 to 833,000 units/gram fresh weight of broccoli. Accordingly, myrosinase present in the daikon sprouts, increased the QR activity in the broccoli extract greater than 19-fold.

25

### Example 7

### GLUCORAPHANIN AND GLUCOERUCIN ARE THE PREDOMINANT
### GLUCOSINOLATES IN HOT WATER EXTRACTS OF BROCCOLI
### (CULTIVAR SAGA) SPROUTS

*Paired Ion Chromatography (PIC).* Centrifuged hot
30    water extracts of 3-day-old broccoli (cultivar Saga) sprouts were subjected to analytical and preparative PIC on a reverse phase C18 Partisil ODS-2 HPLC column in ACN/$H_2O$ (1/1, by vol.) with tetraoctylammonium (TOA) bromide as the counter-ion. Only three well-separated
35    peaks were detected: peak A eluted at 5.5 min, B at 11.5

min, and C at 13 min at a molar ratio [A:B:C] of ca. 2.5 : 1.6 : 1.0 (monitored by UV absorption at 235 nm), and they disappeared if the initial extracts were first treated with highly purified myrosinase. Peaks A, B, and C contained no significant inducer activity, and cyclocondensation assay of myrosinase hydrolysates showed that only Peaks A and C produced significant quantities of isothiocyanates, accounting for all the inducer activity. See Zhang et al., Anal. Biochem. 205: 100-107 (1992). Peak B was not further characterized. Peaks A and C were eluted from HPLC as TOA salts but required conversion to ammonium salts for successful mass spectroscopy, NMR and bioassay. The pure peak materials were dried in a vacuum centrifuge, redissolved in aqueous 20 mM $NH_4Cl$, and extracted with chloroform to remove excess TOA bromide. The ammonium salts of glucosinolates remained in the aqueous phase, which was then evaporated.

Identification of Glucosinolates. The ammonium salts of Peaks A and C were characterized by mass spectrometric and NMR techniques: (a) negative ion Fast Atom Bombardment (FAB) on a thioglyerol matrix; this gave values of 436 (Peak A) and 420 (Peak C) amu for the negative molecular ions, and (b) high resolution NMR, as shown in Figure 2, provided unequivocal identification of the structure. Peak A is glucoraphanin [4-methylsulfinylbutyl glucosinolate], and Peak C is the closely related glucoerucin [4-methythiobutyl glucosinolate]. These identifications and purity are also consistent with the inducer potencies; Peaks A and C, after myrosinase hydrolysis had potencies of 36,100 and 4,360 units/μmol, respectively, compared with reported CD values of 0.2 μM (33,333 units/μmol) for sulforaphane and 2.3 μM (2,900 units/μmol) for erucin. CD values are the concentrations of a compound required to double the QR specific activity in Hepa 1c1c7 murine hepatoma cells. Since there are no other glucosinolate peaks, and the inducer activity of peak A and C account for the total inducer activity of the extracts, it is

therefore likely that in this cultivar of broccoli, there are no significant quantities of other inducers, *i.e.,* no indole or hydroxyalkenyl glucosinolates. Further, the isolated compounds are therefore substantially pure.

5

### *Example 8*

### *COMPARISON OF AQUEOUS AND ORGANIC SOLVENT TECHNIQUES FOR EXTRACTION OF INDUCER POTENTIAL*

Plants were prepared by first surface sterilizing seeds of *Brassica oleracea* variety *italica* (broccoli) 10 cultivar Saga, with 70% ethanol followed by 1.3% sodium hypochlorite and 0.001% alconox. The seeds were grown in sterile plastic containers at a density of approximately 8 seeds/cm$^2$ for 72 hours on a 0.7% agar support that did not contain added nutrients. The environment was 15 carefully controlled with broad spectrum fluorescent lighting, humidity, and temperature control (16 hours light, 25°C/8 hours dark, 20°C).

