*What Is Claimed Is:*

1.    Cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage.

2.    The cruciferous sprouts according to claim 1, wherein said sprouts are a *Brassica oleracea* selected from the group of varieties consisting of *acephala, alboglabra, botrytis, costata, gemmifera, gongylodes, italica, medullosa, palmifolia, ramosa, sabauda, sabellica,* and *selensia.*

3.    The cruciferous sprouts according to claim 2, wherein said sprouts are a *Brassica oleracea* variety *italica.*

4.    The cruciferous sprouts according to claim 1, wherein said sprouts are a *Brassica oleracea* variety *botrytis.*

5.    The cruciferous sprouts according to claim 1, wherein said sprouts are a *Brassica oleracea* variety *botrytis* subvariety *cauliflora.*

6.    The cruciferous sprouts according to claim 1, wherein said sprouts are substantially free of Phase 1 enzyme-inducing potential.

7.    A non-toxic solvent extract of the cruciferous sprouts according to claim 1.

8.    The non-toxic solvent extract according to claim 7, wherein said solvent is water.

9.    The non-toxic solvent extract according to claim 8, further comprising a cruciferous vegetable comprising an active myrosinase enzyme.

Exhibit 5-C

10. The non-toxic solvent extract according to claim 9, wherein said cruciferous vegetable is of the genus *Raphanus*.

11. A method of increasing the chemoprotective amount of Phase 2 enzymes in a mammal, comprising the step of administering an effective quantity of ~~the~~ cruciferous sprouts according to claim 1.

12. Cruciferous sprouts harvested prior to the 2-leaf stage, wherein said sprouts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth from seeds that produce said sprouts and non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

13. The cruciferous sprouts according to claim 12, wherein said sprouts are a *Brassica oleracea* selected from the group of varieties consisting of *acephala, alboglabra, botrytis, costata, gemmifera, gongylodes, italica, medullosa, palmifolia, ramosa, sabauda, sabellica,* and *selensia*.

14. The cruciferous sprouts according to claim 13, wherein said sprouts are a *Brassica oleracea* variety *italica*.

15. The cruciferous sprouts according to claim 13, wherein said sprouts are a *Brassica oleracea* variety *botrytis*.

16. The cruciferous sprouts according to claim 15, wherein said sprouts are a *Brassica oleracea* variety *botrytis* subvariety *cauliflora*.

17. A non-toxic solvent extract of the cruciferous sprouts according to claim 12.

18.   The non-toxic solvent extract according to claim 17, wherein said solvent is water.

19.   The non-toxic solvent extract according to claim 18, further comprising a cruciferous vegetable comprising an active myrosinase enzyme.

20.   The non-toxic solvent extract according to claim 19, wherein said cruciferous vegetable is of the genus *Raphanus*.

21.   A method of preparing a food product rich in glucosinolates, comprising germinating cruciferous seeds, with the exception of cabbage, cress, mustard and radish seeds, and harvesting sprouts prior to the 2-leaf stage, to form a food product comprising a plurality of sprouts.

22.   The method according to claim 21, wherein said sprouts contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

23.   The method according to claim 21, wherein said seeds are a *Brassica oleracea* selected from the group of varieties consisting of *acephala, alboglabra, botrytis, costata, gemnifera, gongylodes, italica, medullosa, palmifolia, ramosa, sabauda, sabellica,* and *selensia.*

24.   The method according to claim 23, wherein said seeds are *Brassica oleracea* variety *italica.*

25.   The method according to claim 23, wherein said seeds are *Brassica oleracea* variety *botrytis.*

26.   The method according to claim 25, wherein said seeds are *Brassica oleracea* variety *botrytis* subvariety *cauliflora.*

27. A food product rich in glucosinolates made by the process according to claim 21.

28. A method of preparing a food product, comprising extracting glucosinolates and isothiocyanates from cruciferous sprouts according to claim 1 with a non-toxic solvent, removing the extracted sprouts from said solvent, and recovering the extracted glucosinolates and isothiocyanates.

29. A method of preparing a food product according to claim 28, wherein active myrosinase enzyme is mixed with said cruciferous sprouts, or said extracted glucosinolates and isothiocyanates, or both said cruciferous sprouts or said extract.

30. A method of preparing a food product rich in glucosinolates, comprising germinating cruciferous seeds that produce sprouts having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth and which contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, and harvesting sprouts prior to the 2-leaf stage to form a food product comprising a plurality of sprouts.

31. The method according to claim 30, wherein said seeds are a *Brassica oleracea* selected from the group of varieties consisting of *acephala, alboglabra, botrytis, costata, gemmifera, gongylodes, italica, medullosa, palmifolia, ramosa, sabauda, sabellica*, and *selensia*.

32. The method according to claim 31, wherein said seeds are *Brassica oleracea* variety *italica*.

33. The method according to claim 31, wherein said seeds are *Brassica oleracea* variety *botrytis*.

34.  The method according to claim 33, wherein said seeds are *Brassica oleracea* variety *botrytis* subvariety *cauliflora*.

35.  A food product rich in glucosinolates, made by the process according to claim 30.

36.  A method of preparing a food product, comprising introducing cruciferous seeds, wherein said seeds produce sprouts having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth and non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, into another edible ingredient.

37.  A method of preparing a food product, comprising extracting glucosinolates and isothiocyanates with a non-toxic solvent and isothiocyanantes from cruciferous seeds, sprouts, plants or plant parts wherein seeds that produce said sprouts, plant, or plant parts, have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth and wherein said seeds, sprouts, plants or plant parts have non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, and recovering the extracted glucosinolates and isothiocyanates.

38.  A method of preparing a food product according to claim 37, wherein active myrosinase enzyme is mixed with said cruciferous seeds, sprouts or plants; or said extracted glucosinolates and isothiocyanates; or both said cruciferous seeds, sprouts or plants and said extract.

39.  A method of reducing the level of carcinogens in a mammal, comprising administering to a mammal an

effective amount of cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts.

40. A method of reducing the level of carcinogens in a mammal, comprising administering to a mammal an effective amount of cruciferous sprouts having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth from seeds that produce said sprouts and non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

41. A method of extracting glucosinolates and isothiocyanates from plant tissue comprising the steps of homogenizing said plant tissue in an excess of a mixture of dimethyl sulfoxide, acetonitrile and dimethylformamide at a temperature sufficient to inactivate myrosinase enzyme activity.

42. A food product comprising cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage, cruciferous seeds; extracts of said sprouts or seeds; or any combination of said sprouts, seeds or extracts.

43. A method of increasing the chemoprotective amount of Phase 2 enzymes in a mammal, comprising the step of administering an effective quantity of the food product according to claim 42.

44. A food product comprising cruciferous sprouts harvested prior to the 2-leaf stage, wherein said sprouts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3-days of growth from seeds that produce said sprouts and non-toxic levels of indole glucosinolate and goitrogenic hydroxybutenyl glucosinolates; cruciferous seeds; extracts of said sprouts or seeds; or any combination of said sprouts, seeds or extracts.

45.  A method of increasing the chemoprotective amount of Phase 2 enzymes in a mammal, comprising the step of administering an effective quantity of the food product according to claim 44.

46.  Cruciferous sprouts harvested prior to the 2-leaf stage, wherein the ratio of monofunctional to bifunctional inducers is at least 20 to 1.

47.  A food product supplemented with a purified or partially purified glucosinolate.

51

*ABSTRACT OF THE DISCLOSURE*

Vegetable sources of cancer chemoprotective agents have been identified which are extraordinarily rich in glucosinolates, metabolic precursors of isothiocyanates. The vegetable sources are used to provide a dietary means of reducing the level of carcinogens in mammals.

Case 1:07-cv-07844-SAS    Document 43-49    Filed 05/09/2008    Page 9 of 50

Title: CANCER CHEMOPROTECTIVE FOOD PRODUCTS
Inventor(s): Jed FAHEY et al.
DOCKET NO.: 046585/0138



FIG. 1

Title: CANCER CHEMOPROTECTIVE FOOD PRODUCTS
Inventor(s): Jed FAHEY et al.
DOCKET NO.: 046585/0138



FIG. 2

# DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I hereby declare that:

My residence, post office address, and citizenship are as stated below next to my name.
I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

## *CANCER CHEMOPROTECTIVE FOOD PRODUCTS*

the specification of which (check one)

☒   is attached hereto

☐   was filed on       as Application Serial No.       and was amended on    (if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is known by me to be material to patentability as defined in Title 37, Code of Federal Regulations § 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

**PRIOR FOREIGN APPLICATION(S)**

| NUMBER | COUNTRY | DAY/MONTH/YEAR FILED | PRIORITY CLAIMED |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s) listed below and insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose information which is known by me to be material to patentability as defined in Title 37, Code of Federal Regulations § 1.56 which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| APPLICATION SERIAL NO. | FILING DATE | STATUS: PATENTED, PENDING, ABANDONED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

I hereby appoint as my attorneys, with full powers of substitution and revocation, to prosecute this application and transact all business in the Patent and Trademark Office connected therewith:  Stephen A. Bent, Reg. No. 29,768; David A. Blumenthal, Reg. No. 26,257; John J. Feldhaus, Reg. No. 28,822; Donald D. Jeffery, Reg. No. 19,980; Eugene M. Lee, Reg. No. 32,039; Peter G. Mack, Reg. No. 26,001; Brian J. McNamara, Reg. No. 32,789; Sybil Meloy, Reg. No. 22,749; George E. Quillin, Reg. No. 32,792; Colin G. Sandercock, Reg. No. 31,298; Bernhard D. Saxe, Reg. No. 28,665; Richard L. Schwaab, Reg. No. 25,479; Arthur Schwartz, Reg. No. 22,115; Harold C. Wegner, Reg. No. 25,258.

