09/825989

L16  ANSWER 7 OF 16  SCISEARCH  COPYRIGHT 2004 THOMSON ISI on STN
     DUPLICATE 3
ACCESSION NUMBER:    97:882691  SCISEARCH
THE GENUINE ARTICLE:  YH162
TITLE:               Enzymatic, chemical, and thermal breakdown of
                     H-3-labeled glucobrassicin, the parent indole
                     **glucosinolate**
AUTHOR:              Chevolleau S (Reprint); Gasc N; Rollin P; Tulliez J
CORPORATE SOURCE:    INRA, LAB XENOBIOT, BP 3, F-31931 TOULOUSE 9, FRANCE
                     (Reprint); UNIV ORLEANS, ICOA, UPRESA 6005, F-45067
                     ORLEANS 2, FRANCE
COUNTRY OF AUTHOR:   FRANCE
SOURCE:              JOURNAL OF AGRICULTURAL AND FOOD CHEMISTRY, (NOV
                     1997) Vol. 45, No. 11, pp. 4290-4296.
                     Publisher: AMER CHEMICAL SOC, 1155 16TH ST, NW,
                     WASHINGTON, DC 20036.
                     ISSN: 0021-8561.
DOCUMENT TYPE:       Article; Journal
FILE SEGMENT:        LIFE; AGRI
LANGUAGE:            English
REFERENCE COUNT:     30
                     *ABSTRACT IS AVAILABLE IN THE ALL AND IALL FORMATS*
AB       The enzymatic, chemical, and thermal breakdown pathways of
     glucobrassicin, the major indolylmethyl **glucosinolate** of
     cruciferous vegetables, have been studied using synthetic
     H-3-labeled glucobrassicin (GBS). Radio-HPLC was used to analyze
     qualitatively and quantitatively the resulting products as well as
     their kinetics of formation. Enzymatic breakdown of GBS under
     **myrosinase** action gave rise to different indole compounds
     [indole-3-carbinol (I3C), indole-3-**acetonitrile** (IAN) and
     3,3'-diindolylmethane (DIM)]. At neutral pH, GBS degradation was
     almost complete after 1 h, and the major breakdown product was I3C,
     which could be converted to DIM. The formation of this
     self-condensation product was observed as photosensitive. In acidic
     conditions, enzymatic degradation of GBS was a slower phenomenon,
     requiring 24 h to be nearly complete. IAN and I3C were the only two
     products occurring, and it was observed that the light had no effect
     either on the rate of formation or on the relative proportions of
     the breakdown products observed. GBS appeared as a very stable
     compound since no chemical degradation could be observed after 2 h
     in different aqueous media with pH in the 2-11 range. Moreover,
     after exposure to heat treatment, GBS was weakly degraded (10% in 1
     h), giving risk to a new minor indole condensation product
     corresponding to a 3-(indolylmethyl)glucobrassicin (IM-GBS).

L16  ANSWER 8 OF 16  BIOSIS  COPYRIGHT 2004 BIOLOGICAL ABSTRACTS INC. on
     STN                                        DUPLICATE 4
ACCESSION NUMBER:    1997:41907  BIOSIS
DOCUMENT NUMBER:     PREV199799333895
TITLE:               Simultaneous determination of **isothiocyanates**
                     , indoles, and oxazolidinethiones in
                     **myrosinase** digests of rapeseeds and rapeseed
                     meal by HPLC.
AUTHOR(S):           Matthaeus, B. [Reprint author]; Fiebig, H.-J.
CORPORATE SOURCE:    Institut fuer Chemie und Physik der Fette,

Searcher  :    Shears      571-272-2528

Exhibit 5-H

09/825989

```
                    Bundesanstalt fuer Getreide- Kartoffel- und
                    Fettforschung, Postfach 1705, D-48006 Muenster,
                    Germany
SOURCE:             Journal of Agricultural and Food Chemistry, (1996)
                    Vol. 44, No. 12, pp. 3894-3899.
                    CODEN: JAFCAU. ISSN: 0021-8561.
DOCUMENT TYPE:      Article
LANGUAGE:           English
ENTRY DATE:         Entered STN: 28 Jan 1997
                    Last Updated on STN: 25 Mar 1997
```

AB    HPLC has been used for the analysis of **isothiocyanates**,
      indoles, and oxazolidinethiones in rapeseeds and rapeseed meal.  The
      samples were treated with **myrosinase** and the released
      hydrolysis products extracted with dichloromethane.  The separation
      was performed on an RP-18 column using a gradient system with
      **acetonitrile** and water.  Use of a programmable UV detector
      permitted the detection of the compounds at their absorption maxima
      of 210 and 240 nm, respectively.  Response factors of eight standard
      compounds were calculated for 240 nm.  The contents of
      **glucosinolates** calculated with the results of this method
      showed a significant linear correlation (r = 0.9995; P lt 0.005)
      with the contents of **glucosinolates** evaluated with the
      results of the HPLC method of desulfoglucosinolates.

```
L16  ANSWER 9 OF 16  CABA COPYRIGHT 2004 CABI on STN
ACCESSION NUMBER:   92:146229  CABA
DOCUMENT NUMBER:    19921452451
TITLE:              Formation of indole glucosinolates
                    breakdown products during processing treatment
                    in cruciferous vegetables
AUTHOR:             Shim, K. H.; Kang, K. S.; Sung, N. K.; Seo, K.
                    I.; Moon, J. S.
CORPORATE SOURCE:   Department of Food Science and Technology,
                    Gyeongsang National University, Jinju 660-701,
                    Korea Republic.
SOURCE:             Journal of the Korean Society of Food and
                    Nutrition, (1992) Vol. 21, No. 1, pp. 49-53.
                    14 ref.
                    ISSN: 0253-3154
DOCUMENT TYPE:      Journal
LANGUAGE:           Korean
SUMMARY LANGUAGE:   English
ENTRY DATE:         Entered STN: 19941101
                    Last Updated on STN: 19941101
```

AB   The released amount of thiocyanate ion in cruciferous vegetables
     treated by wet heat, increased as a function of time and reached a
     maximum value after 30 min, but did not change after dry heat
     treatment. When samples were autolysed by **myrosinase**, the
     amount of thiocyanate ion increased gradually, reached a maximum
     value after 3 h and was higher than those treated by wet heat. The
     released amount of thiocyanate ion in each sample was greatest in
     cabbage, Chinese cabbage, radish, kale and mustard in that order.
     The generated amount of indoleacetonitrile by heat treatment
     increased as time elapsed, and the generated amount in each sample
     was highest in cabbage, Chinese cabbage and radish, in that order.

Searcher  :    Shears        571-272-2528

09/825989

L16  ANSWER 10 OF 16  SCISEARCH  COPYRIGHT 2004 THOMSON ISI on STN
ACCESSION NUMBER:      91:302382  SCISEARCH
THE GENUINE ARTICLE:   FM516
TITLE:                 ROLE OF **GLUCOSINOLATES** IN THE FORMATION OF
                       N-NITROSO COMPOUNDS
AUTHOR:                TIEDINK H G M (Reprint); MALINGRE C E; VANBROEKHOVEN
                       L W; JONGEN W M F; LEWIS J; FENWICK G R
CORPORATE SOURCE:      AGR UNIV WAGENINGEN, DEPT TOXICOL, POB 8129, 6700 EV
                       WAGENINGEN, NETHERLANDS (Reprint); CTR AGROBIOL RES,
                       6700 AA WAGENINGEN, NETHERLANDS; AGROTECH RES INST,
                       6700 AA WAGENINGEN, NETHERLANDS; AFRC, INST FOOD
                       RES, NORWICH NR4 7UA, NORFOLK, ENGLAND
COUNTRY OF AUTHOR:     NETHERLANDS; ENGLAND
SOURCE:                JOURNAL OF AGRICULTURAL AND FOOD CHEMISTRY, (1991)
                       Vol. 39, No. 5, pp. 922-926.
DOCUMENT TYPE:         Article; Journal
FILE SEGMENT:          LIFE; AGRI
LANGUAGE:              ENGLISH
REFERENCE COUNT:       28
                       *ABSTRACT IS AVAILABLE IN THE ALL AND IALL FORMATS*

AB      The hydrolysis of the **glucosinolates**, sinigrin,
        gluconapin, glucobrassicanapin, progoitrin, glucotropaeolin,
        sinalbin, gluconasturtiin, glucobrassicin, and 4-
        hydroxyglucobrassicin, by **myrosinase** from white mustard
        (Sinapis alba) or acid was examined.  While all
        **glucosinolates** were hydrolyzed by **myrosinase**, only
        4-hydroxyglucobrassicin, glucosinalbin, gluconasturtiin,
        glucobrassicin, and progoitrin were partially hydrolyzed by acid (pH
        2).  When intact **glucosinolates** or **myrosinase**
        -treated **glucosinolate** products were treated with nitrite,
        only glucobrassicin and 4-hydroxyglucobrassicin formed N-nitroso
        compounds.  The nitrosated products of **myrosinase**-treated
        glucobrassicin alone were mutagenic and induced about 400 Salmonella
        typhimurium TA100 revertants/mu-mol.  The enzymic breakdown products
        of the alkyl and aryl **glucosinolates** were cytotoxic, but
        this activity was not affected by subsequent nitrite treatment.
        Given the levels at which indole **glucosinolates** occur in
        brassica vegetables, these findings suggest that their contribution
        to the observed mutagenic potential of these vegetables after
        nitrite treatment will be marginal.  Further work is, however,
        needed to identify the exact chemical natures of both the N-nitroso
        compounds formed in nitrite-treated brassicas and their naturally
        occurring precursors.

L16  ANSWER 11 OF 16  BIOSIS  COPYRIGHT 2004 BIOLOGICAL ABSTRACTS INC. on
     STN
ACCESSION NUMBER:      1984:342461  BIOSIS
DOCUMENT NUMBER:       PREV198478078941; BA78:78941
TITLE:                 PRELIMINARY STUDIES ON THE EFFECTS OF COPPER IRON AND
                       MANGANESE IONS ON THE DEGRADATION OF 3 INDOLYLMETHYL
                       **GLUCOSINOLATE** A CONSTITUENT OF BRASSICA-SPP
                       BY **MYROSINASE** EC-3.2.3.1.
AUTHOR(S):             SEARLE L M [Reprint author]; CHAMBERLAIN K; BUTCHER D
                       N
CORPORATE SOURCE:      ROTHAMSTED EXPERIMENTAL STATION, HARPENDEN, HERTS AL5
                       2JQ, UK

                       Searcher  :    Shears       571-272-2528

**5-H3**

09/825989

| | |
|---|---|
| SOURCE: | Journal of the Science of Food and Agriculture, (1984) Vol. 35, No. 7, pp. 745-748. CODEN: JSFAAE. ISSN: 0022-5142. |
| DOCUMENT TYPE: | Article |
| FILE SEGMENT: | BA |
| LANGUAGE: | ENGLISH |

AB  Cu (I and II) and Fe (II and III) ions had qualitatively similar
    effects on the degradation of radiolabeled 3-
    indolylmethylglucosinolate.  In the presence of **myrosinase**
    they increased the production of 3-indolylacetonitrile (IAN) largely
    at the expense of ascorbigen (ASC).  With the addition of these
    metal ions the ratio of IAN to the products of the alternative
    pathways (3,3'-diindolylmethane, ASC and formaldehyde) decreased as
    the pH increased from 4 to 7.  These ions also led to a small
    increase in the non-enzymic production of IAN.


