

**Plaintiffs' Exhibit C**

CSC000680