UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRASSICA PROTECTION PRODUCTS LLC and
THE JOHNS HOPKINS UNIVERSITY

    Plaintiff,

-against-

CAUDILL SEED & WAREHOUSE CO., INC.
d/b/a CAUDILL SEED CO.,

    Defendant.

07 Civ. 7844 (SAS)

**ORDER REGARDING FILING UNDER SEAL OF EXHIBITS TO THE PARTIES' JOINT CLAIMS CONSTRUCTION AND PREHEARING STATEMENT AND ACCOMPANYING MEMORANDA OF LAW**

    IT IS HEREBY ORDERED that in accordance with the Protective Order between the parties, the following exhibits be filed under seal: Exhibits 7-12 to the parties' Joint Claims Construction and Prehearing Statement and Exhibits A, B, and D to the Plaintiffs' Memorandum of Law in Support of Claims Construction.

    IT IS FURTHER ORDERED that the exhibits shall remain under seal until further direction from the Court.

Dated: May 13, 2008

                                              Honorable Shira A. Scheindlin
                                              United States District Judge

A/72534587.1