# EXHIBIT II

Filed Under Seal
Pursuant to Protective Order