UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08
```

BRASSICA PROTECTION PRODUCTS LLC and
THE JOHNS HOPKINS UNIVERSITY

    Plaintiff,

-against-

CAUDILL SEED & WAREHOUSE CO., INC.
d/b/a CAUDILL SEED CO.,

    Defendant.

07 Civ. 7844 (SAS)

**ORDER AMENDING
SCHEDULING ORDER**

    IT IS HEREBY ORDERED that paragraph 3(i) of the November 14, 2007 Scheduling Order is amended as follows: fact discovery will close on September 30, 2008. *No further adjournments.*

Dated: May 30, 2008
        June 2

                              Honorable Shira A. Scheindlin
                              United States District Judge

A/72552254.1