UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                 :

BRASSICA PROTECTION
PRODUCTS LLC and THE JOHNS      :
HOPKINS UNIVERSITY,                       **ORDER**

                                             :

            Plaintiffs,                      07 Civ. 7844 (SAS)

                                           :

  - against -

                                         :

CAUDILL SEED & WAREHOUSE
CO., INC. d/b/a CAUDILL SEED CO.,   :

            Defendant.             :
------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       IT IS HEREBY ORDERED that the Courthouse Security Officers permit the following counsel to bring their laptops, cellular phones, and/or Blackberries into Courtroom 15C for the duration of the hearing in the above-captioned case, which will take place on Monday, June 16, 2008.

                    Edwards Powers      Ann Schoen
                    Richard Taffet        Gregory Gulia
                    Lavanya Kilaru       Vanessa Hew
                    Malcolm McGowan
                    Erin Duntson

                                              SO ORDERED:

                                              Shira A. Scheindlin
                                              U.S.D.J. - S.D.N.Y.

Dated:     New York, New York
             June 12, 2008