UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

BRASSICA PROTECTION PRODUCTS
LLC and THE JOHNS HOPKINS
UNIVERSITY,

          Plaintiffs,

  - against -

CAUDILL SEED & WAREHOUSE CO.,
INC.,

          Defendant.
------------------------------------------------------------- X

ORDER

07 Civ. 7844 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The parties' request for an extension of fact discovery is hereby granted. Fact discovery in this matter will be closed on November 28, 2008. No further adjournment will be granted for any reason.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
             August 7, 2008

## - Appearances -

**For Plaintiffs:**

Richard S. Taffet, Esq.
Edward Lawrence Powers, Esq.
Lavanya Kilaru, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000

**For Defendant:**

Ann Gallagher Schoen, Esq.
Frost Brown Todd LLC
2200 PNC Ctr., 201 E. 5th St.
Cincinnati, OH 45202
(513) 651-6128

Gregory Paul Gulia, Esq.
Vanessa C. Hew, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036
(212) 692-1000