The plants were rapidly and gently collected from the surface of the agar to minimize glucosinolate hydrolysis 20 by endogenous myrosinase released upon plant wounding. A portion of the plants was homogenized with 10 volumes of the DMF/ACN/DMSO solvent at -50°C, as described in Example 1, which dissolves nearly all the non-lignocellulosic plant material. Alternatively, the bulk 25 of the harvested plants was plunged into 5 volumes of boiling water for 3 min to inactivate endogenous myrosinase and to extract glucosinolates and isothiocyanates. The cooled mixture was homogenized, centrifuged, and the supernant fluid was stored at -20°C.

30 Inducer potential of plant extracts, prepared by the two methods described above, was determined by the microtiter plate bioassay as described above. Typical inducer potentials in an average of 5 preparations were 702,000 (DMF/ACN/DMSO extracts) and 505,000 (aqueous 35 extracts) units/g fresh weight of sprouts.

33

Spectrophotometric quantitation of the cyclocondensation product of the reaction of isothiocyanates with 1,2-benzenedithiole was carried out as described in Zhang et al., *Anal. Biochem.* 205: 100-107
5    (1992). Glucosinolates were rapidly converted to isothiocyanates after addition of myrosinase. About 6% of the total hot water extractable material [dissolved solids] consisted of glucosinolates. These results demonstrate that (a) isothiocyanate levels in the crude
10    plant extracts are extremely low; (b) myrosinase rapidly converts abundant glucosinolates to isothiocyanates; (c) hot water extraction releases over 70% of the inducer activity extractable with a triple solvent mixture permitting recovery of most of the biological activity in
15    a preparation that is safe for human consumption; and (d) over 95% of the inducing potential in the intact plant is present as glucosinolates and therefore no other inducers are present in biologically significant quantities.


*Example 9*
20    *DEVELOPMENTAL REGULATION OF GLUCOSINOLATE PRODUCTION*

Preliminary experiments in which field grown broccoli (cultivar DeCicco) was harvested at sequential time points from the same field indicated that on a fresh weight basis, inducer potential declined from the early
25    vegetative stage through commercial harvest, but appeared to increase at late harvest (onset of flowering). These data suggested that inducer potential might be highest in seeds. Subsequent studies have shown that when seeds of 8 broccoli cultivars were surface sterilized and grown
30    under gnotobiotic conditions, Phase 2 enzyme-inducer potential was highest in seeds and declined progressively (on a fresh weight basis) over time throughout the first 14 days of seedling growth.

Expressed on a per plant basis, however, activity
35    remained constant over this period, suggesting that at

this early stage of growth there was no net synthesis of
glucosinolates. However, when the glucosinolate profiles
of market stage broccoli heads and 3 day old sprouts
(cultivar Emperor) were compared, there was a profound
5    difference in the apparent glucosinolate compositions of
these plants.

Sprouts were prepared by first surface sterilizing
seeds of *Brassica oleracea* variety *italica* (broccoli)
cultivar Emperor with a 1 minute treatment in 70%
10   ethanol, followed by 15 min in 1.3% sodium hypochlorite
with approximately 0.001% Alconox detergent. Seeds were
grown in sterile plastic containers at a density of
approximately 8 seeds/$cm^2$ for 72 hours on a 0.7% agar
support that did not contain added nutrients. The
15   environment was carefully controlled; broad spectrum
fluorescent lighting, humidity and temperature control
(16 hours light, 25°C / 8 hours dark, 20°C).

Plants were rapidly and gently collected from the
surface of the agar to minimize glucosinolate hydrolysis
20   by endogenous myrosinase released upon plant wounding.
Sprouts [approximately 25 mg fresh wt/sprout], were
gently harvested and immediately and rapidly plunged into
approximately 3 volumes of boiling water in order to
inactivate endogenous myrosinase as well as to extract
25   glucosinolates and isothiocyanates from the plant tissue.
Water was returned to a boil and maintained at a rolling
boil for 3 min. The sprouts were then strained from the
boiled infusion [tea, soup] and the infusion was stored
at -20°C until assayed.