Send all correspondence to FOLEY & LARDNER, 3000 K Street, N.W., Suite 500, Washington, DC  20007-5109.  Address telephone communications to *Bernhard D. Saxe*  at (202) 672-5300.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| Full Name of First or Sole Inventor | Signature of First or Sole Inventor | Date |
|---|---|---|
| *Jed W. FAHEY* |  | 9/13/95 |

| Residence Address |  |
|---|---|
| 6704 RIDGE RD., ELDERSBURG, MD 21784 | Country of Citizenship *United States* |

Post Office Address

6704 RIDGE RD., ELDERSBURG, MD 21784

Signatures should conform to names as typewritten.   ☒   Additional inventors on attached Page 2.

| Full Name of Second Inventor | Signature of Second Inventor | Date |
|---|---|---|
| Paul TALALAY | Paul Talalay | 9/13/95 |

| Residence Address | Country of Citizenship |
|---|---|
| 5512 BOXHILL LANE, BALTIMORE MD 21210 | United States |

| Post Office Address |
|---|
| 5512 BOXHILL LANE BALTIMORE MD 21210 |

PATENT NUMBER

## U.S. **UTILITY** Patent Application

| O.I.P.E. | PATENT DATE |
|---|---|
| SCANNED | |

| APPLICATION NO. | CONT/PRIOR | CLASS 424 | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|---|

APPLICANTS

TITLE

PTO-2040
12/99

## ISSUING CLASSIFICATION

| ORIGINAL | | | CROSS REFERENCE(S) | | |
|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | |
| | | | | | |
| INTERNATIONAL CLASSIFICATION | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | ☐ Continued on Issue Slip Inside File Jacket | |

| ☐ **TERMINAL DISCLAIMER** | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| ‒ The term of this patent subsequent to _____ (date) has been disclaimed. | (Assistant Examiner) | | (Date) | NOTICE OF ALLOWANCE MAILED | |
| ‒ The term of this patent shall not extend beyond the expiration date of U.S Patent. No. _____ | | | | ISSUE FEE | |
| | (Primary Examiner) | | (Date) | Amount Due | Date Paid |
| ‒ The terminal ____ months of this patent have been disclaimed. | (Legal Instruments Examiner) | | (Date) | ISSUE BATCH NUMBER | |

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 5/99)

FILED WITH: ☐ DISK (CRF)   ☐ FICHE   ☐ CD-ROM
(Attached in pocket on right inside flap)

**5-C13**
(FACE)



| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 426 | 425 | 5/1/02 | cm |
| | 429 | | |
| | 431 | | |
| | 615 | | |
| updated | | 1/9/03 | cm |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|
| | Date | Exmr. |
| EAST (search history in file) | 5/1/02 | cm |
| EAST update | 1/9/03 | cm |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| | | | |

ISSUE SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | Daniel | | |
| O.I.P.E. CLASSIFIER | | | |
| FORMALITY REVIEW | AK | 931 | 05/30/01 |
| RESPONSE FORMALITY REVIEW | | | |

### INDEX OF CLAIMS

| | | | |
|---|---|---|---|
| ✓ | ........................ Rejected | N | ........................ Non-elected |
| = | ........................ Allowed | I | ........................ Interference |
| – | (Through numeral)... Canceled | A | ........................ Appeal |
| ÷ | ........................ Restricted | O | ........................ Objected |

| Claim Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | | |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | 5 | | | | | | | | |
| | 6 | | | | | | | | |
| | 7 | | | | | | | | |
| | 8 | | | | | | | | |
| | 9 | | | | | | | | |
| | 10 | | | | | | | | |
| | 11 | | | | | | | | |
| | 12 | | | | | | | | |
| | 13 | | | | | | | | |
| | 14 | | | | | | | | |
| | 15 | | | | | | | | |
| | 16 | | | | | | | | |
| | 17 | | | | | | | | |
| | 18 | | | | | | | | |
| | 19 | | | | | | | | |
| | 20 | | | | | | | | |
| | 21 | | | | | | | | |
| | 22 | | | | | | | | |
| | 23 | | | | | | | | |
| | 24 | | | | | | | | |
| | 25 | | | | | | | | |
| | 26 | | | | | | | | |
| | 27 | | | | | | | | |
| | 28 | | | | | | | | |
| | 29 | | | | | | | | |
| | 30 | | | | | | | | |
| | 31 | | | | | | | | |
| | 32 | | | | | | | | |
| | 33 | | | | | | | | |
| | 34 | | | | | | | | |
| | 35 | | | | | | | | |
| | 36 | | | | | | | | |
| | 37 | | | | | | | | |
| | 38 | | | | | | | | |
| | 39 | | | | | | | | |
| | 40 | | | | | | | | |
| | 41 | | | | | | | | |
| | 42 | | | | | | | | |
| | 43 | | | | | | | | |
| | 44 | | | | | | | | |
| | 45 | | | | | | | | |
| | 46 | | | | | | | | |
| | 47 | | | | | | | | |
| | 48 | | | | | | | | |
| | 49 | | | | | | | | |
| | 50 | | | | | | | | |

| Claim Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 51 | ✓ | ✓ | | | | | | |
| | 52 | ✓ | ✓ | | | | | | |
| | 53 | D | O | | | | | | |
| | 54 | ✓ | ✓ | | | | | | |
| | 55 | | | | | | | | |
| | 56 | | | | | | | | |
| | 57 | ✓ | ✓ | | | | | | |
| | 58 | ✓ | ✓ | | | | | | |
| | 59 | | | | | | | | |
| | 60 | | ✓ | | | | | | |
| | 61 | | O | | | | | | |
| | 62 | | ✓ | | | | | | |
| | 63 | ✓ | ✓ | | | | | | |
| | 64 | O | O | | | | | | |
| | 65 | | | | | | | | |
| | 66 | | | | | | | | |
| | 67 | ✓ | ✓ | | | | | | |
| | 68 | | ✓ | | | | | | |
| | 69 | | | | | | | | |
| | 70 | | ✓ | | | | | | |
| | 71 | | O | | | | | | |
| | 72 | | | | | | | | |
| | 73 | | | | | | | | |
| | 74 | | | | | | | | |
| | 75 | | | | | | | | |
| | 76 | | | | | | | | |
| | 77 | | | | | | | | |
| | 78 | | | | | | | | |
| | 79 | | | | | | | | |
| | 80 | | | | | | | | |
| | 81 | | | | | | | | |
| | 82 | | | | | | | | |
| | 83 | | | | | | | | |
| | 84 | | | | | | | | |
| | 85 | | | | | | | | |
| | 86 | | | | | | | | |
| | 87 | | | | | | | | |
| | 88 | | | | | | | | |
| | 89 | | | | | | | | |
| | 90 | | | | | | | | |
| | 91 | | | | | | | | |
| | 92 | | | | | | | | |
| | 93 | | | | | | | | |
| | 94 | | | | | | | | |
| | 95 | | | | | | | | |
| | 96 | | | | | | | | |
| | 97 | | | | | | | | |
| | 98 | | | | | | | | |
| | 99 | | | | | | | | |
| | 100 | | | | | | | | |

| Claim Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 101 | | | | | | | | |
| | 102 | | | | | | | | |
| | 103 | | | | | | | | |
| | 104 | | | | | | | | |
| | 105 | | | | | | | | |
| | 106 | | | | | | | | |
| | 107 | | | | | | | | |
| | 108 | | | | | | | | |
| | 109 | | | | | | | | |
| | 110 | | | | | | | | |
| | 111 | | | | | | | | |
| | 112 | | | | | | | | |
| | 113 | | | | | | | | |
| | 114 | | | | | | | | |
| | 115 | | | | | | | | |
| | 116 | | | | | | | | |
| | 117 | | | | | | | | |
| | 118 | | | | | | | | |
| | 119 | | | | | | | | |
| | 120 | | | | | | | | |
| | 121 | | | | | | | | |
| | 122 | | | | | | | | |
| | 123 | | | | | | | | |
| | 124 | | | | | | | | |
| | 125 | | | | | | | | |
| | 126 | | | | | | | | |
| | 127 | | | | | | | | |
| | 128 | | | | | | | | |
| | 129 | | | | | | | | |
| | 130 | | | | | | | | |
| | 131 | | | | | | | | |
| | 132 | | | | | | | | |
| | 133 | | | | | | | | |
| | 134 | | | | | | | | |
| | 135 | | | | | | | | |
| | 136 | | | | | | | | |
| | 137 | | | | | | | | |
| | 138 | | | | | | | | |
| | 139 | | | | | | | | |
| | 140 | | | | | | | | |
| | 141 | | | | | | | | |
| | 142 | | | | | | | | |
| | 143 | | | | | | | | |
| | 144 | | | | | | | | |
| | 145 | | | | | | | | |
| | 146 | | | | | | | | |
| | 147 | | | | | | | | |
| | 148 | | | | | | | | |
| | 149 | | | | | | | | |
| | 150 | | | | | | | | |

If more than 150 claims or 10 actions
staple additional sheet here

**5-C15**
(LEFT INSIDE)

Atty. Dkt. No. 046585/0138

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE



Applicant:        Jed FAHEY et al.