L16  ANSWER 12 OF 16  BIOSIS  COPYRIGHT 2004 BIOLOGICAL ABSTRACTS INC. on
     STN

| | |
|---|---|
| ACCESSION NUMBER: | 1983:233173  BIOSIS |
| DOCUMENT NUMBER: | PREV198375083173; BA75:83173 |
| TITLE: | THE CONVERSION OF 3 INDOLYLMETHYL **GLUCOSINOLATE** TO 3 INDOLYL **ACETONITRILE** BY **MYROSINASE** AND ITS RELEVANCE TO THE CLUBROOT DISEASE OF THE CRUCIFERAE. |
| AUTHOR(S): | SEARLE L M [Reprint author]; CHAMBERLAIN K; RAUSCH T; BUTCHER D N |
| CORPORATE SOURCE: | ROTHAMSTED EXPERIMENTAL STATION, HARPENDEN, HERTS AL5 2JQ, UK |
| SOURCE: | Journal of Experimental Botany, (1982) Vol. 33, No. 136, pp. 935-942. CODEN: JEBOA6. ISSN: 0022-0957. |
| DOCUMENT TYPE: | Article |
| FILE SEGMENT: | BA |
| LANGUAGE: | ENGLISH |

AB  [Methylene-14C]-3-indolylmethylglucosinolate (14C-IMG) was converted
    in vitro to [methylene-14C]-3-indolylacetonitrile (14C-IAN) by
    **myrosinase** [thioglucoside glucohydrolase EC 3.2.3.1] over a
    pH range of 4.0-6.0 and this conversion was enhanced by ferrous
    ions.  Other products of the reaction included 3-indolylmethanol,
    3,3'-diindolylmethane and ascorbigen A.  Trace amounts of 14C-IAN
    were produced non-enzymically from 14C-IMG in the presence of
    ferrous ions over a similar pH range.  Furthermore, swede tissues
    (Brassica napus cv. Danestone) infected with Plasmodiophora
    brassicae Woron. could convert 14C-IMG to 14C-IAN.  These results
    were consistent with the hypothesis that the overgrowth symptoms of
    the clubroot disease are caused by the conversion of IMG to the
    auxin precursor IAN.


L16  ANSWER 13 OF 16  BIOSIS  COPYRIGHT 2004 BIOLOGICAL ABSTRACTS INC. on
     STN                                                    DUPLICATE 5

| | |
|---|---|
| ACCESSION NUMBER: | 1980:200330  BIOSIS |
| DOCUMENT NUMBER: | PREV198069075326; BA69:75326 |
| TITLE: | AN HIGH PRESSURE LIQUID CHROMATOGRAPHIC METHOD FOR SIMULTANEOUS QUANTITATION OF INDIVIDUAL **ISO THIO CYANATES** AND OXAZOLIDINETHIONE IN **MYROSINASE** EC-3.2.3.1 DIGESTS OF |

Searcher :     Shears     571-272-2528

09/825989

| | |
|---|---|
| | RAPESEED MEAL. |
| AUTHOR(S): | MAHESHWARI P N [Reprint author]; STANLEY D W; GRAY J I; VOORT F R |
| CORPORATE SOURCE: | DEP FOOD SCI, UNIV GUELPH, GUELPH, ONT N1G 2W1, CAN |
| SOURCE: | Journal of the American Oil Chemists' Society, (1979) Vol. 56, No. 9, pp. 837-841. |
| | CODEN: JAOCA7. ISSN: 0003-021X. |
| DOCUMENT TYPE: | Article |
| FILE SEGMENT: | BA |
| LANGUAGE: | ENGLISH |

AB    A simple, rapid and precise method for simultaneous quantitation of individual **isothiocyanates** and oxazolidinethione in **myrosinase** digests of rapeseed meal has been developed.The method consists of inactivation of native **myrosinase** activity present in the seedmeal, followed by digestion with mustard **myrosinase** (thioglucoside glucohydrolase, EC 3.2.3.1) to hydrolyze rapeseed **glucosinolates** quantitatively to **isothiocyanates** and oxazolidinethione.  These hydrolytic products are extracted in methylene chloride as soon as they are formed and finally resolved by a reverse phase high pressure liquid chromatography (HPLC) technique on a μ  Bondapak C18 column using aqueous **acetonitrile** as solvent and an UV absorbance detector set at 254 nm.  The lower limits of quantitation by this method in a single aliquot applied to the column were 0.2 μg for the **isothiocyanates** and 0.01 μg for the oxazolidinethione.  Recoveries of allyl **isothiocyanate**, oxazolidinethione and sinigrin added to Brassica juncea, prior to digestion, were quantitative and averaged at 94.5, 93.0 and 91.2% with SD of 1.5, 3.3 and 2.8%, respectively.  The butenyl and pentenyl **isothiocyanates** and oxazolidinethione in Tower (B. napus) and Candle (B. campestris) rapeseeds, and allyl **isothiocyanate** in B. juncea were the major hydrolytic products of **glucosinolates**.  The identity of peaks corresponding to these compounds on a HPLC chromatogram was confirmed by mass spectroscopy.

| | | |
|---|---|---|
| L16  ANSWER 14 OF 16 | MEDLINE on STN | DUPLICATE 6 |
| ACCESSION NUMBER: | 75153618    MEDLINE | |
| DOCUMENT NUMBER: | PubMed ID: 1127728 | |
| TITLE: | Aryl hydrocarbon hydroxylase induction in rat tissues by naturally occurring indoles of cruciferous plants. | |
| AUTHOR: | Loub W D; Wattenberg L W; Davis D W | |
| SOURCE: | Journal of the National Cancer Institute, (1975 Apr) 54 (4) 985-8. | |
| | Journal code: 7503089. ISSN: 0027-8874. | |
| PUB. COUNTRY: | United States | |
| DOCUMENT TYPE: | Journal; Article; (JOURNAL ARTICLE) | |
| LANGUAGE: | English | |
| FILE SEGMENT: | Priority Journals | |
| ENTRY MONTH: | 197507 | |
| ENTRY DATE: | Entered STN: 19900310 | |
| | Last Updated on STN: 19970203 | |
| | Entered Medline: 19750724 | |

AB  A phytochemical investigation to identify inducers of increased aryl hydrocarbon hydroxylase (AHH) activity from three cruciferous vegetables, Brussels sprouts, cabbage, and cauliflower, resulted in

Searcher :    Shears    571-272-2528

09/825989

the identification of indole-3-**acetonitrile**,
indole-3-carbinol, and 3,3'-diindolylmethane as naturally occurring
inducers.  These compounds are produced during the hydrolysis of
indolyl-methyl **glucosinolate** by the plant enzyme
**myrosinase.**

L16   ANSWER 15 OF 16  BIOSIS   COPYRIGHT 2004 BIOLOGICAL ABSTRACTS INC. on
      STN
ACCESSION NUMBER:    1974:169038  BIOSIS
DOCUMENT NUMBER:     PREV197457068738; BA57:68738
TITLE:               THE ROLE OF INDOLE **GLUCOSINOLATES** IN THE
                     CLUB ROOT DISEASE OF THE CRUCIFERAE.
AUTHOR(S):           BUTCHER D N; EL-TIGANI S; INGRAM D S
SOURCE:              Physiological Plant Pathology, (1974) Vol. 4, No. 1,
                     pp. 127-140.
                     CODEN: PPPYBC. ISSN: 0048-4059.
DOCUMENT TYPE:       Article
FILE SEGMENT:        BA
LANGUAGE:            Unavailable

L16   ANSWER 16 OF 16  BIOSIS   COPYRIGHT 2004 BIOLOGICAL ABSTRACTS INC. on
      STN
ACCESSION NUMBER:    1970:205651  BIOSIS
DOCUMENT NUMBER:     PREV197051115651; BA51:115651
TITLE:               INDOLE **ACETO NITRILE** SYNTHESIS
                     FROM GLUCOBRASSICIN PH DEPENDENCE AND IMPORTANCE FOR
                     GROWTH.
AUTHOR(S):           SCHRAUDOLF H; WEBER H
SOURCE:              Planta (Heidelberg), (1969) Vol. 88, No. 2, pp.
                     136-143.
                     CODEN: PLANAB. ISSN: 0032-0935.
DOCUMENT TYPE:       Article
FILE SEGMENT:        BA
LANGUAGE:            Unavailable

      FILE 'CAPLUS' ENTERED AT 12:16:48 ON 24 JUN 2004
L17         1 S L4 AND (DMSO OR DMF)
L18         0 S L17 NOT L11

      FILE 'MEDLINE, BIOSIS, EMBASE, WPIDS, CONFSCI, SCISEARCH,
      JICST-EPLUS, JAPIO, CABA, AGRICOLA, FSTA, LIFESCI, CANCERLIT'
      ENTERED AT 12:17:15 ON 24 JUN 2004
L19         1 S L17
L20         1 S L19 NOT L15

L20   ANSWER 1 OF 1  BIOSIS   COPYRIGHT 2004 BIOLOGICAL ABSTRACTS INC. on
      STN
ACCESSION NUMBER:    2003:513019  BIOSIS
DOCUMENT NUMBER:     PREV200300516359
TITLE:               A facile and efficient synthesis of 14C-labelled
                     sulforaphane.
AUTHOR(S):           D'Souza, Christopher A.; Amin, Shantu; Desai, Dhimant
                     [Reprint Author]
CORPORATE SOURCE:    Institute for Cancer Prevention, 1 Dana Road,
                     Valhalla, NY, 10595, USA
                     ddesai@ifcp.us

               Searcher  :    Shears      571-272-2528

09/825989

| | |
|---|---|
| SOURCE: | Journal of Labelled Compounds and Radiopharmaceuticals, (August 2003) Vol. 46, No. 9, pp. 851-859. print. ISSN: 0362-4803 (ISSN print). |
| DOCUMENT TYPE: | Article |
| LANGUAGE: | English |
| ENTRY DATE: | Entered STN: 5 Nov 2003 Last Updated on STN: 5 Nov 2003 |

AB    **Isothiocyanates** have gained considerable attention for
their role as potent chemopreventive agents.  Sulforaphane, 1a
(SFN), a naturally occurring **isothiocyanate,** was
isotopically labelled in five steps starting from
3-(methylthio)-1-propanol (2).  Reacting 2 with tosyl chloride in
the presence of Et3N yielded the tosylate 3.  Gently refluxing 3
with K14CN in **DMF** gave the nitrile 4b.  Reduction to the
amine 5b was achieved using BH3-THF.  Oxidation with 30% hydrogen
peroxide followed by treatment with thiophosgene yielded
(+-)(1-14C)SFN, 1b.  The overall radiochemical yield was 4.4% based
on the starting K14CN.

(FILE 'CAPLUS' ENTERED AT 12:18:20 ON 24 JUN 2004)

| | | |
|---|---|---|
| L1 | 1 | SEA FILE=REGISTRY ABB=ON  PLU=ON  ISOTHIOCYANATE/CN |
| L3 | 32844 | SEA FILE=CAPLUS ABB=ON  PLU=ON  L1 OR ISOTHIOCYANATE OR ISO(W)(THIOCYANATE OR THIO CYANATE) OR ISOTHIO CYANATE OR GLUCOSINOLATE |
| L5 | 1 | SEA FILE=REGISTRY ABB=ON  PLU=ON  "DIMETHYL SULFOXIDE"/CN |
| L6 | 2 | SEA FILE=REGISTRY ABB=ON  PLU=ON  (ACETONITRILE/CN OR "ACETONITRILE (13CH3CN)"/CN) |
| L7 | 1 | SEA FILE=REGISTRY ABB=ON  PLU=ON  DIMETHYLFORMAMIDE/CN |
| L21 | 56709 | SEA FILE=CAPLUS ABB=ON  PLU=ON  (L5 OR DIMETHYLSULFOXIDE OR DIMETHYLSULPHOXIDE OR DI(W)(METHYLSULFOXIDE OR METHYLSULPHOXIDE OR (ME OR METHYL)(W)(SULFOXIDE OR SULPHOXIDE)) OR DIMETHYL(W)(SULFOXIDE OR SULPHOXIDE) OR DMSO) |
| L22 | 4851 | SEA FILE=CAPLUS ABB=ON  PLU=ON  L21 AND (L6 OR ACETONITRILE OR ACETO NITRILE) |
| L23 | 2784 | SEA FILE=CAPLUS ABB=ON  PLU=ON  L22 AND (L7 OR DIMETHYLFORMAMIDE OR DI(W)(METHYLFORMAMIDE OR (ME OR METHYL)(W)FORMAMIDE) OR DIMETHYL FORMAMIDE OR DMF) |
| L24 | 34 | SEA FILE=CAPLUS ABB=ON  PLU=ON  L23 AND L3 |
| L25 | 2 | SEA FILE=CAPLUS ABB=ON  PLU=ON  L24 AND (EXTRACT? OR EXT##) |

| | | |
|---|---|---|
| L26 | 1 | L25 NOT L11 |

L26  ANSWER 1 OF 1  CAPLUS  COPYRIGHT 2004 ACS on STN

| | |
|---|---|
| ED    Entered STN: | 12 May 1984 |
| ACCESSION NUMBER: | 1981:128527  CAPLUS |
| DOCUMENT NUMBER: | 94:128527 |
| TITLE: | Anion solvation free energies from distribution equilibriums |
| AUTHOR(S): | Marcus, Y.; Pross, E.; Hormadaly, J. |
| CORPORATE SOURCE: | Dep. Inorg. Anal. Chem., Hebrew Univ., Jerusalem, Israel |