30   Market stage heads were obtained by germinating seeds
of the same seedlot in a greenhouse in potting soil,
transplanting to an organically managed field in Garrett
County, MD and harvested at market stage. Heads were
immediately frozen upon harvest, transported to the
35   laboratory on ice and extracts were prepared in an
identical fashion to those described above for sprouts

except that approximately 3 gram floret tissue samples were used for extraction.

Inducer potential of plant extracts, prepared as described above, was determined by the microtiter plate bioassay method as described in Example 1. Paired ion chromatography revealed two major peaks, probably glucobrassicin and neo-glucobrassicin, in extracts of market stage heads with similar retention times to glucobrassicin (indole-3-ylmethyl glucosinolate) and neo-glucobrassicin (1-methoxyindole-3-ylmethyl glucosinolate). This observation is consistent with published reports on the glucosinolate composition of mature broccoli plants. However, paired ion chromatography under the same conditions of identically prepared extracts of 3-day-old sprouts showed absence of glucobrassicin or neo-glucobrassicin. Additionally, 3-day-old sprouts of different broccoli cultivars produce different mixtures of glucosinolates. Accordingly, glucosinolate production is developmentally regulated.

## Example 10
### EVALUATION OF ANTICARCINOGENIC ACTIVITIES
### OF BROCCOLI SPROUT PREPARATIONS IN THE HUGGINS
### DMBA (9,10 DIMETHYL-1,2-BENZANTHRACENE)
### MAMMARY TUMOR MODEL

Sprouts were prepared by first surface sterilizing seeds of *Brassica oleracea* variety *italica* (broccoli) cultivar Saga with a 1 min treatment in 70% ethanol, followed by 15 min in 1.3% sodium hypochlorite with approximately 0.001% Alconox detergent. Seeds were grown in sterile plastic containers at a density of approximately 8 seeds/cm$^2$ for 72 hours on a 0.7% agar support that did not contain added nutrients. The environment was carefully controlled with broad spectrum fluorescent lighting, humidity and temperature control (16 hours light, 25°C / 8 hours dark, 20°C).

The plants were rapidly and gently collected from the
surface of the agar to minimize glucosinolate hydrolysis
by endogenous myrosinase released upon plant wounding.
A large quantity of sprouts was harvested by immediately
5    and rapidly plunging into approximately 3 volumes of
boiling water in order to inactivate endogenous
myrosinase, as well as extracting glucosinolates and
isothiocyanates from the plant tissue. Water was
returned to a boil and maintained at a rolling boil for
10   3 min. Sprouts were then strained from the boiled
infusion [tea, soup] and the infusion was lyophilized and
stored as a dry powder at -20°C [designated Prep A].
Other sprouts, similarly prepared were extracted with
boiling water, cooled to 25°C and were amended with a
15   quantity of 7 day old daikon sprouts equivalent to
approximately 0.5% of the original fresh weight of
broccoli sprouts. This mixture was homogenized using a
Brinkman Polytron Homogenizer and incubated at 37°C for
2 hours following which it was filtered through a
20   sintered glass filter, lyophilized as above and stored as
a dried powder at -20°C [designated Prep B].

QR inducer activity and inducer potential of plant
extracts, prepared as described above, was determined by
the microtiter plate bioassay method as described above.
25   The induction of QR activity in preparation A is largely
due to glucosinolates; predominantly glucoraphanin,
which is the glucosinolate of sulforaphane, but this
preparation also contains some glucoerucin, which is the
sulfide analog of glucoraphanin. The induction QR
30   activity of preparation B is almost exclusively due to
isothiocyanates arising from treatment of glucosinolates
with myrosinase.