Title:            CANCER CHEMOPROTECTIVE
                  FOOD PRODUCTS

Prior Appl. No.:  09/425,890

Prior Appl. Filing Date:  11/25/1999

Examiner:         Unassigned

Art Unit:         Unassigned

### CONTINUING PATENT APPLICATION
### TRANSMITTAL LETTER

Commissioner for Patents
Box PATENT APPLICATION
Washington, D.C.  20231

Sir:

    Transmitted herewith for filing under 37 C.F.R. § 1.53(b) is a:

    [  ] Continuation    [ X ] Division    [  ] Continuation-In-Part (CIP)

of the above-identified copending prior application in which no patenting, abandonment, or termination of proceedings has occurred.  Priority to the above-identified prior application is hereby claimed under 35 U.S.C. § 120 for this continuing application.  The entire disclosure of the above-identified prior application is considered as being part of the disclosure of the accompanying continuing application and is hereby incorporated by reference therein.

    [ X ]   Applicant claims small entity status under 37 CFR 1.27.

Enclosed are:

    [ X ]   Specification, Claim(s), and Abstract (51 pages).

    [ X ]   Formal drawings (2 sheets, Figures 1-2).

    [ X ]   Copy of Declaration and Power of Attorney (2 pages).

    [ X ]   Information Disclosure Statement.

    [ X ]   Form PTO-1449 with copies of 76 listed reference(s).

    [ X ]   Preliminary Amendment.

-1-

Atty. Dkt. No. 046585/0138

The filing fee is calculated below:

| | Claims as Filed | | Included in Basic Fee | | Extra Claims | | Rate | | Fee Totals |
|---|---|---|---|---|---|---|---|---|---|
| Basic Fee | | | | | | | $710.00 | | $710.00 |
| Total Claims: | 20 | - | 20 | = | 0 | x | $18.00 | = | $0.00 |
| Independents: | 2 | - | 3 | = | 0 | x | $80.00 | = | $0.00 |
| If any Multiple Dependent Claim(s) present: | | | | | | + | $270.00 | = | $0.00 |
| | | | | | | | SUBTOTAL: | = | $710.00 |
| [ X ] | | | Small Entity Fees Apply (subtract ½ of above): | | | | | = | $355.00 |
| | | | | | | TOTAL FILING FEE: | | = | $355.00 |

[ X ]   A check in the amount of $355.00 to cover the filing fee is enclosed.

[ ]   The required filing fees are not enclosed but will be submitted in response to the Notice to File Missing Parts of Application.

[ X ]   The Commissioner is hereby authorized to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741.  Should no proper payment be enclosed herewith, as by a check being in the wrong amount, unsigned, post-dated, otherwise improper or informal or even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741.

Please direct all correspondence to the undersigned attorney or agent at the address indicated below.

Respectfully submitted,

Date:  April 5, 2001

By _____

FOLEY & LARDNER
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C.  20007-5109
Telephone:   (202) 672-5483
Facsimile:   (202) 672-5399

Richard C. Peet
Attorney for Applicant
Registration No. 35,792

-2-

Atty. Dkt. No. 046585/0138

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:       Jed FAHEY et al.

Title:           CANCER CHEMOPROTECTIVE
                 FOOD PRODUCTS

Prior Appl. No.:   09/425,890

Prior Appl. Filing Date:   11/25/1999

Examiner:        Unassigned

Art Unit:        Unassigned



### CONTINUING PATENT APPLICATION
### TRANSMITTAL LETTER

Commissioner for Patents
Box PATENT APPLICATION
Washington, D.C.  20231

Sir:

  Transmitted herewith for filing under 37 C.F.R. § 1.53(b) is a:

  [ ] Continuation   [ X ] Division   [ ] Continuation-In-Part (CIP)

of the above-identified copending prior application in which no patenting, abandonment, or termination of proceedings has occurred.  Priority to the above-identified prior application is hereby claimed under 35 U.S.C. § 120 for this continuing application.  The entire disclosure of the above-identified prior application is considered as being part of the disclosure of the accompanying continuing application and is hereby incorporated by reference therein.

  [ X ]   Applicant claims small entity status under 37 CFR 1.27.

Enclosed are:

  [ X ]   Specification, Claim(s), and Abstract (51 pages).

  [ X ]   Formal drawings (2 sheets, Figures 1-2).

  [ X ]   Copy of Declaration and Power of Attorney (2 pages).

  [ X ]   Information Disclosure Statement.

  [ X ]   Form PTO-1449 with copies of 76 listed reference(s).

  [ X ]   Preliminary Amendment.

-1-



Atty. Dkt. No. 046585/0138

The filing fee is calculated below:

| | Claims as Filed | | Included in Basic Fee | | Extra Claims | | Rate | | Fee Totals |
|---|---|---|---|---|---|---|---|---|---|
| Basic Fee | | | | | | | $710.00 | | $710.00 |
| Total Claims: | 20 | - | 20 | = | 0 | x | $18.00 | = | $0.00 |
| Independents: | 2 | - | 3 | = | 0 | x | $80.00 | = | $0.00 |
| If any Multiple Dependent Claim(s) present: | | | | | | + | $270.00 | = | $0.00 |
| | | | | | | | SUBTOTAL: | = | $710.00 |
| [ X ] | | | Small Entity Fees Apply (subtract ½ of above): | | | | | = | $355.00 |
| | | | | | | | TOTAL FILING FEE: | = | $355.00 |

[ X ]   A check in the amount of $355.00 to cover the filing fee is enclosed.

[ ]    The required filing fees are not enclosed but will be submitted in response to the Notice to File Missing Parts of Application.

[ X ]   The Commissioner is hereby authorized to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741.  Should no proper payment be enclosed herewith, as by a check being in the wrong amount, unsigned, post-dated, otherwise improper or informal or even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741.

Please direct all correspondence to the undersigned attorney or agent at the address indicated below.

Respectfully submitted,

By   Richard C Peet

Date:  April 5, 2001

FOLEY & LARDNER                         Richard C. Peet
Washington Harbour                      Attorney for Applicant
3000 K Street, N.W., Suite 500          Registration No. 35,792
Washington, D.C.  20007-5109
Telephone:   (202) 672-5483
Facsimile:   (202) 672-5399

-2-

 

#2 / A
AJ
9-26-01

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

ATTORNEY DOCKET NO.: 046585/0138

In re patent application of

**Jed FAHEY et al.**

Prior App. Serial No. 09/425,890      Group Art Unit: **Not Yet Assigned**

Prior Filing Date: October 25, 1999      Examiner: **Not Yet Assigned**

For:    CANCER CHEMOPROTECTIVE FOOD PRODUCTS

## PRELIMINARY AMENDMENT

Commissioner of Patents
Washington, D.C. 20231

Sir:

Prior to examination on the merits, Applicants respectfully request that the above-identified application be amended as follows:

After the Application Title and before the first line of application text, insert the following paragraph:

--This application is a divisional of Application Serial No. 09/425,890, filed October ~~November~~ 25, 1999, _now U.S. Patent 6,242,018,_ which in turn is a divisional of Application Serial No. 09/118,867, filed July 20, 1998, _now U.S. Patent 6,177,122,_ which in turn is a divisional of Application Serial No. 08/840,234, filed April 11, 1997, _now U.S. Patent 5,968,567._--.

AI
cmm
5-15-02

## IN THE CLAIMS

Please cancel claims 1-47 without prejudice or disclaimer. Please add the following new claims.

002.558950.1

**5-C20**

Continuation of Prior
App. Serial No. 09/42●●0

48.  (New) A method of extracting glucosinolates and isothiocyanates from plant tissue comprising homogenizing said plant tissue in an excess of a mixture of dimethyl sulfoxide, acetonitrile and dimethylformamide at a temperature sufficient to inactivate myrosinase enzyme activity.

49.  (New) The method of claim 48, wherein the ratio of dimethyl sulfoxide:acetonitrile:dimethylformamide is 1:1:1.

50.  (New)  The method of claim 48, wherein said temperature is between 0°C and the freezing temperature of the extraction mixture.

51.  (New) The method of claim 48, wherein said temperature is between -50°C and the freezing temperature of the extraction mixture.

52.  (New) The method of claim 48, wherein said plant tissue is rich in glucosinolates.

53.  (New)  The method of claim 52, wherein said plant tissue is selected from the group consisting of cruciferous sprouts measured after 3 days of growth, cruciferous seeds, plants or plant parts.