Searcher :    Shears    571-272-2528

**5-H7**

09/825989

| | |
|---|---|
| SOURCE: | Int. Solvent Extr. Conf., [Proc.] (1980), Volume 3, Paper 80-117, 8 pp..  Assoc. Ing. Univ. Liege: Liege, Belg. CODEN: 45DZA9 |
| DOCUMENT TYPE: | Conference |
| LANGUAGE: | English |

AB   The solvation Gibbs free energies of anions (X-) are key items for understanding the solvent **extraction** equilibrium  Transfer Gibbs free energies, $\Delta Gt°(X-, W \rightarrow S)$, based on the tetraphenylarsonium tetraphenylborate [15627-12-0] assumption, represent them adequately.  Data for these for 11 anions X- and 15 solvents S are tabulated, and expressed parametrically as $\Delta Gt°(X-, W \rightarrow S) = a(X-) + b(X-)[ET(W) - ET(S)]$ in terms of the solvent polarity index ET.  A distribution method, based on the sequestration of K+ by crown ethers, provides exptl. data for anion transfer between water and immiscible solvents, relevant to solvent **extraction**  The equation used is $\Delta Gt°(X-, W \rightarrow S) = -RTlnKdistr(X-, S/W) +$ $p(1/\varepsilon S) + q$, where K is the equilibrium constant for the ion-pair **extraction** of KCw+X (Cw is the crown ether), $\varepsilon S$ the dielec. constant, p an independently known constant, and q must be obtained by calibration with a solvent with known $\Delta Tg°(X-, W \rightarrow S)$.

IT   **67-68-5**, properties **68-12-2**, properties
     **75-05-8**, properties
     RL: PRP (Properties)
       (free energy of transfer and anions from water to)
IT   **302-04-5**, properties
     RL: PRP (Properties)
       (free energy of transfer of, from water to solvent, solvation in relation to)


     (FILE 'MEDLINE, BIOSIS, EMBASE, WPIDS, CONFSCI, SCISEARCH,
     JICST-EPLUS, JAPIO, CABA, AGRICOLA, FSTA, LIFESCI, CANCERLIT'
     ENTERED AT 12:22:16 ON 24 JUN 2004)
L27          8 S L25
L28          1 S L27 NOT (L15 OR L19)


L28  ANSWER 1 OF 1  EMBASE  COPYRIGHT 2004 ELSEVIER INC. ALL RIGHTS
     RESERVED. on STN

| | |
|---|---|
| ACCESSION NUMBER: | 1998153219  EMBASE |
| TITLE: | Solvent **extraction** of europium from aqueous-organic solutions by solvating **extractants**. |
| AUTHOR: | Hala J. |
| CORPORATE SOURCE: | J. Hala, Department of Inorganic Chemistry, Masaryk University, Kotlarska 2, 61137 Brno, Czech Republic |
| SOURCE: | Journal of Radioanalytical and Nuclear Chemistry, (1998) 230/1-2 (135-141). Refs: 21 ISSN: 0236-5731  CODEN: JRNCDM |
| COUNTRY: | Hungary |
| DOCUMENT TYPE: | Journal; Article |
| FILE SEGMENT: | 029    Clinical Biochemistry |
| LANGUAGE: | English |
| SUMMARY LANGUAGE: | English |


     Searcher  :    Shears      571-272-2528

09/825989

AB    The partition of Eu(III) between benzene containing solvating
      **extractants** (TBP, TOPO, dioctylsulfoxide) and aqueous
      nitrate, perchlorate and thiocyanate solutions containing various
      organic solvents miscible with water (alcohols, acetone,
      **acetonitrile**, ethylene glycol, **dimethyl**
      **sulfoxide** and **dimethylformamide**) was investigated.
      Depending on the specific **extraction** system, the presence
      of organic solvents in the mixed phase showed various effects on the
      distribution ratio of Eu(III). These were discussed in terms of
      solute-solvent interactions. The results in the systems containing
      **dimethylformamide** and **dimethyl sulfoxide**
      indicated complexion of Eu(III) with these solvents in the polar
      phase.

      FILE 'CAPLUS' ENTERED AT 12:27:04 ON 24 JUN 2004
L31          8 SEA ABB=ON  PLU=ON  L3 AND (THIOGLYCOSIDASE OR THIO
               GLYCOSIDASE OR GLUCOSINOLASE)
L32          0 SEA ABB=ON  PLU=ON  L31 AND (L5 OR DIMETHYLSULFOXIDE OR
               DIMETHYLSULPHOXIDE OR DI(W)(METHYLSULFOXIDE OR METHYLSULP
               HOXIDE OR (ME OR METHYL)(W)(SULFOXIDE OR SULPHOXIDE)) OR
               DIMETHYL(W)(SULFOXIDE OR SULPHOXIDE) OR DMSO)
L33          0 SEA ABB=ON  PLU=ON  L31 AND (L6 OR ACETONITRILE OR ACETO
               NITRILE)
L34          0 SEA ABB=ON  PLU=ON  L31 AND (L7 OR DIMETHYLFORMAMIDE OR
               DI(W)(METHYLFORMAMIDE OR (ME OR METHYL)(W)FORMAMIDE) OR
               DIMETHYL FORMAMIDE OR DMF)

      FILE 'MEDLINE, BIOSIS, EMBASE, WPIDS, CONFSCI, SCISEARCH,
      JICST-EPLUS, JAPIO, CABA, AGRICOLA, FSTA, LIFESCI, CANCERLIT'
      ENTERED AT 12:28:24 ON 24 JUN 2004
L35          0 SEA ABB=ON  PLU=ON  L32
L36          1 SEA ABB=ON  PLU=ON  L33
L37          0 SEA ABB=ON  PLU=ON  L34
L38          0 SEA ABB=ON  PLU=ON  L36 NOT (L15 OR L19 OR L28)

      (FILE 'MEDLINE' ENTERED AT 12:30:40 ON 24 JUN 2004)
L29        872 SEA FILE=MEDLINE ABB=ON  PLU=ON  ISOTHIOCYANATES/CT
L30        329 SEA FILE=MEDLINE ABB=ON  PLU=ON  GLUCOSINOLATES/CT
L43       1265 SEA FILE=MEDLINE ABB=ON  PLU=ON  ACETONITRILES/CT
L44       1061 SEA FILE=MEDLINE ABB=ON  PLU=ON  DIMETHYLFORMAMIDE/CT
L45       9846 SEA FILE=MEDLINE ABB=ON  PLU=ON  "DIMETHYL SULFOXIDE"/CT

L47          8 SEA FILE=MEDLINE ABB=ON  PLU=ON  (L29 OR L30) AND (L43
               OR L44 OR L45)

L47  ANSWER 1 OF 8      MEDLINE on STN
ACCESSION NUMBER:     2004070091    MEDLINE
DOCUMENT NUMBER:      PubMed ID: 14871576
TITLE:                In vitro digestion of sinigrin and glucotropaeolin by
                      single strains of Bifidobacterium and identification
                      of the digestive products.
AUTHOR:               Cheng D-L; Hashimoto K; Uda Y
CORPORATE SOURCE:     Department of Bioproductive Sciences, Utsunomiya
                      University, 350 Minemachi, Utsunomiya, 321-8505
                      Japan.
SOURCE:               Food and chemical toxicology : an international

              Searcher :      Shears      571-272-2528

09/825989

```
                        journal published for the British Industrial
                        Biological Research Association, (2004 Mar) 42 (3)
                        351-7.
                        Journal code: 8207483. ISSN: 0278-6915.
PUB. COUNTRY:           England: United Kingdom
DOCUMENT TYPE:          Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:               English
FILE SEGMENT:           Priority Journals
ENTRY MONTH:            200404
ENTRY DATE:             Entered STN: 20040212
                        Last Updated on STN: 20040407
                        Entered Medline: 20040406
ED    Entered STN: 20040212
      Last Updated on STN: 20040407
      Entered Medline: 20040406
AB    Three strains of Bifidobacterium sp., B. pseudocatenulatum, B.
      adolescentis, and B. longum were studied for their ability to digest
      glucosinolates, sinigrin (SNG) and glucotropaeolin (GTL), in vitro.
      All strains digested both glucosinolates during 24-48 h cultivation,
      accompanied by a decline in the medium pH from 7.1 to 5.2.  The
      digestion of glucosinolates by a cell-free extract prepared from
      sonicated cells of B. adolescentis, but not cultivated broth,
      increased in the presence of 0.5 mM l-ascorbic acid.  Also, a
      time-dependent formation of allyl isothiocyanate (AITC) was observed
      when the cell-free extract was incubated with 0.25 mM SNG for 120
      min at pH 7.0.  These reaction features suggest that the digestive
      activity may have been due to an enzyme similar to myrosinase, an
      enzyme of plant origin.  GC-MS analysis of the Bifidobacterial
      cultured broth showed that the major products were 3-butenenitrile
      (BCN) and phenylacetonitrile (PhACN), from SNG and GTL, respectively
      and nitriles, probably due to a decrease in the pH of the media.
      AITC and benzyl isothiocyanate (BzITC) were barely detectable in the
      broth.  It was concluded that the three species of Bifidobacteria
      could be involved in digestive degradation of glucosinolates in the
      human intestinal tract.


L47   ANSWER 2 OF 8     MEDLINE on STN
ACCESSION NUMBER:       2000437676     MEDLINE
DOCUMENT NUMBER:        PubMed ID: 10869674
TITLE:                  Supercritical fluid chromatography as a method of
                        analysis for the determination of
                        4-hydroxybenzylglucosinolate degradation products.
AUTHOR:                 Buskov S; Hasselstrom J; Olsen C E; Sorensen H;
                        Sorensen J C; Sorensen S
CORPORATE SOURCE:       Chemistry Department, Royal Veterinary and
                        Agricultural University, Thorvaldsensvej 40, DK-1871,
                        Frederiksberg C, Denmark.
SOURCE:                 Journal of biochemical and biophysical methods, (2000
                        Jul 5) 43 (1-3) 157-74.
                        Journal code: 7907378. ISSN: 0165-022X.
PUB. COUNTRY:           Netherlands
DOCUMENT TYPE:          Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:               English
FILE SEGMENT:           Priority Journals
ENTRY MONTH:            200009
ENTRY DATE:             Entered STN: 20000928
```

Searcher  :     Shears      571-272-2528

09/825989

Last Updated on STN: 20000928
Entered Medline: 20000920
ED   Entered STN: 20000928
     Last Updated on STN: 20000928
     Entered Medline: 20000920
AB   In the present study analytical and preparative supercritical fluid
     chromatography (SFC) were used for investigation of myrosinase
     catalysed degradation of 4-hydroxybenzylglucosinolate (sinalbin).
     Sinalbin occurs as a major glucosinolate in seeds of Sinapis alba
     L., in various mustards and other food products.  The degradation
     products were identified and quantified by analysis based on a
     developed SFC method using a bare silica column.  Determinations
     comprised transformation products of sinalbin, produced both during
     degradation of isolated sinalbin, and during autolysis of meal from
     S. alba seeds.  The conditions in the developed SFC method were used
     as basis for the preparative SFC procedure applied for isolation of
     the components prior to their identification by nuclear magnetic
     resonance (NMR) spectroscopy.  Myrosinase catalysed sinalbin
     hydrolysis resulted in the reactive 4-hydroxybenzyl isothiocyanate
     as an initial product at pH values from 3.5 to 7.5 whereas
     4-hydroxybenzyl cyanide was one of the major products at low pH
     values.  4-Hydroxybenzyl isothiocyanate was found to disappear from
     the aqueous reaction mixtures in a few hours, as it reacted easily
     with available nucleophilic reagents. 4-Hydroxybenzyl alcohol was
     found as the product from reaction with water, and with ascorbic
     acid, 4-hydroxybenzylascorbigen was produced.