Female Sprague-Dawley rats received at 35 days of age
were randomized; 4 animals per plastic cage. All animals
35   received 10 mg DMBA, by gavage in 1 ml sesame oil, at age
50 days. Sprout preparations (A or B) or vehicle control
were given by gavage at 3, 2 & 1 day prior to DMBA, on

the day of DMBA (2 hr prior to the DMBA dose) and on the
day following DMBA dosing.    The vehicle used was 50%
Emulphor 620P / 50% water.    Animals were maintained on a
semi-purified AIN-76A diet *ad libitum* from the time of

5    receipt until termination of the experiment (167 days of
age).

38

## TABLE 4

### ANTICARCINOGENIC ACTIVITIES OF BROCCOLI SPROUT EXTRACTS

### IN THE DMBA RAT MAMMARY TUMOR MODEL

| GROUP | TREATMENT | NUMBER OF ANIMALS AT TERMINATION | TOTAL TUMOR NUMBER | MULTIPLICITY: NUMBER OF TUMORS PER RAT |
|---|---|---|---|---|
| CONTROL | DMBA only | 19 | 34 | 1.79 |
| PREPARATION A (Glucosinolate) | 324 mg/dose (100 μmol sulforaphane equiv.) | 18 | 19 | 1.05 |
| PREPARATION B (Isothiocyanate) | 424 mg/dose (100 μmol sulforaphane equiv.) | 20 | 11 | 0.55 |

5

10

The development of palpable tumors was delayed for as much as 5 weeks by the administration of sprout extracts. Rats treated with either Preparation A or B had significantly fewer tumors than the untreated control, and the multiplicity of tumors (tumors per rat) was significantly lower in the animals receiving Preparations A or B.

### Example 11
### METABOLISM AND CLEARANCE OF GLUCOSINOLATES IN HUMANS

Two male, non-smoking volunteers ages 35 and 40 years, each in good health, were put on a low vegetable diet in which no green or yellow vegetables, or condiments, mustard, horseradish, tomatoes or papayas were consumed. After 24 hours on such a diet, all urine was collected in 8 hr aliquots. After 24 hours of baseline data, subjects ingested 100 ml of broccoli sprout soup (prepared as below), containing 520 μmol of glucosinolates.

The sprouts were prepared by first surface sterilizing seeds of *Brassica oleracea* variety *italica* (broccoli) cultivar Saga with a 1 min treatment in 70% ethanol, followed by 15 min in 1.3% sodium hypochlorite with ca. 0.001% Alconox detergent. Seeds were grown in sterile plastic containers at a density of approximately 8 seeds/$cm^2$ for 72 hours on a 0.7% agar support that did not contain added nutrients. The environment was carefully controlled with broad spectrum fluorescent lighting, humidity and temperature control (16 hours light, 25°C / 8 hours dark, 20°C). The plants were rapidly and gently collected from the surface of the agar to minimize glucosinolate hydrolysis by endogenous myrosinase released upon plant wounding. A large quantity of sprouts was harvested by immediately and rapidly plunged into approximately 3 volumes of boiling water in order to inactivate endogenous myrosinase as

well as to extract glucosinolates and isothiocyanates
from the plant tissue. Water was returned to a boil and
maintained at a rolling boil for 3 min. Following the
boiling step, sprouts were homogenized directly in their
5 infusion water for 1 min using a Brinkman Polytron
Homogenizer and the preparations were frozen at -79°C
until use.

Inducer potential of plant extracts, prepared as
described above, was determined by the microtiter plate
10 bioassay method as described above. Inducer potential is
nearly all due to glucosinolates; predominantly
glucoraphanin, which is the glucosinolate of
sulforaphane, but some glucoerucin which is the sulfide
analog of glucoraphanin was also present. When converted
15 to isothiocyanates by the addition of purified
myrosinase, Phase 2 enzyme-inducing potential was 100,000
units/ml and contained 5.2 $\mu$mol of isothiocyanates per
ml, as determined by the cyclocondensation reaction
described in Example 7. Thus, the subjects consumed a
20 total of 520 $\mu$mol of glucosinolates.