54.  (New)  The method of claim 53, wherein said sprouts, seeds, plants or plant parts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

55.  (New) The method of claim 53, wherein said sprouts, seeds, plants or plant parts have at least 300,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

56.  (New) The method of claim 53, wherein said sprouts, seeds, plants or plant parts have at least 400,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

57.  (New) The method of claim 53, wherein said sprouts, seeds, plants or plant parts have at least 500,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

58.  (New)  A method of extracting glucosinolates and isothiocyanates from plant tissue rich in glucosinolates, with the exception of cabbage, cress, mustard and radish sprouts, comprising homogenizing said plant tissue in a non-toxic solvent at a temperature sufficient to inactivate myrosinase enzyme activity.

Continuation of Prior
App. Serial No. 09/42⬤⬤0

59.  (New) The method according to claim 58, wherein said solvent is water.

60.  (New) The method of claim 59, wherein said water is 100°C.

61.  (New) The method according to claim 58, wherein said solvent is liquid carbon dioxide.

62.  (New) The method according to claim 58, wherein said solvent is ethanol.

63.  (New) The method of claim 58, wherein said plant tissue is selected from the group consisting of cruciferous sprouts measured after 3 days of growth, cruciferous seeds, plants and plant parts.

64.  (New) The method of claim 63, wherein said sprouts, seeds, plants or plant parts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

65.  (New) The method of claim 63, wherein said sprouts, seeds, plants or plant parts have at least 300,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

66.  (New) The method of claim 63, wherein said sprouts, seeds, plants or plant parts have at least 400,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

67.  (New) The method of claim 63, wherein said sprouts, seeds, plants or plant parts have at least 500,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

Continuation of Prior
App. Serial No. 09/42█████0

## REMARKS

Applicants have canceled claims 1-47 without prejudice or disclaimer to the subject matter recited therein, and all rights to such subject matter are expressly reserved for filing in a continuation and/or divisional application. Applicants have added claims 48-67 in order to further define claim scope. No new matter has been added.

Favorable action is respectfully requested. Should there be any questions regarding the application, the Examiner is invited to contact the undersigned representative at the local telephone number below.

Respectfully submitted,

Date: April 5, 2001

FOLEY & LARDNER
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
Telephone:    (202) 672-5464
Facsimile:    (202) 672-5399

Richard C. Peet
Attorney for Applicant
Registration No. 35,792

Inventor: ed W. Fahey
aul Talalay



# CANCER CHEMOPROTECTIVE FOOD PRODUCTS

5    The U.S. Government has a paid-up license in this invention and the right in limited circumstances to require the patent owner to license others on reasonable terms as provided for by the terms of grant PO1 CA 44530, entitled "Novel Strategies for Chemoprotection Against Cancer", (Paul Talalay, Principal Investigator) awarded 10   by the National Cancer Institute, Department of Health and Human Services.

## *BACKGROUND OF THE INVENTION*

### I.    Field of Invention

This invention relates to a dietary approach to 15   reducing the level of carcinogens in animals and their cells and thereby reducing the risk of developing cancer. In particular, this invention relates to the production and consumption of foods which are rich in cancer chemoprotective compounds.    More specifically, this 20   invention relates to chemoprotective compounds that modulate mammalian enzymes which are involved in metabolism of carcinogens.   This invention relates to food sources which are extremely rich in compounds that induce the activity of Phase 2 enzymes, without inducing 25   biologically significant activities of those Phase 1 enzymes that activate carcinogens.

### II.  Background

It is widely recognized that diet plays a large role in controlling the risk of developing cancers and that 30   increased consumption of fruits and vegetables reduces cancer incidence in humans.  It is believed that a major mechanism of protection depends on the pr sence of chemical components in plants that, when delivered to

2

mammalian cells, elevate levels of Phase 2 enzymes that
detoxify carcinogens.

Early studies on the mechanism of chemoprotection by
certain chemicals assumed that these chemoprotectors
5      induced activities of monooxygenases, also known as Phase
1 enzymes or cytochromes P-450. However, Talalay *et al.*,
[reviewed in "Chemical Protection Against Cancer by
Induction of Electrophile Detoxication (Phase II)
Enzymes" In: CELLULAR AND MOLECULAR TARGETS OF
10     CHEMOPREVENTION, L. Wattenberg *et al.*, CRC Press, Boca
Raton, FL, pp 469-478 (1992)] determined that
administration of the known chemoprotector butylated
hydoxyanisole (BHA) to rodents resulted in little change
in cytochromes P-450 (Phase 1 enzyme) activities, but
15     profoundly elevated Phase 2 enzymes.  Phase 2 enzymes
such as glutathione transferases, NAD(P)H:quinone
reductase (QR) and glucuronosyltransferases, detoxify
DNA-damaging electrophilic forms of ultimate carcinogens.
Selective inducers of Phase 2 enzymes are designated
20     monofunctional inducers.  Prochaska & Talalay, *Cancer
Res.* 48: 4776-4782 (1988).  The monofunctional inducers
are nearly all electrophiles and belong to 8 distinct
chemical classes including (1) diphenols,
phenylenediamines and quinones; (2) Michael reaction
25     acceptors containing olefins or acetylenes conjugated to
electron-withdrawing groups; (3) isothiocyanates; (4)
1,2-dithiole-3-thiones; (5) hydroperoxides; (6) trivalent
inorganic and organic arsenic derivatives; (7) heavy
metals with potencies related to their affinities for
30     thiol groups including $Hg^{2+}$, and $Cd^{2+}$; and (8) vicinal
dimercaptans. Prestera *et al.*, *Proc. Natl. Acad. Sci. USA*
90: 2963-2969 (1993). The only apparent common property
shared by all of these inducers is their ability to react
with thiol groups.

35     Chemoprotective agents can be used to reduce the
susceptibility of mammals to the toxic and neoplastic
effects of carcinogens.  These chemoprotectors can be of

3

plant origin or synthetic compounds.   Synthetic analogs
of naturally occurring inducers have also been generated
and shown to block chemical carcinogenesis in animals.
Posner et al., J. Med. Chem. 37: 170-176 (1994); Zhang et
al., Proc. Natl. Acad. Sci. USA 91: 3147-3150 (1994);
Zhang et al., Cancer Res. (Suppl) 54: 1976s-1981s (1994).

Highly efficient methods have been developed for
measuring the potency of plant extracts to increase or
induce the activities of Phase 2 enzymes.   Prochaska &
Santamaria, Anal. Biochem. 169: 328-336 (1988) and
Prochaska et al., Proc. Natl. Acad. Sci. USA 89: 2394-
2398 (1992).   In addition, these methods have been
employed for isolating the compounds responsible for the
inducer activities in plants and for evaluating the
anticarcinogenic activities of these compounds and their
synthetic analogs.   Zhang et al., Proc. Natl. Acad. Sci.
USA 89: 2399-2403 (1992) and Posner et al., J. Med. Chem.
37: 170-176 (1994).

Although inducer activity has been found in many
different families of edible plants, the amounts are
highly variable, depending on family, genus, species,
variety, or cultivar of the plant selection and on growth
and harvesting conditions.   Thus, there is a need in the
art to identify particular edible plants and methods of
growing and preparing them that yield high levels of
Phase 2 enzyme-inducer activity for chemoprotection.
There is also a need for methods of growing and preparing
edible plants that produce a known spectrum of specific
inducers of Phase 2 enzyme activity in order to increase
the efficiency with which specific carcinogens, or
classes of carcinogens, are targeted for inactivation.
In addition, there is a need for methods of plant
breeding and selection to increase the level of Phase 2
inducer activity and to manipulate the spectrum of
inducers produced in particular cultivars.

4

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide food products and food additives that are rich in cancer chemoprotective compounds.

5    Another object of the present invention is to provide food products which contain substantial quantities of Phase 2 enzyme-inducers and are essentially free of Phase 1 enzyme-inducers.

It is a further object of the present invention to 10  provide food products which contain substantial quantities of Phase 2 enzyme-inducing potential and non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

These objects, and others, are achieved by providing 15  cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage.  The cruciferous sprouts include *Brassica oleracea* varieties *acephala, alboglabra, botrytis, costata, gemmifera, gongylodes, italica, medullosa,* 20  *palmifolia, ramosa, sabauda, sabellica,* and *selensia*.

Another embodiment of the present invention provides cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage, wherein the sprouts are substantially free 25  of Phase 1 enzyme-inducing potential.

Yet another embodiment of the present invention provides a non-toxic solvent extract of cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage. 30  The non-toxic solvent extract can be a water extract.  In addition, the water extract can comprise a cruciferous vegetable, such as a cruciferous vegetable of the genus *Raphanus*, comprising an active myrosinase enzyme.

5

Another embodiment of the present invention provides a food product comprising cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage; extracts of the sprouts or cruciferous seeds; or any combination of the sprouts or extracts.

A further embodiment of the present invention provides a method of increasing the chemoprotective amount of Phase 2 enzymes in a mammal, comprising the step of administering an effective quantity of cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage.