L47  ANSWER 3 OF 8      MEDLINE on STN
ACCESSION NUMBER:    2000244162      MEDLINE
DOCUMENT NUMBER:     PubMed ID: 10782305
TITLE:               Synthesis of 6,7-dideoxy-7-isothiocyanatoheptoses:
                     stable fully unprotected monosaccharide
                     isothiocyanates.
AUTHOR:              Benito J M; Oriz Mellet C; Garcia Fernandez J M
CORPORATE SOURCE:    Departamento de Quimica Organica, Facultad de
                     Quimica, Universidad de Sevilla, Spain.
SOURCE:              Carbohydrate research, (2000 Jan 12) 323 (1-4)
                     218-25.
                     Journal code: 0043535. ISSN: 0008-6215.
PUB. COUNTRY:        Netherlands
DOCUMENT TYPE:       Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:            English
FILE SEGMENT:        Priority Journals
ENTRY MONTH:         200007
ENTRY DATE:          Entered STN: 20000720
                     Last Updated on STN: 20000720
                     Entered Medline: 20000710
ED   Entered STN: 20000720
     Last Updated on STN: 20000720
     Entered Medline: 20000710
AB   Methyl 6,7-dideoxy-7-isothiocyanato-alpha-D-gluco
     (manno)(galacto)-heptopyranosides have been synthesized in four
     steps by homologation of the respective methyl hexopyranosides via
     the corresponding heptopyranosydurononitriles.  Neither intra- nor
     intermolecular thiocarbamate formation was observed, even under
     rather strenuous acidic or basic conditions.  The reducing

                Searcher  :    Shears      571-272-2528

**5-H11**

09/825989

derivative 6,7-dideoxy-7-isothiocyanato-alpha-D-gluco-heptopyranose
was also a stable compound in aqueous solution in the absence of
base.  Formation of a six-membered intramolecular cyclic
thiocarbamate was achieved in DMF solution in the presence of
triethylamine.  The title compounds are the first examples of stable
fully unprotected monosaccharide isothiocyanates.

L47  ANSWER 4 OF 8      MEDLINE on STN
ACCESSION NUMBER:      96193067    MEDLINE
DOCUMENT NUMBER:       PubMed ID: 8610048
TITLE:                 Selective toxicity of compounds naturally present in
                       food toward the transformed phenotype of human
                       colorectal cell line HT29.
AUTHOR:                Musk S R; Stephenson P; Smith T K; Stening P; Fyfe D;
                       Johnson I T
CORPORATE SOURCE:      Agricultural and Food Research Council, institute of
                       Food Research, Norwich Laboratory, UK.
SOURCE:                Nutrition and cancer, (1995) 24 (3) 289-98.
                       Journal code: 7905040. ISSN: 0163-5581.
PUB. COUNTRY:          United States
DOCUMENT TYPE:         Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:              English
FILE SEGMENT:          Priority Journals
ENTRY MONTH:           199605
ENTRY DATE:            Entered STN: 19960605
                       Last Updated on STN: 19990129
                       Entered Medline: 19960524
ED   Entered STN: 19960605
     Last Updated on STN: 19990129
     Entered Medline: 19960524
AB   It has previously been observed that allyl isothiocyanate, a
     compound naturally present in the diet, is more cytotoxic toward the
     human colorectal adenocarcinoma cell line HT29 in its control
     transformed state than after exposure to sodium butyrate or to
     dimethylformamide, which slow growth and induce differentiation
     (detransformation).  In the present study, a range of other dietary
     compounds were assayed for such selective toxicity.  These compounds
     were chosen as constituents of foodstuffs that have been identified
     from epidemiologic studies as being potentially antitumorigenic and
     also as having anticarcinogenic activity in experimental models.
     Benzyl and phenethyl isothiocyanate, benzyl thiocyanate, and
     quercetin showed decreased toxicity towards HT29 after
     detransformation of the cells by one or both treatments, whereas no
     change was observed in the sensitivity to diallyl sulfide or diallyl
     disulfide.  It is proposed that the presence of such selectively
     toxic compounds in the diet may inhibit the development of tumors by
     interfering with the growth of preneoplastic lesions while having
     little effect on normal cells.  The cumulative effects of these
     inhibitions may contribute to the chemopreventive properties of the
     parent foodstuffs observed in epidemiologic studies.

L47  ANSWER 5 OF 8      MEDLINE on STN
ACCESSION NUMBER:      94037293    MEDLINE
DOCUMENT NUMBER:       PubMed ID: 8222057
TITLE:                 Allyl isothiocyanate is selectively toxic to
                       transformed cells of the human colorectal tumour line

              Searcher  :    Shears       571-272-2528

09/825989

```
                   HT29.
AUTHOR:            Musk S R; Johnson I T
CORPORATE SOURCE:  AFRC Institute of Food Research, Norwich Laboratory,
                   Norwich Research Park, Colney, Norfolk, UK.
SOURCE:            Carcinogenesis, (1993 Oct) 14 (10) 2079-83.
                   Journal code: 8008055. ISSN: 0143-3334.
PUB. COUNTRY:      ENGLAND: United Kingdom
DOCUMENT TYPE:     Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:          English
FILE SEGMENT:      Priority Journals
ENTRY MONTH:       199312
ENTRY DATE:        Entered STN: 19940117
                   Last Updated on STN: 19990129
                   Entered Medline: 19931201
ED   Entered STN: 19940117
     Last Updated on STN: 19990129
     Entered Medline: 19931201
```

AB   Allyl isothiocyanate, a constituent of mustard and certain
     vegetables found in the human diet, was tested for cytotoxic and
     cytostatic effects in HT29 human colon carcinoma cells in vitro.
     For an exposure time of 24 h, allyl isothiocyanate exhibited a Dq of
     0.32 microgram/ml and a D0 of 0.74 micrograms/ml. Following
     detransformation of the cells by treatment with sodium butyrate or
     dimethylformamide the cells became more resistant to the cytotoxic
     effects of allyl isothiocyanate, the Dq increasing to 0.74
     microgram/ml and the D0 to 0.96 microgram/ml (with butyrate) or 0.84
     microgram/ml (with dimethylformamide). At the Dq value for
     detransformed cells the survival of the control cells was reduced to
     56%. Allyl isothiocyanate was also found to be less cytostatic to
     the mass growth of detransformed populations in that daily doses of
     1.6 micrograms/ml over a week reduced the final number of
     detransformed cells relative to untreated cultures by < 25% whilst
     growth of the transformed cultures was reduced by > 60%. Given this
     increased sensitivity of the cells to allyl isothiocyanate when in
     the transformed state, it is hypothesized that, when consumed in the
     human diet, this compound may protect against the development of
     colorectal cancer by selectively inhibiting the growth of
     transformed cell clones within the gastrointestinal mucosa.

```
L47  ANSWER 6 OF 8      MEDLINE on STN
ACCESSION NUMBER:      92098517     MEDLINE
DOCUMENT NUMBER:       PubMed ID: 1757417
TITLE:                 A new approach to the study of glucosinolates by
                       isocratic liquid chromatography. Part I. Rapid
                       determination of desulfated derivatives of rapeseed
                       glucosinolates.
AUTHOR:                Quinsac A; Ribaillier D; Elfakir C; Lafosse M; Dreux
                       M
CORPORATE SOURCE:      Centre Technique Interprofessionnel des Oleagineux
                       Metropolitains, Ardon, France.
SOURCE:                Journal - Association of Official Analytical
                       Chemists, (1991 Nov-Dec) 74 (6) 932-9.
                       Journal code: 7505559. ISSN: 0004-5756.
PUB. COUNTRY:          United States
DOCUMENT TYPE:         Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:              English
```

```
              Searcher  :    Shears     571-272-2528
```

09/825989

```
FILE SEGMENT:        Priority Journals
ENTRY MONTH:         199202
ENTRY DATE:          Entered STN: 19920223
                     Last Updated on STN: 19980206
                     Entered Medline: 19920206
ED    Entered STN: 19920223
      Last Updated on STN: 19980206
      Entered Medline: 19920206
AB    Liquid chromatographic (LC) analysis of desulfated derivatives of
      rapeseed glucosinolates has been carried out under isocratic elution
      conditions with different CN-bonded stationary phases.  The effects
      of the eluant composition (water, acetonitrile, and methanol) with
      the stationary phase (Zorbax CN, Lichrospher CN, and Ultrasphere CN)
      and temperature (20 and 50 degrees C) are described.  An isocratic
      LC method performed at room temperature using a Lichrospher CN
      column and water as mobile phase is proposed.  The chromatographic
      analysis can be done in less than 12 min, and it is easier and less
      expensive than the traditional gradient mode.  Four commercial
      samples of rapeseed containing various quantities of other
      cruciferous seeds (wild mustard and stinkweed) as an admixture have
      been analyzed to determine the total glucosinolate content.
      Relative standard deviations of repeatability of the isocratic and
      gradient LC methods ranged from 0.4 to 1.7% and from 2.7 to 4.7%,
      respectively.  Comparison of the results showed good agreement
      between the 2 methods (beter than 98%).

L47   ANSWER 7 OF 8      MEDLINE on STN
ACCESSION NUMBER:    88272993      MEDLINE
DOCUMENT NUMBER:     PubMed ID: 3391960
TITLE:               Characterization of benzyl isothiocyanate and phenyl
                     acetonitrile from papayas by mass spectrometry.
AUTHOR:              Cairns T; Siegmund E G; Stamp J J; Jacobs R M
CORPORATE SOURCE:    Food and Drug Administration, Office of Regulatory
                     Affairs, Los Angeles, CA 90015.
SOURCE:              Journal - Association of Official Analytical
                     Chemists, (1988 May-Jun) 71 (3) 547-50.
                     Journal code: 7505559. ISSN: 0004-5756.
PUB. COUNTRY:        United States
DOCUMENT TYPE:       Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:            English
FILE SEGMENT:        Priority Journals
ENTRY MONTH:         198808
ENTRY DATE:          Entered STN: 19900308
                     Last Updated on STN: 19900308
                     Entered Medline: 19880825
ED    Entered STN: 19900308
      Last Updated on STN: 19900308
      Entered Medline: 19880825
AB    Two unidentified analytical responses in a papaya extract were
      structurally determined by mass spectrometry to be benzyl
      isothiocyanate and phenyl acetonitrile.  Both these compounds have
      previously been shown to result from degradation of
      benzylglucosinolate that occurs naturally in the seeds of the fruit.
      Characterization by mass spectrometry has now provided a convenient
      mechanism to detect both these degradation compounds in extracts
      resulting from routine pesticide residue analysis.
```

Searcher :       Shears        571-272-2528

09/825989

L47  ANSWER 8 OF 8      MEDLINE on STN
ACCESSION NUMBER:   86180719      MEDLINE
DOCUMENT NUMBER:    PubMed ID: 3961819
TITLE:              Glutathione- and cysteine-mediated cytotoxicity of
                    allyl and benzyl isothiocyanate.
AUTHOR:             Bruggeman I M; Temmink J H; van Bladeren P J
SOURCE:             Toxicology and applied pharmacology, (1986 Apr) 83
                    (2) 349-59.
                    Journal code: 0416575. ISSN: 0041-008X.
PUB. COUNTRY:       United States
DOCUMENT TYPE:      Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:           English
FILE SEGMENT:       Priority Journals
ENTRY MONTH:        198604
ENTRY DATE:         Entered STN: 19900321
                    Last Updated on STN: 20000303
                    Entered Medline: 19860430
ED   Entered STN: 19900321
     Last Updated on STN: 20000303
     Entered Medline: 19860430
AB   Ally isothiocyanate has been reported to be a bladder carcinogen in
     male rats.  On the other hand, benzyl isothiocyanate is an
     anti-carcinogen.  These contradicting properties led us to
     investigate the cytotoxicity of these compounds in RL-4 rat
     hepatocytes.  Since conjugation with glutathione plays an important
     role in the metabolism of these isothiocyanates, the glutathione and
     L-cysteine derivatives were also tested for cytotoxicity (electron
     microscopy, trypan blue exclusion, cell attachment, and inhibition
     of cell division).  Both types of conjugates caused considerable
     toxicity: allyl isothiocyanate conjugates gave effects comparable to
     the parent compound, but benzyl isothiocyanate was more toxic than
     its conjugates.  Addition of excess glutathione (greater than 4mM)
     to the free isothiocyanates as well as their conjugates abolished
     cytotoxicity up to the highest concentration tested (250 microM).
     Addition of excess L-cysteine (5 to 20 mM) lowered the effects but
     did not abolish them.  The reaction of thiols with isothiocyanates
     was readily reversible: 15 min after dissolving the conjugates in
     buffer, pH 7.4, an equilibrium was established in which 9 to 15% of
     the conjugates was converted to free isothiocyanate.  Two hours
     after addition of 1 mM of the L-cysteine conjugates to medium
     containing 5 mM glutathione, 80% of the total conjugates was present
     as the glutathione derivatives.  The glutathione conjugates were
     similarly converted to L-cysteine conjugates.  Glutathione
     conjugates are not able to enter the cell, thus their toxicity is
     presumably due to the release of free isothiocyanate, and in the
     presence of excess glutathione no toxicity was observed.  L-cysteine
     derivatives are able to cross the cell membrane, thus excess
     L-cysteine diminishes cytotoxicity, since less free isothiocyanate
     is present outside the cells, but does not completely protect the
     cells.  Glutathione and cysteine can be regarded as transporting
     agents for the isothiocyanates through the body.  Initial
     detoxification can be followed by release of the reactive compound
     at some other site.