Collection of 8 hour urine samples was continued for
an additional 30 hours. Urinary excretion of
isothiocyanate conjugates (dithiocarbamates) was
monitored using the cyclocondensation reaction as
25 described in Example 7.

## TABLE 5

### EXCRETION OF DITHIOCARBAMATES BY TWO SUBJECTS
### INGESTING 520 MICROMOLES OF GLUCOSINOLATES
### EXTRACTED FROM SAGA BROCCOLI

| TIME | CONDITION | SUBJECT 1 | SUBJECT 2 |
|------|-----------|-----------|-----------|
| Collection Time (hours) | | μmol Dithiocarbamate per 8 hour urine collection | |
| 8 | baseline | 1.4 | 2.7 |
| 16 | baseline | 2.1 | 0.9 |
| 24 | baseline | 1.7 | 5.4 |
| 32 | 1st 8 hour post-dose | 23.2 | 20.4 |
| 40 | 2nd 8 hour post-dose | 9.9 | 36.8 |
| 48 | 3rd 8 hour post-dose | 4.4 | 14.0 |
| 56 | 4th 8 hour post-dose | 4.2 | 4.1 |
| Total post-dose minus average baseline: | | 39.8 | 63.2 |
| Total as Percent of dose: | | 6.7% | 12.2% |

The two subjects studied metabolically converted a significant fraction of the ingested glucosinolates to the isothiocyanates which were converted to cognate dithiocarbamates and measured in the urine.

## Example 12

### EFFECTS OF PHYSICAL INTERVENTIONS ON SPROUT GROWTH
### ON PRODUCTION OF INDUCERS OF QUINONE REDUCTASE

Sprouts were prepared by first surface sterilizing seeds of *Raphanus sativum* (daikon) by a 1 minute treatment with 70% ethanol, followed by a 15 min treatment with 1.3% sodium hypochlorite with approximately 0.001% Alconox detergent. Seeds were grown

in sterile plastic containers at a density of approximately 8 seeds/cm$^2$ for 7 days on a 0.7% agar support that did not contain added nutrients. The environment was carefully controlled with broad spectrum
5  fluorescent lighting, humidity and temperature control (16 hours light 25°C/8 hours dark, 20°C).

Treated sprouts were irradiated with germicidal UV light for 0.5 hr on days 5 and 6. Treated sprouts were only half the height of the untreated controls. Plants
10  were harvested on day 7 by rapidly and gently collecting the plants from the surface of the agar to minimize glucosinolate hydrolysis by endogenous myrosinase released upon plant wounding. Sprouts were harvested by immediate and rapid plunging into approximately 10
15  volumes of DMF/ACN/DMSO (1:1:1) at approximately -50°C in order to inactivate endogenous myrosinase as well as to extract glucosinolates and isothiocyanates. Sprouts were immediately homogenized with a ground glass mortar and pestle and stored at -20°C.

20  Inducer potential of plant extracts, prepared as described above, was determined by the microtiter plate bioassay method as described above. Inducer potential of the UV-treated sprouts was over three times that of untreated controls. Treatment of sprouts with
25  ultraviolet light therefore increased the Phase 2 enzyme-inducer potential of the plant tissue.

Although the foregoing refers to particular preferred embodiments, it will be understood that the present invention is not so limited. It will occur to those of
30  ordinary skill in the art that various modifications may be made to the disclosed embodiments and that such modifications are intended to be within the scope of the present invention, which is defined by the following claims. All publications and patent applications
35  mentioned in this specification are indicative of the

level of skill of those in the art to which the invention pertains.

All publications and patent applications are herein incorporated by reference to the same extent as if each
5   individual publication or patent application were specifically and individually indicated to be incorporated by reference in its entirety.