Yet another embodiment of the present invention provides a method of increasing the chemoprotective amount of Phase 2 enzymes in a mammal, comprising the step of administering an effective quantity of a food product comprising cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage.

Another embodiment of the present invention provides cruciferous sprouts harvested prior to the 2-leaf stage, wherein the sprouts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth from seeds that produce said sprouts and contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates. The cruciferous sprouts include *Brassica oleracea* varieties *acephala, alboglabra, botrytis, costata, gemmifera, gongylodes, italica, medullosa, palmifolia, ramosa, sabauda, sabellica,* and *selensia.*

A further embodiment of the present invention provides a food product comprising sprouts harvested prior to the 2-leaf stage, wherein the sprouts have at

6

least 200,000 units per gram fresh weight of Phase 2
enzyme-inducing potential when measured after 3 days from
growth of seeds that produce the sprouts and contain non-
toxic levels of indole glucosinolates and their breakdown
5    products and goitrogenic hydroxybutenyl glucosinolates;
extracts of the sprouts or cruciferous seeds; or any
combination of the sprouts or extracts.

Yet another embodiment of the present invention
provides cruciferous sprouts harvested prior to the 2-
10   leaf stage, wherein the sprouts have at least 200,000
units per gram fresh weight of Phase 2 enzyme-inducing
potential when measured after 3 days of growth from seeds
that produce the sprouts and contain non-toxic levels of
indole glucosinolates and their breakdown products and
15   goitrogenic   hydroxybutenyl   glucosinolates   and   are
substantially free of Phase 1 enzyme-inducing potential.

Another embodiment of the present invention provides
a non-toxic solvent extract of cruciferous sprouts
harvested prior to the 2-leaf stage, wherein the sprouts
20   have at least 200,000 units per gram fresh weight of
Phase 2 enzyme-inducing potential when measured after 3
days of growth from seeds that produce the sprouts and
contain non-toxic levels of indole glucosinolates and
their breakdown products and goitrogenic hydroxybutenyl
25   glucosinolates.   The non-toxic solvent extract can be a
water extract.   In addition, the water extract can
comprise a cruciferous vegetable, such as a cruciferous
vegetable of the genus *Raphanus*, comprising an active
myrosinase enzyme.

30   Yet another embodiment of the present invention
provides a method of increasing the chemoprotective
amount of Phase 2 enzymes in a mammal, comprising the
step   of   administering   an   effective   quantity   of
cruciferous sprouts harvested prior to the 2-leaf stage,
35   wherein the sprouts have at least 200,000 units per gram
fresh weight of Phase 2 enzyme-inducing potential when

measured after 3 days of growth from seeds that produce the sprouts and contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

5    Yet another embodiment of the present invention provides a method of increasing the chemoprotective amount of Phase 2 enzymes in a mammal, comprising the step of administering an effective quantity of a food product comprising sprouts harvested prior to the 2-leaf

10    stage, wherein the sprouts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth from seeds that produce the sprouts and contain non-toxic levels of indole glucosinolates and their breakdown products and

15    goitrogenic hydroxybutenyl glucosinolates.

A further embodiment of the present invention provides a method of preparing a food product rich in glucosinolates, comprising germinating cruciferous seeds, with the exception of cabbage, cress, mustard and radish

20    seeds, and harvesting sprouts prior to the 2-leaf stage to form a food product comprising a plurality of sprouts. The cruciferous sprouts include *Brassica oleracea* varieties *acephala, alboglabra, botrytis, costata, gemmifera, gongylodes, italica, medullosa, palmifolia,*

25    *ramosa, sabauda, sabellica,* and *selensia* and contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

Yet another embodiment of the present invention provides a food product rich in glucosinolates made by

30    germinating cruciferous seeds, with the exception of cabbage, cress, mustard and radish seeds, and harvesting sprouts prior to the 2-leaf stage to form a food product comprising a plurality of sprouts.

Yet another embodiment of the present invention

35    provides a method of preparing a food product comprising

8

extracting glucosinolates and isothiocyanates from cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts, harvested prior to the 2-leaf stage, with a non-toxic solvent and recovering the extracted glucosinolates and isothiocyanates. Myrosinase enzyme, or a vegetable, such as *Raphanus* species, containing the enzyme is mixed with the cruciferous sprouts, the extract, or both the sprouts and the extract.

An embodiment of the present invention provides a method of preparing a food product rich in glucosinolates, comprising germinating cruciferous seeds having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth from seeds that produce the sprouts and which contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, and harvesting sprouts prior to the 2-leaf stage to form a food product comprising a plurality of sprouts. The seeds may be *Brassica oleracea*, including the varieties *acephala, alboglabra, botrytis, costata, gemnifera, gongylodes, italica, medullosa, palmifolia, ramosa, sabauda, sabellica,* and *selensia*.

Yet another embodiment of the present invention provides a food product rich in glucosinolates made by germinating cruciferous seeds having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth from seeds that produce the sprouts and which contain non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, and either harvesting sprouts at the 2-leaf stage to form a food product comprising a plurality of sprouts. The nutritional product contains non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

9

A further embodiment of the present invention provides a method of preparing a food product comprising extracting glucosinolates and isothiocyanates with a solvent from cruciferous seeds, sprouts, plants or plant parts, wherein seeds that produce the sprouts, plants or plant parts producing sprouts having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth and wherein the seeds, sprouts, plants or plant parts have non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates, and recovering the extracted glucosinolates and isothiocyanates. The non-toxic extraction solvent can be water. Myrosinase enzyme, or a vegetable, such as *Raphanus* species, containing the enzyme is mixed with the cruciferous sprouts, seeds, plants, plant parts or extract, or any combination thereof.

A further embodiment of the present invention provides a method of reducing the level of carcinogens in mammals, comprising administering cruciferous sprouts, with the exception of cabbage, cress, mustard and radish sprouts.

Yet another embodiment of the present invention provides a method of reducing the level of carcinogens in mammals, comprising administering cruciferous sprouts having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when measured after 3 days of growth from seeds that produce the sprouts and non-toxic levels of indole glucosinolates and their breakdown products and goitrogenic hydroxybutenyl glucosinolates.

Another embodiment of the present invention provides a method of preparing a food product by introducing cruciferous seeds, having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential when

10

measured after 3 days of growth from seeds that produce the sprouts and non-toxic levels of indole glucosinolates and goitrogenic hydroxybutenyl glucosinolates, into an edible ingredient.

5      A further embodiment of the present invention provides a method of extracting glucosinolates and isothiocyanates from plant tissue which comprises homogenizing the plant tissue in an excess of a mixture of dimethyl sulfoxide, acetonitrile, and
10     dimethylformamide (DMF/ACN/DMSO) at a temperature that prevents myrosinase activity.

Another embodiment of the present invention provides cruciferous sprouts harvested prior to the 2-leaf stage, wherein the ratio of monofunctional to bifunctional
15     inducers is at least 20 to 1.

Another object of the present invention is to provide a food product supplemented with a purified or partially purified glucosinolate.

Other objects, features and advantages of the present
20     invention will become apparent from the following detailed description. It should be understood, however, that the detailed description and the specific examples, while indicating preferred embodiments of the invention, are given by way of illustration only, since various
25     changes and modifications within the spirit and scope of the invention will become apparent to those skilled in the art from this detailed description.

### BRIEF DESCRIPTION OF THE DRAWINGS

Figure 1 shows the total inducing potential of
30     organic solvent extracts of broccoli and daikon cultivars as a function of age.

Figure 2 shows the high resolution NMR spectra of isolated glucosinolates obtained from hot aqueous extracts of 3-day old Saga broccoli sprouts.

### DETAILED DESCRIPTION

5    **I.  Definitions**

In the description that follows, a number of terms are used extensively.  The following definitions are provided to facilitate understanding of the invention.

10    A **bifunctional inducer** is a molecule which increases activities of both Phase 1 enzymes such as cytochromes P-450 and Phase 2 enzymes and requires the participation of Aryl hydrocarbon (*Ah*) receptor and its cognate Xenobiotic Response Element (*XRE*).  Examples include flat planar aromatics such as polycyclic hydrocarbons, azo dyes or

15    2,3,7,8-tetrachloro-dibenzo-p-dioxin (TCDD).

A **chemoprotector** or **chemoprotectant** is a synthetic or naturally occurring chemical agent that reduces susceptibility in a mammal to the toxic and neoplastic effects of carcinogens.

20    A **food product** is any ingestible preparation containing the sprouts of the instant invention, or extracts or preparations made from these sprouts, which are capable of delivering Phase 2 inducers to the mammal ingesting the food product.  The food product can be

25    freshly prepared such as salads, drinks or sandwiches containing sprouts of the instant invention.  Alternatively, the food product containing sprouts of the instant invention can be dried, cooked, boiled, lyophilized or baked.  Breads, teas, soups, cereals,

30    pills and tablets, are among the vast number of different food products contemplated.