=> fil hom

         Searcher  :     Shears      571-272-2528

                    5-H15

09/825989

FILE 'HOME' ENTERED AT 12:35:27 ON 24 JUN 2004

Searcher :     Shears     571-272-2528

# STIC Search Report
## Biotech-Chem Library

USPTO

**STIC Database Tracking Number: 125487**

| | |
|---|---|
| **To:** Cybille Delacroix<br>**Location:** REM-4C85&4C70<br>**Art Unit:** 1641<br>**Friday, June 25, 2004**<br><br>**Case Serial Number:** 09/875989 | **From:** Beverly Shears<br>**Location:** Remsen Bldg.<br>RM 1A54<br>**Phone:** 571-272-2528<br><br>beverly.shears@uspto.gov |

## Search Notes



 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/825,989 | 04/05/2001 | Jed W. Fahey | 046585/0138 | 4463 |

| | | |
|---|---|---|
| 22428      7590      01/27/2005 | EXAMINER | |
| FOLEY AND LARDNER | DELACROIX MUIRHEI, CYBILLE | |
| SUITE 500 | | |
| 3000 K STREET NW | ART UNIT | PAPER NUMBER |
| WASHINGTON, DC  20007 | 1614 | |

DATE MAILED: 01/27/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

| ***Office Action Summary*** | Application No. | Applicant(s) |
|---|---|---|
| | 09/825,989 | FAHEY ET AL. |
| | Examiner | Art Unit | |
| | Cybille Delacroix-Muirheid | 1614 | |

| -- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* -- |
|---|

**Period for Reply**

    A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE *3* MONTH(S) FROM
    THE MAILING DATE OF THIS COMMUNICATION.
-   Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed
    after SIX (6) MONTHS from the mailing date of this communication.
-   If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
-   If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
-   Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
    Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any
    earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on *20 January 2004*.

2a)☐ This action is **FINAL**.      2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
   closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *48-71* is/are pending in the application.

   4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☒ Claim(s) *48-57* is/are allowed.

6)☒ Claim(s) *58-71* is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   a)☐ All   b)☐ Some * c)☐ None of:

   1.☐ Certified copies of the priority documents have been received.

   2.☐ Certified copies of the priority documents have been received in Application No. _____.

   3.☐ Copies of the certified copies of the priority documents have been received in this National Stage
      application from the International Bureau (PCT Rule 17.2(a)).

   * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08)
   Paper No(s)/Mail Date *05/22/2002*.

4)☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application (PTO-152)

6)☐ Other: _____ .

Application/Control Number: 09/825,989                                        Page 2
Art Unit: 1614

### *Detailed Action*

The following is responsive to Applicant's amendment received Jan. 20, 2004.

Claims 1-47 are cancelled. No new claims are added. Claims 48-71 are currently

pending.

The previous objection of claim 58 on page 2 of the office action mailed Nov. 19,

2003 is withdrawn in view of Applicant's amendment and the remarks contained therein.

Upon further consideration of the pending claims and specification, the following

new ground of rejection is respectfully submitted.

The indication of allowability of claims 59-71 is withdrawn. Prosecution on the

merits is reopened.

Claims 48-57 remain allowable over the prior art.

### *New Ground(s) of Rejection*

The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and distinctly
> claiming the subject matter which the applicant regards as his invention.

1.       Claims 58-71 are rejected under 35 U.S.C. 112, second paragraph, as being

indefinite for failing to particularly point out and distinctly claim the subject matter which

applicant regards as the invention.

The limitation "**high** concentration of glucosinolates and isothiocyanates " in

these claims is a relative term which renders the claims indefinite. The expression "high

concentration" is not defined by the claim, the specification does not provide a standard

for ascertaining the requisite degree, and thus one of ordinary skill in the art would not

be reasonably apprised of the scope of the invention.

Application/Control Number: 09/825,989                                    Page 3
Art Unit: 1614

"The primary purpose of this requirement of definiteness of claim language is to

ensure that the scope of the claims is clear so the public is informed of the boundaries

of what constitutes infringement of the patent. A secondary purpose is to provide a clear

measure of what applicants regard as the invention so that it can be determined

whether the claimed invention meets all of the criteria for patentability and whether the

specification meets the criteria of 35 USC 112, first paragraph with respect to the

claimed invention." Please see MPEP 2173.

Because the limitation "high concentration" would invite subjective interpretations

of whether or not a particular plant tissue was included by or excluded from the present

claims, the Examiner respectfully submits that the public would not be informed of the

boundaries of what constitutes infringement of the present claims and thus the claims

do not meet the requirements of 35 USC 112, second paragraph.

### Conclusion

Claims 58-71 are rejected.


Any inquiry concerning this communication or earlier communications from the

examiner should be directed to **Cybille Delacroix-Muirheid** whose telephone number

is **571-272-0572**. The examiner can normally be reached on Mon-Thurs. from 8:30 to

6:00 as well as every other Friday from 9:30-6:00.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, **Christopher Low**, can be reached on **571-272-0951**. The fax phone

Application/Control Number: 09/825,989                                    Page 4
Art Unit: 1614

number for the organization where this application or proceeding is assigned is **571-273-8300**.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).

CDM
Jan. 24, 2005

RAYMOND HENLEY III
PRIMARY EXAMINER
AU 1614

| Form PTO-1449 (MODIFIED) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 046585/0138 | SERIAL NO. 09/825,989 Unassigned |
|---|---|---|---|

| | APPLICANT   Jed FAHEY et al. |
|---|---|

**INFORMATION DISCLOSURE CITATION**

*(Use several sheets if necessary)*

| FILING DATE   April 5, 2001 | GROUP ART UNIT 1614 Unassigned |
|---|---|

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| Cmm | A1 | 5,725,895 | 3/98 | Fahey et al. | 426 | 49 | |
| Cmm | A2 | 4,511,988 5,411,986 | 5/95 3/95 | Cho et al. | 514 | 514 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUB-CLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | REF | |
|---|---|---|
| | A3 | The Sproutletter, Number 25, Nov. – Dec. 1984. |
| Cmm | A4 | "The Sproutletter" May-June 1981, No. 4. |
| Cmm | A5 | Roy Bruder, Ph.D., Discovering Natural Foods, (including pgs.203-209), Woodbridge Press, 1982. |
| | A6 | Brian R. Clement, Hippocrates Health Program, (including pgs 7-11), Hipprocrates Publications, 1989. |
| | A7 | Jethro Kloss, The Back to Eden Cookbook, pgs. 61-61, Woodbridge Press, 1974. |

| EXAMINER   Cmm | DATE CONSIDERED   5-15-02   1-23-05 |
|---|---|

| * | **EXAMINER:** Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include any copy of this form with next communication to applicant. |
|---|---|

002.563427

| Form PTO-1449 (MODIFIED) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 046585/0138 | SERIAL NO. Unassigned |
|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** | | APPLICANT Jed FAHEY et al. | |
| *(Use several sheets if necessary)* | | FILING DATE April 5, 2001 | GROUP ART UNIT Unassigned |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | A8 | Steve Meyerowitz, Sproutmann Kitchen Garden Cookbook, The Sprouthouse, Inc., pgs. 178-179, 290, 1994. |
| | A9 | Steve Meyerowitz, Sprout It, One week from Seed to Salad, The Sprouthouse, Inc., (including pgs. 84-85, 120-123), June 1994. |
| | A10 | Steve Meyerowitz, The Complete Guide to Sprouting, Sprouts The Miracle Food, Sproutman Publications, (including pgs. 121-2), May 1998. |
| | A11 | Esther Munroe, Sprouts to Grow and Eat, (including pgs. 2-15), Dec. 1974. |
| | A12 | Jean Hewitt, The New York Times "New Natural Foods Cookbook:, Avon Books, pgs. 200-203, 1982. |
| | A13 | Martha H. Oliver, Add a Few Sprouts To Eat Better for Less Money, Pivot Original Health Books, (including pgs. 52-53, 118-119), 1975. |
| | A14 | James C. Schmidt, Horticulture Facts, "Growing Sprouts Indoors", (Rev. 4/81). |
| | A15 | Angnes Toms, The Joy of Eating Natural Foods, The Complete Organic Cookbook, pgs. 318-319, Nov. 1971. |
| | A16 | Karen Cross Whyte, The Complete Sprouting Cookbook, Troubador Press, (including pags. 57-59), 1973. |
| | A17 | Ann Wigmore, The Sprouting Book, Avery Publications, (including pgs. 29-37), 1986. |
| | A18 | Debra Schwarze, Growing Sprouts, Neb Guide, Jan. 1989. |
| | A19 | John Tobe, Sprouts Elixir of Life", 1970. |
| | A20 | Alicia Bay Laurel, "Living on the Earth" a Vintage Book. |
| | A21 | David Ehrlich with George Wolf, Foreward by Peter Albright, M.D., "The Bowell Book", Schocken Books, 1981. |
| | A22 | "The Good News Sprouts Recipe Book" ISGA, Aug. 1992. |

| Form PTO-1449<br>(MODIFIED) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.<br>046585/0138 | SERIAL NO.<br>Unassigned |
|---|---|---|---|
| | | APPLICANT<br>Jed FAHEY et al. | |
| **INFORMATION DISCLOSURE CITATION** | | FILING DATE<br>April 5, 2001 | GROUP ART UNIT<br>Unassigned |
| *(Use several sheets if necessary)* | | | |

| | | **OTHER DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages, Etc.)* |
|---|---|---|
| | A23 | Ann Wigmore, "The Hippocrates Diet and Health Program", Avery Publications, 1984. |
| | A24 | Sprouting Publications Oahspe Foundation, Health and Sprouting Supplies. |
| | A25 | Sproutletter, #41, Summer, 1989. |
| | A26 | The Sproutletter, Number 27, March-April 1985. |
| | A27 | Steve Meyerowitz, Growing Vegetables Indoors", 1983. |
| | A28 | The Sproutletter, Number 24, Sept.-Oct. 1984. |
| | A29 | The Sproutletter, Issue 33, Spring 1987. |
| | A30 | The Sproutletter, Number 28, May-June 1985. |
| | A31 | The Sproutletter, Number 26, Jan-Feb 1985. |
| | A32 | Sprouting Publications, Health and Sprouting Supplies. |
| | A33 | The Sproutletter, Number 29, July – August 1985. |
| | A34 | Sproutletter, #40, Spring, 1989. |
| | A35 | The Sproutletter, Number 32, Summer. |
| | A36 | Sproutletter, #44, March 1991. |
| | A37 | Sproutletter, #36, Winter, 1987-88. |