**Inducer activity** or **Phase 2 enzyme-inducing activity** is a measure of the ability of a compound(s) to induce

12

Phase 2 enzyme activity. In the present invention, inducer activity is measured by means of the murine hepatoma cell bioassay of QR activity *in vitro*. Inducer activity is defined herein as QR inducing activity in

5   Hepa 1c1c7 cells (murine hepatoma cells) incubated with extracts of sprouts, seeds or other plant parts untreated with myrosinase. Inducer activity is measured in Hepa 1c1c7 murine hepatoma cells grown in 96-well microtiter plates. Typically 10,000 Hepa 1c1c7 cells are introduced

10  into each well. Hepatoma cells are grown for 24 hours and a plant extract containing microgram quantities of fresh plant tissue is serially diluted across the microtiter plates into fresh culture medium containing 0.15 ml αMEM culture medium amended with 10% Fetal Calf

15  Serum (FCS) and streptomycin and penicillin. The cells are further incubated for 48 hours. QR activity (based on the formation of the blue-brown reduced tetrazolium dye) is measured with an optical microtiter plate scanner in cell lysates prepared in one plate, and related to its

20  protein concentration. Quantitative information on specific activity of QR is obtained by computer analysis of the absorbances. One unit of inducer activity is the amount that when added to a single microtiter well doubles the QR activity. (*See* Prochaska and Santamaria,

25  *Anal. Biochem.* <u>169</u>: 328-336 (1988) and Prochaska *et al.*, *Proc. Natl. Acad. Sci. USA* <u>89</u>: 2394-2398 (1992)).

    **Inducer potential** or **Phase 2 enzyme-inducing potential** is a measure of the combined amounts of inducer activity in plant tissue provided by isothiocyanates,

30  plus glucosinolates that can be converted by myrosinase to isothiocyanates. Glucosinolates are not themselves inducers of mammalian Phase 2 enzymes, whereas isothiocyanates are inducers. Inducer potential therefore is defined herein as QR activity in murine

35  1c1c7 hepatoma cells incubated with myrosinase-treated extracts of the sprouts, seeds or other plant parts. In the present invention therefore inducer potential is measured by means of the murine hepatoma cell bioassay of

QR activity *in vitro* as described above.   Inducer potential is measured in Hepa 1c1c7 murine hepatoma cells grown in 96-well microtiter plates. ' Typically, 10,000 Hepa 1c1c7 cells are introduced into each well.  Hepatoma

5    cells are grown for 24 hours and a plant extract containing microgram quantities of fresh plant tissue is serially diluted across the microtiter plates into fresh culture medium containing 0.15 ml αMEM culture medium amended with 10% Fetal Calf Serum (FCS) and streptomycin

10   and penicillin.  Myrosinase (6 units/ml plant extract) is added to the plant extract.   Myrosinase is purified by modification of the technique of Palmieri *et al.*, *Anal. Biochem.* 35: 320-324 (1982) from 7 day old Daikon sprouts grown on agar support containing no added nutrients.

15   Following 234-fold purification, the myrosinase had a specific activity of 64 units/mg protein [unit = amount of enzyme required to hydrolyze 1 μmol sinigrin/min]. Plant extract is diluted 200-fold into the initial wells of the microtiter plate followed by 7 serial dilutions.

20   The cells are further incubated for 48 hours.  QR activity (based on the formation of the blue-brown reduced tetrazolium dye) is measured with an optical microtiter plate scanner in cell lysates prepared in one plate,  and  related  to  its  protein  concentration.

25   Quantitative information on specific activity of QR is obtained by computer analysis of absorbances.  One unit of inducer potential is the amount that when added to a single microtiter well doubles the QR activity.  (*See* Prochaska and Santamaria, *Anal. Biochem.* 169: 328-336

30   (1988) and Prochaska et *al.*, *Proc. Natl. Acad. Sci. USA* 89: 2394-2398 (1992)).


A **monofunctional inducer** increases the activity of Phase 2 enzymes selectively without significantly altering Phase 1 enzyme activities.  Monofunctional

35   inducers do not depend on a functional *Ah* receptor but enhance transcription of Phase 2 enzymes by means of an Antioxidant Responsive Element (ARE).

14

A cruciferous **sprout** is a plant or seedling that is at an early stage of development following seed germination. Cruciferous seeds ar placed in an environment in which they germinate and grow. The
5    cruciferous sprouts of the instant invention are harvested following seed germination through and including the 2-leaf stage. The cruciferous sprouts of instant invention have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential at 3-
10   days following incubation under conditions in which cruciferous seeds germinate and grow.

**II. Description**
A major mechanism of protection provided by fruits and vegetables in reducing the cancer incidence in humans
15   depends on minor chemical components which, when delivered to mammalian cells, elevate levels of Phase 2 enzymes that detoxify carcinogens. It has now been discovered that the anticarcinogenic activity of certain edible plants can be increased. Plants such as *Brassica*
20   *oleracea* variety *italica* (broccoli) are normally not harvested until they form heads. By growing these plants only to the seedling or sprout stage, that is between the onset of germination and the 2-leaf stage, the levels of inducers of enzymes that detoxify carcinogens and protect
25   against cancer can be increased at least five-fold over those found in commercial stage vegetables of the same cultivars. Often increases of between 10 and 1000-fold have been observed.

Harvesting plants at an early seedling or sprout
30   stage, or otherwise arresting their growth, leads to the greatest inducer potential and yields a food product of a type to which consumers are already accustomed. The Phase 2 enzyme-inducing potential of such sprouts may be as much as several hundred times higher than that
35   observed in adult, market stage vegetables obtained from the same seeds. Thus it is possible that humans can consume the same quantities of inducer potential by

eating relatively small quantities of sprouts, rather than large quantities of market-stage vegetables.

It has now been found that most of the inducer potential of crucifer plants is due to their content of isothiocyanates and their biogenic precursors, glucosinolates. Glucosinolates are converted to isothiocyanates by the enzyme myrosinase which is a thioglucosidase. Normally myrosinase and glucosinolates are separated in the cell and if the cell is damaged, with loss of compartmentalization, myrosinase comes into contact with glucosinolates, which are then converted to isothiocyanates.

In order to screen large numbers of edible plants and to evaluate the effects of environmental perturbation on Phase 2 enzyme-inducer potential in those vegetables, it was necessary to improve upon the previously described techniques for homogenization and extraction of those vegetables. Techniques initially described for the extraction of Phase 2 inducers from vegetables involved homogenization of the vegetables in cold water, lyophilization, extraction of the resultant powder with acetonitrile, filtration and evaporative concentration, Prochaska *et al.*, *Proc. Natl. Acad. Sci. USA* 89: 2394-2398 (1992).

Following identification of sulforaphane as the principal Phase 2 inducer from broccoli, comparative extractions were performed into hot 80% methanol, yielding similar inducer activity as the aforementioned acetonitrile extracts. When myrosinase was added to these hot methanol extracts in which glucosinolates are freely soluble, there was a dramatic enhancement of the Phase 2 inducer activity of these extracts (data summarized in Table 1). The deliberate conversion of these glucosinolates to isothiocyanates using exogenous myrosinase thus gave a better index of the inducers for Phase 2 enzymes of the vegetables tested. It was thus

16

clear that the majority of the potential Phase 2 inducers in crucifers was usually present in whole plants as the glucosinolate precursors of isothiocyanates.

The preponderance of glucosinolates and the rapidity with which, upon wounding of cruciferous plant tissue, glucosinolates are converted to isothiocyanates, led to the development of an improved extraction procedure. By manipulation of solvent mixtures and of the water activity of fresh vegetable/solvent homogenates, a procedure was developed that permits both glucosinolate and isothiocyanate quantification from the same, non-concentrated sample. In addition to being the rate-limiting step in an extraction protocol, evaporative concentration allows volatile inducers to escape detection. The improved procedure is both simple and efficient, requiring only that the plant sample be completely homogenized in solvent. Using this technique, the present inventors have thus been able to demonstrate dramatic increases in the recovery of inducer activity and inducer potential from cruciferous vegetables over previously described techniques.

If fresh-picked vegetables are promptly and gently harvested, directly into organic solvents comprising a mixture of DMF/ACN/DMSO and a temperature that prevents myrosinase activity, both glucosinolates and isothiocyanates are efficiently extracted into the organic solvent mixture. Preferably, the DMF, ACN and DMSO are mixed in equal volumes. However, the volumes of the three solvents in the mixture can be varied to optimize extraction of specific glucosinolates and isothiocyanates from any plant tissue. The temperature of the extraction mixture is preferably less than 0°C, and most preferably less than -50°C. The temperature of the extraction solvent must be kept above freezing. At the same time the enzyme myrosinase, which invariably accompanies these constituents in the plants and rapidly converts glucosinolates into isothiocyanates, is

17

inactive.     Such   extracts   typically   contain   high
quantities of glucosinolates and negligible quantities of
isothiocyanates.     The *in planta* myrosinase activity
varies between different plant species.

5      Glucosinolates   are   not   themselves   inducers   of
mammalian Phase 2 enzymes, whereas isothiocyanates are
monofunctional   inducers   in   the   murine   hepatoma   cell
bioassay of QR activity.     The inducer potential, as
distinct from inducer activity, of plant extracts can be
10     measured by adding purified myrosinase, obtained from the
same, or other plant sources, to the assay system.