002.563427

5-H25

| Form PTO-1449 (MODIFIED) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 046585/0138 | SERIAL NO. Unassigned |
|---|---|---|---|
| | | APPLICANT Jed FAHEY et al. | |
| **INFORMATION DISCLOSURE CITATION** | | FILING DATE April 5, 2001 | GROUP ART UNIT Unassigned |
| *(Use several sheets if necessary)* | | | |

**OTHER DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | | |
|---|---|---|---|
| | A38 | Sproutletter, #39, Fall, 1988. | |
| | A39 | Sproutletter, #43, May/June 1990. | |
| | A40 | Sproutletter, #38, Summer, 1988. | |
| | A41 | Sprouting Publications Health and Sprouting Supplies. | |
| | A42 | Spring Sale for Members Only. | |
| | A43 | The Sproutletter, A newletter of useful and unusual information on sprouts, raw foods and nutrition. | |
| | A44 | The Sproutletter, #31, Winter. | |
| | A45 | Deirdre Purdy, ed., The Summer Kitchen, A Farmers' Market Cookbook, 1981. | |
| | A46 | Viktoras Kulvinskas, M.S. Co-Director Hippocrates Health Institute, "Love Your Body or how to be a live food lover", 1974. | |
| | A47 | The Sprout House Article from Newspaper. | |
| | A48 | New Prices — New Products, July 1985 order form. | |
| | A49 | Steve Meyerowitz, Indoor Vegetable Kit, The Sprout House. | |
| | A50 | The Sprout House Newsletter, Issue #15, August, 1992. | |
| | A51 | Sproutman's Exotic Seeds for Sprouting 100% Organically Grown Order Form. | |
| | A52 | Complaint for Patent Infringement (Brassica Protection Products, LLC v. The Sproutman, Inc. dated September 20, 1999. | |

| Form PTO-1449<br>(MODIFIED) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.<br>046585/0138 | SERIAL NO.<br>Unassigned |
|---|---|---|---|
| | | APPLICANT<br>Jed FAHEY et al. | |
| **INFORMATION DISCLOSURE CITATION**<br><br>*(Use several sheets if necessary)* | | FILING DATE<br>April 5, 2001 | GROUP ART UNIT<br>Unassigned |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | A53 | Murry Tizer's Answer, Affirmative Defenses and Counterclaims dated June 28, 1999 |
| | A54 | The Sproutman, Inc.'s Answer, Affirmative Defenses and Counterclaims dated June 28, 1999 |
| | A55 | Request for Reexamination of U.S. Patent No. 5,725,895 filed October 11, 1999 |
| | A56 | Sprout it! One Week From Seed to Salad, Steve Meyerowtiz (The Sprout House, Inc., Great Barrington, MA),. Pages 20-21, 58, 85-86, 120-123, 1983 |
| | A57 | Munroe, E., Sprouts to Grow and Eat, the Steven Greene Press, (1974), pp. 2-9 and 14-15 |
| | A58 | Schmidt, James C., Growing Sprouts Indoors, Cooperative Extension Service of the University of Illinois at Urbana-Champagne, College of Agriculture (1984) (pamphlet) |
| | A59 | Whyte, K.C., The Complete Sprouting Cookbook, Troubador Press (1983), pp 10-16, 57-60 |
| | A60 | The Sprout House cookbook, Steve Meyerowitz (The Sprout House, Inc. Great Barrington, MA 1983), pages 20-21, 85, 120-123. |
| | A61 | The Good New Sprouts Recipe Book, International Sprout Growers Association, pp. 1-8, August 1992.<br>Posner et al., "Design and Synthesis of Bifunctional Isothiocyanate Analogs of Sulforaphane. |
| | A62 | Posner et al., " Design and Synthesis...and potency as Inducers of Anticarcinogenic Detoxication Enzymes", Journal of Medicinal Chemistry, Vol. 37, No. 1, pp. 170-175, 1994 |
| | A63 | Zhang et al., "A major inducer of Anticarcinogenic protective enzymes from broccoli; isolation And education of structure", Proc. Natl. Acad. Sci. USA, Vol. 89, pp. 2399-2403, March 1992. |
| | A64 | Prochaska et al. "Rapid detective of inducers of enzymes that protect against carcinogens", Proc. Nat'l. Sci. USA Vol. 89, pp. 2394-2388, March 1992 |
| | A65 | Zhang et al., "Anticarcinogenic activities of sulforaphane and structurally related synthetic norbomyl isothiocyanates", Proc. Natl. Sci. USA, Vol. 91, pp. 3147-3150, April 1994. |
| | A66 | Prochaska et al., "Regulatory Mechanisms of Monofunctional and Bifunctional Anticarcinogenic Enzyme, Inducers in Murine Liver,: Cancer Research Vol. 48, pp. 4776-4782, September 1988. |
| | | |

| Form PTO-1449 (MODIFIED) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 046585/0138 | SERIAL NO. Unassigned |
|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** *(Use several sheets if necessary)* | | APPLICANT     Jed FAHEY et al. | |
| | | FILING DATE    April 5, 2001 | GROUP ART UNIT    Unassigned |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| ⟋⟍ | A67 | Prochaska et al., "Direct Measurement of NAD(P)H: Quinone Reductase from Cells Cultured in Microtiter Wells: A Screening Assay for…Inducers", analytical Biochemistry, Vol. 169, pp. 328-336, 1988. |
| | A68 | Beecher, "Cancer prevention properties of varieties of Brassica oleracea: a review 1-3 ", Am J. Clin. Nutr.: 59 (suppl.) pp. 1166 s-1170s, 1994. |
| ✓ | A69 | Prestera et al., "Chemical and molecular regulation of enzymes that detoxity carcinogens", Proc. Natl. Acad. Sci. USA, Vol. 90, pp. 2965-2969, April 1993. |
| ⟋⟍ | A70 | Zhang et al., "Anticarcinogenic Activities of Organic Isothiocyanates: Chemistry and Mechanisms", Cancer Research suppl., 54, pp. 1976s-1981s, April 1, 1994. |
| | A71 | Talalay, "The role of Enzyme Induction in Protection Against Carcinogenesis", Cancer Chemoprevention, pp. 469-478, 1992. |
| | A72 | Prestera et al., "The Electrophile Counterattack Response: Protection Against Neoplasia and Toxicity", Advan. Enzyme Regul., vol. 33, pp. 281-296, 1993. |
| | A73 | Masilungan et al., "Screening of Philippine Medicinal Plants for Anticancer Agents using CCNSC "Protocols", Cancer Chemotherapy Reports (Part 2) Vol. 2, No.1, pp. 135-140, April 1971. |
| | A74 | Polasa et al., "Cancer preventive properties of varieties of Brassica oleracea: A review Source", American Journal of Clinical Nutrition 59 (5 Suppl), 1994. |
| | A75 | Patent Abstract of Japan Sect. No. 305, Vol. 9, No. 2371, p.2, September 1985. |
| ✓ | A76 | Barrett et al., "Protective Effect of Cruciferous Seed Meals Against Mouse Colon Cancer", Cereal Foods World 613, Vol. 39, No. 8, pp. 613, August 1994. |
| | | |
| | | |
| | | |
| | | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | 1-23-05 |

\*    **EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformanc  and not considered. Include any copy of this form with next communication to applicant.**

002.563427



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# *BIBDATASHEET*

Bib Data Sheet

**CONFIRMATION NO. 4463**

| SERIAL NUMBER 09/825,989 | FILING DATE 04/05/2001  RULE | CLASS 514 | GROUP ART UNIT 1614 | ATTORNEY DOCKET NO. 046585/0138 |
|---|---|---|---|---|

APPLICANTS

Jed W. Fahey, Eldersburg, MD;

Paul Talalay, Baltimore, MD;

** CONTINUING DATA ************************
This application is a DIV of 09/425,890 10/25/1999 PAT 6,242,018
which is a DIV of 09/118,867 07/20/1998 PAT 6,177,122
which is a DIV of 08/840,234 04/11/1997 PAT 5,968,567

** FOREIGN APPLICATIONS ********************

IF REQUIRED, FOREIGN FILING LICENSE GRANTED   ** SMALL ENTITY **
** 05/30/2001

| Foreign Priority claimed ☐ yes ☐ no 35 USC 119 (a-d) conditions met Verified and Acknowledged | ☐ yes ☐ no ☐ Met after Allowance  Examiner's Signature          Initials | STATE OR  COUNTRY MD | SHEETS  DRAWING 2 | TOTAL  CLAIMS 20 | INDEPENDENT  CLAIMS 2 |
|---|---|---|---|---|---|

ADDRESS
22428
FOLEY AND LARDNER
SUITE 500
3000 K STREET NW
WASHINGTON , DC
20007

TITLE
Cancer chemoprotective food products

| FILING FEE RECEIVED 391 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees  ☐ 1.16 Fees ( Filing )  ☐ 1.17 Fees ( Processing Ext. of time )  ☐ 1.18 Fees ( Issue )  ☐ Other |
|---|---|---|

**5-H29**

ISSUE SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | | | |
| O.I.P.E. CLASSIFIER | | | |
| FORMALITY REVIEW | AK | 931 | 05/30/01 |
| RESPONSE FORMALITY REVIEW | | | |

## INDEX OF CLAIMS

| ✓ | Rejected | N | Non-elected |
|---|---|---|---|
| = | Allowed | I | Interference |
| − | (Through numeral)... Canceled | A | Appeal |
| ÷ | Restricted | O | Objected |

If more than 150 claims or 10 actions
staple additional sheet here

(LEFT INSIDE) 5-H30



## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 426 | 425 | 5/1/02 | CM~ |
|  | 429 |  |  |
| ↓ | 431 | ↓ | ↓ |
|  | 615 |  |  |
| updated | | 1/9/03 | CM~ |
| updated | | 11/16/03 | CMr. |
| updated | | 1-23-05 | CM~ |

## SEARCH NOTES
### (INCLUDING SEARCH STRATEGY)

|  | Date | Exmr. |
|---|---|---|
| EAST (search history in file) | 5/1/02 ↓ | CM~ ↓ |
| EAST update | 1/9/03 | CM~ |
| EAST update | 11/16/03 | CMr. |
| search update reviewed library search | 1-23-05 ↓ | CM~ ↓ |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
|  |  |  |  |



Atty. Dkt. No. 046585-0138

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Jed FAHEY *et al.*

Title:         CANCER CHEMOPROTECTIVE
                FOOD PRODUCTS

Appl. No.:    09/825,989

Filing Date:   4/5/2001

Examiner:    Cybille Delacroix-Muirheid

Art Unit:     1614

### <u>AMENDMENT AND REPLY UNDER 37 CFR § 1.111</u>

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450


Sir:

This communication is responsive to the Non-Final Office Action dated January 27, 2005, concerning the above-referenced patent application.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this document.

**Remarks/Arguments** begin on page 5 of this document.

Please amend the application as follows:

-1-

002.1377941.1

Atty. Dkt. No. 046585-0138

**Amendments to the Claims:**

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

Claims 1-47.    (Canceled).

Claim 48.    (Previously Presented): A method of extracting glucosinolates and isothiocyanates from plant tissue comprising homogenizing said plant tissue in an excess of a mixture of dimethyl sulfoxide, acetonitrile and dimethylformamide at a temperature sufficient to inactivate myrosinase enzyme activity.

Claim 49.    (Previously Presented): The method of claim 48, wherein the ratio of dimethyl sulfoxide:acetonitrile:dimethylformamide is 1:1:1.

Claim 50.    (Previously Presented):  The method of claim 48, wherein said temperature is between 0°C and the freezing temperature of the extraction mixture.

Claim 51.    (Previously Presented): The method of claim 48, wherein said temperature is between -50°C and the freezing temperature of the extraction mixture.

Claim 52.    (Previously Presented): The method of claim 48, wherein said plant tissue is rich in glucosinolates.

Claim 53.    (Previously Presented):  The method of claim 52, wherein said plant tissue is selected from the group consisting of cruciferous sprouts measured after 3 days of growth, cruciferous seeds, plants or plant parts.