Glucosinolates are converted at least partially to
isothiocyanates in humans.  If, however, it is desirable
to   accelerate   this   conversion,   broccoli   or   other
15     vegetable sprouts, high in glucosinolates, can be mixed
with myrosinase.  The mixture can be in water, or some
other   non-toxic   solvent   that   does   not   inactivate
myrosinase.     The myrosinase can be from a partially
purified or purified preparation.  Alternatively, the
20     myrosinase can be present in plant tissue, such as a
small quantity of crucifer sprouts rich in myrosinase,
including *Raphanus sativus* or daikon.  Such a preparation
can be used to produce a "soup" for ingestion that is
high   in   isothiocyanates   and   low   in   glucosinolates.
25     Inducer potential can be measured using a multiwell plate
screen   with   murine   hepatoma   cells   for   *in   vitro*
measurement of QR specific activity as described above.

The ratio of monofunctional to bifunctional inducer
activity of plant tissue is measured by bioassaying plant
30     extracts, as described above, not only in wild-type Hepa
1c1c7 cells, but also, in mutants designated c1 and BP$^r$c1
that have either defective *Ah* receptors or defective
cytochrome $P_1$-450 genes, respectively.   Prochaska and
Talalay, *Cancer Research* <u>48</u>: 4776-4782 (1988).

18

A harvested sprout according to the present invention can be incorporated immediately into food products such as fresh salads, sandwiches or drinks. Alternatively, the growth of the harvested sprout can be arrested by
5   some active human intervention, for example by refrigeration, at a stage of growth prior to the 2-leaf stage, typically between 1 and 14 days after germination of seeds. Growth arrest can also be accomplished by removing a sprout from its substrate and/or water source.
10  Freezing, drying, baking, cooking, lyophilizing and boiling are among the many treatments that can be used to arrest growth. These may also be useful for either preserving myrosinase activity in the sprout (*e.g.*, lyophilizing) or for inactivating myrosinase activity in
15  the sprout (*e.g.*, boiling), as is desired in a particular application.

The harvested sprout can also be allowed to mature further, under different growing conditions, prior to incorporation into a food product. For example, the
20  sprout can be harvested at a very young age of development, such as 1 to 2 days after seed imbibition. The sprout can then be allowed to mature under different growing conditions, such as increased or decreased light intensity, temperature or humidity; exposure to
25  ultraviolet light or other stresses; or addition of exogenous nutrients or plant growth regulators (hormones). The sprout is then immediately incorporated into a food product, such as for fresh consumption in salads. Alternatively, the growth of the sprout is
30  arrested and/or further treated by means of lyophilization, drying, extracting with water or other solvents, freezing, baking, cooking, or boiling, among others.

A sprout is suitable for human consumption if it does
35  not have non-edible substrate such as soil attached or clinging to it. Typically the sprouts are grown on a non-nutritive solid support, such as agar, paper towel,

19

blotting paper, Vermiculite, Perlite, etc., with water and light supplied. Thus, if a sprout is not grown in soil, but on a solid support, it does not need to be washed to remove non-edible soil. If a sprout is grown

5      in a particulate solid support, such as soil, Vermiculite, or Perlite, washing may be required to achieve a sprout suitable for human consumption.

Sprouts can be grown in containers which are suitable for shipping and marketing. Typically such containers

10     are plastic boxes or jars which contain a wetted pad at the bottom. The containers allow light to penetrate while providing a mechanically protective barrier. Numerous methods for the cultivation of sprouts are known, as exemplified by U.S. Patent Nos. 3,733,745,

15     3,643,376, 3,945,148, 4,130,964, 4,292,760 or 4,086,725. Food products containing the sprouts of the instant invention can be stored and shipped in diverse types of containers such as jars, bags and boxes, among many others.

20     Sprouts suitable as sources of cancer chemoprotectants are generally cruciferous sprouts, with the exception of cabbage (*Brassica oleracea capitata*), cress (*Lepidiumsativum*), mustard (*Sinapis alba* and *S. niger*) and radish (*Raphanus sativus*) sprouts. The

25     selected sprouts are typically from the family *Cruciferae*, of the tribe *Brassiceae*, and of the subtribe *Brassicinae*. Preferably the sprouts are *Brassica oleracea* selected from the group of varieties consisting of *acephala* (kale, collards, wild cabbage, curly kale),

30     *medullosa* (marrowstem kale), *ramosa* (thousand head kale), *alboglabra* (Chinese kale), *botrytis* (cauliflower, sprouting broccoli), *costata* (Portuguese kale), *gemmifera* (Brussels sprouts), *gongylodes* (kohlrabi), *italica* (broccoli), *palmifolia* (Jersey kale), *sabauda* (savoy

35     cabbage), *sabellica* (collards), and *s lensia* (borecole), among others.

20

Particularly useful broccoli cultivars to be used in the claimed method are Saga, DeCicco, Everest, Emerald City, Packman, Corvet, Dandy Early, Emperor, Mariner, Green Comet, Green Valiant, Arcadia, Calabrese Caravel,
5    Chancellor, Citation, Cruiser, Early Purple Sprouting Red Arrow, Eureka, Excelsior, Galleon, Ginga, Goliath, Green Duke, Greenbelt, Italian Sprouting, Late Purple Sprouting, Late Winter Sprouting White Star, Legend, Leprechaun, Marathon, Mariner, Minaret (Romanesco),
10   Paragon, Patriot, Premium Crop, Rapine (Spring Raab), Rosalind, Salade (Fall Raab), Samurai, Shogun, Sprinter, Sultan, Taiko, and Trixie.  However, many other broccoli cultivars are suitable.

15   Particularly useful cauliflower cultivars are Alverda, Amazing, Andes, Burgundy Queen, Candid Charm, Cashmere, Christmas White, Dominant, Elby, Extra Early Snowball, Fremont, Incline, Milkyway Minuteman, Rushmore, S-207, Serrano, Sierra Nevada, Siria, Snow Crown, Snow Flake, Snow Grace, Snowbred, Solide, Taipan, Violet
20   Queen, White Baron, White Bishop, White Contessa, White Corona, White Dove, White Flash, White Fox, White Knight, White Light, White Queen, White Rock, White Sails, White Summer, White Top, Yukon.  However, many other cauliflower cultivars are suitable.

25   Suitable sprouts will have at least 200,000 units per gram of fresh weight of Phase 2 enzyme-inducing potential following 3-days incubation of seeds under conditions in which the seeds germinate and grow.  Preferably the sprouts will have at least 250,000 units of inducer
30   potential per gram of fresh weight, or even 300,000 units, 350,000 units, 400,000 units, or 450,000 units. Some samples have been found to contain greater than 500,000 units per gram of fresh weight at 3-days of growth from seeds.

35   The level of inducing activity and inducing potential has been found to vary among crucifers and even among

cultivars.    Most    preferably,    the    sprouts    are
substantially free of indole glucosinolates and their
breakdown products which have Phase 1 enzyme-inducing
potential in mammalian cells, and substantially free of
5      toxic levels of goitrogenic nitriles and glucosinolates
such    as    hydroxybutenyl    glucosinolates,    which    upon
hydrolysis    yield    oxazolidonethiones    which    are
goitrogenic.  Mature Brussels sprouts and rapeseed are
rich in these undesirable glucosinolates.

10      Non-toxic solvent extracts according to the invention
are useful as healthful infusions or soups.  Non-toxic or
easily removable solvents useful for extraction according
to the present invention include water, liquid carbon
dioxide or ethanol, among others.  The sprouts can be
15      extracted with cold, warm, or preferably hot or boiling
water which denature or inactivate myrosinase.    The
residue of the sprouts, post-extraction, may or may not
be removed from the extract.  The extraction procedure
may be used to inactivate myrosinase present in the
20      sprouts.  This may contribute to the stability of the
inducer potential. The extract can be ingested directly,
or can be further treated.    It can, for example, be
evaporated to yield a dried extracted product.  It can be
cooled, frozen, or freeze-dried.  It can be mixed with a
25      crucifer vegetable which contains an active myrosinase
enzyme.  This will accomplish a rapid conversion of the
glucosinolates to isothiocyanates, prior to ingestion.
Suitable vegetables that contain active myrosinase are of
the genus *Raphanus*, especially daikon, a type of radish.

30      Seeds, as well as sprouts have been found to be
extremely rich in inducer potential.  Thus it is within
the scope of the invention to use crucifer seeds in food
products.  Suitable crucifer seeds may be ground into a
flour or meal for use as a food or drink supplement.  The
35      flour or meal is incorporated into breads, other baked
goods, or health drinks or shakes.  Alternatively, the
seeds may be extracted with a non-toxic solvent such as

22

water, liquid carbon dioxide or ethanol to prepare soups, teas or other drinks and infusions. The seeds can also b incorporat d into a food product without grinding. The seeds can be used in many different foods such as

5   salads, granolas, breads and other baked goods, among others.