Claim 54.    (Previously Presented): The method of claim 53, wherein said sprouts, seeds, plants or plant parts have at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

Claim 55.    (Previously Presented): The method of claim 53, wherein said sprouts, seeds, plants or plant parts have at least 300,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

-2-

002.1377941.1

**5-H33**

Atty. Dkt. No. 046585-0138

Claim 56.     (Previously Presented): The method of claim 53, wherein said sprouts, seeds, plants or plant parts have at least 400,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

Claim 57.     (Previously Presented): The method of claim 53, wherein said sprouts, seeds, plants or plant parts have at least 500,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

Claim 58.     (Currently Amended):  A method of making a food product comprising extracting glucosinolates and isothiocyanates from plant tissue having at least 200,000 units per gram fresh weight of Phase 2 enzyme-inducing potential a high concentration of glucosinolates and isothiocyanates, recovering said glucosinolates and isothiocyanates and adding said glucosinolates and isothiocyanates to food;

wherein said extracting comprises contacting said plant tissue with a non-toxic solvent at a temperature sufficient to inactivate myrosinase enzyme activity.

Claim 59.     (Previously Presented): The method according to claim 58, wherein said solvent is water.

Claim 60.     (Previously Presented): The method of claim 59, wherein said water is 100°C.

Claim 61.     (Previously Presented): The method according to claim 58, wherein said solvent is liquid carbon dioxide.

Claim 62.     (Previously Presented): The method according to claim 58, wherein said solvent is ethanol.

Claim 63.     (Previously Presented): The method of claim 58, wherein said plant tissue is selected from the group consisting of cruciferous sprouts measured after 3 days of growth, cruciferous seeds, plants and plant parts.

Claim 64.     (Cancelled).

-3-

Atty. Dkt. No. 046585-0138

Claim 65.    (Previously Presented): The method of claim 63, wherein said sprouts, seeds, plants or plant parts have at least 300,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

Claim 66.    (Previously Presented): The method of claim 63, wherein said sprouts, seeds, plants or plant parts have at least 400,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

Claim 67.    (Previously Presented): The method of claim 63, wherein said sprouts, seeds, plants or plant parts have at least 500,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

Claim 68.    (Previously Presented): The method of claim 58 wherein said food product is selected from the group consisting of a bread, a drink, a soup, a salad, a sandwich and a cereal.

Claim 69.    (Previously Presented):  The method of claim 68 wherein said drink is a tea.

Claim 70.    (Previously Presented):  The method of claim 58 wherein said extracting further comprises homogenizing said plant tissue with said non-toxic solvent.

Claim 71.    (Previously Presented):  The method of claim 63 wherein said sprouts, seeds, plants or plant parts have at least 250,000 units per gram fresh weight of Phase 2 enzyme-inducing potential.

-4-

Atty. Dkt. No. 046585-0138

**REMARKS**

Applicants respectfully request reconsideration of the present application in view of the foregoing amendments and in view of the reasons that follow. This amendment changes and deletes claims in this application. A detailed listing of all claims that are, or were, in the application, irrespective of whether the claim(s) remain under examination in the application, is presented, with an appropriate defined status identifier.

Claim 64 is cancelled. Claim 58 is currently being amended. No claims are added. After amending the claims as set forth above, claims 48-63 and 65-71 are currently pending in this application.

The Examiner rejected claims 58-71 under 35 U.S.C. § 112, ¶ 2, asserting that the phrase "high concentration" found in claim 58 is indefinite. Without acquiescing in the rejection and without intending to abandon claimed subject matter but to expedite allowance, claim 58 is amended to incorporate the numerical limitation found in claim 64. In addition, claim 64 is now cancelled. Applicants respectfully submit that claims 58-63 and 65-71 are clear and that the public is informed of the boundaries of the claims. Applicants believe that the present application is in condition for allowance. Favorable reconsideration of the application as amended is respectfully requested.

The Examiner is invited to contact the undersigned by telephone if it is felt that a telephone interview would advance the prosecution of the present application.

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741. Should no proper payment be enclosed herewith, as by a check being in the wrong amount, unsigned, post-dated, otherwise improper or informal or even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741. If any extensions of time are needed for timely acceptance of papers submitted herewith, Applicants hereby petition for such extension under 37 C.F.R. § 1.136 and authorizes payment of any such extensions fees to Deposit Account No. 19-0741.

-5-

Atty. Dkt. No. 046585-0138

Respectfully submitted,

Date ___April 19, 2005___          By ___Richard C. Peet___

FOLEY & LARDNER LLP                Richard C. Peet
Customer Number: 22428             Attorney for Applicant
Telephone:    (202) 672-5483       Registration No. 35,792
Facsimile:    (202) 672-5399

-6-

002.1377941.1

**5-H37**



Atty. Dkt. No. 046585-0138

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:     Jed FAHEY et al.

Title:         CANCER CHEMOPROTECTIVE
               FOOD PRODUCTS

Appl. No.:     09/825,989

Filing Date:   4/5/2001

Examiner:      Cybille Delacroix-Muirheid

Art Unit:      1614

### AMENDMENT TRANSMITTAL

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

        Transmitted herewith is an amendment in the above-identified application.

[ X ]    Small Entity status under 37 C.F.R. § 1.9 and § 1.27 has been established by a previous assertion of Small Entity status.

[ X ]    The fee required for additional claims is calculated below:

|  | Claims As Amended |  | Previously Paid For |  | Extra Claims Present |  | Rate |  | Additional Claims Fee |
|---|---|---|---|---|---|---|---|---|---|
| Total Claims: | 23 | - | 24 | = | 0 | x | $50.00 | = | $0.00 |
| Independent Claims: | 2 | - | 3 | = | 0 | x | $200.00 | = | $0.00 |
| First presentation of any Multiple Dependent Claims: | | | | | | + | $360.00 | = | $0.00 |
| | | | | | CLAIMS FEE TOTAL | | | = | $0.00 |

**5-H38**

Appl. No. 09/825,989
Atty. Dkt. No. 046585-0138

[  ]  Applicant hereby petitions for an extension of time under 37 C.F.R. §1.136(a) for the total number of months checked below:

| | | |
|---|---|---|
| [  ] Extension for response filed within the first month: | $120.00 | $0.00 |
| [  ] Extension for response filed within the second month: | $450.00 | $0.00 |
| [  ] Extension for response filed within the third month: | $1,020.00 | $0.00 |
| EXTENSION FEE TOTAL: | | $0.00 |
| [  ] Statutory Disclaimer Fee under 37 C.F.R. 1.20(d): | $130.00 | $0.00 |
| CLAIMS, EXTENSION AND DISCLAIMER FEE TOTAL: | | $0.00 |
| [ X ] Small Entity Fees Apply (subtract ½ of above): | | $0.00 |
| TOTAL FEE: | | $0.00 |

[ X ]  No fee is due.

[ X ]  The Commissioner is hereby authorized to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741. Should no proper payment be enclosed herewith, as by a check being in the wrong amount, unsigned, post-dated, otherwise improper or informal or even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741. If any extensions of time are needed for timely acceptance of papers submitted herewith, applicant hereby petitions for such extension under 37 C.F.R. §1.136 and authorizes payment of any such extensions fees to Deposit Account No. 19-0741.

Please direct all correspondence to the undersigned attorney or agent at the address indicated below.

Respectfully submitted,

Date __4|8|05_____                    By __Miele Walters_____ for
                                                    Reg No 51113
FOLEY & LARDNER LLP                          Richard C. Peet
Customer Number: 22428                       Attorney for Applicant
Telephone:    (202) 672-5483                 Registration No. 35,792
Facsimile:    (202) 672-5399

-2-

# PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 2000

**Application or Docket Number:** 09/825,989

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 20 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 20 minus 20= | 0 |
| INDEPENDENT CLAIMS | 3 minus 3 = | 0 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

* If the difference in column 1 is less than zero, enter "0" in column 2

SMALL ENTITY TYPE ☑

| | SMALL ENTITY RATE | FEE | | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|
| BASIC FEE | | 355.00 | OR | BASIC FEE | 710.00 |
| | X$ 9= | | OR | X$18= | |
| | X40= | | OR | X80= | |
| | +135= | | OR | +270= | |
| | TOTAL | 355 | OR | TOTAL | |

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | 24 Minus | 4 | = 4 |
| Independent | 2 Minus | | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| | SMALL ENTITY RATE | ADDITIONAL FEE | | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|
| | X$ 9= | 36.00 | OR | X$18= | |
| | X40= | | OR | X80= | |
| | +135= | | OR | +270= | |
| | TOTAL ADDIT. FEE | 36.00 | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B  4.19.05

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | 23 Minus | 24 | = — |
| Independent | 2 Minus | 3 | = — |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| | SMALL ENTITY RATE | ADDITIONAL FEE | | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|
| | X$ 9= | | OR | X$18= | |
| | X40= | | OR | X80= | |
| | +135= | | OR | +270= | |
| | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|
| Total | Minus | | = |
| Independent | Minus | | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | |

| | SMALL ENTITY RATE | ADDITIONAL FEE | | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|
| | X$ 9= | | OR | X$18= | |
| | X40= | | OR | X80= | |
| | +135= | | OR | +270= | |
| | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 8/00)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE



| CLAIMS ONLY | Application Number | Filing Date |
|---|---|---|
| | OG/825989 | |
| | Applicant(s) | |

* May be used for additional claims or amendments

| CLAIMS | AS FILED 4.19.05 | | AFTER FIRST AMENDMENT | | AFTER SECOND AMENDMENT | | | | * | | * | | * | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Indep | Depend | Indep | Depend | Indep | Depend | | | Indep | Depend | Indep | Depend | Indep | Depend |
| 1 | | | | | | | 51 | | | | | | | |
| 2 | | | | | | | 52 | | | | | | | |
| 3 | | | | | | | 53 | | | | | | | |
| 4 | | | | | | | 54 | | | | | | | |
| 5 | | | | | | | 55 | | | | | | | |
| 6 | | | | | | | 56 | | | | | | | |
| 7 | | | | | | | 57 | | | | | | | |
| 8 | | | | | | | 58 | | | | | | | |
| 9 | | | | | | | 59 | | | | | | | |
| 10 | | | | | | | 60 | | | | | | | |
| 11 | | | | | | | 61 | | | | | | | |
| 12 | | | | | | | 62 | | | | | | | |
| 13 | | | | | | | 63 | | | | | | | |
| 14 | | | | | | | 64 | | | | | | | |
| 15 | | | | | | | 65 | | | | | | | |
| 16 | | | | | | | 66 | | | | | | | |
| 17 | | | | | | | 67 | | | | | | | |
| 18 | | | | | | | 68 | | | | | | | |
| 19 | | | | | | | 69 | | | | | | | |
| 20 | | | | | | | 70 | | | | | | | |
| 21 | | | | | | | 71 | | | | | | | |
| 22 | | | | | | | 72 | | | | | | | |
| 23 | | | | | | | 73 | | | | | | | |
| 24 | | | | | | | 74 | | | | | | | |
| 25 | | | | | | | 75 | | | | | | | |
| 26 | | | | | | | 76 | | | | | | | |
| 27 | | | | | | | 77 | | | | | | | |
| 28 | | | | | | | 78 | | | | | | | |
| 29 | | | | | | | 79 | | | | | | | |
| 30 | | | | | | | 80 | | | | | | | |
| 31 | | | | | | | 81 | | | | | | | |
| 32 | | | | | | | 82 | | | | | | | |
| 33 | | | | | | | 83 | | | | | | | |
| 34 | | | | | | | 84 | | | | | | | |
| 35 | | | | | | | 85 | | | | | | | |
| 36 | | | | | | | 86 | | | | | | | |
| 37 | | | | | | | 87 | | | | | | | |
| 38 | | | | | | | 88 | | | | | | | |
| 39 | | | | | | | 89 | | | | | | | |
| 40 | | | | | | | 90 | | | | | | | |
| 41 | | | | | | | 91 | | | | | | | |
| 42 | | | | | | | 92 | | | | | | | |
| 43 | | | | | | | 93 | | | | | | | |
| 44 | | | | | | | 94 | | | | | | | |
| 45 | | | | | | | 95 | | | | | | | |
| 46 | | | | | | | 96 | | | | | | | |
| 47 | | | | | | | 97 | | | | | | | |
| 48 | | | | | | | 98 | | | | | | | |
| 49 | | | | | | | 99 | | | | | | | |
| 50 | | | | | | | 100 | | | | | | | |
| Total Indep | | | | | | | Total Indep | 2 | | | | | | |
| Total Depend | | | | | | | Total Depend | 21 | | | | | | |
| Total Claims | | | | | | | Total Claims | 23 | | | | | | |