Food products of the instant invention may include sprouts, seeds or extracts of sprouts or seeds taken from one or more different crucifer genera, species,

10  varieties, subvarieties or cultivars. It has been found that genetically distinct crucifers produce chemically distinct Phase 2 enzyme-inducers. Different Phase 2 enzyme-inducers detoxify chemically distinct carcinogens at different rates. Accordingly, food products composed

15  of genetically distinct crucifer sprouts or seeds, or extracts or preparations made from these sprouts or seeds, will detoxify a broader range of carcinogens.

Glucosinolates and/or isothiocyanates can be purified from seed or plant extracts by methods well known in the

20  art. See Fenwick et al., CRC Crit. Rez. Food Sci. Nutr. 18: 123-201 (1983) and Zhang et al., Pro. Natl Acad. Sci. USA 89: 2399-2403 (1992). Purified or partially purified glucosinolate(s) or isothiocyanate(s) can be added to food products as a supplement. The dose of glucosinolate

25  and/or isothiocyanate added to the food product preferably is in the range of 1 μmol to 1,000 μmols. However, the dose of glucosinolate and/or isothiocyanate supplementing the food product can be higher.

The selection of plants having high Phase 2 enzyme-

30  inducer potential in sprouts, seeds or other plant parts can be incorporated into Cruciferae breeding programs. In addition, these same breeding programs can include the identification and selection of cultivars that produce specific Phase 2 enzyme-inducers, or a particular

35  spectrum of Phase 2 enzyme-inducers. Strategies for the crossing, selection and breeding of new cultivars of

*Cruciferae* are well known to the skilled artisan in this field.  *Brassica Crops and Wild Allies: Biology & Breeding*; S. Tsunoda *et al.* (eds), Japan Scientific Societies Press, Tokyo pp. 354 (1980).  Progeny plants

5    are screened for Phase 2 inducer activity or the chemical identity of specific Phase 2 enzyme-inducers produced at specific plant developmental stages.  Plants carrying the trait of interest are identified and the characteristic intensified or combined with other important agronomic

10   characteristics using breeding techniques well known in the art of plant breeding.


### Example 1

### COMPARISON OF CRUCIFEROUS SPROUT INDUCING POTENTIAL


Sprouts were prepared by first surface sterilizing

15   seeds of different species from the cruciferae family with a 1 min treatment in 70% ethanol, followed by 15 min in 1.3% sodium hypochlorite containing approximately 0.001% Alconox detergent.  Seeds were grown in sterile plastic containers at a density of approximately 8

20   seeds/$cm^2$ for from 1 to 9 days on a 0.7% agar support that did not contain added nutrients.  The environment was carefully controlled with broad spectrum fluorescent lighting, humidity and temperature control.  The seeds and sprouts were incubated under a daily cycle of 16

25   hours light at 25°C and 8 hours dark at 20°C.


Sprouts were harvested following 3-days of incubation and immediately plunged into 10 volumes of a mixture of equal volumes of DMF/ACN/DMSO at -50°C.  This solvent mixture has a freezing point of approximately -33°C, but

30   when admixed with 10% water, as found in plant material, the freezing point is depressed to below -64°C.  The actual freezing point depression is even greater with plant material.


Homogenization was accomplished either by manually

35   grinding the samples in a glass-on-glass homogenizer in

24

the presence of a small amount of the total solvent used, then gradually adding more solvent or homogenizing the sample in 10 volumes of solvent using a Brinkman Polytron Homogenizer for 1 min at half-maximum power. The homogenate was then centrifuged to remove remaining particulates and stored at -20°C until assayed.

Inducer potential of plant extracts prepared as described above, was determined by the microtiter plate bioassay method as described in the Definitions section above.

Broccoli and cauliflower sprouts harvested and assayed at 3-days after incubation of seeds under growth conditions have Phase 2 enzyme-inducer potential greater than 200,000 units/g fresh weight. On the other hand, cabbage, radish, mustard and cress have Phase 2 enzyme-inducer potential of less than 200,000 units/g fresh weight when assayed at the same time point.

### *Example 2*
### *VARIATION IN INDUCER POTENTIAL AMONG DIFFERENT BROCCOLI CULTIVARS*

There is variation in inducer potential among different broccoli cultivars. In addition, most of the inducer potential in crucifers is present as precursor glucosinolates. The inducer activity and inducer potential of market stage broccoli heads was determined following DMF/ACN/DMSO extractions and assay of QR activity as described above.

Bioassay of homogenates of such market stage broccoli heads, with and without the addition of purified plant myrosinase, showed that the amount of QR activity found in the absence of myrosinase was less than 5% of that observed with added myrosinase. These observations confirmed previous suggestions (see Matile *et al.,*

25

*Biochem. Physiol. Pflanzen* <u>179</u>: 5-12 (1984)) that uninjured plants contain almost no free isothiocyanates.

TABLE 1

Effect of Myrosinase on Inducer Activity
of Market-Stage Broccoli Plant Heads

| Broccoli cultivar | Units per gram (wet weight) vegetable | |
|---|---|---|
| | -myrosinase | +myrosinase |
| DeCicco | 5,882 | 37,037 |
| Calabrese Corvet | 1,250 | 41,666 |
| Everest | * | 8,333 |
| Dandy Early | * | 20,000 |
| Emperor | * | 13,333 |
| Saga | 5,000 | 13,333 |
| Emerald City | * | 12,500 |

* Below limits of detection (833 units/g).

As can be observed in Table 1, most of the plant inducer potential is derived from glucosinolates following hydrolysis by myrosinase to form isothiocyanates. Hence, hydrolysis is required for biological activity.

### Example 3

#### INDUCER POTENTIAL IS HIGHEST IN SEEDS AND DECREASES AS SPROUTS MATURE

Phase 2 enzyme-inducer potential is highest in seeds and decrease gradually during early growth of seedlings. Plants were prepared by first surface sterilizing seeds of *Brassica oleracea* variety *italica* cultivars Saga and DeCicco with a 1 min treatment in 70% ethanol, followed

by 15 min in 1.3% sodium hypochlorite containing approximately 0.001% Alconox detergent. Seeds were grown in sterile plastic containers at a density of approximately 8 seeds/cm$^2$ on a 0.7% agar support that did
5    not contain added nutrients. The environment was carefully controlled with broad spectrum fluorescent lighting, humidity and temperature control. The seeds and sprouts were incubated under a daily cycle of 16 hours light at 25°C and 8 hours dark at 20°C.

10   Each day plants were rapidly and gently collected from the surface of the agar from replicate containers. The plants were harvested gently to minimize glucosinolate hydrolysis by endogenous myrosinase released upon plant wounding. Samples containing
15   approximately 40 sprouts were homogenized in 10 volumes of DMF/ACN/DMSO solvent at -50°C which dissolves nearly all the non-lignocellulosic plant material.

Harvested plants were homogenized and QR activity with and without myrosinase, was determined as described
20   above. As can be seen in Figure 1, Phase 2 enzyme-inducer potential per gram of plant is highest in seeds, but decreases gradually following germination. No detectable (less than 1000 units/g) QR inducer activity was present in the absence of added myrosinase.

25   *Example 4*

*SPROUTS HAVE HIGHER INDUCER POTENTIAL*
*THAN MARKET STAGE PLANTS*

The cruciferous sprouts of the instant invention have higher Phase 2 enzyme-inducer potential than market stage
30   plants. More specifically, sprouts have at least a 5-fold greater Phase 2 enzyme-inducing potential than mature vegetables. For example, total inducing potential of 7-day-old broccoli sprouts, extracted with DMF/ACN/DMSO and treated with myrosinase, as described

27

above, were 238,000 and 91,000 units/g fresh weight, compared to 25,000 and 20,000 units/g fresh weight for field-grown heads of broccoli cultivars Saga and DeCicco, respectively.

5        Sprout extracts of over 40 different members of the *Cruciferae* have now been bioassayed and broccoli sprouts remain the most Phase 2 enzyme-inducer-rich plants tested.  Total inducing potential of organic solvent extracts of market stage and sprout stage broccoli and
10   daikon is shown in Table 2.

### TABLE 2
#### Comparison of Inducer Potential in
#### Sprouts and Mature Vegetables

| | Activity (units/g fresh weight) | | -Fold Difference |
|---|---|---|---|
| Vegetable Cultivar* | Mature Vegetable | Sprout** | |
| **DAIKON** | | | |
| Miura | 625 | 26,316 | 42 |
| Tenshun | 3,333 | 33,333 | 10 |
| Hakkai | 1,471 | 16,667 | 11 |
| Ohkura | 2,857 | 50,000 | 18 |
| **BROCCOLI** | | | |
| Saga | 25,000 | 476,000 | 19 |
| DeCicco | 25,000 | 625,000 | 25 |
| Everest | 8,333 | 1,087,000 | 130 |
| Emerald City | 12,500 | 833,000 | 67 |
| Packman | 20,000 | 556,000 | 28 |

*The commercial portion of each plant was sampled (*e.g.* the taproot of *Raphanus sativus* variety *radicola* [radish]), and heads of *Brassicsa oleracea* variety *italica* [broccoli]).  Myrosinase was added to all extracts tested.

30   **Broccoli sprouts were 1-day old and daikon seedlings were 4-5-days old.