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 19617 | dimethyl near2 (sulfoxid$2 or sulphoxid$2) and acetonitril$3 and dimethylformamid$3 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/07/08 19:06 |
| L2 | 15802 | dimethyl near2 (sulfoxid$2 or sulphoxid$2) and acetonitril$3 and dimethylformamid$3 and extract$4 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/07/08 19:07 |
| L3 | 15772 | dimethyl adj (sulfoxid$2 or sulphoxid$2) and acetonitril$3 and dimethylformamid$3 and extract$4 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/07/08 19:07 |
| L4 | 5368 | dimethyl adj (sulfoxid$2 or sulphoxid$2) same acetonitril$3 same dimethylformamid$3 and extract$4 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/07/08 19:08 |
| L5 | 4208 | dimethyl adj sulfoxid$2 same acetonitril$3 same dimethylformamid$3 and extract$4 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/07/08 19:08 |
| L6 | 247 | dimethyl adj sulfoxid$2 same acetonitril$3 same dimethylformamid$3 same extract$4 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/07/08 19:08 |

**5-H42**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|-------|------|--------------|-----|------------------|---------|------------|
| L1 | 379 | (dimethyl adj sulfoxid$2 or DMSO) same acetonitril$3 same dimethylformamid$3 same extract$5 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/07/11 12:00 |
| L2 | 161 | 1 and @AY<="1997" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2005/07/11 12:00 |



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/825,989 | 04/05/2001 | Jed W. Fahey | 046585/0138 | 4463 |

22428    7590    07/14/2005

FOLEY AND LARDNER
SUITE 500
3000 K STREET NW
WASHINGTON, DC 20007

| EXAMINER |
|---|
| DELACROIX MUIRHEI, CYBILLE |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1614 | |

DATE MAILED: 07/14/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

| | Application No. | Applicant(s) | |
|---|---|---|---|
| **Office Action Summary** | 09/825,989 | FAHEY ET AL. | |
| | **Examiner** | **Art Unit** | |
| | Cybille Delacroix-Muirheid | 1614 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>19 April 2005</u>.

2a)☐ This action is **FINAL**.     2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>48-63 and 65-71</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>48-63 and 65-71</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☐ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08) Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

5)☐ Notice of Informal Patent Application (PTO-152)

6)☐ Other: _____.

Application/Control Number: 09/825,989                                   Page 2
Art Unit: 1614

### *Detailed Action*

The following is responsive to applicant's amendment received April 19, 2005.

Claims 1-47 and 64 are cancelled. Claims 48-63, 65-71 are currently pending.

The previous claim rejection under 35 USC 112, second paragraph, set forth in

paragraph 1 of the office action mailed Jan. 27, 2005 is withdrawn in view of applicant's

amendment and the remarks contained therein.

However, upon reconsideration of the pending claims with the examiner's

supervisor, the following new ground(s) of rejection is respectfully submitted.

The allowability of claims 48-57 are withdrawn in view of the following new

ground(s) of rejection based on newly discovered prior art.

### *New Ground(s) of Rejection*

### *Claim Rejection(s)—35 USC 103*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

The factual inquiries set forth in *Graham* **v.** *John Deere Co.*, 383 U.S. 1, 148

USPQ 459 (1966), that are applied for establishing a background for determining

obviousness under 35 U.S.C. 103(a) are summarized as follows:

1.    Determining the scope and contents of the prior art.
2.    Ascertaining the differences between the prior art and the claims at issue.
3.    Resolving the level of ordinary skill in the pertinent art.
4.    Considering objective evidence present in the application indicating
      obviousness or nonobviousness.

Application/Control Number: 09/825,989                                    Page 3
Art Unit: 1614

This application currently names joint inventors. In considering patentability of

the claims under 35 U.S.C. 103(a), the examiner presumes that the subject matter of

the various claims was commonly owned at the time any inventions covered therein

were made absent any evidence to the contrary. Applicant is advised of the obligation

under 37 CFR 1.56 to point out the inventor and invention dates of each claim that was

not commonly owned at the time a later invention was made in order for the examiner to

consider the applicability of 35 U.S.C. 103(c) and potential 35 U.S.C. 102(e), (f) or (g)

prior art under 35 U.S.C. 103(a).

1.      Claims 48-50, 51-57 rejected under 35 U.S.C. 103(a) as being unpatentable over

Jones et al., 4,158,656 (already of record) in view of WO 97/07230 ('230).

Jones et al. disclose a method for extracting glucosinolates, the method

comprising contacting seed material (rapeseed) with an aqueous-lower alkanol (water-

alcohol, i.e. ethanol) solvent solution at a temperature below 600 $^0$C and under

conditions so as to prevent enzymatic degradation of the glucosinolates. Jones et al.

additionally disclose that the temperature is kept below 600 $^0$C in order to prevent

activation of the myrosinase. Please see claim 1; col. 1, lines 3- 6; col. 4, lines 44-63.

Jones et al. do not teach extracting glucosinolates using a mixture of dimethyl

sulfoxide, acetonitrile and dimethylformamide. Yet, the examiner turns to WO '230,

which discloses a solvent extraction method comprising extracting polyhydroxy-

alkanoates from biomass using a mixture of solvents, such as acetonitrile,

dimethylformamide and dimethylsulfoxide (please see the abstract; page 6, first ¶ under

Application/Control Number: 09/825,989                                    Page 4
Art Unit: 1614

Solvent Extraction). The biomass comprises plants, which include agricultural crops

such as rapeseed.  Please see page 5, Biomass, lines 1-17.

     It would have been obvious to one of ordinary skill in the art at the time the

invention was made to modify the extraction method of Jones et al. by substituting the

aqueous lower-alkanol solvent with the solvent mixture dimethyl sulfoxide, acetonitrile

and dimethylformamide as suggested by WO '230 because WO '230 teach that the use

of such solvents results in an environmentally friendly and economical process for

recovering products from a large-scale biological source (please see page 3, lines 5-7).

Such a modification would have been motivated by the reasonable expectation that ???

     Concerning claim 49, since successful extraction of glucosinolates is related to

the concentration of solvents present, it would have been obvious to one of ordinary skill

in the art at the time the invention was made to further modify the prior art extraction

method such that the acetonitrile, dimethyl sulfoxide and dimethylformamide are present

in an amount to optimize the extraction process.

     With respect to claims 50-51, since Jones et al. specify that the temperature of

the extraction process remain below $60^0$ C in order to prevent activation of the

myrosinase enzyme, it would have been obvious to one of ordinary skill in the art at the

time the invention was made to further modify the prior art method such that the

extraction process is performed at a temperature which allows for effective isolation of

glucosinolates while avoiding unwanted activation of myrosinase enzymes.

     Finally, claims 53-57 are taught by WO '230, which discloses treatment of

numerous plants from agricultural crops. In addressing the claimed homogenization of

Application/Control Number: 09/825,989                                    Page 5
Art Unit: 1614

the plant tissue, this is also taught by WO '230, which defines "solvent" as a substance

which dissolves another substance to form a uniformly dispersed mixture (solution).

2.      Claims 58, 59, 60, 62, 63, 65-67, 68-70, 71 are rejected under 35 U.S.C. 103(a)

as being unpatentable over Jones et al., 4,158,656 in view of Pusateri et al., 5,882,646

and Cho et al., WO 9419948 (all references already of record).

   Jones et al. disclose a method for extracting glucosinolates, the method comprising

contacting seed material (rapeseed) with an aqueous-lower alkanol (water-alcohol, i.e.

ethanol) solvent solution at a temperature below $600^0$ C and under conditions so as to

prevent enzymatic degradation of the glucosinolates. Jones et al. additionally disclose

that the temperature is kept below $600^0$ C in order to prevent activation of the

myrosinase. Please see claim 1; col. 1, lines 3- 6; col. 4, lines 44-63.

   Jones et al. do not disclose that the isolated glucosinolates are added to food;

however the Examiner refers to (1) Pusateri et al., which disclose that brassica

vegetables contain glucosinolates, which are helpful in fighting disease. Pusateri et al.

additionally disclose that glucosinolates are converted to isothiocyanates, which are

known chemoprotective agents. Please see col. 1, lines 12-24; and (2) Cho et al., which

discloses that isothiocyanates such as sulforaphane, isolated from Brassica, are known

to detoxify carcinogens. Cho et al. additionally disclose a food product, which contains

the sulforaphane. Please see claim 25; the abstract; pages 6-7.

   It would have been obvious to one of ordinary skill in the art at the time the invention

was made to modify the method of Jones et al. by adding the isolated glucosinolates to

food products because, in view of the prior art, especially Cho et al., one of ordinary skill

Application/Control Number: 09/825,989                                    Page 6
Art Unit: 1614

in the art would reasonably expect that foods supplemented with such chemoprotective

agents would serve to reduce the risk of cancer in humans. Furthermore, since the

isolation process of Jones inactivates enzymes, such as myrosinase, one of ordinary

skill in the art would reasonably expect the glucosinolates to remain intact (i.e. not split

into harmful substances). Therefore, such a modification would have been motivated by

the reasonable expectation of producing a food product conferred with healthy

anticancer properties.

   With respect to the claimed food products (claims 68-69), it would have been

obvious and well within the capability of the skilled artisan to determine the desired,

conventional food products within which to incorporate the glucosinolates. In addressing

the claimed homogenization of plant tissue with solvent, homogenization is an art-

recognized result-effective variable and it would have been obvious to one of ordinary

skill in the art to modify it in the method of the prior art.

   Finally, it would have been obvious to one of ordinary skill in the art at the time

the invention was made to apply Jones' extraction method to other sources of plant or

seed material with the reasonable expectation that the disclosed method would

effectively isolate and extract the desired glucosinolate compounds.

3.    Claim 61 is rejected under 35 U.S.C. 103(a) as being unpatentable over Jones in

view of Pusateri and Cho as applied to claims 58-60, 62-63, 65-71 above, and further in

view of Passey et al., 5,290,578.

   Jones, Pusateri and Cho as applied above.

Application/Control Number: 09/825,989                                                Page 7
Art Unit: 1614

However, these references do not disclose an extraction method using carbon

dioxide as the solvent. Yet, the examiner refers to Passey et al., which disclose that

supercritical fluid extraction using $CO_2$ has been previously used to extract oil from

oilseeds such as soybeans or rapeseed. Passey et al. additionally disclose that $CO_2$ is

neutral from the point of view of taste, inert and easy to remove after extraction. Please

see col. 1, lines 64 to col. 2, line 18.

Therefore, it would have been obvious to one of ordinary skill in the art at the

time the invention was made to modify the method of Jones by substituting the

aqueous-lower alkanol solvent solution with $CO_2$ because one of ordinary skill in the art

would reasonably expect $CO_2$ to effectively extract and isolate glucosinolated from the

rapeseed. Furthermore, such a modification would have been motivated by the

reasonable expectation of performing an extraction process using a solvent, i.e. $CO_2$,

which is effective, inert and easy to remove after extraction of the glucosinolates.

### Conclusion

Claims 48-60, 61, 62-63, 65-71 are rejected.


Any inquiry concerning this communication or earlier communications from the

examiner should be directed to **Cybille Delacroix-Muirheid** whose telephone number

is **571-272-0572**.  The examiner can normally be reached on Mon-Thurs. from 8:30 to

6:00 as well as every other Friday from 9:30-6:00.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, **Christopher Low**, can be reached on **571-272-0951**. The fax phone

Application/Control Number: 09/825,989                                    Page 8
Art Unit: 1614

number for the organization where this application or proceeding is assigned is **571-273-8300**.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).

CDM
July 11, 2005

CHRISTOPHER S. F. LOW
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 1600